FILED

May 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ALDEN F. ABBOTT
General Counsel

RONNIE SOLOMON, Cal. Bar No. 284923
SARAH SCHROEDER, Cal. Bar No. 221528
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
rsolomon@ftc.gov, sschroeder@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> vs. <br><br> **NTS IT CARE, INC.**, a California corporation, and <br><br> **JAGMEET SINGH VIRK**, individually, and as an owner, officer, and director of NTS IT Care, Inc., <br><br> Defendants. | **Case No.** ___4:20-cv-3388-PJH___ <br><br> **FILED UNDER SEAL** <br><br> **DECLARATONS IN SUPPORT OF FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> **VOLUME 1 OF 3** |

DECLARATIONS ISO FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER

VOLUME 1 OF 3

ALDEN F. ABBOTT
General Counsel

RONNIE SOLOMON, Cal. Bar No. 284923
SARAH SCHROEDER, Cal. Bar No. 221528
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
rsolomon@ftc.gov, sschroeder@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> vs. <br><br> **NTS IT CARE, INC.**, a California corporation, and <br><br> **JAGMEET SINGH VIRK**, individually, and as an owner, officer, and director of NTS IT Care, Inc., <br><br> Defendants. | **Case No. _____** <br><br> **FILED UNDER SEAL** <br><br> **DECLARATION OF MICHELLE TAVARES IN SUPPORT OF FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

TAVARES DECL. ISO MOTION FOR TRO

**FTC-TRO-0001**

**DECLARATION OF MICHELLE TAVARES**
**Pursuant to 28 U.S.C. § 1746**

I, Michelle Tavares, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1.      I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices.  I investigate persons and entities that may be violating the FTC Act and other laws enforced by the FTC.  My office address is 600 Pennsylvania Avenue, NW, CC-8528, Washington, DC 20580.

**DECEMBER 2019 UNDERCOVER CALLS AND UNDERCOVER PURCHASE**

**December 4, 2019 Undercover Call**

2.      On December 4, 2019, I conducted a call to NTS IT Care, Inc. ("NTS") using an undercover identity.  I used an undercover computer, cell phone, and identity.  Calvin Brown, a Technical Computer Forensic Examiner at the FTC, set up the computer, which had a Microsoft Windows operating system.  I used a recording device to capture the audio of the phone call and a program to capture the video of everything that happened on the computer.  Mr. Brown captured a forensic image of the undercover computer before my phone call.  A true and correct copy of the transcript of the audio from the December 4, 2019 call is Tavares **ATTACHMENT A**.  Below is a summary of my December 4, 2019 undercover call.  I included selected screenshots from my call in the text below.

3.      On December 4, 2019, I called 1-833-900-0804, which was the phone number listed in a consumer complaint about NTS.  A representative from NTS named Gary answered the phone and I asked to be connected to extension 1005, per the consumer complaint.  I told the representative I had a problem with my computer and was instructed to call this phone number.

The representative transferred me to an NTS representative named "James."  James told me that he was going to disconnect the call, and that he would call me right back.

4.      Within a few minutes after making the initial call, I received a call on the undercover phone number that I had provided to the NTS representative.  According to the caller ID, the call came from 1-855-353-0919.

5.      The caller identified himself again as James from NTS IT Care.  I told James that I was having issues with my computer.  James told me that he needed to remote into my computer, which I agreed to and he did.

6.      To remotely access my computer, James directed me to a website called www.support.me, which lead me to a website for a program called LogMeIn.  James provided me with a six-digit code to enter to gain remote access to my computer:



FTC-TRO-0003

7.      Once James had access to and control of my computer, he first went through my web browser history and asked what I used the computer for (such as work, internet, etc.).  He then began to run a Quick Scan Microsoft Windows Malicious Software Removal Tool in the background.

8.      James ran the Windows Event Viewer tool and highlighted 472 "Error" and "Warning" messages listed:



9.      James diagnosed 472 of these errors and warnings as malicious files.  James described these 472 errors and warnings as "critical" and capable of causing "damage" to my computer files, and told me "so we need to go ahead and remove all of this."  James stated that the computer had "bad files" and "some kind of unwanted application" and "that's why you are getting all these warning things…the bad files."  James told me that these "warnings" had "disable[d] all the security."  James also stated that these "bad files" needed to be removed, were

"more critical" than a virus, and referred to the files as "some kind of a trojan" infection.  In addition, James warned that if the "unwanted software" was not removed, that "you will have lots of infection problem [sic] coming more again and again."

10.      James then ran the "mcconfig" command, which opened the System Configuration utility on the computer, to show me the Windows services and programs that were listed as "stopped":



11.      James also pulled up a window called "Security Settings" and told me the following "bad files" were disabling my computer security:

Declaration of Michelle Tavares – Page 4



12.      Although James told me that there was no virus present, he stated that there were "bad files that may turn into virus" and that "we need to remove it.  If you don't remove this, this will not [be] good."  James also claimed that the "bad files" were "more critical than the virus."  After this, I ended the call.

### December 5, 2019 Follow-up Undercover Call and Purchase

13.      On December 5, 2019, I again called NTS IT Care using an undercover identity in order to complete the undercover purchase.  I used the same undercover computer, cell phone, and identity as the December 4, 2019 call.  Calvin Brown, a Technical Computer Forensic Examiner at the FTC, set up the computer.  I used a recording device to capture the audio and a program to capture the video of everything that happened on the computer. A true and correct copy of the transcripts of the audio from the December 5, 2019 call is Tavares **ATTACHMENT B**.  Below

FTC-TRO-0006

is a summary of my December 5, 2019 undercover call and purchase.  I included selected screenshots from my call and purchase in the text below.

14.     I called 1-833-900-0804 and a representative told me that I had reached NTS.  I told the representative I had a problem with my computer and was instructed to call this phone number.  I mentioned to the representative that I spoke to James the day before and would like to speak with him again.  The representative told me James would call me back soon.

15.     Within a few minutes after making the initial call, I received a call on the undercover phone number that I had provided to the NTS representative.  According to the caller ID, the call came from 1-855-353-0919.

16.     The caller identified himself as James from NTS IT Care, who I had spoken with on December 4, 2019.  I told James that I was still having computer issues and would like to use NTS's services.  James told me that he again needed to remote into my computer, which I agreed to and he did.

17.     James again connected to my computer using LogMeIn to gain remote access to my computer.  James stated that on the December 4, 2019 call, he had "mostly cleaned up" my computer, and that "today we are cleaning up again."  As with the December 4, 2019 call, James again ran the Windows Event Viewer tool and highlighted the 472 "Error" and "Warning"

Declaration of Michelle Tavares – Page 6

messages listed, and told me that these were "bad files":



18.     James then opened the notepad application and typed out the words "spyware, malware,

trojan, riskware."  James also again ran the "msconfig" command, and opened the System

Configuration utility on the computer.  He stated that the "Stopped" services were a sign of

"critical" problems on the computer.  He said the problems were "worse than the virus," and that

there was "some kind of infection file which is blocking the software" on my computer:

FTC-TRO-0008



19.     Shortly after I agreed to purchase services from NTS, James opened a new "notepad" window and typed out his direct phone extension, 1005.  He also typed out the contact information for NTS IT Care, located at 1605 S. Main St, Ste. 125, Milpitas, California 95035. James told me that NTS's headquarters are in California, and that he was in California.  He explained that my case would be assigned to a senior technician to "completely clean up" my computer, and that it would take anywhere from 50-60 minutes to complete the necessary software installation to fix my computer, which would include network security and an ad blocker, as well as "security software support warranty."

20.     James then offered me two packages that I could purchase from NTS in order to fix my computer.  The Basic package was coverage for "1 year, 2-layer security" for $249.99.  The Premium security package was for "3 years, 5 layers security" for $499.99.  James also told me he would have been able to offer a discount if I was a senior citizen, or a member of AAA or

FTC-TRO-0009

AARP, or if I had any disabilities.  I told James that I was only interested in the Basic package for $249.99.



21.     I agreed to the $249.99 charge and provided my undercover billing information in the notepad that James had opened.  James then transferred me to the NTS IT Care billing department to complete the purchase, and I spoke with a representative named Ashley.  Ashley also gained remote control access of my computer screen.

22.     After I confirmed the one-time payment of $249.99 to Ashley, and as Ashley was processing my payment credentials, she told me that "NTS IT Care is an independent service provider.  We are not affiliated with any other brands like Microsoft Windows, Apple, or any internet service provider."  Ashley further stated: "We provide the software and support for all the brands, Window, Dell, HP, Apple."  This occurred at approximately minute 42:45 into the

FTC-TRO-0010

phone call. Ashley proceeded to enter my payment credentials into a payment page. This page

had no written disclaimers about NTS or its affiliations with other brands:



23.     Ashley then told me that she was going to process the transaction, and quickly scrolled

through a second payment page and complete the transaction. The second payment page had a

written disclaimer at the top of the page, although I was unable to read or review it since Ashley

had scrolled through the page quickly. Ashley confirmed payment, and told me that she would

send me a confirmation and receipt via email. On December 5, 2019, I received an email

confirmation that my order was being processed for $249.99.

24.     The representative then transferred me to a technician. The technician told me he was

going to work on my computer and that he would contact me once he was finished.

25.     The call ended and the technician worked on my computer for about an hour before NTS

IT Care called me back. According to the caller ID, the call came from 1-855-353-0919.

Declaration of Michelle Tavares - Page 10

26.     The technician wanted me to confirm my computer was working correctly and to sign into my email account to respond to an email that the work was complete and I was satisfied.  I declined and verbally agreed.

27.     At this point, I ended the call and FTC staff disconnected my computer to preserve a forensic image of NTS's activities on the computer.

28.     On December 5, 10, and 17, 2019, I received emails from NTS, support@NTSitcare.com, requesting me to confirm the work was completed on my computer.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on: February 18, 2020
Washington, D.C.

*Michelle Tavares*
Michelle Tavares

Declaration of Michelle Tavares - Page 11

**FTC-TRO-0012**

# Tavares Attachment A

**FTC-TRO-0013**

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION

MATTER NO.        1923116

TITLE             NTS IT CARE

DATE              RECORDED:  DECEMBER 4, 2019
                  TRANSCRIBED:  DECEMBER 9, 2019
                  REVISED:  FEBRUARY 10, 2020

PAGES             1 THROUGH 25

2019-12-04_NTS_CALL 2

For The Record, Inc.

(301) 870-8025 – www.ftrinc.net – (800) 921-5555

Tavares Attachment A-1

**FTC-TRO-0014**

2

2019-12-04_NTS_CALL 2

NTS IT Care                                                             12/4/2019

                          FEDERAL TRADE COMMISSION

                                I N D E X

RECORDING:                                                    PAGE:

2019-12-04_NTS_CALL 2                                            4

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-2

FTC-TRO-0015

3

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

FEDERAL TRADE COMMISSION

In the Matter of:                    )

NTS IT Care                          )   Matter No. 1923116

                                     )

-----------------------------)

                                         December 4, 2019

         The following transcript was produced from a
digital file provided to For The Record, Inc. on December
6, 2019.

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-3

**FTC-TRO-0016**

4

NTS IT Care                                                    12/4/2019

P R O C E E D I N G S

-   -   -   -   -

2019-12-04_NTS_CALL 2

MS. TAVARES:  My name is Michelle Tavares.  I'm an investigator with the Federal Trade Commission.  Today's date is December 4th, 2019.  The time is 1:05 Eastern Standard Time.  I'm going to be calling NTS.  The telephone number is 833-900-0804, extension 1005.  I'm going to be calling as ▓▓▓▓▓▓▓▓▓▓  The telephone number I'm going to be calling from is ▓▓▓▓▓▓▓.  I'm going to pause the recording until I make the call.

GARY:  Thanks for calling NTS.  My name is Gary (inaudible).

▓▓▓▓▓▓▓▓▓▓  Hi.  I'm hoping to get extension 1005.

GARY:  Okay.  Can you please tell me your first name and last name so I can pull up your record?

▓▓▓▓▓▓▓▓▓▓  I don't know if -- my husband just told me to give you guys a call.  He called a while ago.  Our -- he told me to call a while ago and I just, to be honest, haven't had a chance to with the holidays and everything.

GARY:  Ma'am, that's why -- that's why I'm asking your name (inaudible) your name so I can figure it

Tavares Attachment A-4

**FTC-TRO-0017**

5

NTS IT Care                                                                12/4/2019

out.

███████████████  Oh, sure.  My name is  ██████

████

GARY:  ██████████████

███████████████  Yep.

GARY:  Your phone number, █████████, right?

███████████████  That's it.

GARY:  Is there any other number?

███████████████  Is there -- I'm sorry?

GARY:  Is there any other number?

███████████████  No.  It's kind of hard to hear you.

GARY:  Okay.  Just allow me a moment, ma'am. Please wait, okay.

███████████████  Yep.

(Brief pause.)

JAMES WOODS:  Thank you for staying online. Can you hear me?

███████████████  Yes.

JAMES WOODS:  Hi, this is James here. (Inaudible) was a problem that you're calling here?

███████████████  James, so my husband told me to give you guys a call.  There's a virus on our computer.

JAMES WOODS:  Okay.  And when did you call?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-5

**FTC-TRO-0018**

6

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

Did you just call today?

███████████████        Yeah.  My husband told me to call a little bit ago and I just haven't had a chance to. But --

JAMES WOODS:  Okay.  What is the name of the husband?

███████████████       My name is ████████

JAMES WOODS:  And what about your husband name (inaudible)?

███████████████    ███████████

JAMES WOODS:  ████████  okay.  Yeah, right, that -- before we were working on that, yeah.  He said he was busy.  So I told him we are expecting to call back. Okay.  So is this your number?

███████████████      Yeah, this is my number.  I'm sorry, it's -- I'm having a hard time hearing you.

JAMES WOODS:  Okay.

███████████████      That's much better.

JAMES WOODS:  Can you hear me?

███████████████      Yep.

JAMES WOODS:  Okay.  Can I -- can you hear me better?  Can you hear me now?

███████████████      I can hear you now.

JAMES WOODS:  Can you hear me?

███████████████      Yep, yep.  It's much better

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-6

**FTC-TRO-0019**

7
2019-12-04_NTS_CALL 2
NTS IT Care                                                    12/4/2019

now.

JAMES WOODS:  Okay.  So are you in front of the computer?

███████████████  Am I front -- I'm sorry, am I in front of my computer?

JAMES WOODS:  Yep.

███████████████  Right now I am, yeah.

JAMES WOODS:  Okay.  But your husband is not there, right, ████████  ████████  is not there.

███████████████  No, he's at work.

JAMES WOODS:  Okay.  He's at work?

███████████████  Yep.

JAMES WOODS:  Okay.  All right.  I called him back.  Don't worry.  But just give me a moment.  Just give me a -- hold on, hold on.

(Brief pause.)

JAMES WOODS:  Okay.  All right.  So I'll be calling you back right now.  So within one minute, just (inaudible) you can disconnect the call.  I'll call back, okay?

███████████████  Okay, thank you.

JAMES WOODS:  Within one -- one minute, okay.  Great.

(The call was concluded.)

MS. TAVARES:  I'm going to pause the recording

Tavares Attachment A-7

**FTC-TRO-0020**

8

2019-12-04_NTS_CALL 2

NTS IT Care                                                      12/4/2019

until he calls back.

(Brief pause.)

████████████      Hello?

JAMES WOODS:  (Inaudible) can you hear me?

████████████      Hello?

JAMES WOODS:  Yeah, hi.  Hello.  Can you hear me?

████████████      Hi.  Who is this?

JAMES WOODS:  Oh, this is James, your technician.  I said I would call back within one minute.  So I'm calling you back, okay?

████████████      Okay, yeah.

JAMES WOODS:  All right.  Okay.  Are you in front of the computer now?

████████████      I am, yes.

JAMES WOODS:  Okay.  So do one thing.  What is exactly on the screen now?

████████████      Nothing because we had to unplug it.

JAMES WOODS:  Okay.  Just turn it on.  Just turn on the computer, okay?

(Brief pause.)

JAMES WOODS:  And tell me once you're on the computer, okay?

████████████      Okay.  I mean, it's -- it just

Tavares Attachment A-8

**FTC-TRO-0021**

2019-12-04_NTS_CALL 2

NTS IT Care                                              12/4/2019

shows the start screen.

JAMES WOODS: Okay.  When you get it started -- when did you get starting the problem?  When did you get a problem started?

████████████████ I don't know.

JAMES WOODS: Just today?

████████████████ A while ago.  My husband told me to call a while ago and I should have, and I don't know.

JAMES WOODS: Okay.  All right.  Shut it down, right.  Let me check it out.  Yeah.  Okay.  So your computer is turning on now?

████████████████ Yep.

JAMES WOODS: All right.  Okay.  Do one thing. You need to look on the keyboard, just look on the keyboard.  When you look on the keyboard, on the left lower bottom corner, you see the Windows key.  Right? The four -- the flag key?  Do you see the Windows key?

████████████████ Yes, I do.

JAMES WOODS: Okay.  You just press the Windows key down and the letter R at the same time.  Windows key and the letter R, okay.

████████████████ All right.  Something with a box says run came up.

JAMES WOODS: Okay.  Now just type there,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-9

**FTC-TRO-0022**

2019-12-04_NTS_CALL 2

NTS IT Care                                                   12/4/2019

www --

▓▓▓▓▓▓▓▓   Okay.

JAMES WOODS:  You got it?

▓▓▓▓▓▓▓▓   Yep.

JAMES WOODS:  Support, s-u-p-p-o-r-t, support. You got it?

▓▓▓▓▓▓▓▓   Yep.

JAMES WOODS:  Dot me.  You put a dot and me, m-e.

▓▓▓▓▓▓▓▓   I'm sorry, dot what?

JAMES WOODS:  Dot me.

▓▓▓▓▓▓▓▓   M-e?

JAMES WOODS:  Dot me, like you and me.  Me, m-e.

▓▓▓▓▓▓▓▓   Oh, m-e, okay.

JAMES WOODS:  Me, right?  Okay.  Okay.  And you just click on okay.

▓▓▓▓▓▓▓▓   So I have www.support, s-u-p-p-o-r-t, dot, m-e-s.

JAMES WOODS:  No, just m-e, no S.

▓▓▓▓▓▓▓▓   M-e, oh, okay.

JAMES WOODS:  M-e.  Right.  Like you and me, right?

▓▓▓▓▓▓▓▓   Got it.  And hit okay?

JAMES WOODS:  Mm-hmm.  Yeah, please hit okay,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

11

please.  And you say your name is Deborah.  What is that?  Your name is Deborah or what is that?

█████████████  My name is ████████

JAMES WOODS:  Oh, █████████ okay, all right.  I'm sorry.

█████████████  It's okay.

JAMES WOODS:  All right.

█████████████  And your name is?

JAMES WOODS:  James.

█████████████  James, okay.  Nice to meet you, James.

JAMES WOODS:  Mm-hmm, all right.  (Inaudible).  Okay.  And after you click on okay, ██████████ what do you see now?

█████████████  I'm -- I didn't hear you, I'm sorry.

JAMES WOODS:  So you clicked on okay.  What do you see now?  Are you seeing anything coming up on the screen?

█████████████  Yes.  I see it says Rescue by Log --

JAMES WOODS:  LogMeIn, yeah, that's right.  They'll be asking a six-digit code, support LogMeIn.  I'm going to provide a six-digit code.  Are you ready with the code?

Tavares Attachment A-11

**FTC-TRO-0024**

12

2019-12-04_NTS_CALL 2

NTS IT Care                                                              12/4/2019

▮▮▮▮▮▮▮    Yes.

JAMES WOODS:  Okay.  There you go.  Okay. There's the code, ▮▮▮.  All right.

▮▮▮▮▮▮▮    Start download.

JAMES WOODS:  Yeah, click on start download.

▮▮▮▮▮▮▮    Then what?

JAMES WOODS:  Okay.  After start download, what do you see now?

▮▮▮▮▮▮▮    It looks like open.  Should I hit run or cancel?  Hello?

JAMES WOODS:  I'm here, I'm here.  I'm here.

▮▮▮▮▮▮▮    What should I --

JAMES WOODS:  I'm here.

▮▮▮▮▮▮▮    Yes.  What should I click?  It says run or cancel.

JAMES WOODS:  Run it, just run it.

▮▮▮▮▮▮▮    Okay.

JAMES WOODS:  Okay.  After run it, you will see the option okay.  Click okay and then you click on yes, all right?  What do you see now?

▮▮▮▮▮▮▮    It looks like -- it's a box that says NTS.

JAMES WOODS:  That's right.  And you will say okay.  Just click on okay.  Click on okay.  Okay.  All right.  Just give me a moment.  And this is -- do you

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-12

**FTC-TRO-0025**

13

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

know the computer login?  I don't have the login password.  Okay, fine.  This is your (inaudible) computer, so like this is your computer, just a joint computer together?

███████████  It's a family computer, yeah.

JAMES WOODS:  Oh, okay.  Let me check it out. I'll let you know -- mostly what browser you use, what kind of browser you use?

███████████  I believe -- I think the kids use Firefox, or maybe it's just Explorer.  I don't know.

JAMES WOODS:  Okay.  Hang on.  Let me check it out, okay?

(Brief pause.)

JAMES WOODS:  Okay.  It's not there.  Let's (inaudible) this and I will check out Google as well. Sometimes you go into Google as well, or never? Sometimes?  No, there is not Google.  And how old is this computer?  For how long you use it?

███████████  A long time.  We've had this computer for a long time.

JAMES WOODS:  Long time.

███████████  A couple years now.

JAMES WOODS:  Okay, a couple of years, okay. And you have only this computer, or you have another computer as well?

Tavares Attachment A-13

**FTC-TRO-0026**

14

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

███████████████  No, we just have this computer. We don't use it often, though.

JAMES WOODS: Mm-hmm. Okay. Let me go ahead and make those entries (inaudible). All right. What is the Windows you have on this computer?

███████████████  Oh, I don't even know.

JAMES WOODS: Okay. It's Windows 7, okay. You got Windows 7.

███████████████  Windows 7, okay.

JAMES WOODS: And I think you bought it in 2009. Is that right? You bought this computer in 2009?

███████████████  Yeah. I mean, it's old.

JAMES WOODS: Okay. Now it's running nine years, or seven -- eight years, right?

███████████████  About that, yeah.

JAMES WOODS: Okay. All right. I see the things are -- you know, your computer is designed, manufactured in such a way on Windows 7, Microsoft Windows 7, this is a professional Windows. Whenever some kind of software is not running, you will get a security alert on the screen to go ahead and renew it, the service. Because there is not network security. There is not updates. The security software has stopped updating. That's why -- see, all these things, you can see here this is turned off. Even this network security,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-14

**FTC-TRO-0027**

there is no protection.

So whenever you do anything online, if -- this, too, the Windows update, the network security is disabled, then whenever you do anything online that may be not secure, that maybe is not safe.  You got it?

████████████    Okay.

JAMES WOODS:  That's why you are getting all these warning -- warning issues on your computer.  But all right, don't worry, I'll check it out and have back up everything for that.  And, also, yeah, we have a little more to go ahead and fix the problem here.  The problem here, it's something -- this is some kind of a specific software problem (inaudible) system.  Any application failures, no Windows failures, all these warning information that you're getting this.

████████████    Okay.

JAMES WOODS:  And why you are keep on getting warning information saying -- getting our number to call and get it fixed because all of this.  Just give me a moment.  I'll check it out, please.

(Brief pause.)

JAMES WOODS:  And do you remember, do you get any kind of a security protection before?  You get any -- did you get any security from us?

████████████    I don't know.

Tavares Attachment A-15

**FTC-TRO-0028**

16
2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

JAMES WOODS:  Nothing you know?

████████████████  Not that I know of.  I usually let my husband take care of that stuff.

JAMES WOODS:  Okay.  Do you get any services for that?  Do you get any service like -- any service for your computer from the store or technician, anything like that?

████████████████  I doubt it.  I don't think so.

JAMES WOODS:  You don't think so.  Okay, all right.  Here, you've got some kind of 472 errors and warning.  And today the most (inaudible) you're getting right here, the error, no warning, that's why you are getting this.  And this may critical.  So these things like damage onto your files as well -- onto your file (inaudible).  Maybe your family's, whenever you do anything online, that may get into it, like shopping, banking or whatever you do.  Anything.  Like email password, that may contain.

And also sometimes this may turn on your critical and that's why you are getting the warning to call the technician and get it fixed.  So we need to go ahead and remove all of this.  And after I remove this and clean up all this, then we have to update the software and we'll have to repair the software because you know -- like, you know, (inaudible) is one of the

Tavares Attachment A-16

**FTC-TRO-0029**

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

most important things here.  Why don't we try a couple of things based on the main software security that's running on the computer.  So your computer is running fine.  It's good.  But right now the problem is called external.  That's coming from network.  So based on the manufacturer's software, this software is one of the most important things.  So we need to update this, okay?  Based on the manufacturer's software.

████████████          Oh.

JAMES WOODS:  And the general and the system information, the (inaudible) services, the startup (inaudible).  So all this has stopped running.  That's why the security is (inaudible).  So we will repair this so that your computer will be up and running and you will not face this problem again, okay?

████████████          So, James, I just have a -- so, like, is there a virus on the computer?

JAMES WOODS:  Actually, this -- yeah, we can say some kind of a Gen files and cookies and maybe spyware and malware.  So they are different terms.  When we talk about those, they're different kind of terms.  So this is not actually a virus, but this is something that is getting on the browsers, maybe the spyware.  The spyware is critical.  See, small (inaudible) and whatever, small (inaudible) that.

Tavares Attachment A-17
**FTC-TRO-0030**

18

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

████████████████   But there is no virus?

JAMES WOODS:   So those things have disabled the software, yes.  So when we talk about, yes, you have some kind of a bad files and some kind of unwanted application running on the computer, that's why you are getting all these warning things.  So these warning things, the bad files, which is running on the background.  That's why they disable all the security.  They disable all the security because of that.  So we need to enable them. After enabling them, we will remove these things which we are getting right now.  We'll remove all this.  And after we remove this, we're going to repair the software.  And after repair the software, application, everything will be running and everything will be good to go.  And, also, apart from that, we can see that the software security and the network security, network security is not there. So we'll put a network security as well, okay?

████████████████   Okay.

JAMES WOODS:   As of now, we don't find any security.

████████████████   Okay.

JAMES WOODS:   We don't find any security here. Yeah, you don't find any security.  This security will be protected.  See these kind of files?  Because of this. Also (inaudible) and remove it.  And you say what all --

Tavares Attachment A-18

**FTC-TRO-0031**

19

2019-12-04_NTS_CALL 2

NTS IT Care                                                          12/4/2019

you have only this computer or you have another computer as well?

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  Just this computer.

JAMES WOODS:  I see that you are connected to other device to network.  So how many devices you're connecting to the same network, for the whole network?

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  Just this computer.  I think we're only connecting.  We don't use Wi-Fi at the house.

JAMES WOODS:  Even like -- it means like a printer (inaudible) printer, or maybe your cell phone?

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  Nope, nothing.

JAMES WOODS:  Or iPad, anything like hat?

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  Nope.  Just this.

JAMES WOODS:  Nothing else, okay.  All right.

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  So, James, just --

JAMES WOODS:  This is a compatible soft --

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  Just to clarify because you're kind of -- I don't know a lot about computers and you're just moving kind of quick.  So you showed me all the, you know, concerns and all the spyware and everything.  But when my husband was talking about this and telling me to call, he was saying that there was, like, a virus on the computer or, like, something was, like, not working.  But is that what you're finding?

JAMES WOODS:  Yeah, that's why I'm removing all

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-19

**FTC-TRO-0032**

20

2019-12-04_NTS_CALL 2

NTS IT Care                                              12/4/2019

the things.

_____   So --

JAMES WOODS:  Because I'm removing all the files here, the unwanted files which is running on the computer.  That may slow your computer and that may get trouble on the computer, all of these.

_____   So --

JAMES WOODS:  It can have all the (inaudible) and the cookies.

_____   -- is spyware a virus?

JAMES WOODS:  Sorry, what is that?

_____   Is spyware and cookies, are they considered a virus?

JAMES WOODS:  Yeah, we can consider it as a Gen files and spyware.  And this spyware and all, these -- all the things.  These are the warning things that's getting and they are grouping.  The grouping and they may disable the software.  They disable the security.  These are the grouping things and, yes, we need to remove this because this is more critical than the virus.  The viruses (inaudible) things, but this is something that spyware infect it or some kind of a trojan things that infect it.

_____   Hmmm.

JAMES WOODS:  So that's why I tell you that may

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-20

**FTC-TRO-0033**

21

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

disable your computer and that may (inaudible) your computer or your information as well.

So that's whenever you keep getting this and you go online, you search something on the website, you browse something in a browser, so that may be not safe because right now all the incoming connection are accepting and also, yes, I will show you up there -- okay, I show you this.  I think when you go online, so you click all those advertisements because there is not (inaudible) security, see?  Mostly all this, just look here, see?  When I (inaudible) this you will understand. This is something which you are getting right now.

███████████████          You know, if -- if there's not a virus --

JAMES WOODS:  See, these are the --

███████████████          -- then I don't know if I'm going to be interested in this.  So --

JAMES WOODS:  Okay.  These are the unwanted software.  And this unwanted software that are getting onto your computer without your permission.  The (inaudible) unwanted advertisement in the home page and on a website and advertising.  So this may be the spyware and this could be the malware.  So they register onto your computer.  So we need to take that out.  If you keep getting this, yes, your computer, you will get the same

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-21

**FTC-TRO-0034**

22

2019-12-04_NTS_CALL 2

NTS IT Care                                                            12/4/2019

kind of problem as well and you will have lots of infection problem coming more again and again.  That's why you are need to be aware about this.  That's why we're cleaning up and we check it up.  And also your computer is running slow why, because the software is not working fine.  The software is not working fine.  That's why --

⬛⬛⬛⬛⬛            Yeah.

JAMES WOODS:  -- your computer is getting all this.

⬛⬛⬛⬛⬛            Well, James, I'll just be honest with you.

JAMES WOODS:  Right.

⬛⬛⬛⬛⬛            My husband only told me to take care of the virus issue.  So if there's no virus, then I don't think there's anything that I can take care of and I'm not interested.

JAMES WOODS:  See, let me tell you because the virus things, yes, all the Gen files and the cookies, Dbot, all the things that consider as some kind of a bad files which is running on the computer.

⬛⬛⬛⬛⬛            But if they're just bad files and not a virus then --

JAMES WOODS:  So because of that you are getting all the things --

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-22

**FTC-TRO-0035**

23

2019-12-04_NTS_CALL 2

NTS IT Care                                                    12/4/2019

███████████████  -- that's okay.

JAMES WOODS:  Yeah, those things may turn into virus.

███████████████  Oh, they may turn into --

JAMES WOODS:  Those bad files may turn into virus.  Right.

███████████████  But there's no virus right now.

JAMES WOODS:  Those are bad files that may turn into virus.

███████████████  There's no -- if there's no virus right now then --

JAMES WOODS:  But still --

███████████████  -- I'll worry about it another time.

JAMES WOODS:  See --

███████████████  Okay?

JAMES WOODS:  All those things, we need to remove it.  If you don't remove this, this will be not good.

███████████████  James --

JAMES WOODS:  We need to remove this.  You need to remove this.

███████████████  My husband only told me to take care of the virus.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-23

**FTC-TRO-0036**

24

## 2019-12-04_NTS_CALL 2

NTS IT Care                                                              12/4/2019

JAMES WOODS:  And, also, there is no option to remove it.

████████████████  Okay.  Thank you so much.  I'm not interested.

JAMES WOODS:  Yeah, that's why you are calling here.

████████████████  All right.  Thank you.  Bye-bye.

JAMES WOODS:  So you want --

(The call was concluded.)


MS. TAVARES:  This concludes the call.

(The recording was concluded.)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Tavares Attachment A-24

**FTC-TRO-0037**

CERTIFICATE OF TRANSCRIPTIONIST

I, George Quade, do hereby certify that the foregoing proceedings and/or conversations were transcribed by me via CD, videotape, audiotape or digital recording, and reduced to typewriting under my supervision; that I had no role in the recording of this material; and that it has been transcribed to the best of my ability given the quality and clarity of the recording media.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were transcribed; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

DATE:  2/10/2020

GEORGE QUADE, CERT

Tavares Attachment A-25

FTC-TRO-0038

# Tavares Attachment B

FTC-TRO-0039

OFFICIAL TRANSCRIPT PROCEEDING

FEDERAL TRADE COMMISSION




MATTER NO.       1923116


TITLE            NTS IT CARE


DATE             RECORDED:  DECEMBER 5, 2019
                 TRANSCRIBED:  DECEMBER 13, 2019
                 REVISED:  FEBRUARY 10, 2020


PAGES            1 THROUGH 41




                      _12_05_NTS_










                 For The Record, Inc.

       (301) 870-8025 – www.ftrinc.net – (800) 921-5555



Tavares Attachment B-1

**FTC-TRO-0040**

```
                         FEDERAL TRADE COMMISSION

                              I N D E X


RECORDING:                                              PAGE:

2019-12_05_NTS_01                                          4
```

Tavares Attachment B-2

**FTC-TRO-0041**

FEDERAL TRADE COMMISSION

In the Matter of:                    )

NTS IT Care                          )   Matter No. 1923116

                                     )

------------------------------)

December 5, 2019

The following transcript was produced from a digital file provided to For The Record, Inc. on December 6, 2019.

Tavares Attachment B-3

**FTC-TRO-0042**

P R O C E E D I N G S

- - - - -

2019_12_05_NTS_01

MS. TAVARES:  My name is Michelle Tavares.  I'm an investigator with the Federal Trade Commission.  Today's date is December 5th, 2019.  It is 1:06 p.m. Eastern Standard Time.  I'm going to be calling NTS at 833-900-0804.  I'm going to be asking for extension 1005.  I will be calling as ███████████  ████████████ ., ██████████████████████ .  I'm going to be calling from ██████████  I'm going to call back today hoping to make a buy and speak with James, who I spoke with yesterday, December 4th, 2019.  I'm going to pause the recording until I place the call.

UNIDENTIFIED MALE:  Thank you for calling NTS.  How may I help you?

██████████████  Hi.  My name is ████████  I called yesterday and I was speaking with James about my computer.

UNIDENTIFIED MALE:  Okay.

███████████  And I was hoping --

UNIDENTIFIED MALE:  And -- yes, tell me.

███████████  I was hoping that he could help me or somebody could help me today.

UNIDENTIFIED MALE:  Yeah, sure.  Can you provide me your registered phone number, please, so we can help you (inaudible) this.

███████████    Sure.  It's ██████ --

UNIDENTIFIED MALE:  It's ██████, right?

███████████    Yes.  ████.

UNIDENTIFIED MALE:  Okay.  Stay on the line with me.

███████████    Thank you.

UNIDENTIFIED MALE:  Ma'am, just let me confirm that number with you.  That is ██████████.  Right?

███████████    That's it, yes.

UNIDENTIFIED MALE:  Well, Miss, that number is not registered with us.  Do you have any other number?

███████████    I don't.  So when I was speaking with James yesterday, I had to speak with my husband first before I committed to anything.

UNIDENTIFIED MALE:  Okay.  Tell me one thing -- tell me -- tell me one thing.  When you're speaking -- when you were speaking to James yesterday, did you pay to James anything to register with NTS?

███████████    No, no.  I wanted to talk with my husband first.

UNIDENTIFIED MALE:  Okay, okay.  So could you hold the line for (inaudible) let me speak with him.

Tavares Attachment B-5

**FTC-TRO-0044**

███████████████   Great, thank you.

UNIDENTIFIED MALE:  Thank you.  Hold the line, please.  Thank you.

(On-hold music.)

UNIDENTIFIED MALE:  Thank you for holding the line.  Your call has now been connected to James.  How are you doing today, Stephanie?

███████████████  My name is ██████████

UNIDENTIFIED MALE:  ██████████  I'm so sorry. You -- I had words with you yesterday?

███████████████  I was working with James Woods, I think.

UNIDENTIFIED MALE:  Okay.  And may I know, like, did we proceed for the -- for the payment, or are you calling us back to make the payment?

███████████████  I'm calling back to make the payment.

UNIDENTIFIED MALE:  Okay.  Well, let me check whether James Woods is available there.

███████████████  Okay.

UNIDENTIFIED MALE:  Whether he's free or not. Sorry.

███████████████  Okay, thank you.

UNIDENTIFIED MALE:  I'll ask him to give you a call right back, okay?

Tavares Attachment B-6

**FTC-TRO-0045**

███████████   Okay, great.

UNIDENTIFIED MALE:   Will that work?   Thank you.

Just expect a call back by James Wood on your same phone

number, ███████.   Right?

███████████   Yes, please.

UNIDENTIFIED MALE:   And you said your name is

█████

███████████   Correct, yes.

UNIDENTIFIED MALE:   Thank you, █████   I'll

ask James Wood to give you a call back right away.

███████████   Thank you.

UNIDENTIFIED MALE:   Thank you.   Have a blessed

day.

███████████   Bye-bye.

UNIDENTIFIED MALE:   Bye-bye.

(The call was concluded.)

MS. TAVARES:   I'm going to pause the recording

until he calls back.

███████████   Hello?

JAMES WOODS:   Hello.  Yeah, hi.  Am I speaking

to █████

███████████   Yes, this is ██████

All right.   This is James.   Yeah.   You just called back.

JAMES WOODS: Okay.

███████████ Yes, I'm calling back, sorry. Yeah, I spoke with my husband last night and he wanted me to call back and make sure I get everything fixed because I thought it was just a virus. But he wanted me to call back and make sure I get everything done today with you guys. So --

JAMES WOODS: Okay. All right. So are you in front of the computer now?

███████████ I am in front of my computer, yes.

JAMES WOODS: Okay. Let's start over and press the Window key and the R again.

███████████ One second.

JAMES WOODS: Take your time, no problem.

███████████ Sorry. Now, the Windows key, it's on the bottom right?

JAMES WOODS: Yeah, on the bottom like a four flag key.

███████████ Okay.

JAMES WOODS: And the R.

███████████ Okay. Got it.

JAMES WOODS: All right. And what do you see now?

███████████ It just says run.

JAMES WOODS:  All right.  So now on the run box, just type there www. --

███████████████  Okay.

JAMES WOODS:  -- support.me.  You put a support.me, okay?

███████████████  Oh, it remembered it.

JAMES WOODS:  Yeah, it was there?

███████████████  Okay.  Yep, now I'm there.

JAMES WOODS:  Okay.  Click on okay.

███████████████  And now it says LogMeIn Rescue by --

JAMES WOODS:  Right, that's right.

███████████████  Okay.

JAMES WOODS:  Mm-hmm.  And now they will be asking a six-digit code.  Right?

███████████████  Yes.

JAMES WOODS:  Okay.  I'll give you the code. It's ██ --

███████████████  Okay.

JAMES WOODS:  -- ██ .

███████████████  And then --

JAMES WOODS:  Start download.

███████████████  Okay.  And then run?

JAMES WOODS:  Yeah, run it.

███████████████  Okay.

JAMES WOODS:  And okay, yes, all right.  Click okay and the yes.

█████████████  Oh, it looks like we're connected now.

JAMES WOODS:  Yeah, you will say okay, jut click on okay and you will see -- well, okay.  Just run it.  Just give me a moment.  All right.  Click on okay.  There go, all right.  All right.  Okay.  And yesterday, yeah, I mostly cleaned up some part, but we haven't downloaded security.  That's it, okay.  We already clean up some part, okay?  And then today we are cleaning up again, all right?

████████████  Okay.

JAMES WOODS:  And we're going to install the security.  What about -- all right.  Okay.

██████████████  So my husband was asking when we got this pop-up or whatever it was or we just couldn't do anything on our computer, the kids unplugged it and then he told me to call back.

JAMES WOODS:  Okay.

██████████████  Is this a problem with, like, our computer, like Microsoft or --

JAMES WOODS:  Okay.  That was a good question.  That is not a computer problem, okay?  There is nothing wrong with the computer problem.  But, see, you are

connecting to internet and you're connecting internet and you're using this one sometimes -- you're using the Firefox sometimes, you're using the Google sometimes.

█████████    Oh.

JAMES WOODS:  Right?

█████████    Right.

JAMES WOODS:  Yeah.  So at the time, when you go online, so you don't have the proper security.  So the internet security is off.  There is no internet security.  That's why.  Whenever you go online, you click any files and those files contain some kind of a junk files and it (inaudible).  That's why they're directly coming into it.  And when we check it up here, you can see here just the computer report says and even to network security turn off, the network security is not there.  Right?

█████████    Right.

JAMES WOODS:  That's why.  Yes, that's why.  So whenever you go to YouTube, maybe game or maybe email or maybe any kind of online purchase or anything online under (inaudible) so you click those advertisements and those advertisement brings you to (inaudible) files and that is giving you a problem on the computer.  Your computer will never give you a problem, okay.  Your computer is very good.  Plus -- see, when you click on the files, the bad files, these contain all of this.  You

Tavares Attachment B-11

**FTC-TRO-0050**

got 477 these contain and that may stop all the software, that is stopping all the security sample, everything, because of this.

So that's why we're going to put a network security with an ad blocker and everything security with the (inaudible).  You don't need any other security apart from that, okay?  Once you get a network security, which mean (inaudible) external and an internal security combined together, okay?

█████████          Okay.  But --

JAMES WOODS:  Yeah, mm-hmm.  Yeah, go ahead.

█████████          Will we be able to stop, like -- I think yesterday you said something about spy -- spy -- what is it called, spyware, maybe, or spy --

JAMES WOODS:  Yeah, yeah, that's right.  Spyware, malware, Trojan, yes.

█████████          And --

JAMES WOODS:  You still remember that?

█████████          Well, yeah, so I was trying to explain it to my husband.  He got mad at me because I didn't -- couldn't remember correctly.

JAMES WOODS:  Okay.  That's good.  You have a nice memory.  You have a good memory.

█████████          Mm-hmm.

JAMES WOODS:  I appreciate that.  This is kind

of -- this is a two-way (inaudible) in the form of virus. This is some kind of that files -- some kind of infection file which is blocking the software and which may disable the software, and which may disable even the computer, okay?  So that's why even the security and a software disable, stop running, everything, can because of this, okay?

So we're going to take it off this and we'll remove all of this.  And we will repair the software, okay?

Okay.  But this could be worse than a virus, right?

JAMES WOODS:  Sorry, what is that?

This could be worse than a virus, right?

JAMES WOODS:  Yeah, that's right.  That's what I'm talking.  This is worse than that.

Okay.  Oh.

JAMES WOODS:  Because this may even, like, connect into your information as well, like your shopping, your password, banking or anything, the website, whatever you do does make it into it.  So that may be possible.  So that is worse than that, okay?

Wow, okay.

JAMES WOODS:  That's worse than that.  That's

why -- why I say this is not a virus, but this is something critical which is more worse than the virus. So because the manufacturer software is disabled, so the virus cannot disable all these kind of manufacturer software, but these things are disable the manufacturer software even.  So that means they are more worse than that, okay?

█████████████  That's scary.  Thank you --

JAMES WOODS:  All right.

█████████████  -- for that explanation.

JAMES WOODS:  Okay.  Right, okay.  So we'll be needing some of the information.  So we're going to give you all the security under your name and everything will be (inaudible).  And once you get it, any other problem, you can simply call me up and you will get a free service in the future as well, okay?

█████████████  Okay.

JAMES WOODS:  Any issue.  Maybe a virus issue, maybe just kind of a spyware/malware issue or maybe software issue, maybe anything -- anything wrong on the computer.  You will get a free service and I will give you my information as well, and you got my number.  Just whenever you get any problem like today or like yesterday, you can simply give a call and I'll be there for you, okay?

Tavares Attachment B-14

**FTC-TRO-0053**

█████████████   Oh, thank you so much, James. This is really helpful.

JAMES WOODS:  Okay.  All right.  Can you just help me out with this, your name, because we are going to give you all the documents.  And the documents, which mean like what kind of service you are getting, like for how long you are getting the service.  We are going to give you everything, okay?

█████████████   Okay.

JAMES WOODS:  Under your name.  You can fill out that information.

█████████████   Okay.  So want me to put my name and everything in this document here?

JAMES WOODS:  Yes.  You can -- I need that. Oh, sorry, wait, wait, wait, wait.  You want to register your name or your husband's name, you can go anywhere.

█████████████   Okay.

JAMES WOODS:  Because the same thing, you and your husband, the same thing, right?  You are one.

█████████████   Yes, we are one.  Oh, you already have my phone number.  Great.

JAMES WOODS:  Just check it up, yeah.  You see a mistake -- if I make a mistake, you can correct it. Thank you.  Double check your everything is correct. Everything is correct?

█████████████   Looks like it, yeah.

JAMES WOODS:  Okay.  Thank you.  All right.  Also, remember, do you have a printer?  Your printer is connected with this computer?

█████████████   I don't.  We have to use the library.

JAMES WOODS:  Oh, okay, fine.  All right.  We will send it into an email as well.  Don't worry.  But you can just save all this, my number, 833 (inaudible) this is a direct phone number in the future.  Whenever you have any problem, call this number.

█████████████   Okay.  Let me just get a --

JAMES WOODS:  And my name --

█████████████   -- piece of paper.

JAMES WOODS:  (Inaudible) my name or my extension.

█████████████   Let me just get --

JAMES WOODS:  Yeah, you can take a piece of --

█████████████   Yeah, one minute, please.  Let me just go grab something.

JAMES WOODS:  Take your time.  No problem.

█████████████   I've never been to California.  How is it there?

JAMES WOODS:  Sorry, what is that?

█████████████   Are you in California?

Tavares Attachment B-16

**FTC-TRO-0055**

JAMES WOODS:  Yeah, the headquarters is in California, yes.

▮▮▮▮▮▮  Yeah, yeah.  Is it nice there? I've never been to California.

JAMES WOODS:  You've never been in California there?

▮▮▮▮▮▮  Yeah.  Is it nice there today?

JAMES WOODS:  Yeah, yeah.  Let's just say I like -- yeah, for me.  I'm there, so I'm okay with everything.

▮▮▮▮▮▮  Oh, good.

JAMES WOODS:  Yeah.

▮▮▮▮▮▮  So the other question my husband had was when we have problems with our computer now, we should be calling you and not, like, Microsoft or Dell or -- or are you guys all the same?

JAMES WOODS:  Same.  When we talk about, like, Winver (phonetic), Dell, Toshiba and all those things that they're, like, a manufacturer.  They are the name of Microsoft.  So when it gets any kind of problem, so by default you'll get our number.  You've got to call this number because there is not a problem with the computer. That's a network -- whenever you go online.  So there's never a problem.  So that's why you're connecting to NTS, okay?

[REDACTED]  Oh.

JAMES WOODS:  And, also, when we talk about Microsoft, they will not give you the right support help line because they are only manufacturer design the computer and software, okay?

[REDACTED]  Oh, okay.

JAMES WOODS:  All right?

[REDACTED]  That makes sense, yeah.

JAMES WOODS:  It is designed that way.

[REDACTED]  You always have to --

JAMES WOODS:  And you can take it down, all this number, my name, my extension number, the company name and email.  You don't need to write all those things.  You just take my name, my number and my extension number.  That's it.  That's fine.  Just keep it safe.

[REDACTED]  And that email, that will go right to you.  Right?  If we ever have anything.

JAMES WOODS:  Yeah.  You will get -- you'll get a link of paperwork that will be in your email.

[REDACTED]  Oh, okay.

JAMES WOODS:  We will send it into your email.  And that will be in your email.  Don't worry, okay?  And you say you don't have a printer, right?

[REDACTED]  No.

Tavares Attachment B-18

**FTC-TRO-0057**

JAMES WOODS:  Okay, fine.  I will send it to your email.  So whenever you go to any cyber library, you can print it out if you want it, okay?

█████████████  Oh, great.  Thanks.

JAMES WOODS:  All right.  I'll send it to your email.  This will take within the next -- another 15 to 16 minutes more probably, okay?  Because we're going to go ahead and completely clean up and I will assign the senior technician as well.  The senior technician will be working this again.  And it will probably take 15 to 16 minutes, okay?

█████████████  Okay.

JAMES WOODS:  We'll install the security, the network security, and this time you will get a network security plus ad blocker to block all this kind of advertisement coming from online.  So we'll put this, too, okay?

█████████████  Okay.

JAMES WOODS:  (Inaudible) security.  And don't take any other security because if you take two security, that will be conflict.  So you don't need to take any other two security.  You just need this.  And also, we are not giving you -- we are not giving -- we are only -- we are giving you even a -- with this (inaudible) we are giving you security support software warranty as well.

███████████████   Oh, great.

JAMES WOODS:   So which mean you're getting the security support software warranty, which mean whenever you have any problem, we help with the warranty.  You will get free services in the future, okay?

███████████████   Okay.

JAMES WOODS:   Completely free services in the future.  So that mean in the future if anybody calls you, hey, I'm from Windows or Microsoft, whatever, if anybody calls you, don't ever entertain, okay?  You know, these days there are laws of the company pertaining to the Windows or NTS or maybe any kind of company.  So don't ever entertain any calls.  Today you will get two calls.  So in the future we never, ever call to customer, okay?  We will never call you.  Whenever you want to clean up or check it up, every two to three months you can call up, okay?

███████████████   Okay.

JAMES WOODS:   Every two to three months.  You can call up for free checkup.  And also in the future if anybody calls you, don't ever entertain.  Just hang up and call this number and check it up and inquire about it and confirm it, okay?  Just call this number, all right?

███████████████   Okay.  Good to know.  Thank you.  Yeah, we get so many of those calls.

JAMES WOODS:  All right.  Okay.  And, also, what does your husband says like you want to go for the basic one or you want to go for the premium one?

▮▮▮▮▮▮  Well, what -- can you talk a little bit about what the difference is?

JAMES WOODS:  Okay.  I will show you.  The difference is here.  When we talk about the basic one, the basic one is for only one year, okay?

▮▮▮▮▮▮  Okay.

JAMES WOODS:  And the basic one is for only one year and it has a two layer security, okay?  Okay, all right.  Two layer, which mean the layer, like security has a limited -- every security has limitations, like when we talk about security, there has a limitation and there is a layer.  So if we get more layer, then we'll -- you'll be getting a more stronger.  And when we talk about a premium, it's good for the three years.  And this will come with a five layer.

▮▮▮▮▮▮  Oh, wow.

JAMES WOODS:  So this is the strongest one.  The strongest one.  And with the five -- the three years, which mean the long durations, and the five layers, and a one-year, three layer.  So this five layer is the maximum which we -- software we introduce the security.  And, also, the premium one, 100 percent transferrable.

██████████████         Oh, okay.

JAMES WOODS:   To any devices.  And, plus, not only this, you will get a peripheral support, which mean, you know, the peripheral devices support coverage, which mean one computer and then if you have any phone problem, you can call up for printer problem, you can call up for iPad, for anything, whatever you have.  That will be covered up, okay?  That mean with peripherals, which mean other devices in your home.  If you have any problem -- but that is not including TV, okay?  TV is not included. But there is (inaudible) included, your phone, your printer, your computer, or maybe iPad, tablet, whatever. That will be included on this, okay?

██████████████         Okay.

JAMES WOODS:   That's called with peripheral devices.  Right.  And -- but you have only one computer or you have two computer, you said?  You have only one computer?

██████████████         Only one computer, yeah.

JAMES WOODS:   All right.  So this is including with security, network security, ad blocker, plus security support software warranty.  And you can call every two to three months for free checkup in the future. And if you go for basic one, that would be completely for for one year.  And the two layer, that mean for -- with

Tavares Attachment B-22

**FTC-TRO-0061**

two years, you get a warranty for one year -- okay.  For one year.  And if you go for the three years, that would have been premium one, and for that three years, five layers.  So you don't have to get any security and a free service with the warranty as well.

And if you go for the complete, three years, the amount with the five layer, that will cost you with the highest protection, that will be 499.99, okay?

Mm-hmm.

JAMES WOODS:  And if you go for the one year, the one year that will be 249.99.  That will be for completely one with the software security and the warranty as well.  This will be four years -- two years.  You don't have to renew anything.

Okay.

JAMES WOODS:  But three years is good to go.  And after three years, if you want to renew it, you can renew it.  If not, you can stop it any time, okay?

All right.

JAMES WOODS:  But the (inaudible) five layers in the premium, and they're transferrable with the peripheral devices.  And one year with two layers.  So which one you would like to register for this?

So we can't afford the three years.  As much as I think it would be really beneficial

for us, but we just can't afford $500 right now.  So we'll have to go with the -- the one year.

JAMES WOODS:  So are you above the age of -- above the age of 50?

Am I 50, years old?

JAMES WOODS:  Yeah, above 50.  No?

No.

JAMES WOODS:  Yeah, right.  Senior age?

No.

JAMES WOODS:  Okay.  What about a AAA member?  Are you one of them, AAA or AARP member?

No, we're not.

JAMES WOODS:  And disabilities?

No, no disabilities.  Is there a discount?

JAMES WOODS:  Okay.  Yeah, because a senior, AAA, student.  Are you -- okay.  Are you any chance a student?

No, I'm a stay-at-home mom.

JAMES WOODS:  Or dependents?  Okay.  You're a stay-at-home mom.  Okay.  Just -- okay.  Just give me a moment, okay?

Okay.

JAMES WOODS:  Let me consult about this.  All right.

(Brief pause.)

JAMES WOODS:  Okay.  Are you there?

███████████  I am.

JAMES WOODS:  Okay.  All right.  I think, like -- okay, fine.  Do one thing.  If you want to go for the premium one because the premium one is a better one as well, this is longer, plus if you talk about this, the three years will be benefit for yourself because if every year renewing it, you will spend lots of money again, so yes?  Do one thing.  I will go ahead and do that for you. Let's make it in this way.  I'll just wipe out this $100 and I'll make it 399.99 for the complete three years. That means you completely wipe out $100.  And then that, I'll wipe off the technician charge as well, okay?  Wipe off the technician charge as well.  There will be no technician charge, okay?

███████████  Oh, so it's just $399?

JAMES WOODS:  I already wipe off that.

███████████  Oh, thank you.

JAMES WOODS:  That will be wiped off, the technician charge as well.  That way they completely with the security, technician charge included, everything, and this will be completely for three years, okay?  So that's different only $100, okay?

███████████  Oh, my.

Tavares Attachment B-25

**FTC-TRO-0064**

JAMES WOODS:  Don't worry.

████████████  Let me just send my --

JAMES WOODS:  And you can enjoy it until the three years.  Sorry, what is that?

████████████  Let me just see -- I'm just going to send my husband a quick text message to see if I should spend 400 or 250.

JAMES WOODS:  All right.  Okay.  Take your time.  And as I say about a different layer and the three years one, okay?  Three years and one year, okay?

(Brief pause.)

████████████  He should respond pretty quickly.

JAMES WOODS:  Sorry, what is that?

████████████  He should -- he should be able to get back to me pretty quickly.  He sits by -- he can use his phone at work.

JAMES WOODS:  Oh, okay.  So I'll just stay connected here or whatever you want me.

████████████  Yeah, just -- just one minute. I just need to double check with him with what I should be spending.

JAMES WOODS:  Oh, okay.  All right.

(Brief pause.)

████████████  How's your day going so far?

JAMES WOODS:  Sorry, what is that?

█████████████  How is your day going so far?

JAMES WOODS:  It's going good.

█████████████  Good.

JAMES WOODS:  So what about you?

█████████████  Oh, it's going well.

JAMES WOODS:  Okay.  All right.  We're keeping busy, working all day.

█████████████  Oh.

JAMES WOODS:  That's a regular work (inaudible).  You are still talking with your husband?

█████████████  Yes.  Just trying to tell him about the one year or the three years.

JAMES WOODS:  Okay.

(Brief pause.)

JAMES WOODS:  This is just regular computer, right?  You just really use a regular, like, normal one. Right?

█████████████  Yes.

JAMES WOODS:  You don't use for any kind of business purpose, right?

█████████████  No, just, you know, family.

JAMES WOODS:  Okay.  Sometimes you use the Skype as well, or you never use it?

█████████████  I mean, maybe the kids use it.

Tavares Attachment B-27

**FTC-TRO-0066**

I don't know.

JAMES WOODS:  Okay.  You don't know.  Maybe your husband uses Skype.

███████████████  Maybe.

JAMES WOODS:  Maybe.  Okay.  Okay.  What about this computer, you mostly use it, like -- use for document printing, you know, use a doc reader on this computer sometimes?

███████████████  Yeah.  I mean, we usually just --

JAMES WOODS:  You often use for documents.  Okay.

███████████████  Yeah.  We usually kind of just surf the web and I do some shopping, online banking.

JAMES WOODS:  All right.  And you also play games on this, or never?  You don't play, right?

███████████████  My kids do.

JAMES WOODS:  Oh, your kids.  Okay.  Which application you mostly use, the Google or Internet or Firefox?  Which one are you mostly use?

███████████████  Usually Google.

JAMES WOODS:  Okay, Google, okay.  Now, what about the Firefox?  You use Firefox as well or just randomly, sometimes?

███████████████  Just whatever, just randomly.

Tavares Attachment B-28

**FTC-TRO-0067**

JAMES WOODS:  Okay.  So you have IE, Internet Explorer here, and you have -- you have Google.  So I taked it out, this fire -- Mozilla Firefox, because that's -- if you have so many applications, that makes slower your computer as well.

▮  Oh, okay.

JAMES WOODS:  Or you just want to keep as it is?  Because this consumes a lot of space, right, 186 MB.

▮  Oh, my goodness.  That's -- is that a lot?  I don't know a lot about computers.  So is that a lot?

JAMES WOODS:  That's a lot.

▮  Yeah?

JAMES WOODS:  Right.  The other is -- just two-point something, like 13-point, they all small (inaudible).  This one comes (inaudible).  But you have lots of browser like Firefox, Internet and Google.  So if you want, if you use this Firefox, you can keep it.  If not, we can take it out as well.  So, you know, like for -- which one you mostly go?  So you use the Firefox as well or you don't?

▮  No, you can take it off.  If it's that big, my goodness.  My husband said to go --

JAMES WOODS:  So take off Firefox.

▮  -- for the lower amount.

Tavares Attachment B-29

**FTC-TRO-0068**

JAMES WOODS:  Oh, okay.

But there's no -- is there --

JAMES WOODS:  So that means --

Are there any other fees that we would have to pay?  You already --

JAMES WOODS:  No, there is nothing fee to pay.

Okay.

JAMES WOODS:  Right.  There is nothing fee to pay.

Okay.  But if we call back --

JAMES WOODS:  Okay.  (Inaudible).

-- within the next year --

JAMES WOODS:  Sorry.

If we call back --

JAMES WOODS:  Yeah, yeah, you can do that.  You can do that.  Yeah, you can do that because I will be your technician.  So you can do that.  Okay, fine.  Even the Firefox, like, if it is emergency, like, if your husband uses sometimes or if your kids use, I'll keep it. And if it's not necessary, I will take it off that.  I will take it off that, okay?  Maybe if the Firefox, your husband use, then if I take it out that's not good. Right?

Right.

JAMES WOODS:  All right.  So you will go for

the one year one today, or --

███████████   Yeah, just one year.  We'll go for the --

JAMES WOODS:  What is -- what is your --

███████████   Two hundred and fifty.

JAMES WOODS:  Okay, fine.  All right.  Okay. For this situation for one year, you would like to go for the Visa, Master, which one you want to go with?

███████████   I want to go with a Visa -- I'm sorry, Citi.

JAMES WOODS:  Okay.  Okay.  It's a Visa, right?

███████████   Yeah, it's a Visa.

JAMES WOODS:  Okay.  I will print out everything.  All right.  You can type it down by yourself.

███████████   Okay.

JAMES WOODS:  That would be just your card or the name on the card?

███████████   Okay.  ██████████ is my --

JAMES WOODS:  All right.  Okay.  So there's no middle initial name, right?

███████████   No.

JAMES WOODS:  Okay.  All right.  This is just a one-time payment and for one year.  You will get a free service for whole one year.  There is no more to pay

anything, any -- even a single penny.  There is nothing more to pay, okay?

█████████████  So for this year, there'll be nothing else and we can call back multiple times and --

JAMES WOODS:  Yeah.

█████████████  Great.

JAMES WOODS:  Not -- nothing more, nothing more.  So that's why if anybody calls you and tries to sell you some security, just -- I have my personal technician, just call me up and there you'll get a free service for everything, okay?

█████████████  All right, perfect.  Thank you, James.

JAMES WOODS:  All right.  So actually I wanted to give the premium one, which is the stronger one, but you said, like, you cannot go for that.  Right?

█████████████  No, not today.  You know, with the holidays, can't afford it.

JAMES WOODS:  Okay.  Okay. All right.  All right, fine.  What I will do here, all right, just give me a moment here.  I'll go ahead and put it down, your number.  All right.  █████████████  All right.  And the best number to reach you is ███████.  Is that right?

█████████████  Yep, that's it.

JAMES WOODS:  All right.  And the email -- the

best email to send a document, and the documents will explain for how much you paid for -- for how much you paid and how long you are getting; what kind of service you are getting and to which company you'll pay for it. I will send everything to this email.  Also, I'll go ahead and give you all the documents under your name, ▮▮▮▮▮▮ okay?

▮▮▮▮▮▮ Yes.

JAMES WOODS:  All right.  Okay.  In days to come, you are planning to buy a new computer as well, or no?

▮▮▮▮▮▮ I didn't hear you, I'm sorry.

JAMES WOODS:  In the future -- in the future, you are planning to buy other computer or not?

▮▮▮▮▮▮ Oh, I don't know.  I mean -- maybe.

JAMES WOODS:  (Inaudible).

▮▮▮▮▮▮ Yeah, no, not right now.  We don't have any plans right now.

JAMES WOODS:  Okay.  Yeah, this -- you don't need to spend your money because this computer, if you take care you can -- you just bought it.

▮▮▮▮▮▮ I didn't hear you.  You were breaking up.  We can use this computer for how long?

JAMES WOODS:  If you're taking care of this

computer, you can use it at least for more than 10 years, okay?

▋ Oh, great.

JAMES WOODS:  At least for 10 years.

▋ Wonderful.  I like that.

JAMES WOODS:  But you don't need to spend -- you don't need to spend your money again, okay?  All right.  So what I will do here, I have a billing managers -- the billing managers will go ahead and activate the security software for you for (inaudible) one year.

▋ Okay.

JAMES WOODS:  And that amount is 200 -- what is that -- then minus -- 249.99.  Right?

▋ Yes.

JAMES WOODS:  Two forty-nine point nine nine. That will be completely one year, including with the technician, installation of everything includes together there.  We will go ahead and register under your name and we will send documents in your email.  Just stay connected.  I will go ahead and transfer you to the billing managers, okay?  Just stay connected --

▋ Okay.

JAMES WOODS:  -- on hold.

▋ Thank you.

JAMES WOODS:  Just stay on the line.  All

right.

(On-hold.)

ASHLEY:  Thank you for holding the line, ▮▮▮▮ This is Ashley from the billing department. How are you?

▮▮▮▮  Hi, Ashley.  I'm doing well. How are you?

ASHLEY:  Yes, ma'am.  I'm doing good.  Thanks for asking.  Well, I'm going to produce you with the documents.  Just bear with me, okay?

(Brief pause.)

ASHLEY:  All right.  So I have the 9/1 account. Just a second.  All right.  So you can cross check with the details, okay?

▮▮▮▮  Okay.

ASHLEY:  I would appreciate that.  Thank you. And I hope the technician provided you with the phone number to take back, right?

▮▮▮▮  He did, yes.  He was great.

ASHLEY:  Thank you.  And this is just a one-time payment, which is the amount of $249.99.  That's for the one year security and support for this computer with all peripheral device, okay?  Which will be covered.

▮▮▮▮  Right.

ASHLEY:  So the 9/1 account is paid, ma'am.

Tavares Attachment B-35

That will appear as NTS IT Care.  I request you to recognize that charge, okay?

████████████        Okay.

ASHLEY:  All right.  Well, NTS IT Care is an independent service provider.  We are not affiliated with any other brands like Microsoft Windows, Apple or any internet service provider.  Do not get confused with that.

████████████        Okay.

ASHLEY:  We provide the software and support for all the brands, Window, Dell, HP, Apple.  So this is just a one-time payment.  You authorize this transaction, right?

████████████        Yes.

ASHLEY:  Thank you so much.  So let me proceed with that.  Just give me a moment.

(Brief pause.)

████████████        So there's also a comma after ████, and that needs -- that shouldn't be there.

ASHLEY:  Oh, I'm sorry.  Okay.  Just give me a moment.  Okay.  Here we go.  All right.  So, ma'am, can you just cross check with the card number.  I think the card numbers is missing here.  It says an invalid card number.  Could you cross check for that, please?

████████████        Sure.

ASHLEY:  Yes.  Can you jut read out that number, please?

████████████   Sure.  It's XXXXXXXXXXXXXXX.

ASHLEY:  XX -- I'm sorry, XX --

████████████   XXXX.

ASHLEY:  No, no.  No, one number is missing. What is the last four digits of the Visa card number?

████████████   XXXX.  That's the number.

ASHLEY:  The card number will be 16-digit number, okay?

████████████   Let me run out to --

ASHLEY:  The one which I have here --

████████████   Let me run out to my car and get my purse.  I'll be right back, okay?

ASHLEY:  Okay.  Take your time, ma'am, mm-hmm.

████████████   Sorry, I'll be right back.

ASHLEY:  Take your time.

(Brief pause.)

████████████   Hello?

ASHLEY:  Yes, ██████   I'm here with you.

████████████   Sorry about that.  All right. The number is --

ASHLEY:  That's okay.

████████████   -- XXXX --

ASHLEY:  It's a four of --

Tavares Attachment B-37

**FTC-TRO-0076**

███████████   Mm-hmm.  Let me start over again.  XXXX-XXXX --

ASHLEY:  Okay, okay.

███████████   XXXX.

ASHLEY:  Uh-huh.

███████████   XXXX.

ASHLEY:  Mm-hmm.  Okay.  That was the number which was missing here.

███████████   Sorry about that.  I was trying to do it from memory.

ASHLEY:  Okay, no problem.  All right.  So now let me go ahead and proceed with the transaction.  Just give me a moment, okay?

(Brief pause.)

ASHLEY:  All right.  That was XXXX, okay.  All right.  So you can see now on my screen with the auto-receipt.  So congratulations, ma'am, the transaction is successfully approved, okay?

███████████   Oh, great.

ASHLEY:  Now, I'll give you with the proof of purchase, which is mentioned with support that should have taken and the amount you paid.  I do want to point out the documents have three pages.

███████████   I don't have a printer.  If you could email it to me, that'd be great.

ASHLEY:  Oh, all right.  Okay, not a problem. I'll send that in an email for you, okay?

██████████  Thank you.

ASHLEY:  You're welcome.  So if you have any inquiries related to the billing issue, you can just call back on our phone number or else you can send us an email.  That's on support@NTSIT.com.  We will be happy to help you, okay?

██████████  Okay.  Thank you so much.

ASHLEY:  You're welcome, ma'am.  So now you can just relax and leave the computer on.  You will get a call after 30 minutes, okay?

██████████  Okay.

ASHLEY:  Once the work is done.  So do not -- do not touch your computer.  All right?

██████████  Okay.

ASHLEY:  Just leave it on, relax.  So anything else I can help you?

██████████  Nope, that's it.

ASHLEY:  Thank you for your patience, ma'am. And thank you for choosing NTS IT.  Take care.  Have a good day.

██████████  You, too.

ASHLEY:  Take care.  Bye-bye.

██████████  Bye-bye.

(The call was concluded.)

MS. TAVARES:  This concludes the call.

(The recording was concluded.)

CERTIFICATE OF TRANSCRIPTIONIST

I, George Quade, do hereby certify that the foregoing proceedings and/or conversations were transcribed by me via CD, videotape, audiotape or digital recording, and reduced to typewriting under my supervision; that I had no role in the recording of this material; and that it has been transcribed to the best of my ability given the quality and clarity of the recording media.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were transcribed; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

DATE:  2/10/2020

GEORGE QUADE, CERT

Tavares Attachment B-41

**FTC-TRO-0080**

ALDEN F. ABBOTT
General Counsel

RONNIE SOLOMON, Cal. Bar No. 284923
SARAH SCHROEDER, Cal. Bar No. 221528
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
rsolomon@ftc.gov, sschroeder@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | **Case No. _____** |
| Plaintiff, | **FILED UNDER SEAL** |
| vs. | **DECLARATION OF CALVIN BROWN IN SUPPORT OF FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| **NTS IT CARE, INC.**, a California corporation, and | |
| **JAGMEET SINGH VIRK**, individually, and as an owner, officer, and director of NTS IT Care, Inc., | |
| Defendants. | |

BROWN DECL. ISO MOTION FOR TRO

**FTC-TRO-0081**

DECLARATION OF CALVIN BROWN

Pursuant to 28 U.S.C. § 1746

I, Calvin Brown, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1.     I am a United States citizen over the age of eighteen years old. I am a Technical Computer Forensic Examiner for the Federal Trade Commission ("FTC") in Washington, D.C. My duties include evidence intake and media preparation, which includes (1) forensic wiping, shipping, and media encryption; (2) organization and upkeep of information about evidence in the FTC's possession; (3) chain of custody preparation and organization; and (4) forensic examination of evidence.

2.     I obtained a Bachelor's degree in Information Technology with a concentration in Computer Forensics from American Intercontinental University College and an Associate's degree in Criminal Justice from Howard Community College.

3.     I have completed formal classroom training in the use of forensic software programs from Guidance Software (Encase) and the Access Data Corporation Forensic Toolkit (FTK). Encase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing, and analyzing electronically stored information (ESI). I have met the requirements for the Access Data Certified Examiner (ACE) program. In addition, I have completed the requirements to become a Certified Computer Examiner (CCE) from the International Society of Forensic Computer Examiners and an Encase Certified Examiner (EnCE) from the OpenText EnCE Certification Program.

4.     As a forensic examiner for the FTC, my job duties include providing computer forensic support to FTC attorneys and FTC investigators. In the course of my duties, I was assigned to work on the FTC's investigation of NTS IT Care, Inc. For this case, I was

Declaration of Calvin Brown - Page 1

assigned to work on setting up technology for undercover calls. These calls took place on 12/04/19 and 12/05/19.

5.   Prior to each of these calls, I completed the following duties:

a.   Assigned two computers to the case (Specs: 8Gb Memory and Intel i5-2500 CPU @ 3.30 GHz 64-bit CPU);Obtained three (3) 160 GB 2.5" internal hard drives;

b.   Set up a computer using one of the acquired hard drives;

c.   Confirmed there was no malicious software (i.e. viruses, spyware), system error, or other security breach or infection on the computer by making sure the hard drive was forensically wiped prior to installing the operating system and making sure the OS was a fresh install;

d.   "Consumerized" a computer for the undercover call by making the computer look used by an average person, including adding files and folders on the machine;

e.   Set up a "capture computer," a computer used to capture the display of the consumerized computer, including Wireshark packets and video of the screen;

f.   Installed Windows 7 Professional OS and all programs on the consumerized computer, including QuickTime, Office 2010, Acrobat Reader, iTunes, Firefox, and Internet Explorer;

g.   Verified that Windows Defender Antivirus Protection Software was the only anti-virus software on the consumerized computer;

h.   Installed latest updates to Windows 7 Professional OS and programs;

i.   Made the following tweaks to the consumerized computer: (1) turned off screensaver, (2) turned off hibernation, (3) turned off auto updates, (4)

Declaration of Calvin Brown - Page 2

**FTC-TRO-0083**

disabled or disconnected Wi-Fi in the BIOS,[1] (5) disabled camera in the BIOS, (6) disabled microphone in hardware settings, (7) covered the computer camera lens and microphone; and (8) selected High Performance in Windows Power Options so that PC would not hibernate or suspend when plugged into power;

j.  Removed any trace of "Federal Trade Commission" from the "System ID" from the Computer Setup option menu in the BIOS. This action ensured that the computer was not traceable to the FTC;

k.  Downloaded and installed PassMark performance test software to USB;

l.  Performed performance test with USB-installed PassMark three times (x 3) after installing OS, programs and updates, and recorded results;

m.  Performed performance test with USB-installed PassMark three times (x 3) after consumerization of computer and recorded results; and

n.  Imaged the hard drive.

6.  As part of my duties in this case, I made forensic images of the desktop used by FTC investigator Michelle Tavares during her undercover calls to NTS. I made a pre-call image of the desktop's hard drive before her first call, and made a post-call image of the desktop's hard drive after her final call. In addition, I captured video of the screen the investigator was using while on the call using an Advermedia device, along with package transfer data using Wireshark software.

7.  Below are a list of images and folders of data from the FTC's 12/4/19 and 12/5/19 undercover calls that I sent to the FTC's expert Hal Pomeranz on December 31, 2019

[1] BIOS (basic input/output system) is the program a computer's microprocessor uses to get the computer system started after a consumer turns it on.

Declaration of Calvin Brown - Page 3

FTC-TRO-0084

via FedEx. The "*" indicates groups of large numbers of files, each indicating several dozen files with the same naming convention. *Italicized* words are names of file folders:

**12/4/19-12/5/19 Undercover Calls**

Images

01-OS Baseline Only*

02-Baseline Only*

03-Alias*

04-AfterCall*

04-AfterCall (PassMark)*

File folders

*Audio Recordings*

*PassMark*

*Videos*

*WireShark*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2020, in Washington DC.

Calvin Brown

Declaration of Calvin Brown - Page 4

ALDEN F. ABBOTT
General Counsel

RONNIE SOLOMON, Cal. Bar No. 284923
SARAH SCHROEDER, Cal. Bar No. 221528
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
rsolomon@ftc.gov, sschroeder@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> vs. <br><br> **NTS IT CARE, INC.**, a California corporation, and <br><br> **JAGMEET SINGH VIRK**, individually, and as an owner, officer, and director of NTS IT Care, Inc., <br><br> Defendants. | **Case No.** _____ <br><br> **FILED UNDER SEAL** <br><br> **DECLARATION OF HAROLD POMERANZ IN SUPPORT OF FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

POMERANZ DECL. ISO MOTION FOR TRO

**FTC-TRO-0086**

**Declaration of Harold Pomeranz**
**Pursuant to 28 U.S.C. § 1746**

I, Harold R. Pomeranz, declare as follows:

1.      I have personal knowledge of the facts set forth in my Expert Witness Report, attached as **Pomeranz Attachment A**.  If called as a witness, I could and would testify as stated below.

2.      I am a U.S. citizen over the age of 18.

3.      I hold a Bachelor of Arts degree in Mathematics with a Concentration in Computer Science from Swarthmore College.  I am a GIAC Certified Forensic Analyst (GCFA), Network Forensic Analyst (GNFA), and Malware Analyst (GREM).  I am the founder and technical lead of Deer Run Associates, a consulting company focusing on computer forensic investigations and information security.

4.      I have more than 25 years of experience working with computer and information security issues for global commercial, government, and academic organizations, including AT&T Bell Laboratories, Microsoft, Cisco, eBay, the FBI, Department of Defense, NASA, and the University of Pennsylvania.  I also develop and maintain multiple software tools for computer forensic investigations and incident response, which are provided to the public without charge.

5.      Since 1994, I have served as an Instructor and Faculty Fellow of the SANS Institute, the global leader in technical Information Security training.  I have taught for SANS longer than any other faculty member.  I am the primary course author and track lead for the SANS Linux/Unix Security track. I am also a Senior Instructor in the SANS Digital Forensics and Incident Response Curriculum, teaching courses in Computer and Network Forensics, Incident Response, and Malware Analysis.

6.      I have appeared on CNN and been widely quoted in industry publications. I am the recipient of numerous awards, including the SAGE Outstanding Achievement Award for teaching and leadership, the Premier Award for Excellence in Educational Software Design, and the Cisco Systems Outstanding Contractor Award.

Pomeranz Declaration – Page 1

7. Although my opinions have been introduced in U.S. Federal Court and in the United Kingdom, I have not been called upon to testify as an expert witness at trial or by deposition.

8. The FTC is paying for my services at a rate of $250/hour.

9. Counsel for the FTC asked me to review the audio and video recordings of a series of undercover calls made by an FTC investigator with support from the FTC's Digital Forensics Unit, and to examine forensic evidence from the computer system used in the calls. In addition, I was asked to review two videos of undercover calls conducted by private citizens acting as customers. I was asked to opine on whether statements made by NTS IT Care's ("NTS") representatives were true and substantiated, and on the value of services provided by NTS. I was also asked to review, analyze, and opine on the computer pop-up warnings that lead consumers to call NTS.

10. Attached as **Pomeranz Attachment A** is a true and correct copy of my Expert Report.

Pomeranz Declaration – Page 2

**FTC-TRO-0088**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

FEBRUARY 19, 2020 in WINTER SPRINGS, FL

Harold R. Pomeranz

Pomeranz Declaration – Page 3

FTC-TRO-0089

# Pomeranz Attachment A

FTC-TRO-0090

# NTS IT Care

## Expert Witness Report
## Harold Pomeranz, Deer Run Associates
February 19, 2020

I.      *Background Information* ................................................................................ **3**

II.     *Opinions and Summary of Events* ................................................................. **4**

III.    *Evidence Inventory* ....................................................................................... **6**

IV.     *Analysis of Calls to NTS* ............................................................................... **7**

V.      *FTC Undercover Calls Analysis* .................................................................... **7**

VI.     *"Stop Phone Scammers" Video Analysis ("Betts Video")* ............................ **19**

VII.    *Ethan Nguyen Video Analysis* ..................................................................... **21**

VIII.   *Pop-Up Warnings Analysis* ......................................................................... **24**

IX.     *Expert Statement* ....................................................................................... **27**

**Appendix A – Security Action Center, FTC undercover call 12/4/2019** ...............................................**28**

**Appendix B – Event Viewer, FTC undercover call 12/4/2019** .............................................................**29**

**Appendix C – MSCONFIG, FTC undercover call 12/4/2019** ................................................................**30**

**Appendix D – Internet Security Settings, FTC undercover call 12/4/2019** .........................................**31**

**Appendix E – Security Action Center, FTC undercover call 12/5/2019** ...............................................**32**

**Appendix F – Event Viewer, FTC undercover call 12/5/2019** .............................................................**33**

**Appendix G – MSCONFIG, FTC Undercover call 12/5/2019** ...............................................................**34**

**Appendix H – hosts File** .....................................................................................................................**35**

**Appendix I – hosts File Security Warning, FTC Undercover call 12/5/2019** .........................................**36**

**Appendix J – Chrome Plugin Added, FTC undercover call 12/5/2019** .................................................**37**

**Appendix K – Malwarebytes Scan Results, FTC undercover call 12/5/2019** ........................................**38**

**Appendix L – Adware Removal Tool, FTC undercover call 12/5/2019** .................................................**39**

**Appendix M – tracert, "Stop Phone Scammers" video** .......................................................................**40**

**Appendix N – MSCONFIG, "Stop Phone Scammers" video** .................................................................**41**

**Appendix O – Event Viewer, "Stop Phone Scammers" video** ..............................................................**42**

**Appendix P – Windows Defender, Nguyen video** ...............................................................................**43**

**Appendix Q – Windows Defender Firewall, Nguyen video** ..................................................................**46**

Hal Pomeranz Attachment A-1

**Appendix R – Event Viewer, Nguyen video**.............................................................................**47**

**Appendix S – "dir /s" Command, Nguyen video**.......................................................................**48**

**Appendix T – Warning Messages, Nguyen video** .....................................................................**49**

**Appendix U – netstat Command, Nguyen video** ......................................................................**50**

**Appendix V – Pop-Up Warning** ................................................................................................**51**

**Appendix W – List of Publications**...........................................................................................**52**

Hal Pomeranz Attachment A-2

**FTC-TRO-0092**

## I.   Background Information

1.   This document was prepared by Harold Pomeranz for the Federal Trade Commission ("FTC"). It is based on analysis of evidence provided by FTC personnel. The analysis began in January 2020.

### A.  Witness Qualifications

2.   My name is Harold R. ("Hal") Pomeranz. I hold a Bachelor of Arts degree in Mathematics with a Concentration in Computer Science from Swarthmore College. I am a GIAC Certified Forensic Analyst (GCFA), Network Forensic Analyst (GNFA), and Malware Analyst (GREM). I am the founder and technical lead of Deer Run Associates, a consulting company focusing on computer forensic investigations and information security.

3.   I have more than 25 years of experience working with computer and information security issues for global commercial, government, and academic organizations, including AT&T Bell Laboratories, Microsoft, Cisco, eBay, the FBI, Department of Defense, NASA, and the University of Pennsylvania.

4.   I also develop and maintain multiple software tools for computer forensic investigations and incident response, which are provided to the public without charge.

5.   Since 1994, I have served as an Instructor and Faculty Fellow of the SANS Institute, the global leader in technical Information Security training. I have taught for SANS longer than any other faculty member. I am the primary course author and track lead for the SANS Linux/Unix Security track. I am also a Senior Instructor in the SANS Digital Forensics Curriculum, teaching courses in Computer and Network Forensics, Incident Response, and Malware Analysis.

6.   I have appeared on CNN and been widely quoted in industry publications. I am the recipient of numerous awards, including the SAGE Outstanding Achievement Award for teaching and leadership, the Premier Award for Excellence in Educational Software Design, and the Cisco Systems Outstanding Contractor Award.

7.   A listing of my publications is provided as **Appendix W** – List of Publications.

### B.  Previous Testimony

8.   Although my opinions have been introduced in U.S. Federal Court and in the United Kingdom, I have not been called upon to testify at trial or by deposition.

### C.  Compensation

9.   The FTC is paying for my services at a rate of $250/hour.

Hal Pomeranz Attachment A-3

## II.    Opinions and Summary of Events

10. Counsel for the FTC asked me to review the audio and video recordings of a series of undercover calls made by an FTC investigator (the "FTC investigator") with support from the FTC's Digital Forensics Unit in December 2019, and to examine forensic evidence from the computer system used in the calls. In addition, I was asked to review two video recordings of undercover calls conducted by private citizens acting as customers. I was asked to opine on whether statements made by NTS IT Care's ("NTS") representatives in all of these recordings were true and substantiated, and on the value of services provided by NTS. I was also asked to review, analyze, and opine on the computer pop-up warnings that lead consumers to call NTS, including the code underlying those pop-up warnings.

11. Having carefully reviewed and examined the above materials and computer evidence, and based on my expertise in computer security, computer forensics, and malware analysis, it is my opinion that NTS representatives made several false, deceptive, and unsubstantiated representations during these calls concerning the detection of malicious software (viruses, spyware, and other malicious files), system compromises ("infections", "breaches"), and security vulnerabilities ("has no security", "is unprotected"), including but not limited to:

a.  The NTS representatives falsely claimed that the systems used in the calls were unprotected by antivirus or other security software. However, the information displayed to the investigator and customers during the calls clearly showed that security protections were present and actively protecting the system at the time of the calls.

b.  The NTS representatives claimed, without sufficient analysis, that system error messages indicated the presence of malicious software infections on the system. However, my own analysis shows only typical, benign system error messages with no indications of malicious software.

c.  The NTS representatives falsely claimed that stopped Windows services on the system indicated the presence of malicious software. In fact, these stopped services are normal behavior for the operating system.

d.  The NTS representatives falsely claimed that they ran other security "scans" that could be used to detect the presence of malicious software on the system. However, these "scans" were benign inquiries that cannot be used to detect malicious software. In addition, NTS representatives appear to have manually typed and/or inserted fake and contrived scan results purporting to show the presence of malicious software. Further, legitimate scans that the NTS representatives ran showed that there were no threats present on the systems.

e.  The NTS representatives falsely claimed that the systems used in the calls were in need of repair or remediation.

Hal Pomeranz Attachment A-4

**FTC-TRO-0094**

12. In all the calls I examined, the NTS representatives used similar representations and the same tools and/or tactics to support their claims. In my expert opinion, the services performed by the NTS technician were unnecessary. In some instances, the services performed by NTS actually reduced the security of the system overall and introduced nuisance software into the investigator's system.

13. According to the output of their own tools and based on my analysis, NTS representatives consistently made false, deceptive, or unsubstantiated representations throughout all of the undercover calls and sold unnecessary services to rid the FTC investigator's system of security threats that did not exist. I found no signs of security issues on the FTC investigator's system, either before or after the undercover calls to NTS. After the FTC investigator purchased NTS's services, a technician from NTS ran the Malwarebytes anti-malware tool on the investigator's system. Malwarebytes failed to find any security threats, despite the NTS representative's claims.

14. The web page code underlying the pop-up warnings that direct consumers to NTS falsely claims that the consumer's system has been infected with viruses and spyware and that their personal information is being stolen. The code never attempts to detect the presence of viruses and spyware on the system or assess whether the user's personal information is being stolen. Security controls in modern web browsers would not allow a web site sufficient access to accurately diagnose such issues.

Hal Pomeranz Attachment A-5

**FTC-TRO-0095**

## III.    Evidence Inventory

15. Video/2019-12-04_13-33-07.mp4
    Video/2019-12-05_14-42-58.mp4
    *Screen recordings captured during FTC undercover calls*

16. Audio Recordings/2019-12-04_NTS Call 2.WMA
    Audio Recordings/2019_12_05_NTS_01.WMA
    Audio Recordings/2019_12_05_NTS_03.WMA
    Audio Recordings/2019_12_05_NTS_04.WMA
    *Audio recordings from FTC undercover calls*

17. 01-NTS-1923116-03-OS Baseline Only/<<multiple files>>
    02-NTS-1923116-03-BaselineCopy/<<multiple files>>
    03-NTS-1923116-03-Alias/<<multiple files>>
    04-NTS-1923116-03-After Call/<<multiple files>>
    05-NTS-1923116-03-After Call(PassMark)/<<multiple files>>
    *"Before and after" forensic images of system used during FTC's December 2019*
    *undercover calls*

18. Wireshark/<<multiple files>>
    *Network activity capture made during FTC's December 2019 undercover calls*

19. Passmark/<<multiple files>>
    *"Before and after" performance results of investigator's system used in December 2019*
    *undercover calls*

20. YouTubeVideos/_NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts
    Video).mp4
    YouTubeVideos/Tech Support Scammer Tells Me I Can't Abuse Them!.mp4
    *Copies of YouTube videos provided by FTC*

21. Transcripts/<<multiple files>>
    *Transcripts of audio from FTC undercover calls and YouTube videos*

Hal Pomeranz Attachment A-6

**FTC-TRO-0096**

## IV.   Analysis of Calls to NTS

22. In this report, I analyze statements made by NTS representatives. The quoted statements in this document do not comprise the complete set of statements made during the calls. Often, the same statements are presented multiple times using different words. The set of quoted statements I chose is a representative sample of the set of statements made by NTS representatives during the call. In reaching my conclusions, I analyzed evidence identified in Paragraphs 15-21 above, "Evidence Inventory."

23. Following each quoted statement, the approximate location of the audio and video corresponding to these statements is noted. Screen captures taken from the undercover video files are provided in the Appendices to this report (see **Appendices A-V**). I understand that transcripts from the FTC investigator's calls with NTS are provided as attachments to the FTC investigator's declaration (Declaration of Michelle Tavares).

## V.   FTC Undercover Calls Analysis

24. I reviewed video and audio recordings of undercover calls to NTS made on December 4th and 5th, 2019 (the "December 2019 Calls"). During the calls, the FTC investigator (the "investigator") speaks with representatives from NTS. The statements captured below come from one NTS representative who identifies himself as "James" during the December 2019 calls. The investigator explains to James that she and her husband are concerned their computer has been infected with a virus. James walks the investigator through a series of steps to give NTS remote access to the computer.

25. As explained more fully below, the NTS representative makes numerous false statements about the state of the computer in an attempt to induce the FTC investigator to purchase services. Moreover, the work performed by the NTS representatives was unnecessary.

### A.  Analysis of System State

26. In my expert opinion, the forensic system images related to the December 2019 undercover calls showed no evidence of malicious software (viruses, spyware, or other malicious files), security compromise (security breaches or infections), or security vulnerabilities—before or after the call. This statement is based on analysis of the event logs, system registry, and file system in the system images provided as evidence.

27. In addition to my manual analysis of the forensic images, I scanned the images with two different, reputable antivirus tools: Microsoft Windows Defender and ClamAV. Both failed to find any malicious code or other threats.

28. My analysis shows that the system was only lightly used, with minimal third-party software installed. The system was running Microsoft Windows 7, Service Pack 1. Microsoft

Hal Pomeranz Attachment A-7

Security Essentials was installed and operational during the calls, providing security protections for the system. The Windows firewall was active during the calls, helping to protect the system from network-based threats.

### B. Statements Made by NTS Representatives during the FTC's Undercover Calls

### i. December 4, 2019 FTC Undercover Call

29. **"Because there is no network security. There is not updates. The security software stopped updating."** Audio: 2019-12-04_NTS Call 2.WMA (14:14), Video: 2019-12-04_13-33-07.mp4 (8:05)

**Expert Commentary:**
The NTS representative is displaying a system warning that indicates the Windows Update service is turned off (a screen capture from the undercover video is provided as **Appendix A** – Security Action Center, FTC undercover call 12/4/2019). The NTS representative claims that this indicates there is no security protecting the system.

While the Windows Update service has been disabled on the system, that does not mean that updates are not happening manually. The NTS representative has done nothing that would determine the current update status of the system and cannot know at this time whether the system is up-to-date or not.

Furthermore, the screen the NTS representative is displaying clearly indicates that the Network firewall is "On" and the Internet security settings are "OK." Virus protection and Spyware and unwanted software protection are "On." This clearly indicates that the security protections on the system are functioning properly.

The NTS representative's statements are false.

30. **"Even this network security, there is no protection."** Audio: 2019-12-04_NTS Call 2.WMA (14:25), Video: 2019-12-04_13-33-07.mp4 (8:16)

**Expert Commentary:** The NTS representative notes that the Network Access Protection Agent service is not running (see **Appendix A** – Security Action Center, FTC undercover call 12/4/2019). The NTS representative claims that this indicates the system is not protected.

The Windows Network Access Protection (NAP) Agent service is not responsible for providing security protections to the computer. Instead, this service collects information about the security configuration of the computer and can provide a report upon request. In large corporate networks, NAP is used to automatically verify the security configuration of a computer before it is allowed to connect to network resources.

Hal Pomeranz Attachment A-8

Network Access Protection would not normally be enabled on a home computer like the investigator's system. It is normal and appropriate for this service not to be running.

Furthermore, the rest of the information displayed here clearly indicates that security protections for the computer—firewall, antivirus, etc.—are functioning normally and protecting the computer.

The NTS representative's statements are false.

31. **"Here you've got some kind of 472 errors and warning…And this may be critical. So these things like damage onto your files as well."** Audio: 2019-12-04_NTS Call 2.WMA (15:54), Video: 2019-12-04_13-33-07.mp4 (9:45)

**Expert Commentary:** The NTS representative is displaying the Windows Event Viewer application (a screen capture from the undercover video is provided as **Appendix B** – Event Viewer, FTC undercover call 12/4/2019). This application is used to view informational log messages, warning messages, and error messages from the Windows operating system and programs running on the system. The NTS representative claims that these error messages indicate security problems that could damage files on the computer.

Messages such as these are part of the normal functioning of a Windows operating system. A typical Windows system may have hundreds of these messages in its logs. Though these errors and warnings appear alarming, they may be completely mundane.

The NTS representative has done no analysis to understand whether the warnings and errors are related to security issues. My own analysis of these messages indicates that there are no signs of malicious activity on the system.

The NTS representative's statements are false.

32. **"So all this has stopped running. That's why the security is (inaudible). So we will repair this so that your computer will be up and running and you will not face this problem again, okay?"** Audio: 2019-12-04_NTS Call 2.WMA (17:09), Video: 2019-12-04_13-33-07.mp4 (11:00)

**Expert Commentary:** The NTS representative is displaying the "Services" tab from the MSCONFIG application (a screen capture from the undercover video is provided as **Appendix C** – MSCONFIG, FTC undercover call 12/4/2019). MSCONFIG is used to manage the Windows operating system—how the computer starts up, system services that run in the background, etc. The NTS representative claims that the "Stopped" services indicate a security problem with the system that should be fixed.

Windows system services are programs that run in the background and perform routine system tasks as necessary. It is normal for many of these services to be in the "Stopped" state when

Hal Pomeranz Attachment A-9

**FTC-TRO-0099**

they are not being used. For example, the "Bitlocker Drive Encryption Service" is stopped because the system drive is not encrypted. Rather than indicating a problem with the system, these services being in the "Stopped" state is completely normal and expected, and no repairs or fixes are required.

The NTS representative's statements are false.

33. **"So this is not actually a virus, but this is something that is getting on the browsers, maybe the spyware. The spyware is critical…So those things have disabled the software, yes."** Audio: 2019-12-04_NTS Call 2.WMA (17:35), Video: 2019-12-04_13-33-07.mp4 (11:25)

**Expert Commentary:** The NTS representative is displaying Internet security settings from the investigator's system (a screen capture from the undercover video is provided as **Appendix D** – Internet Security Settings, FTC undercover call 12/4/2019). The NTS representative is claiming that something malicious on the system, possibly spyware, is causing items to be in the "Disabled" state and that this is a problem for the system.

The displayed settings are showing that different types of potentially dangerous content are "Disabled" – that they will not be used if they come from untrusted Internet sites. Rather than indicating a problem for the system, the "Disabled" items are prudent security settings that are appropriate for protecting the system.

Furthermore, the NTS representative has done no analysis that would indicate the presence of any malicious software on the system—virus, spyware, or other malicious files.

The NTS representative's statements are false.

34. **"You have some kind of bad files and some kind of unwanted application running on the computer. That's why you are getting all of these warning things. So these warning things, the bad files, which is running in the background."** Audio: 2019-12-04_NTS Call 2.WMA (17:53), Video: 2019-12-04_13-33-07.mp4 (11:44)

**Expert Commentary:** Again the NTS representative is claiming that the warning messages in the Windows Event Viewer application indicate malicious software running on the computer (see **Appendix B**).

The NTS representative has done no analysis which would indicate whether these errors are in any way related to malicious software. My own analysis of these messages shows no indications of malicious software.

The NTS representative's statements are false.

Hal Pomeranz Attachment A-10

**FTC-TRO-0100**

35. **"That's why they disable all the security…So we need to enable them."** Audio: 2019-12-04_NTS Call 2.WMA (18:05), Video: 2019-12-04_13-33-07.mp4 (11:56)

**Expert Commentary:** The NTS representative has returned to the Internet security settings screen (see **Appendix D** – Internet Security Settings, FTC undercover call 12/4/2019). The NTS representative claims that the "Disabled" items indicate security settings have been turned off and that they should be enabled.

As noted above, the "Disabled" items are prudent security settings. Enabling them would reduce the overall security of the system.

The NTS representative's statements are false.

36. **"We can see that the software security and the network security…is not there…As of now, we don't find any security."** Audio: 2019-12-04_NTS Call 2.WMA (18:29), Video: 2019-12-04_13-33-07.mp4 (12:20)

**Expert Commentary:** The NTS representative claims that the system has no security protections enabled. However, the NTS representative previously displayed screens indicating the network firewall, antivirus software, and other system security protections were functioning (**Appendix A** – Security Action Center, FTC undercover call 12/4/2019).

The NTS representative's statements are false.

37. **"I'm removing all the files here, the unwanted files which is running on the computer. That may slow your computer and that may get trouble on the computer, all of these."** Audio: 2019-12-04_NTS Call 2.WMA (20:02), Video: 2019-12-04_13-33-07.mp4 (13:53)

**Expert Commentary:** The NTS representative has removed files from multiple directories on the system. He claims that these files are "unwanted" and are programs that are running on the computer, causing slowness and other more serious problems on the computer.

The NTS representative removes temporary files from three directories:

C:\Windows\Temp
C:\Users\Home\AppData\Local\Temp
C:\Users\Home\AppData\Local\Microsoft\Windows\Temporary Internet Files

These directories will typically contain dozens of files that are the residue from Internet browsing and applications running on the system. They are not usually applications themselves and thus would not be "running on the computer" at any time.

Hal Pomeranz Attachment A-11

**FTC-TRO-0101**

The NTS representative has done no analysis to determine if there is any malicious software present in these directories. My own analysis of the system used during the undercover call shows that there is no malicious software present.

The NTS representative also removes files from C:\Windows\Prefetch. These files are created by the Windows operating system to help applications load more quickly. Removing these files will result in applications starting more slowly the next time they are executed.

Furthermore, normal web browsing and usage of the system will create new files in all of these directories, replacing many of the files that the NTS representative deleted.

The NTS representative's statements are false.

38. **"These are the warning things that's getting and they are grouping. The grouping and they may disable the software. They disable the security. These are the grouping things and, yes, we need to remove this because it is more critical than the virus…This is something that spyware infect it or some kind of a trojan things that infect it."** Audio: 2019-12-04_NTS Call 2.WMA (20:29), Video: 2019-12-04_13-33-07.mp4 (14:20)

**Expert Commentary:** The NTS representative displays the Windows Event Viewer application again and claims that the errors represent spyware or malicious software that disables security protections on the system (see **Appendix B**).

Without deeper analysis, the NTS representative cannot be certain that any of the error messages displayed are related in any way to malicious software. My own analysis shows no indication of malicious software in these logs.

The NTS representative's statements are false.

39. **"These are the unwanted software…that are getting onto your computer without your permission…This may be the spyware and this could be the malware. So they register onto your computer. So we need to take that out."** Audio: 2019-12-04_NTS Call 2.WMA (21:51), Video: 2019-12-04_13-33-07.mp4 (15:42)

**Expert Commentary:** The NTS representative is displaying the Wikipedia page for the topic "Browser Hijacking" and claiming that this information is related to problems on the investigator's system.

Nothing the NTS representative has done during the call indicates the presence of malicious software on the system. The NTS representative has performed no meaningful analysis of the system. My own analysis shows that there is no malicious software present on the system.

The NTS representative's statements are false.

Hal Pomeranz Attachment A-12

**FTC-TRO-0102**

ii.  December 5, 2019 FTC Undercover Call

40. On December 5, 2019, the investigator called NTS and reconnected with "James," the NTS representative she spoke with on December 4, 2019. James repeated misrepresentations he made during the December 4, 2019 call.

41.  **"So the Internet security is off. There is no Internet security…You can see here just the computer report says and even to network security turn off. The network security is not there."** Audio: 2019_12_05_NTS_01.WMA (9:23), Video: 2019-12-05_14-42-58.mp4 (3:13)

**Expert Commentary:** The NTS representative repeats an inducement from the December 4 call showing the FTC investigator that the automatic Windows Updates are disabled and the Network Access Protection service is turned off (a screen capture from the undercover video is provided as **Appendix E** – Security Action Center, FTC undercover call 12/5/2019). He claims this indicates that the system is unprotected.

However, the rest of the information displayed on the screen indicates the system is protected. The Network firewall is on, Virus and Spyware protection are turned on, and Internet security settings are "OK."

Even if automatic updates are turned off, the system owner could still be applying updates manually. The NTS representative has done nothing to assess whether the system is currently up-to-date. Furthermore, running the Network Access Protection service would not be typical for a home computer like the investigator's. Moreover, the Windows Network Access Protection (NAP) Agent service is not responsible for providing security protections to the computer.

The NTS representative's statements are false.

42. **"When you click on the files, the bad files, these contain all of this. You got 477 these contain and that may stop all the software. That is stopping all the security sample, everything because of this."** Audio: 2019_12_05_NTS_01.WMA (10:15), Video: 2019-12-05_14-42-58.mp4 (4:05)

**Expert Commentary:** The NTS representative repeats another inducement from the December 4 call, by showing the Windows Event Viewer. The NTS representative claims that the errors displayed are related to malicious activity on the system (a screen capture from the undercover video is provided as **Appendix F** – Event Viewer, FTC undercover call 12/5/2019).

Hal Pomeranz Attachment A-13

Error logs like the ones being displayed are part of the normal functioning of a Windows operating system. Deeper analysis is required to determine if any of the messages are due to malicious activity. My own analysis of these logs shows no signs of malicious activity.

The NTS representative's statements are false.

43. **"This is something critical which is more worse than the virus. So because the manufacturer software is disabled. So the virus cannot disable all these kind of manufacturer software. But these things are disable the manufacturer software even. So that means they are more worse than that, okay?"** Audio: 2019_12_05_NTS_01.WMA (12:28), Video: 2019-12-05_14-42-58.mp4 (6:28)

**Expert Commentary:** Repeating another inducement from the December 4 call, the NTS representative is using the MSCONFIG application and showing that multiple system services are not running (a screen capture from the undercover video is provided as **Appendix G** – MSCONFIG, FTC Undercover call 12/5/2019). The NTS representative claims that the stopped services are caused by malicious software running on the system.

The services displayed here are "stopped" state because they are not necessary for the normal operation of the system. This is typical for the Windows operating system and not an indicator of malicious activity.

The NTS representative's statements are false.

## C. Services Performed

44. After the NTS representative completes the sales and diagnostic portion of the call, the investigator purchases services from NTS and the audio portion of the call ends. At timestamp 46:45 in the video capture, a member of the NTS staff (the "technician") begins performing various activities on the system and works for approximately 26 minutes. What follows is a summary and analysis of the technician's activities. In my expert opinion, the services performed by the NTS technician were unnecessary. In some instances, the services performed by NTS actually reduced the security of the system overall and added nuisance software to the system.

45. **Creates system restore point,** Video: 2019-12-05_14-42-58.mp4 (47:32)

**Expert Commentary:** On a Windows 7 system like the one being used in the undercover call this action creates a "Volume Shadow Copy"—a snapshot of the disk at the moment the restore point is created. This allows the user to go back and recover files that may be deleted or corrupted by future actions. It is considered good practice to create such a snapshot prior to making significant changes to the system.

Hal Pomeranz Attachment A-14

**FTC-TRO-0104**

46. **Change video settings,** Video: 2019-12-05_14-42-58.mp4 (47:47)

**Expert Commentary:** The technician changes the visual effects settings for the operating system to optimize for "best performance." This action may improve the perceived performance of the system but has no security benefit whatsoever.

47. **Modifies virtual memory settings,** Video: 2019-12-05_14-42-58.mp4 (48:02)

**Expert Commentary:** The technician opens the virtual memory settings and unchecks the control to have the system automatically manage the virtual memory file on disk. Normally this would be done to manually control the size of the virtual memory file on disk or remove it completely. However, the technician makes no further changes on the screen, which means that the virtual memory file will continue to be managed automatically by the operating system. Thus, there is no actual change to the behavior of the system as a result of this action.

48. **Web browser modifications,** Video: 2019-12-05_14-42-58.mp4 (48:24)

**Expert Commentary:** The technician performs multiple actions related to the Internet Explorer, Chrome, and Firefox web browsers on the system:

1) Resets Internet Explorer to default settings
2) Clears browsing history and caches from all browsers
3) Installs Ad Block Plus in all browsers

The technician makes no effort to inspect the Internet Explorer settings before resetting them to their defaults. The technician has no idea what effect this change will have on the overall security of the system. If the user made changes to make these settings stronger and more secure, then the reset will reduce the overall security of the system. Or perhaps the user reduced the security level of some settings, and this reset will be an improvement. Most likely, the user made no significant changes and this operation will have no measurable benefit.

Clearing browsing history and caches may temporarily increase available disk space on the system but will have no significant performance or security impact on the system. Any disk space recovered will start being consumed as soon as the user begins browsing the Internet again.

Using an ad-blocker such as Ad Block Plus can help reduce the user's exposure to malicious advertising that could infect the system with dangerous software. This is the only action taken by the technician that improves security in any noticeable way. This action could be performed by any user, even a user with no special technical skills.

Hal Pomeranz Attachment A-15

**FTC-TRO-0105**

49. **Modifies hosts file,** Video: 2019-12-05_14-42-58.mp4 (53:51)

**Expert Commentary:** The hosts file on Windows associates Internet Protocol (IP) addresses with host names. If a user types a host name into their web browser that matches a host name in the hosts file, the IP address from the hosts file will be used to connect to the remote host.

The technician adds 26 entries to the hosts file (see **Appendix H** – hosts File for a list of the added entries). These entries correspond to the host names of various remote-control applications similar to the Support.Me service that NTS uses to perform remote diagnostics and changes on the investigator's computer. In all cases, the IP address associated with these hostnames is 127.0.0.1.

127.0.0.1 is the so-called "loopback" address. In IP networking, this address stands for the local computer itself. Setting web site names to this "loopback" address is a well-known technique to prevent access to the web site. This technique is used maliciously by some malware to prevent the system from being able to access help or security fixes, but it can also be used proactively to block access to "known bad" sites that may contain exploits or malicious software.

Blocking access to other remote-control applications may be an attempt by NTS to prevent their competitors or malicious actors from remotely accessing their customer's systems.

However, in order to modify the hosts file, the technician first has to reduce the security settings on the file so that normal users on the system are allowed to make changes (a screen capture from the undercover video is provided as **Appendix I** – hosts File Security Warning, FTC Undercover call 12/5/2019). After making changes to the file, the technician does not return the security settings to their more secure defaults. This leaves the file open to future unauthorized changes and leaves the system in a more vulnerable state.

50. **Runs disk cleanup,** Video: 2019-12-05_14-42-58.mp4 (58:06)

**Expert Commentary:** This action creates free disk space by removing temporary files, files in the recycle bin, and other non-essential data. It has no significant performance or security benefit. The free disk space will gradually be reused under normal system usage.

51. **Disables automatic update services,** Video: 2019-12-05_14-42-58.mp4 (59:22)

**Expert Commentary:** The technician disables the automatic update services for Adobe Acrobat, the Google Chrome web browser and other Google products, and the Mozilla Firefox web browser. Since updates for these products often contain security fixes, disabling automatic updates is usually a downgrade for the security of the system.

During the sales phase of the call, the NTS representative pointed out that automatic updates for the Windows operating system were disabled and used this to falsely claim that there was "no security" on the system. In addition, the NTS representative falsely claimed that stopped

Hal Pomeranz Attachment A-16

**FTC-TRO-0106**

services indicated the presence of malware on the system. Here, we have a technician from NTS disabling automatic updates for important software on the system by stopping background services. This leaves the system in a more vulnerable state.

52. **Changes boot settings,** Video: 2019-12-05_14-42-58.mp4 (59:38)

**Expert Commentary:** The technician reduces the boot timeout from 30 seconds to 10 seconds. This will reduce the wait time during system reboots. It has no security benefit.

The technician also modifies the setting for the number of processors available to the operating system. Normally the operating system will automatically use all available processors—this setting is for developers who wish to test their software with fewer than the available processors to see how it performs on less powerful systems. In this case the technician manually sets the system to use all available processors, so there is no effect as a result of this action.

53. **Installs AOL Shield web browser,** Video: 2019-12-05_14-42-58.mp4 (1:00:46)

**Expert Commentary:** The technician installs the "AOL Shield" web browser on the system. This web browser is based on the same Chromium browser framework that Google Chrome uses and adds additional proprietary security features. This is not a popular or widely used web browser. Moreover, the system already had multiple web browsers installed, and adding another browser option seems unnecessary.

Installing AOL Shield also installs a new plug-in for Google Chrome—a warning from Google Chrome about the new plug-in can be seen at 1:01:27 in the video (a screen capture from the undercover video is provided as **Appendix J** – Chrome Plugin Added, FTC undercover call 12/5/2019). The warning notes that the plugin can change the default search behavior in the browser to use "search.aol.com", change the start-up screen for new browser tabs, and read the user's most frequently visited web sites.

The Chrome plugin is not a security benefit. At best, the changes to the user's browser settings are a nuisance. Depending on what the plugin does with data such as the user's most frequently visited web sites, the plugin could be an invasion of privacy.

54. **Runs Malwarebytes,** Video: 2019-12-05_14-42-58.mp4 (1:02:50)

**Expert Commentary:** Malwarebytes is used to find and remove malicious software. The technician scans the investigator's system with the free version of Malwarebytes. At timestamp 1:03:56 in the video, the results of the Malwarebytes scan are visible (a screen capture from the undercover video is provided as **Appendix K** – Malwarebytes Scan Results, FTC undercover call 12/5/2019). The scan shows zero threats detected.

Hal Pomeranz Attachment A-17

This finding directly contradicts statements made by the NTS representative earlier in the call. There are no viruses or malicious software on the system. The NTS representative made false statements.

55. **Runs Adware Removal Tool,** Video: 2019-12-05_14-42-58.mp4 (1:05:37)

**Expert Commentary:** The technician downloads, installs, and runs a free adware removal tool. However, at 1:09:08 in the video, the technician stops the tool before it identifies any problems or makes any changes to the system (a screen capture from the undercover video is provided as **Appendix L** – Adware Removal Tool, FTC undercover call 12/5/2019). This activity has no effect on the system.

56. **Removes temporary and other files,** Video: 2019-12-05_14-42-58.mp4 (1:06:35)

**Expert Commentary:** The technician removes files from three directories:

    C:\Windows\Temp
    C:\Users\Home\AppData\Local\Temp
    C:\Windows\Prefetch

During the sales portion of the call, the NTS representative deleted files from these directories. The "disk cleanup" action performed by the technician would also eliminate files from the Temp directories. This action is redundant.

There is no security benefit to this activity. Files in the Prefetch directory help applications load more quickly, so removing these files has a negative impact on performance.

57. **Uninstall Malwarebytes,** Video: 2019-12-05_14-42-58.mp4 (1:09:18)

**Expert Commentary:** The technician removes the Malwarebytes application that was added to the system earlier.

58. **Changes Chrome web browser settings,** Video: 2019-12-05_14-42-58.mp4 (1:12:07)

**Expert Commentary:** The technician removes the configuration for the Bing, Yahoo, and DuckDuckGo search engines from Chrome, leaving Google as the only choice. There is no security or performance benefit to this action.

The technician turns on the "Do not track" option in the Chrome web browser. This may improve privacy for the user on web sites that choose to honor "Do not track."

Hal Pomeranz Attachment A-18

**FTC-TRO-0108**

## VI.    "Stop Phone Scammers" Video Analysis ("Betts Video")

59. I reviewed an undercover video from the file "NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers.mp4."  This is a video from a citizen's group called "Stop Phone Scammers," whichrecorded an interaction with NTS ("Betts Video").  I understand that the video was recorded by an individual named Devon Betts from "Stop Phone Scammers." The video was originally posted to YouTube and later obtained by the FTC. The statements captured below come from one NTS representative identified as "David" during the call. As explained more fully below, the NTS representative makes numerous false statements.

60. **"I am running a security scan and I will let you know what's the exact problem."** Video: _NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (8:10)

**Expert Commentary:** The NTS representative runs the tracert ("trace route") command at this point (a screen capture from the undercover video is provided as **Appendix M** – tracert, "Stop Phone Scammers" video). This command is a network diagnostic tool that displays the route network traffic from this system is traveling across a network or the Internet. It is in no way a security scan.

The NTS representative's statement is false.

61.  **"Some of the network services are also not running. That could be the reason you are getting this problem."** Video: _NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (10:00)

**Expert Commentary:** The NTS representative is displaying the "Services" tab from the MSCONFIG application (a screen capture from the undercover video is provided as **Appendix N** – MSCONFIG, "Stop Phone Scammers" video). The NTS representative claims that the "Stopped" services indicate a security problem with the system that should be fixed.

Windows system services are programs that run in the background and perform routine system tasks as necessary. It is normal for many of these services to be in the "Stopped" state when they are not being used. For example, the "Bitlocker Drive Encryption Service" is stopped because the system drive is not encrypted. Rather than indicating a problem with the system, these services being in the "Stopped" state is completely normal and expected, and no repairs or fixes are required.

The NTS representative's statements are false.

62. **"And here are some errors on this computer. That's why the services are not running."** Video: _NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (10:07)

Hal Pomeranz Attachment A-19

**Expert Commentary:** At this point the NTS representative attempts to start the Windows Event Viewer application (a screen capture from the undercover video is provided as **Appendix O** – Event Viewer, "Stop Phone Scammers" video). In the undercover call conducted by the FTC, errors in the Event Viewer application are falsely claimed to indicate the presence of malicious software on the system. Ultimately it takes too long to start Event Viewer and display the system error logs, and the NTS representative abandons the attempt.

63. **"The network security is not running, the firewall. And we have to enable the services, which is stopped. And we have to clean the errors on this computer and hidden virus."** Video: _NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (13:21)

**Expert Commentary:** The NTS representative claims that there is no network security on the system. The NTS representative has done no analysis to support this claim and has no way to know if the claim is true or not.

The NTS representative claims the system services in "Stopped" state need to be enabled. This claim is false. It is normal for the services that were shown earlier to be in the "Stopped" state. Enabling them would not improve the security of the system and could slow the system down significantly.

The NTS representative claims that there are "errors" that need to be cleaned from the system. But the NTS representative was never able to successfully show that there were errors present on the system because the Event Viewer application took too long to load.

The NTS representative also mentions a "hidden virus" that needs to be cleaned off the system. The NTS representative has done no analysis that would indicate any kind of malicious software on the system.

The NTS representative's statements are false.

64. **"You have to install the antivirus on this computer because I don't see [any]."** Video: _NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (14:31)

**Expert Commentary:** The NTS representative claims that there is no antivirus installed on the system. However, the NTS representative has done nothing to confirm this claim.

Looking at the video, the red icon for the Comodo Internet Security suite is visible in the lower right corner of the screen. The Comodo software includes antivirus and network security protections. At the end of the video, the "Stop Phone Scammers" caller Betts confirms that the Comodo software is installed and working (Betts Video – 28:07).

The NTS representative's statement is false.

Hal Pomeranz Attachment A-20

**FTC-TRO-0110**

## VII.   Ethan Nguyen Video Analysis

65. I reviewed an undercover video from the file "Tech Support Scammer Tells Me I Can't Abuse Them!.mp4." The video is marked "Copyright Ethan Nguyen" and was originally posted to Ethan's YouTube channel and later obtained by the FTC. The statements captured below come from one NTS representative identified as "Alex" during the call.

66. As explained more fully below, the NTS representative makes numerous false statements. When the employees at NTS become aware that the call was a ruse that was being recorded for posting on YouTube, the NTS representative attempts to delete the operating system and render the customer's system inoperable.

67.  **"If I talk about the Internet security antivirus program is not on your computer."**
Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (8:05)

**Expert Commentary:** The NTS representative claims that there is no antivirus program installed on the computer. However, seconds before the NTS representative makes this claim the Windows Defender Security Center application is clearly visible in the applications menu of the system (a screen capture from the undercover video is provided as **Appendix P** – Windows Defender, Nguyen video). Windows Defender includes antivirus and other security protections. Later in the video, while on hold, the customer opens the Windows Defender settings, which show that the security is active (see **Appendix P** – Windows Defender, Nguyen video).

The NTS representative's statements are false.

68. **"Whenever you get any new computer it comes with the security for a year…And after a year you need to go ahead and get a new licensed version for that."** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (8:26)

**Expert Commentary:** Windows Defender is included for free with Windows 10. There is no license which needs to be renewed.

The NTS representative's statements are false.

69. **"Private networks, not connected, and guest and public networks are connected…It's a bad sign…It means whenever you're going online you're not secure."** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (8:56)

**Expert Commentary:** The NTS representative is displaying the Windows Defender Firewall status screen (a screen capture from the undercover video is provided as **Appendix Q** – Windows Defender Firewall, Nguyen video). The NTS representative claims the information on the screen indicates the system is not protected.

Hal Pomeranz Attachment A-21

**FTC-TRO-0111**

On this screen, "Private Networks" are those the user told Windows are trustworthy—typically the user's home network and other networks the user believes to be secure. "Public Networks" are other networks such as those in coffee shops, hotels, and other public places which the user has no reason to trust. The fact that "Guest or public networks" is "Connected" means that this system is on a network the user does not trust.

Notice that the details in the box indicate that the Windows Defender Firewall is "On" and blocking connections to applications that are not on the list of allowed applications. Windows Defender is protecting the system at this time.

The NTS representative's statements are false.

70. **"These are all the infections…It can transfer into your other Internet devices as well…The number of infections right now, it's 170."** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (10:29)

**Expert Commentary:** The NTS representative is displaying the Windows Event Viewer application showing warning and error messages from the Windows operating system (a screen capture from the undercover video is provided as **Appendix R** – Event Viewer, Nguyen video). The NTS representative claims that each of these error messages indicates an infection by malicious software on the computer. Furthermore, the NTS representative claims that these infections can jump to other devices connected to the same network as the system.

Messages such as these are purely informational and part of the normal functioning of a Windows operating system. A typical Windows system may have hundreds of these messages in its logs. Though these errors and warnings appear alarming, they may be completely mundane.

For example, in the first screen of messages, there are multiple "Security-SPP" messages with Event ID 8198. These mean that the Windows Operating system is not able to verify that this is a licensed copy of Windows. The "DNS Client Events" with Event ID 1014 indicate the system is not able to reach a Domain Name Server to translate host names into Internet addresses. This is possibly due to a misconfiguration. None of these messages would typically be caused by malicious software.

The NTS representative has done no analysis to understand whether the warnings and errors are related to infections or malicious software. Even if the messages did indicate the presence of a malicious program, the NTS representative has done no analysis to conclude that the malicious software could jump to other devices.

The NTS representative's statements are false.

Hal Pomeranz Attachment A-22

71. **"I'm going to have to run a scan right now."** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (11:14)

**Expert Commentary:** The NTS representative runs the command "dir /s" (a screenshot from the undercover video is provided as **Appendix S** – "dir /s" Command, Nguyen video). This command simply provides a listing of all files and directories on the computer. It has nothing to do with scanning the system or security.

The NTS representative's statements are false.

72. **"And here we have the results of the scan right now…Unwanted connections detected… Errors coming from the network…and security expired"** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (12:05)

**Expert Commentary:** The "dir /s" command finished, and the screen is displaying three additional messages after the command output: "Unwanted connections detected", "errors coming from network", and "security expired" (a screen capture from the undercover video is provided as **Appendix T** – Warning Messages, Nguyen video). The NTS representative claims that these messages indicate actual security problems with the system.

These messages are not the result of the "dir /s" command or any other security application on the system and are not messages from the operating system. It is clear from the errors that follow each message that the NTS representative simply typed these messages into the window where the "dir /s" command was running. After the "dir /s" command finished, the system tried to execute the typed statements as commands. Since the statements are not valid Windows commands, each line generated an error.

The messages have nothing to do with the true state of security on the system. The NTS representative's statements are false.

73. **"Current connection is showing 15…And these all could be the…guest connections which might be connected…It's a really major threat going on right now."** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (12:47)

**Expert Commentary:** The NTS representative is displaying the output of the netstat command (a screen capture from the undercover video is provided as **Appendix U** – netstat Command, Nguyen video). Netstat is an administrative tool that is used to view information about network connections between the local machine and other systems. The output from the netstat command indicates there are 15 network connections to the system. The NTS representative claims that these connections are a major security problem for the system.

The NTS representative has done no analysis that would indicate that these network connections are a threat. Some of the network connections will be related to the LogMeIn Rescue software the NTS representative is using to control the customer's system. The

Hal Pomeranz Attachment A-23

addresses that begin with 13.78.* and 13.89.* belong to Microsoft and could be normal Windows operating system behavior like system updates.

In addition, the NTS representative is conflating the netstat output with the "Guest or public networks" information from the Windows Defender Firewall status screen displayed earlier (**Appendix Q** – Windows Defender Firewall, Nguyen video). The NTS representative claims that these connections are dangerous because they are untrusted "Guest" connections. However, the Windows Defender Firewall status merely shows that the system is connected to an untrusted public network and is therefore at a higher level of security. It has no relation to the output from the netstat command.

The NTS representative's statements are false.

74. **"That's your IP address…It will remain the same for your phone, for your iPad, and this computer as well."** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (13:28)

**Expert Commentary:** This is nonsense. Every individual device on an IP network will have its own unique IP address. The NTS representative's statements are false.

75. **"The worst part is that whenever these might get established, these can misuse information. Like if you use your iPad [or] this computer for any kind of personal information, like your Facebook, emails, …for banking, or any other stuff…These might get all of your personal information."** Video: Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (13:52)

**Expert Commentary:** The NTS representative has done no analysis to determine if any of these network connections are actually threats to the system or the information it contains. There is no reason to suspect a threat to the system based on the information that has been viewed in the video.

The NTS representative's statements are unsubstantiated.

## VIII.   Pop-Up Warnings Analysis

76. At the start of the Ethan Nguyen video, a browser window is visible, displaying a pop-up warning (a screen capture from the undercover video is provided as **Appendix V** – Pop-Up Warning). The text states, "Your computer has alerted us that it has been infected with a virus and spyware." It goes on to warn that Facebook and email account login credentials, credit card details, and personal photos are being stolen. The pop-up warns that the computer will be disabled in 5 minutes if the consumer does not call a toll-free number shown in the message—a number that connects the consumer with NTS. The web page displays a Microsoft logo and information and images related to well-known Microsoft products and services but is being hosted at the domain "gameshubcenter.info" rather than a legitimate Microsoft domain.

Hal Pomeranz Attachment A-24

**FTC-TRO-0114**

77. The Betts Video also shows a similar pop-up warning that leads the caller to contact NTS (**Appendix V** – Pop-Up Warnings).

78. The FTC obtained the HTML and JavaScript code ("the web page code") underlying multiple other web sites that displayed similar pop-up warnings with toll-free numbers believed to be associated with NTS. I was asked to review and analyze the code associated with these web pages.

79. Modern web browsers implement a feature known as "sandboxing"[1] to prevent web page code from interacting with the computer's operating system except in very tightly controlled and limited ways. Sandboxed code does not have enough access to generally assess whether or not a system had been infected with a virus or spyware. This means that browser pop-up warnings, such as the ones represented in **Appendix V**, do not and cannot detect the presence of virus or spyware infections. The only way sandboxed code could disable a system is to maliciously consume system resources to the point the system becomes unusable (denial of service) or monopolize the keyboard and mouse inputs and prevent access to other applications.

80. The pop-up warnings appearing in the web page code that I analyzed are simply fabricated. They will be displayed any time the user arrives at the web site hosting this code, regardless of the actual security state of the system. The web page could not accurately detect the presence of viruses and spyware on the system or know that the user's personal information is being stolen. Moreover, there is no code in these web pages that makes any attempt to diagnose security issues on the user's system. Thus, the statements in the pop-up warnings that the computer has been infected with a virus and spyware and that personal information is being stolen are fabricated. Moreover, the web page code does not disable the user's system at any time.

81. According to information provided by the FTC that I analyzed, the web page code was obtained from domains such as "fixallssolutionstoday.men", "fixallssolutions.site", and "solvesssolutionsnow.dowload." This means that Internet users visiting these web sites may have received these pop-up warnings.  The minor spelling errors and use of non-mainstream domains such as ".men" and ".download" are typical for domains hosting questionable or outright malicious content.

82. Furthermore, the web page code uses multiple tricks to obscure or hide the code that runs when the web page is accessed. These are tricks commonly associated with malicious web sites that are attempting to avoid being blocked by security software at the network level or on the user's system.

---

[1] A technical description of browser sandbox design can be found at
https://chromium.googlesource.com/chromium/src/+/master/docs/design/sandbox.md

Hal Pomeranz Attachment A-25

**FTC-TRO-0115**

83. The web page content and pop-up warnings in **Appendix V** mention Microsoft branded services and products even though the domains are in no way affiliated with Microsoft. This falsely gives the pop-up warning a greater appearance of legitimacy.

84. The statements in the pop-up warning in **Appendix V** are fabricated.

Hal Pomeranz Attachment A-26

**FTC-TRO-0116**

## IX.   Expert Statement

As I have shown above, the NTS representatives consistently made false, deceptive, and unsubstantiated representations throughout all call recordings I analyzed. The NTS representatives attempted to sell, and did sell, unnecessary services to "clean" the systems of security threats that did not exist. The website code underlying the pop-up warnings that directs consumers to NTS makes false claims, including that the computer is infected with viruses and spyware and the personal information is being stolen. This code, however, is incapable of correctly diagnosing anything that is happening on the system.

_(signature)_

Harold R. Pomeranz

## Appendix A – Security Action Center, FTC undercover call 12/4/2019



2019-12-04_13-33-07.mp4 (8:06)

Hal Pomeranz Attachment A-28

**FTC-TRO-0118**

## Appendix B – Event Viewer, FTC undercover call 12/4/2019



2019-12-04_13-33-07.mp4 (9:26)

Hal Pomeranz Attachment A-29

**FTC-TRO-0119**

## Appendix C – MSCONFIG, FTC undercover call 12/4/2019



2019-12-04_13-33-07.mp4 (10:44)

Hal Pomeranz Attachment A-30

**FTC-TRO-0120**

## Appendix D – Internet Security Settings, FTC undercover call 12/4/2019



2019-12-04_13-33-07.mp4 (11:25)

Hal Pomeranz Attachment A-31

**FTC-TRO-0121**

Appendix E – Security Action Center, FTC undercover call 12/5/2019



2019-12-05_14-42-58.mp4 (3:21)

Hal Pomeranz Attachment A-32

**FTC-TRO-0122**

Appendix F – Event Viewer, FTC undercover call 12/5/2019



2019-12-05_14-42-58.mp4 (4:01)

Hal Pomeranz Attachment A-33

**FTC-TRO-0123**

Appendix G – MSCONFIG, FTC Undercover call 12/5/2019



2019-12-05_14-42-58.mp4 (5:51)

Hal Pomeranz Attachment A-34

**FTC-TRO-0124**

## Appendix H – hosts File

```
# Copyright (c) 1993-2009 Microsoft Corp.
#
# This is a sample HOSTS file used by Microsoft TCP/IP for Windows.
#
# This file contains the mappings of IP addresses to host names. Each
# entry should be kept on an individual line. The IP address should
# be placed in the first column followed by the corresponding host name.
# The IP address and the host name should be separated by at least one
# space.
#
# Additionally, comments (such as these) may be inserted on individual
# lines or following the machine name denoted by a '#' symbol.
#
# For example:
#
#      102.54.94.97     rhino.acme.com          # source server
#       38.25.63.10     x.acme.com              # x client host

# localhost name resolution is handled within DNS itself.
#     127.0.0.1       localhost
#     ::1             localhost

127.0.0.1 www.teamviewer.com
127.0.0.1   www.ammyy.com
127.0.0.1   www.fastsupport.com
127.0.0.1   www.supremocontrol.com
127.0.0.1   www.helpme.net
127.0.0.1   www.ultraviewer.net
127.0.0.1   www.11gb.net
127.0.0.1   www.showmypc.com
127.0.0.1   www.aeroadmin.com
127.0.0.1   www.900100.net
127.0.0.1   www.uvnc.com
127.0.0.1   www.remotepc.com
127.0.0.1   www.seecreen.com
127.0.0.1   www.splashtop.com
127.0.0.1   www.litemanager.com
127.0.0.1   www.anydesk.com
127.0.0.1   www.mikogo.com
127.0.0.1   www.mingleview.com
127.0.0.1   www.screenleap.com
127.0.0.1   www.skyfex.com
127.0.0.1   www.join.me
127.0.0.1   www.pcfixit247.com
127.0.0.1   www.pcfixnow.com
127.0.0.1   www.pixelpromote.com
127.0.0.1   www.go2patch.com
127.0.0.1   www.24x7.screenconnect.com
```

Hal Pomeranz Attachment A-35

**FTC-TRO-0125**

Appendix I – hosts File Security Warning, FTC Undercover call 12/5/2019



2019-12-05_14-42-58.mp4 (53:51)

Hal Pomeranz Attachment A-36

**FTC-TRO-0126**

Appendix J – Chrome Plugin Added, FTC undercover call 12/5/2019



2019-12-05_14-42-58.mp4 (1:01:27)

Hal Pomeranz Attachment A-37

**FTC-TRO-0127**

Appendix K – Malwarebytes Scan Results, FTC undercover call 12/5/2019



2019-12-05_14-42-58.mp4 (1:03:56)

Hal Pomeranz Attachment A-38

**FTC-TRO-0128**

Appendix L – Adware Removal Tool, FTC undercover call 12/5/2019



2019-12-05_14-42-58.mp4 (1:09:10)

Hal Pomeranz Attachment A-39

**FTC-TRO-0129**

## Appendix M – tracert, "Stop Phone Scammers" video

_NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (9:25)

Hal Pomeranz Attachment A-40

**FTC-TRO-0130**

Appendix N – MSCONFIG, "Stop Phone Scammers" video



_NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (9:35)

Hal Pomeranz Attachment A-41

**FTC-TRO-0131**

Appendix O – Event Viewer, "Stop Phone Scammers" video



_NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (11:23)

Hal Pomeranz Attachment A-42

**FTC-TRO-0132**

Appendix P – Windows Defender, Nguyen video



Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (8:01)

Hal Pomeranz Attachment A-43



Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (23:59)

Hal Pomeranz Attachment A-44



Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (24:09)

Hal Pomeranz Attachment A-45

**FTC-TRO-0135**

## Appendix Q – Windows Defender Firewall, Nguyen video



Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (8:35)

Hal Pomeranz Attachment A-46

**FTC-TRO-0136**

## Appendix R – Event Viewer, Nguyen video



Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (10:20)

Hal Pomeranz Attachment A-47

## Appendix S – "dir /s" Command, Nguyen video



Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (11:19)

Hal Pomeranz Attachment A-48

## Appendix T – Warning Messages, Nguyen video

```
C:\Windows\system32\cmd.exe
04/12/2018  02:19 AM    <DIR>          en-US
04/12/2018  02:19 AM    <DIR>          HWRCustomization
04/11/2018  04:35 PM           305,664 InkDiv.dll
04/11/2018  04:35 PM         1,542,144 InkObj.dll
04/12/2018  02:19 AM         1,479,168 micaut.dll
06/15/2018  08:21 AM           503,808 Microsoft.Ink.dll
04/12/2018  02:19 AM         6,326,272 mraut.dll
04/11/2018  04:35 PM            49,664 mshwgst.dll
04/12/2018  02:19 AM           921,088 mshwLatin.dll
04/11/2018  04:35 PM             2,048 penchs.dll
04/11/2018  04:35 PM             2,048 pencht.dll
04/11/2018  04:35 PM             2,048 penjpn.dll
04/11/2018  04:35 PM             2,048 penkor.dll
04/11/2018  04:35 PM             2,048 penusa.dll
04/11/2018  04:35 PM            85,504 pipanel.dll
04/11/2018  04:35 PM             7,680 pipanel.exe
04/11/2018  04:35 PM             2,048 pipres.dll
04/11/2018  04:35 PM           134,144 rtscom.dll
04/11/2018  04:35 PM             2,048 skchobj.dll
04/11/2018  04:35 PM             2,048 skchui.dll
04/12/2018  02:19 AM            21,784 TabTip32.exe
04/12/2018  02:19 AM           537,504 tiptsf.dll
04/11/2018  04:35 PM            47,104 tpcps.dll
              21 File(s)     11,977,912 bytes

 Directory of C:\Program Files (x86)\Common Files\microsoft shared\ink\en-US

04/12/2018  02:19 AM    <DIR>          .
04/12/2018  02:19 AM    <DIR>          ..
04/12/2018  02:14 AM             5,120 InkObj.dll.mui

C:\>Unwanted connections detected
'Unwanted' is not recognized as an internal or external command,
operable program or batch file.

C:\>errors coming from network
'errors' is not recognized as an internal or external command,
operable program or batch file.

C:\>security expired
'security' is not recognized as an internal or external command,
operable program or batch file.

C:\>
```

Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (12:05)

Hal Pomeranz Attachment A-49

**FTC-TRO-0139**

Appendix U – netstat Command, Nguyen video

```
C:\>netstat -sp tcp

TCP Statistics for IPv4

  Active Opens                        = 1593
  Passive Opens                       = 0
  Failed Connection Attempts          = 12
  Reset Connections                   = 138
  Current Connections                 = 15
  Segments Received                   = 118162
  Segments Sent                       = 104034
  Segments Retransmitted              = 108

Active Connections

  Proto  Local Address          Foreign Address        State
  TCP    192.168.159.130:50129  a23-52-160-143:https   ESTABLISHED
  TCP    192.168.159.130:50134  a23-52-160-143:https   ESTABLISHED
  TCP    192.168.159.130:50135  a23-52-160-143:https   ESTABLISHED
  TCP    192.168.159.130:50137  72.21.91.29:http       CLOSE_WAIT
  TCP    192.168.159.130:50247  13.89.217.116:https    ESTABLISHED
  TCP    192.168.159.130:51215  13.89.220.65:https     ESTABLISHED
  TCP    192.168.159.130:51220  13.89.220.65:https     ESTABLISHED
  TCP    192.168.159.130:51244  iad23s59-in-f4:https   TIME_WAIT
  TCP    192.168.159.130:51248  app01-08:https         ESTABLISHED
  TCP    192.168.159.130:51251  app01-08:https         ESTABLISHED
  TCP    192.168.159.130:51253  app01-08:https         ESTABLISHED
  TCP    192.168.159.130:51255  ip-166-62-10-30:http   CLOSE_WAIT
  TCP    192.168.159.130:51256  ip-166-62-10-30:http   CLOSE_WAIT
  TCP    192.168.159.130:51264  lga25s60-in-f3:https   ESTABLISHED
  TCP    192.168.159.130:51265  iad23s58-in-f10:https  ESTABLISHED
  TCP    192.168.159.130:51266  13.78.177.144:https    ESTABLISHED

C:\>
```

Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (13:14)

Hal Pomeranz Attachment A-50

**FTC-TRO-0140**

## Appendix V – Pop-Up Warnings



Tech Support Scammer Tells Me I Can't Abuse Them!.mp4 (13:14)



_NTS IT Care_ Tech Support Scam _ Fake Pop-Up Scammers (Betts Video).mp4 (1:55)

Hal Pomeranz Attachment A-51

**FTC-TRO-0141**

## Appendix W – List of Publications

### Books

***Securing Solaris Step-by-Step,*** SANS Institute Press (2001).

Contributed one chapter to ***Handbook of Programming Languages***, Macmillan Technical Publishing (1998)

### Courses

***SANS SEC506 - Securing Linux/Unix***, six-day course on defending and investigating Linux/Unix systems (2001-2020)

***Linux Forensics***, one-day workshop on Linux Forensics (2012-2015)

Co-author, ***SANS SEC401 – Security Essentials***, contributed one day of a six-day survey course on Information Security (2001-2007)

"**Demystifying Sendmail**", a two-day Sendmail course covering basic Sendmail concepts (2005-2006).

### Papers, Articles, and Presentations

"**Getting into the (Net)Flow**", An introduction to using NetFlow for network forensics (SANS Community presentation, Aug 2019).

"**Detecting Rootkits in Windows and Linux**", Finding rootkits in your environment via endpoint detection, memory analysis, and command-line tools (SANS Webcast, May 2019).

"**PCAP Command-Line Madness**", Various command-line tips and tricks for working with network PCAP data (SANS Webcast, Jun 2018).

"**XFS Bit by Bit**", XFS file system internals for forensics (serialized on the RighteousIT Blog and presented at BSides NOLA, May 2018).

"**EXT File System Recovery**", Recovering Linux file system structure from carved directory files (SANS DFIR Summit 2017).

"**You Don't Know Jack About bash_history**", bash_history behaviors that are applicable for forensics and anti-forensics (BSides NOLA, Apr 2016).

"**Linux Password Enforcement with PAM**, Enforcing strong password policy under Linux (Deer Run Associates, Oct 2015)

"**What Your (Encrypted) iPhone Backup Says About You**", Details about forensic analysis of iTunes backup directories for iOS devices... even if the backup is encrypted! (presented at BSides NOLA, May 2015).

"**IR Event Log Analysis**", Some tips for analyzing Windows Event Logs for Incident Responders. (SANS Webcast, Feb 2015).

Hal Pomeranz Attachment A-52

**FTC-TRO-0142**

"**Automating Linux Memory Capture**", A free USB-based tool to automate extraction of Linux memory and building Volatility profiles for Linux analysis (US Cyber Crime Conference, April 2014).

"**More on mlocate.db**", Details on the structure of the Linux mlocate database and thoughts on recovering deleted databases (Hacking Exposed Computer Forensic Blog, Mar 2014).

"**Skype shared.xml and the "ContraProbeResults" tag**", Artifact related to the source of Skype communications (ForensicArtifacts.com, May 2013).

"**Detecting Malware With Memory Forensics**", A quick intro to memory forensics and some techniques for using Redline and Volatility to detect code injection and process hiding (SANS Webcast, Oct 2012).

"**Tales From The Crypt!**", How to detect the presence of TrueCrypt and TrueCrypt volumes in forensic images. Artifacts that can give you details about the contents of the volume even if the decryption keys are not available (presented at the SANS Forensics Summit, June 2012).

"**Passwords are Everywhere**", Some thoughts on interesting places to look for clear-text (or easily reversible) passwords during investigations, and why these might be useful (presented at the SANS Forensics Summit, June 2012.

"**A Hash Is Worth 1000 Words**", A short talk on how to use MD5 hash values to find common GIF/JPEG/etc files across multiple forensic images (SANS Forensics Summit, June 2012).

"**Linux Forensics for Non-Linux Folks**", A survey of useful and important forensic artifacts to check when analyzing a Linux system (DFIROnline Meetup, March 2012)

"**Resident $DATA Residue in NTFS MFT Entries**", Describes the investigative value of residual data in NTFS MTF entries (SANS Forensics Blog, Oct 2011)

"**How to Mount Dirty EXT4 File Systems**", Describes appropriate mount options to access Linux file systems in forensic images (SANS Forensics Blog, June 2011).

"**Default System Time Zone (Linux)**", Tips for determining the configured time zone on a Linux system (ForensicArtifacts.com, May 2011).

"**System Install Date (Linux)**", Using timestamps on SSH keys as a proxy for the installation date of a Linux system (ForensicArtifacts.com, May 2011).

"**EXT4 Bit-by-Bit**", An in-depth look at the EXT4 inode (serialized on the SANS Forensics blog and presented at CEIC, May 2011).

"**Images and dm-crypt and LVM2... Oh Mount!**" Some tips for working with Linux images that may have complicated disk layouts that include encrypted file systems and Logical Volume Manager (LVM2) configurations (SANS Forensics Blog, Oct 2010, and presented at CEIC, May 2011).

Hal Pomeranz Attachment A-53

**FTC-TRO-0143**

"**Linux EXT3 File Recovery via Indirect Blocks**", Leveraging indirect block metadata to recover deleted files (Mandiant's "M-unition" blog and presentation at DoD Cybercrime Conference, Jan 2011).

"**Simple MySQL Data Extraction**", Tips, tricks, and tools for investigators who want to extract database data to CSV files without having to become a database expert (presented at DoD Cybercrime Conference, Jan 2011).

Presentations related to Zeus botnets and ACH fraud - "**New Developments in Financial Crime**", (Jul 2012) and "**Anatomy of a Financial Crime**", (Jan 2011)

"**Digital Forensics: A Quick Note About Shred**", Describes metadata left behind by a common Linux secure deletion tool (SANS Forensics blog, Dec 2010).

"**Dealing with Split Raw Images in Digital Forensics**", Using Linux tools with "split raw" format images (SANS Forensics blog, Sep 2010).

"**Computer Forensics: Armor For Your Feet**", Helpful Linux command-line tips to avoid accidentally overwriting files during analysis (SANS Forensics blog, Aug 2010).

"**Sanitizing Media (The Linux Method)**", Linux command-line method for overwriting media (SANS Forensics blog, Jun 2010).

"**FreeBSD Computer Forensic Tips & Tricks**", Using Linux command-line tools for investigating FreeBSD forensic images (SANS Forensics blog, Feb 2010).

"**Fun with FIFOs (Part II): Output Splitting**", Linux command-line tricks for more rapidly generating strings databases from forensic images (SANS Forensics blog, Jan 2010).

"**Using Image Offsets**", Direct access to partitions in a raw forensic image using Linux command-line tools (SANS Forensics blog, Jan 2010).

"**Tricking the "script" Command**", Tips for collecting live command output during incident response investigations (SANS Forensics blog, Jul 2009).

"**Perl Fu: Email Discovery**", Perl programming idioms for searching text-based email archives (SANS Forensics blog, Jul 2009).

"**Directory Link Counts and Hidden Directories**", Finding maliciously hidden directories using Linux file system metadata (SANS Forensics blog, Jun 2009).

"**When "Redundant" Yields Different Results**", Detecting maliciously hidden processes using Linux command-line tools (SANS Foreniscs blog, Jun 2009).

"**Missed It By That Much!**", Interpreting the output of Linux command-line tools during digital forensic investigations (SANS Forensics blog, Mar 2009).

"**Recovering Open But Unlinked File Data**", Linux live response options for recovering deleted files that are still being accessed (SANS Forensics blog, Jan 2009).

Hal Pomeranz Attachment A-54

**FTC-TRO-0144**

**"A Quick Idiom for Pretty-Printing /proc Data**", A simple command-line tip for more easily reading data from /proc during Linux live response (SANS Forensics blog, Jan 2009).

**"Understanding Indirect Blocks in Unix File Systems"**, Technical details of indirect block usage in Unix file systems (SANS Forensics blog, Dec 2008).

## Serialized Content

Co-author, *Command-Line Kung Fu* blog (*http://blog.commandlinekungfu.com,* 2009-2014)

*Consulting Advice*, Practical advice for independent consultants based on my 15 years in the field (Righteous IT blog, 2011-2012).

*Advice for IT Professionals*, Lessons learned from a 20-year career in information technology and services (Righteous IT blog, Feb-Aug 2009).

*Unix System Administration*, Periodic articles for *Sys Admin Magazine* (2004-2006).

*Perl Practicum*, Perl Programming column for USENIX ;login: magazine (1993-1997)

## Humor and Opinion

"**Advice to Recruiters**", Advice to technical recruiters when contacting potential candidates, (Righteous IT blog, Jan 2014).

"**Getting Started in InfoSec... Or Any Other Career**", Advice to technical workers who are just starting out (Righteous IT blog, Jul 2012).

**"Thoughts on Malware, Digital Forensics and Data Breaches"**, Discussion with Lenny Zeltser about the current state of attacks, malware, and analysis (SANS Forensics blog, Jan 2012).

**"Practical, Visual, Three-Dimensional Pedagogy for Internet Protocol Packet Header Control Fields"**, Making TCP/IP header diagrams with Lego (Righteous IT blog, Jun 2010).

**"With a Little Help from an Adaptor Kit"**, A hardware work-around for floppy disks (Righteous IT blog, Jun 2010).

**"Not News is Bad News"**, Reflecting on article related to online banking risks to small business (Righteous IT blog, May 2010).

"**Email "Protection Racket"?**", Questioning the financial relationship between Barracuda Networks and EmailReg.org (Righteous IT blog, Apr 2009).

"**Change Controls: Ur Doin It Rong**", Opinion piece based on facts presented in the Rajendrasinh Makwana/Fannie Mae case (SANS Forensics blog, Feb 2009).

**FTC-TRO-0145**

ALDEN F. ABBOTT
General Counsel

RONNIE SOLOMON, Cal. Bar No. 284923
SARAH SCHROEDER, Cal. Bar No. 221528
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
rsolomon@ftc.gov, sschroeder@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | **Case No. _____** |
| Plaintiff, | **FILED UNDER SEAL** |
| vs. | **DECLARATION OF YVONNE SCHULZ IN SUPPORT OF FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| **NTS IT CARE, INC.**, a California corporation, and | |
| **JAGMEET SINGH VIRK**, individually, and as an owner, officer, and director of NTS IT Care, Inc., | |
| Defendants. | |

SCHULZ DECL. ISO MOTION FOR TRO

**FTC-TRO-0146**

**Declaration of Yvonne Schulz**
**Pursuant to 28 U.S.C. §1746**

I, Yvonne Schulz, hereby state that I have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1. I am over 18 years of age.  I reside in the state of Washington.

2. I am employed by Microsoft Corporation as Partner Compliance Program Manager for the One Commercial Partner Organization.  The One Commercial Partner Organization is working with partners through three functions: Build With, Go-To-Market, and Sell With across four solution areas: Modern Workplace, Business Applications, Apps & Infrastructure, and Data & AI to grow and be successful.

3. My job responsibilities include strategy and processes related to controls and compliance, driving and implementing global solutions, and providing compliance consulting, support, and training. I am knowledgeable about which partners are contractual partners of the Microsoft Partner Network.  I have been in this role for approximately one year and eleven months.  My office is located in Redmond, Washington.

4. Microsoft restricts any information related to corrupted or infected PCs to the engineers dedicated to addressing the problem.  Microsoft does not share any such information with call center vendors.  Windows operating system does not use pop-up windows to advise consumers to phone Microsoft related to corrupted or infected PCs.   Microsoft

1

**Declaration of Yvonne Schulz**
**Pursuant to 28 U.S.C. §1746**

only initiates proactive communication related to corrupted or infected PCs if there is a systematic issue or privacy breach.

5.  The Microsoft Partner Network ("MPN") program is Microsoft's partner engagement program. It offers opportunities for partners to develop and differentiate their technical and business capabilities, grow their business, collaborate with other members, find customers and give their teams the best and most current Microsoft products and solutions.  The MPN program has several levels of affiliation – Network Member, Action Pack subscriber, Silver and Gold competency status.  The most basic level is the Network Member. Network members do not need to pass any certifications and there is no cost for a company to join at this level.  Network members are provided with access to partner newsletters, opportunities for technical training and marketing resources. There are approximately 312,000 current Microsoft partners, 152,000 of which are at the Network Member level.

6.  MPN membership does not authorize members to perform any consumer support services on Microsoft's behalf, nor has Microsoft contracted with any of the entities listed in paragraph 8 to perform any consumer support services on Microsoft's behalf.  Further, the MPN does not offer a certification for consumer support services.

7.  The MPN Agreement describes in detail the obligations of MPN members.  Members must agree to comply with the Microsoft Partner Code of Conduct, which is incorporated into the MPN Agreement.  The Partner Code of Conduct requires the following: (1)

2

**FTC-TRO-0148**

**Declaration of Yvonne Schulz**
**Pursuant to 28 U.S.C. §1746**

Company will have integrity in all its interactions; (2) Company interacts with a variety of individuals and groups and must be committed to interacting with them in a respectful, ethical manner; (3) Company must ensure that all communications to its customers be truthful, accurate and not misleading; (4) Company may not make or attempt to make any unauthorized commitment on behalf of Microsoft; and (5) Company will run its Microsoft related business in compliance with Microsoft agreements.

8. Prior to November 22, 2019, none of the following entities were registered MPN members:

    a. NTS IT Care, Inc.;

    b. NTS Global Services;

    c. NTS Software Services;

    d. Jagmeet Singh Virk.

9. On November 22, 2019, NTS IT Care, Inc. joined the MPN as a Network Only member. This entity listed Jagmeet Virk as its primary contact, and provided an address of 1605 South Main Street, Suite 125, Milpitas, CA 95035.

10. In early December, Microsoft became aware that NTS IT Care, Inc. had joined the MPN. On December 10, 2019, Microsoft notified NTS IT Care, Inc. that its membership in the MPN had been terminated.

3

**Declaration of Yvonne Schulz**
**Pursuant to 28 U.S.C. §1746**

11. Between November 22, 2019 and December 10, 2019, *and only between those dates*, NTS IT Care, Inc. was authorized to display the following logos in marketing communications:

Microsoft Partner      ▪▪ Microsoft

12. Between November 2015 and October 2019, Microsoft received 146 complaints related to the entities listed in paragraph 8.  Of those complaints, 85 reference a pop-up screen on their computer with a message claiming a technical problem and containing a phone number to call for technical support.  Additionally, 92 of the complaints reported the tech support provider purported to be from Microsoft and 112 complaints reported tendering a payment.  The average reported loss was of $365.41.  Finally, 134 of the complaints were reported by victims 50 years or older and 111 of the complaints were reported by victims over the age of 65.

I state under the penalty of perjury that the above statement is true and correct.

Executed on __01/17/2020__, 2020 at __3:05__ PT.

*Yvonne Schulz*
Yvonne Schulz (Jan 17, 2020)

Printed Name: __Yvonne Schulz__

4

ALDEN F. ABBOTT
General Counsel

RONNIE SOLOMON, Cal. Bar No. 284923
SARAH SCHROEDER, Cal. Bar No. 221528
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
rsolomon@ftc.gov, sschroeder@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. _____ |
| Plaintiff, | **FILED UNDER SEAL** |
| vs. | **DECLARATION OF ERIN MCCOOL IN SUPPORT OF FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| **NTS IT CARE, INC.**, a California corporation, and | |
| **JAGMEET SINGH VIRK**, individually, and as an owner, officer, and director of NTS IT Care, Inc., | |
| Defendants. | |

**FTC-TRO-0151**

## DECLARATION OF ERIN MCCOOL

1.      My name is Erin McCool and I reside in California.  I am Operations Supervisor for the Better Business Bureau serving Los Angeles, San Jose, and Silicon Valley ("San Jose BBB").  The following statements are within my personal knowledge.

### I.      ATTACHMENT INDEX

2.      The following is an index of the documents attached to my declaration.

| ATTACHMENT | DESCRIPTION |
| --- | --- |
| A | Negative customer reviews about NTS IT Care |
| B | Consumer complaints about NTS IT Care |
| C | June 16, 2016 letter from BBB to NTS IT Care |
| D | June 28, 2016 fax cover sheet and letter from NTS IT Care to BBB |
| E | June 29, 2016 email from BBB to Jagmeet Virk |
| F | September 29, 2016 email from BBB to NTS IT Care |

### II.      BBB BACKGROUND

3.      The Better Business Bureau ("BBB") is a private, non-profit corporation whose purpose is to promote fairness and honesty in the marketplace.  For more than 100 years, the BBB has helped people find businesses, brands, and charities they can trust.

4.      Among other things, the BBB helps consumers resolve disputes with companies. The BBB attempts to resolve disputes by sending a copy of the consumer's complaint to the business and giving the business an opportunity to respond.  A complaint may be "closed" after the company has responded and the consumer makes no further rebuttal.  However, a "closed" complaint does not necessarily mean the consumer is satisfied with the company's response.

5.      The BBB helps consumers identify trustworthy businesses, and those that are not, through more than 4 million BBB Business Reviews.  The BBB also uses complaint data to create "Business Profiles" for companies, which are available for free at bbb.org.  A Business Profile typically includes a business' name, address, and years in operation, as well as consumer reviews.  Each Business Profile also contains a rating, from A+ (most favorable) through F (least favorable).  The BBB assigns ratings based on an algorithm that weighs consumer complaints,

McCool Declaration - Page 1

**FTC-TRO-0152**

the company's responses, and other relevant factors.  In 2018, consumers turned to the BBB more than 173 million times for BBB Business Profiles.

6.      The BBB also accredits businesses that meet the BBB's "Standards for Trust," a comprehensive set of best practices for how businesses should treat the public in a fair and honest manner.  BBB accreditation is an honor – and not every business is eligible.  Businesses deemed to meet Accreditation Standards are presented to the BBB's Board of Directors for review and acceptance as a BBB Accredited Business.

7.      The BBB also investigates businesses whose practices generate a high number of consumer complaints.  The BBB will often refer businesses with a large number of consumer complaints to law enforcement agencies, including the Federal Trade Commission.

8.      Many regions in the United States have a local, independent BBB that helps consumers resolve complaints with businesses in that region.  The International Association of Better Business Bureaus is the umbrella organization for local BBBs in the United States.  The San Jose BBB serves consumers in Los Angeles, Monterey, San Bernardino, Santa Clara, and Santa Cruz counties.

9.      As Operations Supervisor, I oversee every aspect of the San Jose BBB's operations.  For example, I oversee the department responsible for reviewing and vetting applications for incoming businesses seeking BBB accreditation.  I also oversee staff who investigate companies that are the subject of troubling complaints.

### III.      DOCUMENTS PRODUCED TO THE FTC

10.      In May, October, and December 2019, the San Jose BBB produced documents to the Federal Trade Commission ("FTC") in response to an official document request.  FTC staff added bates numbers to the documents the San Jose BBB produced to the FTC.  I have reviewed the bates-numbered documents and they accurately reflect the documents the San Jose BBB produced to the FTC.

11.      I have authority to certify the authenticity of records produced to the FTC by the San Jose BBB.  The documents produced and identified by bates numbers FTC-BBB-0001 to FTC-BBB-0173 are true copies of records of regularly conducted activity that:

McCool Declaration - Page 2

**FTC-TRO-0153**

a.  Were made at or near the time of the occurrence of the matters by a person with knowledge of those matters;

b.  Were kept in the course of regularly conducted activity of the San Jose BBB; and

c.  Were made as a regular practice of the San Jose BBB.

## IV.   CONSUMER COMPLAINTS

12.   The BBB maintains a computerized summary of each complaint it receives, including the name and address of the consumer, the nature of the complaint, the BBB's actions, and the company's response.

13.   As Operations Supervisor, I have knowledge of the entry and processing of complaints by staff at the San Jose BBB.  The entries are made at or near the time of receipt of the complaints and in the ordinary course of business.

14.   As of December 6, 2019, the BBB had received 114 negative reviews or complaints about NTS It Care, Inc., located at 1605 South Main Street, Suite 125, Milpitas, California ("NTS").  True and correct copies of the negative customer reviews about NTS are attached to this declaration as **McCool Attachment A**.  True and correct copies of consumer complaints about NTS, as well as any responses the BBB received from the company, are attached to this declaration as **McCool Attachment B**.  Personal information from all the attachments to this declaration has been redacted.  Based on the pattern of consumer complaints and NTS's failure to respond to the San Jose BBB's request for information, NTS has an F rating and is not accredited by the San Jose BBB.  BBB rejected 195 positive reviews about NTS because several factors indicated there was a very high probability that the reviews were fake.

## V.   CORRESPONDENCE WITH NTS

15.   On June 15, 2016, someone claiming to be from NTS called and asked how the company could apply for BBB accreditation.  NTS did not submit a written application to the BBB.

16.   On June 16, 2016, the San Jose BBB opened an investigation into NTS and reviewed consumer complaints about the company.  That same day, the San Jose BBB sent a

McCool Declaration - Page 3

**FTC-TRO-0154**

letter to NTS at 1605 South Main St #125 Milpitas, CA 95035-6270.  The letter stated, "As you know, we have received consumer complaints relating to your firm.  Specifically, consumers allege *being misled to believe their computer has a virus via a pop up and using deceptive sales tactics to have the virus removed*."  (Emphasis in original).  The letter also requested written responses addressing the pattern of complaints about NTS.  A true and correct copy of the San Jose BBB's June 16, 2016 letter to NTS is attached to this declaration as **McCool Attachment C**.

17.     On June 28, 2016, NTS IT Care faxed the San Jose BBB a letter about its business practices.  Under the "Comments" section of the fax cover sheet, Jagmeet Singh Virk wrote "Explanation to the notice about our business practices is attached herewith."  NTS's letter stated that NTS was an "online technical support company" and that "Pop up is something which cannot be resolved permanently hence BBB may be receiving complaints of such nature." A true and correct copy of NTS's June 28, 2016 fax cover sheet and letter to the BBB is attached to this declaration as **McCool Attachment D**.

18.     On June 29, 2016, the San Jose BBB emailed NTS at jims@ntsitcare.com and requested additional information, including sales scripts, response to complaints that NTS portrays itself as Microsoft, and whether NTS operated in other states.  A true and correct copy of the San Jose BBB's June 29, 2016 email to NTS is attached to this declaration as **McCool Attachment E**.  NTS never responded to this letter.

19.     On July 15, 2016, the San Jose BBB informed NTS that its accreditation request had been denied.

20.     On September 26, 2016, NTS appealed its accreditation denial to the San Jose BBB's Board of Directors.

21.     On September 29, 2016, the San Jose BBB emailed NTS at support@ntsitcare.com and repeated its request for additional information about NTS's business practices.  The email stated, "We have reviewed your appeal to our board but we could not proceed because we never got your response to our last correspondence.  I have attached the email sent 6/29/16."  A true and correct copy of the San Jose BBB's September 29, 2016 email

McCool Declaration - Page 4

to NTS is attached to this declaration as **McCool Attachment F**. To date, NTS has not responded to the San Jose BBB's email.

22.     I declare under penalty of perjury that the foregoing is true and correct. Executed on ___December 18___, 2019 in San Jose, California.

Erin McCool

McCool Declaration - Page 5

FTC-TRO-0156

# McCool Attachment A

FTC-TRO-0157

Case 4:20-cv-03388-PJH   Document 9   Filed 05/19/20   Page 159 of 344

| Customer Reviews | | | | | |
|---|---|---|---|---|---|
| ID | (Company) | Customer Review | Star Rating | Business Email | Date |
| 105541 | NTS IT Care Inc | ITS A SCAM COMPANY WHO SENDS MICROSOFT POP UPS INTENTIONALLY IN PEOPLE'S COMPUTER WHILE THEY ARE USING COMPUTER ONLINE STATING THAT YOUR IDENTITY HAS BEEN HACKED YOUR INFORMATIONS ARE COMPROMISED IT'S A FAKE POP UP IT'S A SCAM THEY ARE LOCATED IN GURGAON,INDIA PHASE V PLOT NO 238 POLICE RAID HAS BEEN THERE IN THIS COMPANY MANY TIMES IF YOU GET SUCH POP UP ON YOUR COMPUTER SIMPLE RESTART THE COMPUTER IT WILL GO AWAY ITS NOT A PROBLEM ITS TO SCARE PEOPLE AND MAKE THEM CALL THE NUMBER GIVEN ON THE POP UP AND THEY WILL ASK FOR REMOTE ACCESS ON YOUR DEVICE AND WILL HACK ALL YOUR INFORMATIONS.THEY HACKED ME.THIS COMPANY SHOULD BE SHUT DOWN PERMANENTLY AND SEND ALL THEIR EMPLOYEES TO JAIL. | 1 | jims@ntsitcare.com | 8/27/2019 14:38 |
| 99462 | NTS IT Care Inc | I just had that problem with my computer. The pop up said I had to call the number to get the virus off. I think I got played and taken for 49.99. I'm scared now because they had control of my computer from wherever they were. If I try to stop payment what can they do to my computer now. I need answers now. Scared ! I need my laptop for college. | 1 | jims@ntsitcare.com | 7/3/2019 16:43 |
| 90664 | NTS IT Care Inc | I received a pop up,contacted NTS IT. They sold me a 2year plan for $400.They sent me an email stating that they do not contact customers by phone. I keep getting phone calls from persons claiming to be ITS IT. The callers have my email and contract information. I sent an email to NTS contact email address with the phone number and extension of the caller. I have not received a reply from NTS.  Have I been scammed by ITS IT or have they been hacked ? **** | 2 | jims@ntsitcare.com | 5/11/2019 20:01 |

| | | | | | |
|---|---|---|---|---|---|
| 74263 | NTS IT Care Inc | Complete scam! Beware! Techs called multiple times trying to get more money. Sounds like there working from a basement (were they belong). Tech just called me 01/15/19 a called me a dirty mother***er for calling him out! How does this continue? Wish these guys were local, what a bunch of ********. | | 1 | jims@ntsitcare.com | 1/15/2019 13:53 |
| 66955 | NTS IT Care Inc | Was scammed by these people but got my money back.Those reviews are fake they get u to say that the guy who fixed your comp did a good job but after you find out that there was no problem at all.Keep away from these scammers they bring up a virtual screen and make you believe you have a problem they freeze your comp. Filed a complaint with local authorizes and got a file no;  KEEP AWAY | | 1 | jims@ntsitcare.com | 11/10/2018 15:41 |
| 65675 | NTS IT Care Inc | If I was able to reflect a "Zero Stars" I would.  Now that it's over, and I have my money back, because these rip-off artist failed to deliver, it has all the appearances of a Nigerian scam.  This is clearly a boiler room operation.  They are extremely good at theirs filthy trade.  Two jerked, Jack and George, and one more, the tech, whose name I don't recall, all have heavy European or African accents.I was upgrading to Windows 10, with a newly purchased laptop, when the full page warning appeared that there was a virus in the system.  My computer was locked.  The only thing I could do was dial the listed number, which was my undoing.  Never, never dial such a number!! | | 1 | jims@ntsitcare.com | 10/29/2018 6:58 |

| 53667 | NTS IT Care Inc | My complaint is same as other who have complained on here as below.  My experience with this company was on 5/24/2018 and 5/25/2018 and I was scammed out of $570.  Please help shut them down or them reimburse my money.PATTERN OF COMPLAINTSAccording to BBB files, our records show that the company has a pattern of complaints. Consumers allege receiving a pop up on their computer, which leads them to believe they have a virus. Consumers claim that the company then uses forceful and deceptive sales tactics to remove the virus. Consumers have alleged no virus was found when computers were taken to an alternate third party repair or having to pay $199.XX-XXX.99 to have the "virus" removed On June 16, 2016 the BBB contacted the company in regards to our concerns about the amount and the pattern of complaints we have received. Unfortunately, the BBB did not receive a response. | | 1 | jims@ntsitcare.com | 6/9/2018 18:09 |

| | | | | |
|---|---|---|---|---|
| 49095 | NTS IT Care Inc | i too was a victim of the new computer as soon as u turn it on it says u have a virus and says I HAVE TO CALL NTS. then got looped into a $10 monthly payment for ongoing support before the problem could be resolved. after months of paying $10 a month there came a time when i couldnt update my computer with WINDOWS 10 updates. for 3 NTS took remote access to my computer for 6-8 hrs each time, and ea time calling me back saying problem resolved after the 3rd time i was told i didnt have enough memory on my computer for the updates and that i need to purchase 1T EXTERNAL HARD DRIVE. didnt have the $ so i had to shop around and wait.  i saw a flash drive with 500GB thought that would do the job and i called NTS and was told the flash drive would not solve my problem and since i didnt know about computers it was suggested i take the computer into a store and have them explain it to me. being bed ridden i couldnt make it to the store .....i dont get to go out because of my health. anyway long story short finally got the $ and purchased the hard drive and couldnt get computer to update still so i called NTS ONLY TO BE TOLD NO ONE EVER TOLD ME TO GET AND EXTERNAL HARD DRIVE! ***!!!!!! THIS THING COST WITH SHIPPING AND WARRENTY OVER 150.00....I AM SO DONE WITH NTS! i got my computer from FRYS guess NTS AND FTYS have a scam going.....i am gonna tell everybody wish i had read these revies before i signed on to pay $`10 a month to them for INCORRECT INFORMATION. o yea i am canceling my account with them. | 1;jims@ntsitcare.com | 4/11/2018 21:22 |
| 46242 | NTS IT Care Inc | called NTS to let them know I received a call from someone saying they were NTS rep saying I was due a refund of $300.00.  In speaking to an NTS rep "Kevin" he stated that this company did not make the call however he was very short in his tone, offered no assistance to help me with this apparent fuard.  Because of the manner of  Kevin response it gave  me a very uneasy feeling. The call turned out to be a scam.  I also gave Kevin the phone number from which the call was made and he stated it is not a phone associated with NTS. | 1;jims@ntsitcare.com | 3/1/2018 12:10 |

| | | | | | |
|---|---|---|---|---|---|
| 44626 | NTS IT Care Inc | BBB....pay attention to the fraudulent company NTS IT Care!!  My computer was held hostage by them on 9/13/2017! Since then, I've had all kinds of problems with typing emails and backspacing out what I'm typing. This has not happened before. I feel like they're watching everything I do on my computer. This ****** scam cost me $270 for 3 yrs of "I'm going to use you & let you have control of my computer"  The pop-up looked like it was Microsoft warning that an application had expired and to call the toll free number. This ended up being the scammers. You should shut down their business and refund all the money they have stolen from people. | | 1 | jims@ntsitcare.com | 2/8/2018 10:53 |
| 40597 | NTS IT Care Inc | I too got a message that too appeared to be from Microsoft that locked my computer, which i believe was put on my computer by NTS.  I called the number on the screen and also ended up paying $99 for NTS to take control of my computer and clean up my computer and remove any viruses.  I also was talked into the $100 for a years worth of McAfee internet security, which was supposedly a discount as I am a senior citizen for a total of $199. I was also told not to let microsoft or any other agency touch my computer.  I have tried to see on my computer where this coverage has been added and am unable to see where this protection was added.  My fear is that as a result of allowing them to take control of my computer that all of my personal information has been provided to this company.  If this is not a scam how else did they get their alert on my computer to start with??? | | 1 | jims@ntsitcare.com | 12/26/2017 6:57 |

| ID | Company | Complaint | | Email | Date |
|---|---|---|---|---|---|
| 38301 | NTS IT Care Inc | NTS IT Care is absolute trash. They put a virus on my computer that locked it and provide a number that says call Windows support. They are fast, smooth talking scam artist and before you know it they take control of your computer, Once you call they will tell you there's been a breach of your firewall and it costs 199.99 to fix and have support for a year. Its misleading( in NO way are they associated with Microsoft Windows) and puts you in a panic. I asked who they worked for and they say we are sub contractors for windows but after you pay one last guy tells you they are not affiliated with anyone. AND when is the last time you paid exactly $199.99....NO TAXES come on.. SCAM STAY AWAY | 1 | jims@ntsitcare.com | 11/26/2017 6:43 |
| 37651 | NTS IT Care Inc | Hello BBB, I would like to file a complain against NTS IT Care. Like those complaints before me I too was forced into having to sing up against my better judgement and will to pay for firewall protection before this scam company would release my computer. due to the pop up which froze my page, I could not even turn off my computer, although I tired and even argued with them for over a half hour trying to get them to free up my computer as I knew they were a scam. But there was no other way out. Repeatedly they told me they were responding to a Microsoft request to repair my virus infected computer. Although I challenged them fiercely it was to no avail. Now I have to pay my computer repair guy to take all their stuff off. Since they did their evil deeds, my computer has failed to work as efficiently, which I imagine is an attempt to get them to have access to my computer again. I have not contacted them again. I am now hoping my credit card will refund me this scam payment. Who knows. By the way their telephone number they gave me was X-XXX-XXX-XXXX. You know they even had the audacity to refer to your good reviews of them, even though I was being prohibited to look you up on line. | 1 | jims@ntsitcare.com | 11/14/2017 7:25 |
| 37549 | NTS IT Care Inc | Total scam.  They got my credit card for $499.99 and I finally go wise and stopped payment just in time.  They are a clever bunch. | 1 | jims@ntsitcare.com | 11/12/2017 16:11 |

| | | | | | |
|---|---|---|---|---|---|
| 37470 | NTS IT Care Inc | A pop-up appeared on my window and a very forceful man wanted me to push a key to be able to take over entry into my computer. I was very suspicious so I asked who pays them to take care of my computer, they said they can't give me any information until I let them into my computer. I did not as I feel they may been able to steal from my computer after I push certain keys. | 1 | jims@ntsitcare.com | 11/10/2017 10:21 |
| 33293 | NTS IT Care Inc | Scam.. A page will appear on your pc saying you have a serious virus and you will be locked out of your pc, they provide a number to call for tech help. They are smooth talkers, dramatize the issue to get your permission to access the pc to "correct" the issues. They charge you hundreds of dollars and and you can end up with more issues like I did.. They actually installed viruses and malware on my pc, if they didn't install them, then they did not do the job that they were paid for, I honestly believe those issues were put there by this company because I had never had a problem before and no warnings being that I had protection on my pc.. I was suspicious and disputed the charges as soon as they were done with my pc..They even called my house several times after they found out that I disputed the charges. This company is bad news, fraudulent and can't be trusted. They already have an F rating with the BBB for good reasons.. | 1 | jims@ntsitcare.com | 8/29/2017 21:14 |

| | | | | | |
|---|---|---|---|---|---|
| 28547 | NTS IT Care Inc | My computer was attacked with Ranson Ware.  I received a message on my Chrome Browser which included the following quotes :It had a long message.  It started securityerrorx0112.com.  The third line stated Windows Defender Zeus Virus Detected on your Computer.  Later in the message it stated "Windows Defender has sandboxed your browser and locked your PC in order to prevent any further harm."  The next line stated "Please call Microsoft to rectify the issue and get your PC unlocked.  Toll free helpline at X-(XXX) XXX-XXXX."   While the last line says to call MSFT at XXXX-XXX-XXXX, it actually take you to NTS.  They told me I had to pay almost $300 for them to fix my computer.  They asked for my permission to start a remote session which I allowed until I saw they were doing things that had nothing to do with the problem.  They even asked for my password but I did not give it to them.  I terminated the remote session, called Microsoft, and they ran the Microsoft Malicious Software tool and when I woke up in the morning everything was fixed.  Since their phone number was in the message MSFT said they put it there.  Do not pay them anything.  Contact Microsoft, or download the Malicious Software tool from another browser and fix it for free. | | 1 | jims@ntsitcare.com | 6/8/2017 15:35 |
| 27925 | NTS IT Care Inc | I purchased a subscription for my PC for virus and malware protection from NTS in March.  The cost was $400.00 for 3 years.  After a month, I could not access my new Dell computer, so I called and was told that it was a server issue and another company was put on the line out of Washington, DC.  long story short, I was scammed out of $1000.00.  I called NTS back and of course they denied anything to do with that .  I cancelled my subscription, but they charged me $130.00 was refunded $270.00 on my Visa instead of the entire $400.00.  They are a company that no one should ever get involved with.  They don't deserve a single star. | | 1 | jims@ntsitcare.com | 5/29/2017 9:23 |

| | | | | |
|---|---|---|---|---|
| 25543 | NTS IT Care Inc | What is wrong with the BBB?  These ****** are scammers, why can't you report them as criminals?  You are completely useless.I have to now wipe the hard drive from my mom's computer.You are simply giving them an 'F' rating?  They are just a bunch of ****** from India.Good lord.  Please shut down your BBB site if you are this useless.Please call me, it would be great to talk to you. | 1jjims@ntsitcare.com | 4/16/2017 11:02 |
| 25121 | NTS IT Care Inc | I was working on my home iMac when a flashing red screen appeared, and a voice was yelling at me, saying that my computer was locked, and to call the number below to get help removing it. I don't call these scammers, but I did want to ask them a question. Somewhere in the message on the red screen it mentioned Windows. I called the number and a guy who called himself "***" answered with a heavy Indian accent. I asked him how a Windows virus could be detected on an iMac, and he very nervously suggested that I go through steps to "fix" this virus. I said "no, I don't think I will", and hung up. | jjims@ntsitcare.com | 4/8/2017 8:34 |
| 24641 | NTS IT Care Inc | Scam. Spent hours with my computer and removed a nonexistent virus for 60$. Company should be closed | jjims@ntsitcare.com | 3/31/2017 12:55 |

McCool Attachment A - 9

| | | | | | |
|---|---|---|---|---|---|
| 19046 | NTS IT Care Inc | This is for sure a scam. I wasted a bunch of time and money on 'services' already covered on my computer. I ended up going to Best Buy and having my computer reset to factory standards. The company continued to call me to 'complete the service' which was originally supposed to take 30-45 mins - and after 3 hours of them having remote access to my computer I powered it down. They kept calling and calling and eventually halved my bill.  I should've reported it at the time, but felt stupid that I was played. I told them I didn't want their service and keep the ~$150 that I already paid them and STOP Calling me.  Well, a year later and they started calling me regularly again. Now their rouse is that due to technical difficulties with their servers, they cannot fulfill their 3 year service agreement and want to issue me a refund. I have asked repeatedly to be taken off their call list, I don't want my money back and pls make note. As soon as I start saying to make a note for future, they hang up on me. I have now received 2 calls already from them today with the exact same result.  I went to their website, and it says they don't issue refunds and doesn't mention anything about a server issue, and instead is still offering subscription packages.  I'm not sure who's writing all the positive reviews for this company (as I had looked it up before giving them access to my computer too thinking it was legit) - but I can't keep quiet any longer. Sorry for taking so long to review - I hope I can prevent someone else from going through this mess.Also - their calls come from all over. Initially it was Dallas I think? Today both calls were from United Kingdom. | | 1 | jims@ntsitcare.com | 1/30/2017 12:11 |

| | | | | | |
|---|---|---|---|---|---|
| 18349 | NTS IT Care Inc | My daughter was on the internet when she had a pop up come up stating her bank account, computer and all her personal information had been breeched. Then it automatically went to the Microsoft website. Then a tech person started a chat window with her. Then they called her cell phone. They ended up getting two bank card numbers and deducted $299.00 from her checking account. Thankfully, I came in on it before everything was complete and had the transaction cancelled. Hopefully the money will be reimbursed. She did them call and cancel both of those cards. ðŸ˜Ÿ | 1 | jims@ntsitcare.com | 1/19/2017 8:53 |
| 17111 | NTS IT Care Inc | I got a pop-up on my computer advising that if I didn't call the number, my computer would be shut down. I was told that they represent Microsoft and I had to go through them to have issue resolved...not true. Come to find out, my computer was not compromised, it was just a scam. They are refusing to refund my payment. | | jims@ntsitcare.com | 1/3/2017 11:19 |
| 16065 | NTS IT Care Inc | This company is FRAUD. It is a malicious virus on your computer and they try to extort money from the elderly. | | jims@ntsitcare.com | 12/16/2016 6:39 |

# McCool Attachment B

FTC-TRO-0169

**COMPLAINT # 730955**

## COMPANY INFO
NAME:   **NTS IT Care Inc**
------------------------------------------------------------------------------------
----------------------

## CONSUMER INFO
NAME:                                                    DAY PHONE:
ADDRESS:                                                 EVE PHONE:

                                                         EMAIL:
$ VALUE:    $0.00                                        FAX: -
------------------------------------------------------------------------------------
----------------------

## DETAILS
CONCERNING:   **Sales Practice Issues**
OPENED       03 October 2019                   CLOSE CODE: **500 - Beyond BBB Purview**
CLOSED       03 October 2019                   CLOSED BY: **Vanessa Seawright**
ENTERED BY:
ASSIGNED TO: **Vanessa Seawright**


NATURE OF DISPUTE: Led me to believe I was calling Microsoft when in fact it is a private company selling anti-virus
As I was using my computer a sound like a siren started and a signal that my computer had a virus and to call Micosoft with a listed number,which I did! It was not Microsoft at all but a business NTS IT CARE selling anti-virus at a very high price!  The man was very demanding that in order to fix my computer I needed to buy now. . I got very suspicious and began to ask questions and he became agitated. That is when I hung up. The biggest issue now is he did something to my computer and it won't work

DESIRED RESOLUTION: There does not seem to be any resolution except I will have to have my computer fixed. I just wanted  the BBB to know about this scam !!!!!

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 10/02/2019 | web | BBB | Case Received by BBB |
| 10/03/2019 | VS | BBB | Case judged to be Out of BBB Purview |
| 10/03/2019 | Otto | EMAIL | Inform Consumer - Case Closed Out of Purview |
| 10/03/2019 | Otto | BBB | Case Closed - OUT OF PURVIEW |

McCool Attachment B - 1

**FTC-TRO-0170**

COMPLAINT # 710603

## COMPANY INFO

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------

## CONSUMER INFO

NAME:   ███████████████

EVE PHONE:   ████████████

EMAIL:   ████████████████

$ VALUE:   $0.00

FAX: -

------------------------------------------------------------------------------------------------------

## DETAILS

CONCERNING:   **Sales Practice Issues**

OPENED        09 July 2019          CLOSE CODE: 110 - Resolved

CLOSED        10 July 2019          CLOSED BY: Vanessa Seawright

ENTERED BY:

ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: **Unethical sales approach to attempt to sell services not needed and give them access to the computer to review all file on said computer.**
On July 1, 2019, while attempting to "Google" my insurance company web site, my screen became locked and a continuous voice kept telling me that I had contracted a virus and to call a phone number to assist in resolving the issue. I called the number and spoke with someone named Peter. After approximately 10 min of questioning as to what had transpired and what software I was running, he asked to log into my computer to run some diagnostics. In running these routines he pointed out that my machines inherent security subroutine had expired and/or I had failed to renew it. I explained that I had a subscription to Norton 360 which was current and routinely run to check for viruses and attacks. He told me this was not covered by Norton and had to be repaired so that I could use the computer again. He then proceeded to show me a website that was for NTS IT CARE, INC. He went on to tell me about all of the services they provide and that they never call the customer. The customer has to call them for whatever technical support they might require. I was told that they would provide Internal Security (network protection), Block all spyware, malware, outsider, trojans on both the network and computer. It would take 30 min to perform and I could buy the Basic Level for $249.99 for 1 year protection or the Advanced Level for $399.99 for 3 years. After some deliberation I selected the Basic Level. I was then transferred to someone else to complete the purchase which resulted in the charging of my credit card (USAA VISA Card ending in ████ ) for $249.99. While this transaction was taking place, the technicians installed a new program onto my computer. This program was an old AOL platform whose purpose I did not explore. I was not aware that this installation was taking place. It was only after the computer was turned back over to me and the telephone call was terminated did I notice the new program, at which time I closed out of my computer and disconnected the device from the internet. I contacted my son, who is much more computer-savvy than I, and explained what had transpired. He told me not to turn the computer on until he arrived over the July 4th holiday weekend. After investigating the background of NTS IT CARE, Inc. on the internet and reviewing the BBB reports and negative reviews, we determined that to be on the safe side to remove the added program and run a series of virus protection scans to insure data files were not infected.
On 8 July, I contacted the USAA VISA office and filed a disputed charge claim. I explained in detail what had occurred and they are currently investigating.

DESIRED RESOLUTION: **Probability is high that I will not receive any compensation/refund of funds. I do want to go on record against this company and the manner in which they operate.**

BUSINESS RESPONSE: **Dear ██████ ,**

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $249.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

McCool Attachment B - 2

**FTC-TRO-0171**

Thank you,
NTS Support Team
844-659-9899


DECISION:

ACTIVITY:

| 07/08/2019 | **web** | **BBB** | Case Received by BBB |
|---|---|---|---|
| 07/09/2019 | **VS** | **BBB** | Case Reviewed by BBB |
| 07/09/2019 | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| 07/09/2019 | **Otto** | **EMAIL** | Notify Business of Dispute |
| 07/09/2019 | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ▉▉▉ |

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $249.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-659-9899

| 07/09/2019 | **VS** | **EMAIL** | Forward Business response to Consumer |
|---|---|---|---|
| 07/10/2019 | **WEB** | **BBB** | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.) |
| 07/10/2019 | **VS** | **EMAIL** | Inform Business - Case Closed RESOLVED |
| 07/10/2019 | **Otto** | **BBB** | Case Closed RESOLVED |
| 07/16/2019 | **Otto** | **EMAIL** | Send Consumer Survey |

McCool Attachment B - 3

**FTC-TRO-0172**

COMPLAINT # 734989

**COMPANY INFO**

NAME:  **NTS IT Care Inc**
------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:  ████████████████         DAY PHONE: ██████████████
ADDRESS: ██████████████         EVE PHONE: ██████████████
         ████████████

$ VALUE:  $0.00                  ████████████████
                                 FAX: -
------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING: **Repair Issues**
OPENED     22 October 2019          CLOSE CODE: 1 - New Complaint Pending Review
CLOSED                              CLOSED BY:
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: On May 22, 2019 my computer froze.  The phone number for NTS flashed on my screen.  I called the number.
My screen was frozen, so I called the number which flashed across it for NTS IT CARE.  I did not know how else to continue and began a long phone call with the person who at first seemed helpful and helped to correct the problem - at a cost.  When they were assured payment they tried to sell the "basic" package and a more pricey package which would last for three years - and since they had established I was a senior said they would add an additional 6 months.  I bit the bullet, realizing almost immediately, as they told me the steps I must take to get their "Improvements' to my service.

I was on a MacBook AIr purchased in 2017.  They informed me that I was not subject to viruses, as might happen on a Windows model.  They told me how to set the computer up at night to get changes that they would send when necessary.  The cost was approximately 499 USD plus the exchange that was required for getting the funds from my credit card and I "signed" the service agreement, then was told I was not to contact Apple about the "service" they were providing.  They also told me, if there were problems at any time I could call them and get them to "help" me.  Then they completed the call telling me it was up to me to call them if a problem arose.  At that point I realized I had likely been very foolish.

The next morning I had to wait a long well for my computer to start up, but I realized I was going to take the computer to Apple to have them look at it.  In the early afternoon on May 23 I got a call from NTS IT asking if I had had any problems starting my computer.  I said I had not, since I knew they should not be calling me.  I then knew I had to contact Apple to arrange a check-up, thinking they had done something to my computer.

I finally went to the Genius Bar on May 29, going in, expecting to pay something to have the situation fixed.  They reported that there were no real issues, but cleaned my operating system and gave me Malwarebytes at no cost.  On June 3, when I had already written a complaint about what had been done, I got another phone call from NTS IT telling me they realized they could not provide the service they had promised.  I was pleased, but when they insisted I get to my computer to get the process started I hung up on them, realizing I needed to not do anything with them, but redoubled my resolve to have my financial institution seek a refund on my behalf.

I waited for them to get the refund.  They did not offer to resolve the problem by stopping the payment until the issue was resolved.  I did the actions PC Financial asked me to undertake and in early August I received a phone call from a representative that I should be receiving a refund in 6 to 8 weeks.

The refund never came, but on my Oct. 10 statement I from them that I was being rebilled for the "service" I did not really get.  Currently they are reviewing whether I had gotten the initial amount paid credited to my account, so for now that is not an issue, but it will if my request falls on deaf ears.  I still want the initial amount paid returned to me because the service was not really delivered.

McCool Attachment B - 4

**FTC-TRO-0173**

DESIRED RESOLUTION:  I wish to have the original transaction reversed and a legitimate payment for each of the billings I have previously paid.  I do not know how to forward my relevant email documents and wonder if you can accept the emails with a forward direct fro my email to an address which will let me provide the full list of emails exchanged between PC disputes and Apple and myself.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

**10/22/2019      web   BBB**      Case Received by BBB

McCool Attachment B - 5

**FTC-TRO-0174**

COMPLAINT # 720819

**COMPANY INFO**

NAME:  **NTS IT Care Inc**
------------------------------------------------------------------------------------------
----------------------
**CONSUMER INFO**

█████ ████ ██████████  ██████  ████  ██████
███  ██ ██████████████ ██████  ███ ████ ██
                                     █ █
                                  ███ ██████████████████

$ VALUE:  $0.00                        FAX: -
------------------------------------------------------------------------------------------
----------------------
**DETAILS**

CONCERNING:  **Sales Practice Issues**
OPENED      22 August 2019              CLOSE CODE: 150 - Answered
CLOSED      16 September 2019           CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: NTS locked my computer and scammed me for a
3 year contract
On August 20th my computer was locked and I was advised to contact NTS at a toll free number.
They fixed the problem and signed me up for a
3-year maintenance contract, at a sum of $549.00,
for which I gave them my credit card. I am sure I
have no recourse as far as my financial outlay goes, but the Mass. BBB suggested I file a complaint
with your office.

DESIRED RESOLUTION:  If possible, I would like a refund of the $ 549.00
I put on my credit card.

BUSINESS RESPONSE: Dear ██████ ,

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $549.99 and the amount will be credited back within 5
working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| **08/21/2019** | **web** | **BBB** | Case Received by BBB |
| **08/22/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **08/22/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **08/22/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **09/03/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ██████ , |

We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund $549.99 and the amount will be credited back within 5 working
days. (Refund Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

| | | | |
|---|---|---|---|
| **09/04/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |

McCool Attachment B - 6

**FTC-TRO-0175**

**09/16/2019**   **OttO**   **BBB**   No Consumer Response- Assumed Resolved with Letter
**09/16/2019**   **OttO**   **EMAIL**   Inform Business - Case Closed ASSUMED RESOLVED
**09/16/2019**   **OttO**   **BBB**   Case closed - ASSUMED RESOLVED

McCool Attachment B - 7

**FTC-TRO-0176**

COMPLAINT # 712737

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                 FAX: -

--------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Customer Service Issues**

OPENED        17 July 2019                    CLOSE CODE: 500 - Beyond BBB Purview
CLOSED        17 July 2019                    CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: Blocked my system without my knowledge and blaimbed it on something else.  They just wanted money. No trust  do not trust nts. They maneuver

No comment

DESIRED RESOLUTION: Not applicable

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 07/16/2019 | web | BBB | Case Received by BBB |
| 07/17/2019 | VS | BBB | Case judged to be Out of BBB Purview |
| 07/17/2019 | Otto | MAIL | Inform Consumer - Case Closed Out of Purview |
| 07/17/2019 | Otto | BBB | Case Closed - OUT OF PURVIEW |

McCool Attachment B - 8

**FTC-TRO-0177**

COMPLAINT # 730926

<u>COMPANY INFO</u>

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------

<u>CONSUMER INFO</u>

NAME:

$ VALUE:   $0.00                                                      FAX: -
--------------------------------------------------------------------------------------------------------

<u>DETAILS</u>

CONCERNING: **Refund or Exchange Issues**

OPENED       02 October 2019                    CLOSE CODE: 0 - Pending
CLOSED                                          CLOSED BY:
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: Sold me a 3 yr contract. I continue to get phone calls stating I must turn over my computer to them to fix a "problem"or they are going out of busines
I had a computer problem. They told me they would fix it and I believed them. They mocked a fake virus on my computer and made it go away. It had nothing to do with my complaint (which was that the screen on my new computer had lines across the screen. These lines were intermittent). They said they would take care of all my problems. I paid $599 via debit card. Since then, I called them twice more to say the lines on the screen kept returning. They said to contact the computer company. Since then, I continually get phone calls almost daily from different phone numbers by people saying they are NTS and they need to access my computer immediately in order to fix a new problem that THEY discovered. They all knew my name and how much I paid. The most recent today claimed my "network" has a problem and they needed access to my computer Alex was his name. I denied access and he said they would no longer honor my contract. I said I wanted a refund. He said NO.  Shortly thereafter another call, a recording, said they are going out of business and to press 1  for a refund. I pressed 1 and I got Alex on the other end, who declined refund without him being able to access my computer.
The contract number is long. I hope I type it correctly.

Document I.D.
Audit Trail I.D.

Other phone numbers they have used are 323-840-8293,  213-349-9865,  877-243-0473,  831-331-8248,  415-800-3168. Other numbers were "unavailable" on caller ID.
It is obvious they just wanted control of the computer to rip me off. I got lucky the first time that it appears they didn't get what they wanted.
I only contacted NTS because I typed to "CORTANA" and asked for a telephone number for IT Tech that works on Lenova computers, and CORTANA came up with NTS' telephone number. I bought the contract Aug. 5th, 2019. They started calling about beginning of Sept.

DESIRED RESOLUTION: A full refund---$499.00
That they refrain from calling me.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 10/02/2019 | web | BBB | Case Received by BBB |
| 10/02/2019 | VS | BBB | Case Reviewed by BBB |
| 10/02/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/02/2019 | Otto | EMAIL | Notify Business of Dispute |
| 10/18/2019 | OttO | BBB | No response to first notice to business |

McCool Attachment B - 9

**FTC-TRO-0178**

**10/18/2019**     **OttO**   **EMAIL**   Consumer - Have You Heard From the Company
**10/18/2019**     **OttO**   **EMAIL**   Reminder of Dispute to Business

COMPLAINT # 725147

## COMPANY INFO

NAME:   **NTS IT Care Inc**

---------------------------------------------------------------------------------------------------------

## CONSUMER INFO

NAME:

$ VALUE:   $0.00                                                            FAX: -

---------------------------------------------------------------------------------------------------------

## DETAILS

CONCERNING:  **Sales Practice Issues**

OPENED       09 September 2019            CLOSE CODE: 110 - Resolved
CLOSED       22 October 2019              CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: computer froze w/pop up w/Microsoft logo on it. there was a phone number that I called, talked with someone with accent that was hard to understand.
I was trying to access a secure email from my bank when the computer froze up.  There was a pop up stating that I had tried to access a secure link. The pop up had the Microsoft logo and from my understanding that the company nts handled the small home computers that Microsoft would not take care of.  I have talked to Microsoft and they informed me that Microsoft does in fact take care of the home computers. and there was no affiliation with nts.  When I called the phone number and talked with their tech support he did get the computer unfroze so  i thought that he was legit.  His accent was hard for me to understand at times.  I allowed him access to my computer.  He told me that I didn't need a anti-virus soft ware all i needed was for them to watch over me.  After I hung up from them and got my computer back in my control I looked up the company and found some other people had similar experiences.  and then called Microsoft and found out what they had to say. Nts did call back to find out how the computer was working , I had already had my anti-virus software company look and the computer and fix it. told them that I wanted my money returned because i would not use their service.  He said that he would get back to me in 30 minutes and so far i haven't gotten a call in 3 hr.

DESIRED RESOLUTION:  I would like the 399.99 refunded to my credit card.

BUSINESS RESPONSE: Dear ▮▮▮,

We would like to inform you that we have not charged your card with $399.99, the payment was on authorize mode and we have cancelled the transaction on September 11th 2019. We request you to check with your bank.

Thanks,
NTS Support Team

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 09/06/2019 | web | BBB | Case Received by BBB |
| 09/09/2019 | VS | BBB | Case Reviewed by BBB |
| 09/09/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 09/09/2019 | Otto | EMAIL | Notify Business of Dispute |
| 09/24/2019 | OttO | BBB | No response to first notice to business |
| 09/24/2019 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 09/24/2019 | OttO | EMAIL | Reminder of Dispute to Business |
| 10/07/2019 | OttO | BBB | Inform Consumer No Response from Business |
| 10/07/2019 | OttO | EMAIL | Inform Consumer - Case Closed UNANSWERED |
| 10/07/2019 | OttO | EMAIL | Inform Business - Case Closed UNANSWERED |
| 10/07/2019 | OttO | BBB | Case Closed - UNANSWERED |

McCool Attachment B - 11

**FTC-TRO-0180**

| 10/08/2019 | VS | BBB | ReOpen the Complaint |
| 10/08/2019 | VS | BBB | RECEIVE BUSINESS RESPONSE : ***Document Attached*** |

Dear ▮▮▮ ,

We are a customer centric organization and we value the feedback of every customer.

As requested on Sept 11th 2019 we have cancelled the transaction of $399.99 and the amount should have been released within 5 working days. (Receipt Attached). We would request you to kindly check with your bank regarding the transaction

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-659-9899

| 10/08/2019 | VS | EMAIL | Forward Business response to Consumer |
| 10/11/2019 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

they said that they had refunded the money but I have checked with my bank card and the money has not been refunded. Need response.

| 10/14/2019 | VS | EMAIL | Forward Consumer Rebuttal to Business |
| 10/19/2019 | WEB | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear ▮▮▮ , |

We would like to inform you that we have not charged your card with $399.99, the payment was on authorize mode and we have cancelled the transaction on September 11th 2019. We request you to check with your bank.

Thanks,

NTS Support Team

| 10/21/2019 | VS | EMAIL | Send Business' Rebuttal Response to Consumer |
| 10/22/2019 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)

I have checked my account and it was deleted  before it posted.  Thank you

| 10/22/2019 | OttO | EMAIL | Inform Business - Case Closed RESOLVED |
| 10/22/2019 | OttO | BBB | Case Closed RESOLVED |

McCool Attachment B - 12

FTC-TRO-0181

COMPLAINT # 732117

**COMPANY INFO**

NAME:    **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

███████ ██████████████████████    ████████ ██████████
██████        ███████████          ██████████████

$ VALUE:    $0.00                                          FAX: -
--------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Advertising Issues**

OPENED        09 October 2019                    CLOSE CODE: 0 - Pending
CLOSED                                           CLOSED BY:
ENTERED BY:

ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: Scam…used Microsoft's name to get money to protect my computer!
10/8/19 Computer froze. Microsoft wanted me to call NTS IT Care. Fraudulent not from Microsoft.
Want refund of $199.99

DESIRED RESOLUTION:  REF

BUSINESS RESPONSE: Dear ██████,

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $199.99 and the amount will be credited back within 5
working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
833-900-0804

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **10/08/2019** | **web** | **BBB** | Case Received by BBB |
| **10/09/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **10/09/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **10/09/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **10/18/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ██████, |

We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund $199.99 and the amount will be credited back within 5 working
days. (Refund Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
833-900-0804

| | | | |
|---|---|---|---|
| **10/21/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |

McCool Attachment B - 13

**FTC-TRO-0182**

COMPLAINT # 720304

**COMPANY INFO**

NAME:      **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:   ███

$ VALUE:    $0.00                                                          FAX: -

--------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Refund or Exchange Issues**

OPENED         21 August 2019                          CLOSE CODE: 150 - Answered
CLOSED         16 September 2019                     CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: This company scammed my credit card for 500. When I called to stop the so-called service, they said they would refund $200 only.
This company called my business 13 times to tell me they needed to refund a charge for computer repairs but needed my card number. Thinking that I must have overpaid for recent repairs at a local company, I gave my card number. It was not a refund, but a charge on my card. Called them when I got my credit card bill, and was told that it was for a 3 year service. Told them that I wanted to cancel and get a refund, and was told I had a virus and they would only refund $200. When I told them I never had a virus, and wanted to know what they did to my computer, he could not tell me. Told him I was disputing the charge, and he threatened not to refund any of it. I have contacted my credit card company and cancelled the card as this company is fraudulent. After hanging up, they keep calling my phone, but I will not answer it again.

DESIRED RESOLUTION: I was totally misled. This is a scam. I wasn't even on my computer, they called my business phone. I want my $500.00 refunded. I think this also needs to be reported to government officials. I have contacted a real IT, and he said never respond to calls or pop-ups. Either hang up or turn off computer.

BUSINESS RESPONSE: Dear ███,

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $499.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| 08/19/2019 | web | BBB | Case Received by BBB |
| 08/21/2019 | VS | BBB | Case Reviewed by BBB |
| 08/21/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 08/21/2019 | Otto | EMAIL | Notify Business of Dispute |
| 09/05/2019 | OttO | BBB | No response to first notice to business |
| 09/05/2019 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 09/05/2019 | OttO | EMAIL | Reminder of Dispute to Business |

McCool Attachment B - 14

**FTC-TRO-0183**

**09/05/2019      WEB   BBB**      RECEIVE BUSINESS RESPONSE : Dear ████ ,
We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund $499.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

**09/05/2019      VS    EMAIL**   Forward Business response to Consumer
**09/16/2019      OttO   BBB**    No Consumer Response- Assumed Resolved with Letter
**09/16/2019      OttO   EMAIL**  Inform Business - Case Closed ASSUMED RESOLVED
**09/16/2019      OttO   BBB**    Case closed - ASSUMED RESOLVED

McCool Attachment B - 15

**FTC-TRO-0184**

COMPLAINT # 734202

**COMPANY INFO**

NAME:     **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:     $0.00                                                     FAX: -

------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Customer Service Issues**

OPENED          21 October 2019                    CLOSE CODE: 0 - Pending
CLOSED                                                                  CLOSED BY:
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: NTS IT CARE does not respond to phone calls; telephone disconnected. Oct.10,2019: computer screen covered with hacking notice; instructed to call 1-833-439-8712. VIK (ext.1021) took over my computer and worked me out of the hacking ultimate service completed by Jerry who "reset" my computer to working order.Meanwhile VIK introduced me to their services, contracts & personal choices of 1 or2 or3yrs of 24/7 services. I opted for 3yrs for $499.99 to Oct. 10/10/22. I was then switched to SAM who finalized all finances.The contract was charged to my USAA VISA card, ▮▮▮▮▮▮▮▮▮▮▮▮ I called 10/11/2019 when I found they had left my printer "offline". They fixed the problem. I called 10/17/19 when my font size flipped to too small to see it. The phone was no longer in service.

DESIRED RESOLUTION: My resolution hope is that NTS IT CARE,Inc. will be exposed for the sham company it has turned out to be and that it will be put into a situation where they will have to issue me credit.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 10/18/2019 | web | **BBB** | Case Received by BBB |
| 10/21/2019 | VS | **BBB** | Case Reviewed by BBB |
| 10/21/2019 | Otto | **EMAIL** | Send Acknowledgement to Consumer |
| 10/21/2019 | Otto | **EMAIL** | Notify Business of Dispute |

McCool Attachment B - 16

**FTC-TRO-0185**

COMPLAINT # 728186

**COMPANY INFO**

NAME:  **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------
---------------------

**CONSUMER INFO**

NAME:

$ VALUE:  $0.00                                                          FAX: -

------------------------------------------------------------------------------------------------------------
---------------------

**DETAILS**

CONCERNING:  **Refund or Exchange Issues**

OPENED          23 September 2019            CLOSE CODE: 150 - Answered
CLOSED          21 October 2019              CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: THEY HAD ME GET A WALMART GIFT CARD TO AY CHARGES. TOOK MONEY FROM MY PERSONAL SAVINGS.
THE GIFT CARD WAS FOR 499.00. AFTER PIN NUMBER WAS REVEALED TO THEM, POOF MONIES GONE

DESIRED RESOLUTION:  REFUND WOULD BE NICE

BUSINESS RESPONSE: Dear

We are a customer centric organization and we value the feedback of every customer.

On Sept. 18th 2019 we received request from your bank as you have filed a dispute hence we have submitted the documents i.e. transaction receipt, payment authorization and feedback which was shared by you after completing the work.

We would request you to kindly check with your bank the outcome of the dispute.

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **09/20/2019** | **web** | **BBB** | Case Received by BBB |
| **09/23/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **09/23/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **09/23/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **10/08/2019** | **OttO** | **BBB** | No response to first notice to business |
| **10/08/2019** | **OttO** | **EMAIL** | Consumer - Have You Heard From the Company |
| **10/08/2019** | **OttO** | **EMAIL** | Reminder of Dispute to Business |
| **10/08/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : |

We are a customer centric organization and we value the feedback of every customer.
On Sept. 18th 2019 we received request from your bank as you have filed a dispute hence we have submitted the documents i.e. transaction receipt, payment authorization and feedback which was shared by you after completing the work.
We would request you to kindly check with your bank the outcome of the dispute.
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,

McCool Attachment B - 17

**FTC-TRO-0186**

NTS Support Team
844-659-9899

| 10/08/2019 | VS | EMAIL | Forward Business response to Consumer |
| 10/21/2019 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 10/21/2019 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 10/21/2019 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 18

**FTC-TRO-0187**

COMPLAINT # 706735

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
-----------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:   ███████████

$ VALUE:   $0.00                                                      FAX: -
-----------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**
OPENED        21 June 2019                    CLOSE CODE: 150 - Answered
CLOSED        22 July 2019                    CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: a simple pop up window shouldn't cost someone 200 bucks for a 30 product. scummy company practices.
a pop up window showed I had a virus and gave me a number to call. they did a remote session and got ride of the so called virus. I later found out I did NOT have any viruses from my son. who told me I fell for a scam.

DESIRED RESOLUTION: I would like this company to refund me my 200.00 that they took from me. and stop these practices. My son knows more than I do as far as computer stuff.

BUSINESS RESPONSE: Dear ██████,

We are a customer centric organization and we value the feedback of every customer.

As agreed on June 22nd 2019 we refunded $120.00 however as requested we have initiated the refund of the balance $79.99 and the amount will be credited back within 5 working days. (Refund Receipts Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| **06/19/2019** | **web** | **BBB** | Case Received by BBB |
| **06/21/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **06/21/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **06/21/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **07/08/2019** | **OttO** | **BBB** | No response to first notice to business |
| **07/08/2019** | **OttO** | **EMAIL** | Consumer - Have You Heard From the Company |
| **07/08/2019** | **OttO** | **EMAIL** | Reminder of Dispute to Business |
| **07/09/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dea ██████, |

We are a customer centric organization and we value the feedback of every customer.
As agreed on June 22nd 2019 we refunded $120.00 however as requested we have initiated the refund of the balance $79.99 and the amount will be credited back within 5 working days. (Refund Receipts Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

McCool Attachment B - 19

**FTC-TRO-0188**

| 07/09/2019 | VS | EMAIL | Forward Business response to Consumer |
| 07/22/2019 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 07/22/2019 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 07/22/2019 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 20

**FTC-TRO-0189**

COMPLAINT # 732767

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------
--------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                           FAX: -

----------------------------------------------------------------------------------------------------
--------------------

**DETAILS**

CONCERNING:   **Repair Issues**

OPENED        11 October 2019                    CLOSE CODE: 0 - Pending
CLOSED                                           CLOSED BY:
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: I was led to believe my computer had a virus problem.
I was looking up how to cook halibut and my computer locked up and NTS IT CARE popped up and
said I need to contact them to fix my computer

DESIRED RESOLUTION: Because I feel that they were the ones that locked my computer up so the could
get money from me.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **10/11/2019** | **web** | **BBB** | Case Received by BBB |
| **10/11/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **10/11/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **10/11/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |

McCool Attachment B - 21

**FTC-TRO-0190**

COMPLAINT # 727082

## COMPANY INFO

NAME:   **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------

## CONSUMER INFO

NAME:   ███████████   ███  ██  ███████
      ████         █████  ██
                  ██  █████████

$ VALUE:   $0.00                               FAX: -

--------------------------------------------------------------------------------------------------------------

## DETAILS

CONCERNING:  **Refund or Exchange Issues**

OPENED      17 September 2019          CLOSE CODE: 110 - Resolved
CLOSED      30 September 2019          CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: My computer locked up with a warning of a virus.  The phone number of NTS IT Care appeared on my screen with the warning to clear the problem.
How is it the with the computer locking up that the phone number to contact NTS IT care appears on the screen to solve the problem.  That is no coincidence that their number appears to fix the problem. They are not a company supported by Microsoft for fix computer problems. I had Malware on my computer that they deleted. It's amazing how quickly they take your credit card information and immediately get their money. I was told by a computer expert that this was all a scam. Companies will create a problem for you and provide their contact information to get the problem resolved.
I don't trust this company or their reputation.
I paid $200.00 and want an immediate refund to my credit card.

DESIRED RESOLUTION:  Refund my credit card company the $200.00 I paid.

BUSINESS RESPONSE:  Dear ██████,

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $199.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899


DECISION:


ACTIVITY:

**09/16/2019      web    BBB**    Case Received by BBB
**09/17/2019      VS     BBB**    Case Reviewed by BBB
**09/17/2019      Otto   EMAIL**  Send Acknowledgement to Consumer
**09/17/2019      Otto   EMAIL**  Notify Business of Dispute
**09/24/2019      WEB    BBB**    RECEIVE BUSINESS RESPONSE : Dear ██████,
        We are a customer centric organization and we value the feedback of every customer.
        As requested we have initiated the refund $199.99 and the amount will be credited back within 5 working
days. (Refund Receipt Attached)
        For any further clarifications you can always call or write to us at support@ntsitcare.com.
        Thank you,
        NTS Support Team
        844-659-9899

McCool Attachment B - 22

**FTC-TRO-0191**

**09/25/2019      VS      EMAIL**   Forward Business response to Consumer
**09/30/2019      VS      BBB**       DISPUTE RESOLVED- WITH LETTER : BBB,

If the Company sends me back my money as I requested, than the matter is closed for me.  I would still be concerned on how they operate and affect others unknowingly who all Victim to their way of operating.

Thanks

█████████████

**09/30/2019      Otto    EMAIL**   Inform Business - Case Closed RESOLVED
**09/30/2019      Otto    BBB**       Case Closed RESOLVED
**10/07/2019      Otto    EMAIL**   Send Consumer Survey

McCool Attachment B - 23

**FTC-TRO-0192**

COMPLAINT # 698190

**COMPANY INFO**

NAME: **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE: $0.00                                                          FAX: -

------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Contract Issues**

| | | | |
|---|---|---|---|
| OPENED | 09 May 2019 | CLOSE CODE: | 150 - Answered |
| CLOSED | 27 May 2019 | CLOSED BY: | OttOOtto |

ENTERED BY:

ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: This company uses agressive practices to coerce money from the elderly. My computer had a pop up and was frozen. The only way to clear it was to call the number provided. I was told that my computer had a virus (not true) and essentially my computer was held hostage until I paid $500. I never signed a contract. My daughter looked into this company and saw how many complaints there were and reaized it is a scam. She called to cancel the contract and was told it could not be cancelled. When she said she would call the BBU to complain they were taking advantage of the elderly, the customer service representative, David, said they would downgrade the service to 2 years and charge back $240. This is a scam and this company takes advantage of the elderly.

DESIRED RESOLUTION: A full refund.

BUSINESS RESPONSE: Dear

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $240.00 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **05/08/2019** | **web** | **BBB** | Case Received by BBB |
| **05/09/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **05/09/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **05/09/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **05/14/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear |

We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund $240.00 and the amount will be credited back within 5 working days. (Refund Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

| | | | |
|---|---|---|---|
| **05/14/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |
| **05/27/2019** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |

McCool Attachment B - 24

**FTC-TRO-0193**

**05/27/2019**    **OttO**   **EMAIL**   Inform Business - Case Closed ASSUMED RESOLVED
**05/27/2019**    **OttO**   **BBB**     Case closed - ASSUMED RESOLVED

COMPLAINT # 711349

<u>COMPANY INFO</u>

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------------------------

<u>CONSUMER INFO</u>

NAME:   ███████

$ VALUE:   $0.00                                       FAX: -
--------------------------------------------------------------------------------------------------------------------------

<u>DETAILS</u>

CONCERNING:   **Sales Practice Issues**

OPENED         10 July 2019                 CLOSE CODE: 110 - Resolved
CLOSED         11 July 2019                 CLOSED BY:  OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: They put a pop up on my computer claiming I had a virus that would expose all my information. I had to call them to get the issue fixed.
They put a pop up on my computer claiming I had a virus that would expose all my information and that they were associated with Windows. I could not do anything with my computer. It was frozen until I called them. Then they told me my internal security had expired and they could fix the problem. In order to get my computer back I had to order their services.

DESIRED RESOLUTION: Total refund to my credit card.

BUSINESS RESPONSE: Dear ██████

We are a customer centric organization and we value the feedback of every customer.

As requested we have cancelled the transaction of $299.99 and the amount will be released within 5 working days. (Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| **07/09/2019** | **web** | **BBB** | Case Received by BBB |
| **07/10/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **07/10/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **07/10/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **07/10/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ██████ |

We are a customer centric organization and we value the feedback of every customer.
As requested we have cancelled the transaction of $299.99 and the amount will be released within 5 working days. (Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

| | | | |
|---|---|---|---|
| **07/10/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |
| **07/10/2019** | **WEB** | **BBB** | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.) |
| **07/11/2019** | **OttO** | **EMAIL** | Inform Business - Case Closed RESOLVED |

McCool Attachment B - 26

**FTC-TRO-0195**

| 07/11/2019 | OttO | BBB | Case Closed RESOLVED |
| 07/16/2019 | Otto | EMAIL | Send Consumer Survey |

McCool Attachment B - 27

**FTC-TRO-0196**

COMPLAINT # 729917

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------
---------------------
**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                        FAX: -
--------------------------------------------------------------------------------------------
---------------------
**DETAILS**

CONCERNING:  **Refund or Exchange Issues**
OPENED       30 September 2019              CLOSE CODE: 150 - Answered
CLOSED       22 October 2019                CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: On 9/10, was on website and my computer froze. I called the # on screen, got NTS and paid. Other tech fixed problem. Could not safely cancel NTS.
I had received a bill from FasTrak.org and decided to pay it on-line. The FasTrak letter said to go to www.FasTrak.org. On September 10th, I typed this in as a URL and hit return. A payment page appeared and I chose pay by credit card. I was shocked when my computer screen froze and went black. Words appeared saying that Apple and Firefox had found a problem and a voice said that I should do nothing but call the number on the screen. I was frightened, but thinking that I was calling Apple, I called the number.

The tech on the phone was very aggressive and made me think there was a virus or other terrible problem. He said he could fix the problem, but that I had to sign on to their service and pay using my credit card. Out of fear, I said yes, paid $349.99 with my card, and he seemed to do something in my computer. He then strongly stressed that I should call only NTS IT Care if there was any trouble and to be very sure not to call anyone else. He called again in a couple of days to see if there were any problems and again said to call only NTS if there were issues. He called again in a few days and told me that he needed access to my computer again to replace the things he had added because they were not were working properly. I refused him access because I was concerned about a scam and told him I wanted to cancel the service and get a refund of what I had payed. He repeatedly said that they would refund, but only if they could access my computer. I refused him access and on September 25th hired a well recommended security tech to check out and fix my computer. The NTS person called again demanding to access my computer and appeared stunned when I refused and very loudly said that there could be no refund without him having access to my computer. I told him no and ended the call.

DESIRED RESOLUTION: Refund from NTS IT Care for future months I have paid for. Cancel NTS service without granting them access to my computer.

BUSINESS RESPONSE:                    ,

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $349.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

McCool Attachment B - 28

**FTC-TRO-0197**

ACTIVITY:

| | | | |
|---|---|---|---|
| **09/27/2019** | **web** | **BBB** | Case Received by BBB |
| **09/30/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **09/30/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **09/30/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **10/10/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ██████, |

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $349.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-659-9899

| | | | |
|---|---|---|---|
| **10/11/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |
| **10/22/2019** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **10/22/2019** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **10/22/2019** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 29

**FTC-TRO-0198**

COMPLAINT # 711569

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                          FAX: -
--------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED   11 July 2019                      CLOSE CODE: 600 - Letter of Experience - Info Only
CLOSED   11 July 2019                      CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: stopped use of computer and wanted money to keep it from happening again wanted $299 without sending me a bill showing what I am paying for.  PStushy!
locked computer on 7/10.  Called was told virus and they could fix it.  They even knew was on line with my bank and my history. wanted $299 for 1 Year warranty or $499 for 3 years told them can't afford and then said make it $299 for 2 years.  wanted a check for amount and I said I wanted to know what I was paying for so send a bill first. They said no,check 1st.  Could pay by credit card I use amex and they said would have to pay extra if used that card "how much"  $200 then next person said they never except amex?  Sounds like fraud.  They really upset me and I can't imagine people just sending them Checks with out seeing a bill

DESIRED RESOLUTION:  feel they should be investigated for interfering with computer usage and being able to see your history.  She worked  very fast and told me what things to push on my computer so she could fix it i wish I would have sensed earlier that this was one way she got info.  She was very convincing that unless I did this I would have no use of my computer.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **07/10/2019** | **web** | **BBB** | Case Received by BBB |
| **07/11/2019** | **VS** | **BBB** | Case Determined to be INFO ONLY - No Wait |
| **07/11/2019** | **Otto** | **EMAIL** | Inform Consumer - Case Closed INFO ONLY |
| **07/11/2019** | **Otto** | **EMAIL** | Inform Business of Case Closed INFO ONLY |
| **07/11/2019** | **Otto** | **BBB** | Case Closed INFO ONLY |

COMPLAINT # 715530

**COMPANY INFO**

NAME:      **NTS IT Care Inc**
------------------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:      $0.00                                                           FAX: -
------------------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING: **Billing or Collection Issues**

OPENED        31 July 2019                    CLOSE CODE: 110 - Resolved
CLOSED        16 August 2019                  CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: I feel that NTS IT CARE conned me into giving my credit card information to them. I think they breached my computer, then offered to fix it.
On May 13, 2019 my computer that I use for business froze. I could not access any information. A phone number for technical support popped up on my screen. It appeared to be from Microsoft. I called the phone number and a technician from NTS said they could fix the problem for a fee. Not really having a choice, I agreed and gave them my credit card information. The technician gained remote access to my computer and fixed the problem. Immediately I got an alert from my credit card company that there was unauthorized charges to my card. My credit card company seemed to think that the NTS company scammed me. I had to close that credit card account and open another one due to this. I think NTS plants the viruses or ramsomeware or whatever and scams unsuspecting people like me into agreeing to charges. Then they also try to make unauthorized charges to the credit card. I do no think I should reward their unethical behavior by having to pay this charge of $500.00.

DESIRED RESOLUTION: NTS should refund the $500.00 charged to my CitiBusiness credit card.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 07/29/2019 | web | BBB | Case Received by BBB |
| 07/31/2019 | VS | BBB | Case Reviewed by BBB |
| 07/31/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 07/31/2019 | Otto | EMAIL | Notify Business of Dispute |
| 08/15/2019 | OttO | BBB | No response to first notice to business |
| 08/15/2019 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 08/15/2019 | OttO | EMAIL | Reminder of Dispute to Business |
| 08/16/2019 | VS | BBB | DISPUTE RESOLVED- WITH LETTER : I was issued a credit by my credit card. |
| 08/16/2019 | Otto | EMAIL | Inform Business - Case Closed RESOLVED |
| 08/16/2019 | Otto | BBB | Case Closed RESOLVED |
| 08/21/2019 | Otto | EMAIL | Send Consumer Survey |

McCool Attachment B - 31

**FTC-TRO-0200**

COMPLAINT # 730380

## COMPANY INFO

NAME: **NTS IT Care Inc**

------------------------------------------------------------------------------------

--------------------



$ VALUE:    $0.00                                           FAX: -

------------------------------------------------------------------------------------

--------------------

## DETAILS

CONCERNING: **Refund or Exchange Issues**

OPENED      01 October 2019                 CLOSE CODE: 110 - Resolved
CLOSED      03 October 2019                 CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: Used malware on computer to scam me into buying a tech support plan for $299.99. I do not want to pay for it.
Problem & purchase date: Sept. 30, 2019.
Spoke at length to James Wood who insisted on raising the price.  He gave me a 24 hour computer help line number of 1 833 439 8712, ext 311.

DESIRED RESOLUTION: send credit refund to my Bank of America VISA account.

BUSINESS RESPONSE: Dear ▇▇ ,

We are a customer centric organization and we value the feedback of every customer.

As requested we have cancelled the transaction of $299.99 and the amount will be released within 5 working days. (Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 09/30/2019 | web | BBB | Case Received by BBB |
| 10/01/2019 | VS | BBB | Case Reviewed by BBB |
| 10/01/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/01/2019 | Otto | EMAIL | Notify Business of Dispute |
| 10/02/2019 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ▇▇ , |

We are a customer centric organization and we value the feedback of every customer.
As requested we have cancelled the transaction of $299.99 and the amount will be released within 5 working days. (Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

| | | | |
|---|---|---|---|
| 10/02/2019 | VS | EMAIL | Forward Business response to Consumer |
| 10/03/2019 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)
I accept the response from the business, but it was a trial.  They were very reluctant to return any funds, so it involved many calls and much time on the phone.  It could have been handled very quickly. I would call it telephone harassment, as they made me beg for my money in spite of my having told them many times that I

didn't want or need their product. I felt like the business tried to extort more money and personal information from me, and I sincerely thank the BBB for helping end this ordeal.

**10/03/2019      VS      EMAIL**  Inform Business - Case Closed RESOLVED
**10/03/2019      Otto    BBB**    Case Closed RESOLVED
**10/08/2019      Otto    EMAIL**  Send Consumer Survey

McCool Attachment B - 33

**FTC-TRO-0202**

COMPLAINT # 708648

**COMPANY INFO**

NAME:      **NTS IT Care Inc**

-------------------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:      ███████████████
████████

$ VALUE:      $0.00                                          FAX: -

-------------------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED      28 June 2019                    CLOSE CODE: 500 - Beyond BBB Purview
CLOSED      28 June 2019                    CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: Fraudulent sales practices
On 6/8/19, I received a pop up on my internet browser claiming that I had a virus and was about to lose all my personal data from my computer unless I bought and downloaded a virus protection program. I paid $99.99 on that day to resolve the issue.
On 6/27/19, the company called again, harassing me and stating that I needed to pay more money in the form of walmart gift cards or else they were going to put viruses onto my computer. I unplugged my computer and hung up with them but they kept calling me back.


DESIRED RESOLUTION: I simply want them to leave me alone and for BBB to be aware of their practices.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 06/27/2019 | web | BBB | Case Received by BBB |
| 06/28/2019 | VS | BBB | Case judged to be Out of BBB Purview |
| 06/28/2019 | Otto | EMAIL | Inform Consumer - Case Closed Out of Purview |
| 06/28/2019 | Otto | BBB | Case Closed - OUT OF PURVIEW |


McCool Attachment B - 34

**FTC-TRO-0203**

COMPLAINT # 721407

<u>**COMPANY INFO**</u>

NAME:      **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------
---------------------

<u>**CONSUMER INFO**</u>

NAME:      ███████████████
███████

$ VALUE:      $0.00                                                                          FAX: -

------------------------------------------------------------------------------------------------------
---------------------

<u>**DETAILS**</u>

CONCERNING:  **Sales Practice Issues**

OPENED        26 August 2019                          CLOSE CODE: 999 - Admin Judged Invalid
CLOSED        26 August 2019                          CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE:

DESIRED RESOLUTION:

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 08/23/2019 | web | BBB | Case Received by BBB |
| 08/26/2019 | VS | BBB | UNABLE TO PROCESS due to insufficient Information |
| 08/26/2019 | Otto | EMAIL | Send notice of UNPROCESSIBLE to Consumer |
| 08/26/2019 | Otto | BBB | Case Closed as UNABLE TO PROCESS |

McCool Attachment B - 35

**FTC-TRO-0204**

COMPLAINT # 724065

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

-------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:   ███████████████████████████     ████  ████  ███████
                                          ███████    █   █
                                          ██  ████████████████████████

$ VALUE:   $0.00                                   FAX: -

-------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED       05 September 2019            CLOSE CODE: 150 - Answered
CLOSED       30 September 2019            CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: Computer locked up, told to call Microsoft phone number and it was NTS. Made me believe I had a virus and charged me $249 to "fix".
I was on my computer 8/31/2019 and received a pop up with a voice telling me my computer was in trouble, I had a virus. Pop up had references to Microsoft and said call this number. Led me to believe I was calling Microsoft for support. A man (Vik) came on the line and started to "diagnose" my computer. He asked a lot of questions and then asked to log in to my computer which I allowed him to do. He said he could fix it and began with the process. Then he tells me how much it cost for 1, 2, 3 years of "protection". They were not associated with Microsoft and found out it was NTS. I believe they hacked my computer to set me up for this scam. I did end up paying $249.99 on my credit card for 1 year of service. It took them 5 minutes to "clean" my computer from malware, spyware and viruses. Also loaded AdBlock which I have previously taken off and will again. This is not a legitimate company and has very questionable if not illegal practices. Looking at the other complaints, mine is very similar if no9t the same.
I was given these 2 phone numbers to contact them if I had questions: 833-494-2045 and 844-659-9899.
Email address is support@ntsitcare.com

DESIRED RESOLUTION:  I am seeking a full refund for the "services" provided. I have had no issues with my computer until yesterday 9/1/2019

BUSINESS RESPONSE:  Dear  ████  ,

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $249.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **09/02/2019** | **web** | **BBB** | Case Received by BBB |
| **09/05/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **09/05/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **09/05/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |

McCool Attachment B - 36

**FTC-TRO-0205**

**09/18/2019       WEB   BBB**       RECEIVE BUSINESS RESPONSE : Dear ▉,
We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund $249.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

**09/18/2019       VS     EMAIL**  Forward Business response to Consumer
**09/30/2019       OttO   BBB**     No Consumer Response- Assumed Resolved with Letter
**09/30/2019       OttO   EMAIL**  Inform Business - Case Closed ASSUMED RESOLVED
**09/30/2019       OttO   BBB**     Case closed - ASSUMED RESOLVED

McCool Attachment B - 37

**FTC-TRO-0206**

COMPLAINT # 728241

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------
--------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                                                      FAX: -

------------------------------------------------------------------------------------------------------------
--------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED          23 September 2019                    CLOSE CODE: 110 - Resolved
CLOSED          10 October 2019                      CLOSED BY: OttOOtto
ENTERED BY:

ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: Very aggressive and dishonest business dealings as evidenced by similar complaints. Unfortunately, I also received the popup that locked my screen and told me my computer was hacked and to call. This, of course, was very alarming to a 75 year old, who hunts and pecks on his computer. I called for help and was helped to the degree of
being charged $249. Tis appears to be a business practice that should not exist. I would like a full refund.

DESIRED RESOLUTION: Would like a full refund or credit card adjustment.

BUSINESS RESPONSE: Dear

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $249.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **09/20/2019** | **web** | **BBB** | Case Received by BBB |
| **09/23/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **09/23/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **09/23/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **10/08/2019** | **OttO** | **BBB** | No response to first notice to business |
| **10/08/2019** | **OttO** | **EMAIL** | Consumer - Have You Heard From the Company |
| **10/08/2019** | **OttO** | **EMAIL** | Reminder of Dispute to Business |
| **10/08/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear , |

We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund $249.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)
For any further clarifications you can always call or write to us at support@ntsitcare.com.
Thank you,
NTS Support Team
844-659-9899

McCool Attachment B - 38

**FTC-TRO-0207**

**10/08/2019     VS      EMAIL**  Forward Business response to Consumer
**10/10/2019     WEB    BBB**       DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)
          The determination made regarding my complaint was fair and acceptable to me.  Thank You
**10/10/2019     OttO    EMAIL**  Inform Business - Case Closed RESOLVED
**10/10/2019     OttO    BBB**       Case Closed RESOLVED
**10/15/2019     Otto    EMAIL**  Send Consumer Survey
**10/18/2019     TDT     EMAIL**  Send Consumer Survey Follow up Letter

McCool Attachment B - 39

**FTC-TRO-0208**

COMPLAINT # 721455

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                          FAX: -

------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED   26 August 2019                    CLOSE CODE: 110 - Resolved
CLOSED   11 September 2019                 CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: I was frightened into thinking I had a computer virus and had to give my credit card information in order to have it fixed and remain protected.

On July 15, 2019 when I turned on my computer it started alarming and flashing red. A voice told me to phone the number shown. When I did that a technician answered and told me I had a very bad virus. He said he could fix it but needed my credit card information and would charge me $402.56 and for that I would be protected for 2 years. I did give him my credit card number. He told me several times that if I had any problems to call his company and no one else, He called the next day to see if everything was alright and repeated that I should call his company if I had any problems. He was aggressive and spoke in a loud voice. I suspected a scam but didn't know what to do. My computer was frozen.

DESIRED RESOLUTION: I have since heard on CBC of someone who had the same problem and see several several complaints about the same company on the BBB website.
I would like a refund to my credit card for the full amount

BUSINESS RESPONSE: Dear

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $299.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 08/23/2019 | web | BBB | Case Received by BBB |
| 08/26/2019 | VS | BBB | Case Reviewed by BBB |
| 08/26/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 08/26/2019 | Otto | EMAIL | Notify Business of Dispute |
| 09/09/2019 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear |

We are a customer centric organization and we value the feedback of every customer.

McCool Attachment B - 40

**FTC-TRO-0209**

As requested we have initiated the refund $299.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-659-9899

**09/09/2019**     **VS**     **EMAIL**   Forward Business response to Consumer

**09/11/2019**     **WEB**   **BBB**     DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)

I accept the response, it is what I requested.

**09/11/2019**     **OttO**   **EMAIL**   Inform Business - Case Closed RESOLVED

**09/11/2019**     **OttO**   **BBB**     Case Closed RESOLVED

**09/16/2019**     **Otto**   **EMAIL**   Send Consumer Survey

McCool Attachment B - 41

**FTC-TRO-0210**

COMPLAINT # 573546

**COMPANY INFO**

NAME:      **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------
---------------------

**CONSUMER INFO**

NAME:

ADDRESS:

$ VALUE:      $0.00                                                    FAX: -

----------------------------------------------------------------------------------------------------
---------------------

**DETAILS**

CONCERNING:  **Refund or Exchange Issues**

OPENED       21 September 2017                    CLOSE CODE: 999 - Admin Judged Invalid

CLOSED       21 September 2017                    CLOSED BY:  Raquel Negrete

ENTERED BY:

ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Correct previous complaint.
Correction to previous complaint.

DESIRED RESOLUTION: The corrected amount of the refund should be $ii00. This includes previous
amounts plus the card amounts taken from our account.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **09/19/2017** | **web** | **BBB** | Case Received by BBB |
| **09/21/2017** | **RN** | **BBB** | Duplicate Complaint - Close UNPROCESSIBLE |

McCool Attachment B - 42

**FTC-TRO-0211**

COMPLAINT # 573762

**COMPANY INFO**

NAME: **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ███████████

$ VALUE: $1,550.00          FAX: -

--------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Customer Service Issues**

OPENED        25 September 2017          CLOSE CODE: 999 - Admin Judged Invalid
CLOSED        25 September 2017          CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Cancelled service and informed we were getting refund.   Sent gift cards from Best Buy as refund.  Called to confirm cards via card numbers.  Then used those numbers to get the amounts of the cards out of our bank account without our knowledge.  This overdrew our account. The amount they took was $1100.  Plus the refund was supposed to be $350.  Plus charges from the bank and stress was $100.  We have been taken for a total of $1550. by NTS IT Care.  We have emailed them, called them and written them.  When they call us they won't talk when phone is answered so they can say they have tried to contact us!
Product_Or_Service: Computer IT care
Order_Number: N/A
Account_Number: Phone

DESIRED RESOLUTION: DesiredSettlementID: Other (requires explanation)
To get our money back, in cash, in the amount of $1550.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **09/20/2017** | **web** | **BBB** | Case Received by BBB |
| **09/25/2017** | **RN** | **BBB** | Case Reviewed by BBB |
| **09/25/2017** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **09/25/2017** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **09/25/2017** | **RN** | **BBB** | Duplicate Complaint - Close UNPROCESSIBLE |

McCool Attachment B - 43

**FTC-TRO-0212**

COMPLAINT # 573979

## COMPANY INFO
NAME:    **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------
----------------------

## CONSUMER INFO
NAME:

$ VALUE:    $0.00                                        FAX: -
--------------------------------------------------------------------------------------------------------
----------------------

## DETAILS
CONCERNING:  **Refund or Exchange Issues**

OPENED        25 September 2017                 CLOSE CODE: 999 - Admin Judged Invalid
CLOSED        25 September 2017                 CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: This is to amend previous complaint filed 9/20/17.
Adjustment to original complaint.  NTS IT Care and bank adjusted amount of $1550.  NTS IT Care now owes us $649.00.

DESIRED RESOLUTION: Get the balance of the money owed us.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 09/21/2017 | web | BBB | Case Received by BBB |
| 09/25/2017 | RN | BBB | Duplicate Complaint - Close UNPROCESSIBLE |

McCool Attachment B - 44
**FTC-TRO-0213**

COMPLAINT # 573543

**COMPANY INFO**
NAME:     **NTS IT Care Inc**
-------------------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**
NAME:

$ VALUE:     $0.00                                           FAX: -
-------------------------------------------------------------------------------------------------------------
----------------------

**DETAILS**
CONCERNING:  **Refund or Exchange Issues**
OPENED       21 September 2017                  CLOSE CODE: 150 - Answered
CLOSED       30 October 2017                    CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: **Problem with refund after cancelling service.**
Sent refund using gift cards from Best Buy.  Called to verify card numbers.  Called back to verify but
would not talk when phone was answered.  Then proceeded to remove amount of money
of cards from our checking acct.  Now we are out more money which should have refuned.  It amounts
to many hundreds of dollars.  Tried to contact just now but won't answer phone.

DESIRED RESOLUTION: **Need refund of unused service.  $350 plus $50. for**
bank fees charged to us for NTS overdrawing our checking acct in the bogus refund offer.  A total of
$400.00

BUSINESS RESPONSE: **Dear**

We would like to clarify that the details which you provided on BBB, we were unable to find your
records with that. However emails which you're sending us that belongs to ▮▮▮▮▮▮▮▮ and
were got the records for the same account.

We would like to clarify that on July 11 2017, she authorized the amount of $349.99 for 2 years of
Online Technical Support for 1 computer and peripherals (Authorization form attached) using her
Mastercard ending ▮▮▮▮  That is the only payment which was authorized by her and that is what we
debited from her card.

On July 12 2017, our customer service representative called in order to take her feedback and she
confirmed that her computer is working fine.

Since then we never called for any computer or payment related issues.

As we confirmed earlier, we only accept payment via Debit / Credit Cards. We would request you to
kind report this incident to local authorities.


Thank you,
NTS Support Team


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| 09/19/2017 | web | BBB | Case Received by BBB |
| 09/21/2017 | RN | BBB | Case Reviewed by BBB |
| 09/21/2017 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 09/21/2017 | Otto | EMAIL | Notify Business of Dispute |
| 10/06/2017 | OttO | BBB | No response to first notice to business |
| 10/06/2017 | OttO | EMAIL | Consumer - Have You Heard From the Company |

**10/06/2017**      **OttO**     **EMAIL**    Reminder of Dispute to Business
**10/13/2017**      **WEB**    **BBB**      RECEIVE BUSINESS RESPONSE : ▮▮▮▮▮▮ ,
We regret to inform you that we are unable to find any details from the information you have shared. If you could please help us sharing your registered telephone number or email address in order for us to check your details.

We would also like to inform that we do not use any other method of payment; we only accept payments through Debit or Credit card.

Please call us on the below mentioned number or write to us at support@ntsitcare.com for further clarifications.

Thank you,
NT Support Team
844-208-2608
**10/16/2017**      **RN**      **EMAIL**    Forward Business response to Consumer
**10/17/2017**      **WEB**    **BBB**      BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The consumer indicated he/she DID NOT accept the response from the business.)
They are lying again as we got gift cards twice from these people!  Spoke to them on the phone numerous times fed a line of crap each time.  In their response they state they only take PAYMENTS certain ways.  This is true, but we are talking about a refund of money they took from our acct. without authorization!  AND THEY USED GIFT CARDS! And then cashed them for themselves and took the money from our acct.!  And they have plenty of info from the many emails, phone calls, and letters!  Beware people of NTS.  Check reviews!
**10/19/2017**      **RN**      **EMAIL**    Forward Consumer Rebuttal to Business
**10/26/2017**      **WEB**    **BBB**      RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear ▮▮▮▮
We would like to clarify that the details which you provided on BBB, we were unable to find your records with that. However emails which you're sending us that belongs to Ms. ▮▮▮▮▮▮▮▮ and were got the records for the same account.

We would like to clarify that on July 11 2017, she authorized the amount of $349.99 for 2 years of Online Technical Support for 1 computer and peripherals (Authorization form attached) using her Mastercard ending ▮▮▮ That is the only payment which was authorized by her and that is what we debited from her card.

On July 12 2017, our customer service representative called in order to take her feedback and she confirmed that her computer is working fine.

Since then we never called for any computer or payment related issues.

As we confirmed earlier, we only accept payment via Debit / Credit Cards. We would request you to kind report this incident to local authorities.

Thank you,
NTS Support Team
**10/27/2017**      **RN**      **EMAIL**    Send Business' Rebuttal Response to Consumer
**10/28/2017**      **WEB**    **BBB**      CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.)
I believe what they are saying is misleading!  We received an email from that SPECIFIC company stating we were getting a refund for cancelled service.  In place of cash, gift cards were sent.  That SPECIFIC company then called to get the numbers off the cards to VERIFY they were real.  It was after this, that SPECIFC company took the amounts of the cards from our bank acct!  We then called the SPECIFIC company to complain and demanded our money back.  They then  agreed there was a mix up.  They sent more gift cards.  The SPECIFIC company called again and left a message to call them.  We did not.  I can only assume it was to get those numbers also!  You can rely on the fact that ALL the proper authorities have been notified!  The only thing that will satisfy this problem is giving us back the money you took, our refund, and our expense due to this.  A total of $700. in cash or a good check.  Not gift cards!!▮▮▮▮▮▮▮▮
**10/30/2017**      **RN**      **BBB**      Bureau Judged Case AJR
**10/30/2017**      **Otto**    **EMAIL**    Inform Consumer Case Closed Answered
**10/30/2017**      **Otto**    **EMAIL**    Inform Business - Case ADMINISTRATIVELY CLOSED
**10/30/2017**      **Otto**    **BBB**      Case ADMINISTRATIVELY CLOSED

McCool Attachment B - 46

**FTC-TRO-0215**

COMPLAINT # 525518

**COMPANY INFO**

NAME:    **NTS IT Care Inc**
-------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                               FAX: -
-------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Billing or Collection Issues**
OPENED       12 December 2016             CLOSE CODE: 150 - Answered
CLOSED       03 February 2017             CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: I was contacted by NTS IT Care explaining to me that they were going out of business and they were instructed to return money to the clients.
I was on the phone with NTS IT Care for more than an hour, trying to receive my refund.  They had control of my computer trying to get me the refund form to give me back the money.  They tried several times to return the money to me, but they told me that they do not do business with my bank, CIBC.  They dealt with CIBC to get my money, but they are giving me the run around to give me back the money.  I asked them to send me a check and they stated that they could not send me a check because I paid with my debit card.  They need to make this right and I do not understand why they took the money form CIBC but cannot return it to CIBC.

DESIRED RESOLUTION:  I want them to return the money as they were directed to do

BUSINESS RESPONSE: Dear            ,

Greetings from NTS IT CARE.

Thank you for sharing your concern and bringing it to our notice.

As per our discussion, you have checked your records and found that the amount of $199.99 which was paid by you was not to NTS IT Care INC but to someone else.

Hence this case has been filed in error by and you have agreed to withdraw this complaint.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| 12/09/2016 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 12/12/2016 | RN | BBB | Case Reviewed by BBB |
| 12/12/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 12/12/2016 | Otto | EMAIL | NOTIFY BUSINESS OF DISPUTE : Complaint Response Date bumped because: Holiday |
| 01/06/2017 | OttO | BBB | No response to first notice to business |
| 01/06/2017 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 01/06/2017 | OttO | EMAIL | Reminder of Dispute to Business |
| 01/17/2017 | OttO | BBB | Inform Consumer No Response from Business |
| 01/17/2017 | OttO | EMAIL | Inform Consumer - Case Closed UNANSWERED |

McCool Attachment B - 47

**FTC-TRO-0216**

**01/17/2017**     **OttO**   **EMAIL**   Inform Business - Case Closed UNANSWERED
**01/17/2017**     **OttO**   **BBB**       Case Closed - UNANSWERED
**01/19/2017**     **RN**      **BBB**       ReOpen the Complaint
**01/19/2017**     **RN**      **BBB**       RECEIVE BUSINESS RESPONSE : Dear
Greetings from NTS IT CARE.
Thank you for sharing your concern and bringing it to our notice.
As per our discussion, you have checked your records and found that the amount of $199.99 which was paid by you was not to NTS IT Care INC but to someone else.
Hence this case has been filed in error by and you have agreed to withdraw this complaint.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
844-208-2608
**01/23/2017**     **RN**      **EMAIL**   Forward Business response to Consumer
**02/03/2017**     **OttO**   **BBB**       No Consumer Response- Assumed Resolved with Letter
**02/03/2017**     **OttO**   **EMAIL**   Inform Business - Case Closed ASSUMED RESOLVED
**02/03/2017**     **OttO**   **BBB**       Case closed - ASSUMED RESOLVED

McCool Attachment B - 48

**FTC-TRO-0217**

COMPLAINT # 582530

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                    FAX:  -

----------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED       13 November 2017                      CLOSE CODE: 110 - Resolved
CLOSED       14 November 2017                      CLOSED BY:  Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: computer received malware which locked computer, looked like it came from Microsoft. Said computer had a virus
Today, my computer received malware which locked my computer and which looked like it came from Microsoft. It said that my computer had a virus and gave a number to call to get it fixed, which I calleds. They gained access to my computer and then said It would take 30 minutes to fix.
When they answered they represented themself as a Microsoft related technician, I assumed you were representing Microsoft.  I'm appalled that their company would stoop to scamming people.
I would like a full refund because all conversations and transactions were taken under duress and false pretenses.
The amount of the fraud was $399.00

DESIRED RESOLUTION:  I would like a full refund because all of the transactions were done under false pretense and duress.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **11/10/2017** | **web** | **BBB** | Case Received by BBB |
| **11/13/2017** | **RN** | **BBB** | Case Reviewed by BBB |
| **11/13/2017** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **11/13/2017** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **11/14/2017** | **RN** | **BBB** | Case Closed RESOLVED |
| **11/20/2017** | **TDT** | **EMAIL** | Send Consumer Survey |

COMPLAINT # 516592

**COMPANY INFO**

NAME:  **NTS IT Care Inc**
----------------------------------------------------------------------------------------------------
--------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                        FAX: -
----------------------------------------------------------------------------------------------------
--------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED       17 October 2016              CLOSE CODE: 110 - Resolved
CLOSED       24 October 2016              CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: I have already paid them $299.99 for letting them install McAfee software I could have purchased myself for $44.99 per year and Adblock Plus that is FREE.

When I visited the McAfee website and proceeded like I was going to buy this, low and behold, here is the account that popped up for "me": Account & Billing Info, Welcome Authorization@ntsitcare.com. This explains why they "appeared" to be charging my credit card twice.  Once for $0.99 and then again for $299.99.  They apparently used my credit card to buy the software and that charge won't show up on my statement because they will be billed the $44.99 per year.

So they will just tell me I am paying NTS $210 for two years of computer support.

What it boils down to is they hack your computer with something that holds your internet hostage by making it appear your hard drive will crash if you turn off your computer, and then feed you a bunch of BS to get you to buy "Computer Protection" when in fact you are buying a $44.99 per year software, a FREE software and two years of support from NTS.

If I didn't live an hour away from an authorized Microsoft store, I might not have purchased from them.  At one point I told them "let me discuss this with my husband and call them back"; but, they are smooth by keeping you on the phone.

So unfortunately, I got scammed in to buying overpriced computer support for 2 years!
They are misrepresenting themselves and hack you by placing malware/ virus on your computer that directs you to call them to resolve you "Frozen Internet".

They introduce themselves as being Microsoft technicians.  Then they BS you in to buying their services which "include" installing  McAfee software that costs $44.99 per year and Adblock Plus which is FREE, on your computer as a way of "cleaning up your computer and removing the virus".

So what it boils down to is they install the software on your computer, with your permission and payment, and are then going to provide you with two years of overpriced computer support.

What makes me angry is they hacked my computer!  I am the perfect target because I am over 60, have no computer smarts when it comes to programing, and I live an hour away from a Microsoft store.  I must admit, if they are guilty of anything, it is being crafty in selling you a service you could have gotten for less money if you had installed a good protection software on your own.

You can bet I am going to put this on Facebook in hopes none of my friends gets this type of Hack/ Scam!

**DESIRED RESOLUTION:** I would like to get the cost for two years of McAfee Total Protection software at $89.98 ($44.99 per year), refunded to me on my credit card.  I will then continue to use them, for the next two years, as my contact for helping me solve computer problems.

**BUSINESS RESPONSE:** ████████

Greetings from NTS IT CARE.

We are a customer centric organization and we value the feedback of every customer.
We would like to refute the word "hacked" used against NTS.
We would like to inform that without your/ any customer's consent we cannot take the remote access of any computer.
As per your desired resolution, we have gone ahead and refunded $89.98 for 2 years of McAfee Anti-Virus and would be happy to provide 2 years of technical support.
Refund receipt is attached for your kind reference and amount will be credited to your Visa card ending ████ within 5 working days.
The same refund receipt has been emailed to you as well.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

**DECISION:**

**ACTIVITY:**

| 10/14/2016 | web | BBB | Case Received by BBB |
| 10/17/2016 | RN | BBB | Case Reviewed by BBB |
| 10/17/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/17/2016 | Otto | EMAIL | Notify Business of Dispute |
| 10/18/2016 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ████ |

Greetings from NTS IT CARE.
We are a customer centric organization and we value the feedback of every customer.
We would like to refute the word "hacked" used against NTS.
We would like to inform that without your/ any customer's consent we cannot take the remote access of any computer.
As per your desired resolution, we have gone ahead and refunded $89.98 for 2 years of McAfee Anti-Virus and would be happy to provide 2 years of technical support.
Refund receipt is attached for your kind reference and amount will be credited to your Visa card ending ████ within 5 working days.
The same refund receipt has been emailed to you as well.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760

| 10/21/2016 | RN | EMAIL | Forward Business response to Consumer |
| 10/21/2016 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.) |

They have agreed to refund the $89.98 I requested and provide me technical support for 2 years.  I do believe they are hackers.  They are the ones that inserted the message on my computer when I was using the Internet, that "scared" me enough to call the phone # provided on that message ultimately connecting me to them.

They used that message to lead me to believe I had a serious virus on my computer when in fact, the only virus I had was the one they caused to pop-up on my computer.

They use these scare tactics to sell you McAfee security software and then position themselves to be your contact for any support issues you encounter in the term you agree upon.  My term is two years.  My guess is they are actual providers of support when you do purchase McAfee software on your own but they are probably in a que with other providers and may not get as much income from McAfee as they do by using YOUR credit card to purchase McAfee and bundle the cost of that in to the "service" they are providing.

Misleading and fraudulent are the terms that come to mind when defining the way they go about having you purchase "service" from them.

| 10/24/2016 | OttO | EMAIL | Inform Business - Case Closed RESOLVED |
| 10/24/2016 | OttO | BBB | Case Closed RESOLVED |
| 10/31/2016 | TDT | EMAIL | Send Consumer Survey |
| 11/02/2016 | TDT | EMAIL | Send Consumer Survey Follow up Letter |

**FTC-TRO-0220**

COMPLAINT # 583161

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                           FAX: -
--------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING: **Refund or Exchange Issues**
OPENED        14 November 2017            CLOSE CODE: 120 - Unresolved
CLOSED        18 December 2017            CLOSED BY: Raquel Negrete
ENTERED BY:   Raquel Negrete
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: *** See Attachments***

DESIRED RESOLUTION:

BUSINESS RESPONSE: Dear ▮▮▮▮▮

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As per our records, you have already disputed the charges with the bank, hence we regret to inform that we will not be able to process refund from us.

We have sent the necessary documents to the bank in order to resolve the dispute.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| 11/14/2017 | RN | BBB | Case Received by BBB |
| 11/14/2017 | RN | BBB | Case Reviewed by BBB |
| 11/14/2017 | Otto | MAIL | Send Acknowledgement to Consumer |
| 11/14/2017 | Otto | EMAIL | Notify Business of Dispute |
| 11/15/2017 | WEB | BBB | RECEIVE BUSINESS RESPONSE : ▮▮▮▮▮ |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As per our records, you have already disputed the charges with the bank, hence we regret to inform that we will not be able to process refund from us.
We have sent the necessary documents to the bank in order to resolve the dispute.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
844-208-2608

McCool Attachment B - 52

**FTC-TRO-0221**

| 11/17/2017 | RN | MAIL | Forward Business response to Consumer |
| 12/01/2017 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 12/01/2017 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 12/01/2017 | OttO | BBB | Case closed - ASSUMED RESOLVED |
| 12/06/2017 | RN | BBB | ReOpen the Complaint |
| 12/06/2017 | RN | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : *** See Attachments*** |
| 12/06/2017 | RN | EMAIL | Forward Consumer Rebuttal to Business |
| 12/18/2017 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 12/18/2017 | RN | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 12/18/2017 | Otto | MAIL | Inform Consumer - Case Closed UNRESOLVED |
| 12/18/2017 | Otto | EMAIL | Inform Business - Case Closed UNRESOLVED |
| 12/18/2017 | Otto | BBB | Case Closed UNRESOLVED |

McCool Attachment B - 53

**FTC-TRO-0222**

COMPLAINT # 696273

**COMPANY INFO**

NAME:    **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ▮▮▮▮▮

$ VALUE:    $299.99                                                                  FAX: -

--------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED         30 April 2019                                     CLOSE CODE: 0 - Pending
CLOSED                                                                       CLOSED BY: HW
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: I have been receiving recorded telephone calls notifying me that "my subscription is due and the charge of 299.99 USD will be automatically charged to my credit card". They leave a phone number 1-520-900-5001 a number that never rings or gets answered.

Three years ago I was frightened by sirens and very loud noises coming from my computer, there was a message to call MICROSOFT which I foolishly did not knowing about computer scams. To make a long story short I was told my computer was infected by viruses and they could correct it for the sum of 199.99 USD. The charges appeared on my credit card on September 6, 2016,  under the name of NTS IT CARE INC

I notified PC Financial Mastercard  hoping to block any charges that may come through, they suggested that I cancel the credit card which I did immediately. However, I was then told that updates of renewed credit cards were given out automatically to anyone  that I had given my number to.

DESIRED RESOLUTION:  I am a senior 77 years old  - the police have told me there is nothing they can do , Mastercard has told me there is nothing they can do, can you possibly help me?

BUSINESS RESPONSE: Dear ▮▮

We would like to inform you that we do not call our customers for any payment or computer related issues.

We would like to inform that we never sent any email regarding any auto renewal of your services.

As per our records you paid us $199.99 on September 16th 2016 for one year of Online Technical Support and it was a Non-Renewable Agreement.

We would request you to kindly ignore such phishing emails.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

McCool Attachment B - 54

**FTC-TRO-0223**

| | | | |
|---|---|---|---|
| **04/26/2019** | **HW** | **BBB** | Case Received by BBB |
| **04/26/2019** | **HW** | **BBB** | Forward to Another BBB - OTTO |
| **04/26/2019** | **Otto** | **EMAIL** | Inform Consumer Case Transferred to Another BBB |
| **04/26/2019** | **Otto** | **EMAIL** | Inform other BBB Case Transferred |
| **04/26/2019** | **Otto** | **BBB** | Case Closed as TRANSFERRED to another BBB |
| **04/30/2019** | **BBB** | **BBB** | Case Received by BBB |
| **04/30/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **04/30/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **04/30/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **05/01/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ▇ |

We would like to inform you that we do not call our customers for any payment or computer related issues.

We would like to inform that we never sent any email regarding any auto renewal of your services.

As per our records you paid us $199.99 on September 16th 2016 for one year of Online Technical Support and it was a Non-Renewable Agreement.

We would request you to kindly ignore such phishing emails.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-659-9899

| | | | |
|---|---|---|---|
| **05/01/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |
| **05/06/2019** | **WEB** | **BBB** | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

We did not have any IT support agreement. My initial connection to NTS was through a disaster alert on my computer instructing me to call MICROSOFT immediately at the number provided on my screen. Obviously the number was not MICROSOFT it was indeed NTS. The fee that I foolishly paid was to stop this DISASTER ALERT. That was September 16th, 2016. I have recently had calls from Eric at NTS informing me that I must update 'our agreement'. I told him that I did not have any agreement and that I was not interested in any agreement. He became very aggressive insisting that I must get these updates. He was so forceful that I had to hang up on him. He(Eric) called me back a couple of more times insisting that I get updates - he finally hung up on me when I told him that I would contact the authorities.

I then received an email from Eric at NTS which by the way Eric insisted that I must open it. This email took me to the internet that would have taken me to a direct support connection had I clicked on it thereby initiating a tech support agreement. I tried to respond to the email from NTS but it would not go through. I have copies of this email from NTS if you care to see it. NTSA admits that they charged me almost 3 years ago but they deny that they call call their 'customers' for payments, auto renewals or any other computer issues.

Shortly after the last phone call and the email from NTS the automated phone calls started - notifying me that my IT agreement would be automatically renewed at the cost of 299.99 USD and charged to my credit card.

My connection to NTS started with a computer SCAM and has continued with harassment. Hopefully this will put an end to this matter

Thank you BBB for your support I very much appreciate your involvement.

COMPLAINT # 568850

## COMPANY INFO

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------
----------------------

## CONSUMER INFO

NAME:

$ VALUE:   $0.00                                                    FAX: -
--------------------------------------------------------------------------------------------------------
----------------------

## DETAILS

CONCERNING:  **Customer Service Issues**

OPENED        23 August 2017            CLOSE CODE: 150 - Answered
CLOSED        09 October 2017           CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: I feel that I have been given false information by NTS It Care Company and that I have been scammed out out $270.99 for a 2 year contract.
One day in 3/2017, I turned on my computer and was puzzled to see a pop up on my screen saying that my computer had been compromised and that I was in danger of having a virus that could destroy valuable information.  it advised me to call a number on the screen that was a microsoft support help. Being wary since I had just had my computer serviced, I tried to delete the message and literally could not get it off the screen. It would not close or delete no matter what I tried.  Out of desperation, I called the number and a gentleman with a thick Indian accent answered and I asked him if he was the microsoft support. He said he was the NTS support and that they help microsoft.  He then went right into verbally directing me to do many steps on my computer.  It was strange because he literally had control of my computer and was actually drawing arrows on my computer screen.  I was frightened thinking, "How could someone have control of my computer unless he hacked it?"  After about 45 min and many steps, my computer was working again.  He assured me that he had cleaned my computer of all viruses and smoothly convinced me that for just $270.99 NTS could be my support 24/7 whenever this should happen again.  I agreed and he charged the amount to my VISA card. Red flags went up when practically every month since then, my computer mysteriously gets disconnected from my internet even when other members in my household stay connected.  Each time, I have had to call NTS support and go through 45 plus minutes of steps to get my computer connected again.  Most inconvenient!  I never had this problem before. I was beginning to think that NTS was messing with my computer from their end by accident.  Each time I got disconnected from the internet, I could NOT get my computer connected again without going through NTS. Today it happened again and when I called NTS, I told them that this is happening way too frequently and that I never had this problem before.  The gal that answered got unprofessionally defensive and started talking to me in a very harsh tone. That was when I was convinced that this company was a scam. She was yelling at me all through her directions and was very sarcastic. When I told her that I could not understand her because of her accent, she yelled into the mouthpiece and said,"Now can you understand me!!!" This company is deceitful and sleek. They obviously have a huge operation going. Every employee that I talked to had an Indian accent. One guy literally did not know what he was doing and I was totally frustrated by his lack of knowledge.  My Dell laptop has not been the same since they took control of my computer. Today one of the steps to get me re-connected to the internet showed a screen with automatic restore setting dates. It showed that my settings were restored on 7/31/17 & 8/14/17. I did not restore my settings on either of these dates.  Who then is restoring my settings? The only person that I know of that has access to my computer is NTS. Why are they doing technical restorations without my permission, request or knowledge?
I would like my money back and I want assurance that NTS no longer has access to my computer.

DESIRED RESOLUTION:  I would like a refund of my $270.99 dollars for the 2 year contract and no further contact from the company.  I want them to stop having access rights to my computer.

BUSINESS RESPONSE: Dear

McCool Attachment B - 56

**FTC-TRO-0225**

We have tried to call you on your registered phone number ▮▮▮▮▮▮ and left a voicemail to contact us in order to share your name and billing address in order to process a refund check of $270.99.

Please write to us on billing@ntsitcare.com or call us on the below mentioned number in order to process the check.

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 08/21/2017 | web | BBB | Case Received by BBB |
| 08/23/2017 | RN | BBB | Case Reviewed by BBB |
| 08/23/2017 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 08/23/2017 | Otto | EMAIL | Notify Business of Dispute |
| 09/07/2017 | OttO | BBB | No response to first notice to business |
| 09/07/2017 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 09/07/2017 | OttO | EMAIL | Reminder of Dispute to Business |
| 09/18/2017 | OttO | BBB | Inform Consumer No Response from Business |
| 09/18/2017 | OttO | EMAIL | Inform Consumer - Case Closed UNANSWERED |
| 09/18/2017 | OttO | EMAIL | Inform Business - Case Closed UNANSWERED |
| 09/18/2017 | OttO | BBB | Case Closed - UNANSWERED |
| 09/25/2017 | RN | BBB | ReOpen the Complaint |
| 09/25/2017 | RN | BBB | RECEIVE BUSINESS RESPONSE : ▮▮▮▮▮ , |

We have tried to call you on your registered phone number ▮▮▮▮▮▮ and left a voicemail to contact us in order to share your name and billing address in order to process a refund check of $270.99.

Please write to us on billing@ntsitcare.com or call us on the below mentioned number in order to process the check.

Thank you,
NTS Support Team
844-208-2608

| | | | |
|---|---|---|---|
| 09/27/2017 | RN | EMAIL | Forward Business response to Consumer |
| 10/09/2017 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 10/09/2017 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 10/09/2017 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 57

**FTC-TRO-0226**

COMPLAINT # 569659

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
-------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME: ███████████████████   ████████████
██████  ██████████████████   ██████ █
                             ██████ ███████████████

$ VALUE:   $0.00                        FAX: -
-------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:   **Contract Issues**

OPENED      28 August 2017          CLOSE CODE: 110 - Resolved
CLOSED      21 September 2017       CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: The contract I was offered by NTS it Care Independence support provider was not honored for the purchase that I made I was taken advantage of.
Transaction carried out by Jagmeet Virk jims@ntsitcare.com July 29 2016 IN: NTSIT0729-011. Cust id: ntsit0729-011
Trans id: 20081502807 $0.99
07/20/16 Trans id: 20081504767 $199.00
08/05/16 Trans id: 20103282708 $49.99

" I ███████████████ off the rise NTS it Care Independence support provider to charge my Mastercard ending with ██████ the amount of U.S $199.99 today for a one year of technical support and software installation for one Mac computer along with peripherals support. And on i.e 05-August-2016  I will Payne $49.99 using the same MasterCard in order to upgrade my support to two years for the same Mac computer I understand that it's a one-time charge and it will appear in my credit card statement under the name of NTS it care

DESIRED RESOLUTION: Honor the contract issue to me by Jagmeet Virk. I still have 1 more year. Or give back the $49.99 I paid to upgrade. I have the proof.

BUSINESS RESPONSE: Dear ██████████

At the onset we would like to inform and apologies for this inadvertent error on our part. We have checked our records and found that you service is still active with us and the same expires on July 27 2018.

Please feel to call for any issue related to your computer 24X7 at our below mentioned customer care numbers.

As a customer centric organization, we would like to offer a 3 month service extension hence your new expiration date is October 27 2018.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **08/24/2017** | **web** | **BBB** | Case Received by BBB |
| **08/28/2017** | **RN** | **BBB** | Case Reviewed by BBB |

McCool Attachment B - 58

**FTC-TRO-0227**

**08/28/2017**     **Otto**     **EMAIL**   Send Acknowledgement to Consumer
**08/28/2017**     **Otto**     **EMAIL**   Notify Business of Dispute
**09/07/2017**     **WEB**     **BBB**      RECEIVE BUSINESS RESPONSE : Dear ███████,

At the onset we would like to inform and apologies for this inadvertent error on our part. We have checked our records and found that you service is still active with us and the same expires on July 27 2018.

Please feel to call for any issue related to your computer 24X7 at our below mentioned customer care numbers.

As a customer centric organization, we would like to offer a 3 month service extension hence your new expiration date is October 27 2018.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

**09/11/2017**     **RN**     **EMAIL**   Forward Business response to Consumer
**09/20/2017**     **WEB**     **BBB**      DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)

I just wanted the contract to be up held. I was upset that the person I talked to didn't even ask for the transaction numbers for the proof that I had, but now everything has been set straight.

**09/21/2017**     **OttO**     **EMAIL**   Inform Business - Case Closed RESOLVED
**09/21/2017**     **OttO**     **BBB**      Case Closed RESOLVED
**09/26/2017**     **TDT**     **EMAIL**   Send Consumer Survey

McCool Attachment B - 59

**FTC-TRO-0228**

COMPLAINT # 693599

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                FAX: -

--------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:   **Service Issues**

OPENED   16 April 2019                          CLOSE CODE: 0 - Pending
CLOSED                                          CLOSED BY:
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: I was scammed by a person claiming to work for NTIS Care. They got me for over $10,000 and told me from the beginning to fix the malicious software.
I was scammed by a person claiming to work for NTIS Care. They got me for over $10,000 and told me from the beginning that was needed to fix the malicious software. They said my network was so compromised, That not only would they have to send  technician out and he was suppose to bring out 3 computers to fix the network and add securities that were supposed to be the Google Play Card Numbers. They continue to call and say if I give them another $1000 they will refund my money for real. I have declined to take their calls. I don't even know anymore if i was talking to the real NTIS Care people or the fake. The guy that conned me called from the real NTIS Care phone number. When I said no to providing anymore money the completely locked my computer down and erased everything on it. I only got it started back to factory settings, but lost months of work that had not been backed up. It started out being 4 $100 cards they needed and also $2200 in GooglePlay Cards for the security keys. After that it was 4 days of running around and gathering cards because they kept saying since i disconnected from their servers accidently the cards were compromised and therefore needed more until I finally quit being played after giving them $10,000 in play cards which they say are non cash redeemable.

DESIRED RESOLUTION: I want the refund in the amount of Google Play Cards I provided them to be paid to me in the form of a check I can deposit in my bank and recover my losses like I was promised. I have all of the cards, I have given the to Google Play and they say they see who cashed all my cards, I do not understand why they can't arrest who did it and get all my money back and I can't even quantify the amount of loss to my computer and all its files.

BUSINESS RESPONSE: Dear

We would like to inform you that we do not call our customers for any payment or computer related issues.

We have only charged you $249.99 on March 7th 2019 via your Visa Card for which you had authorized (Service Agreement Attached). We do not accept payments from any other method.

We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company, please report the number to local authorities.

For any further clarifications you can always call or write to us at support@ntsitcare.com

McCool Attachment B - 60

**FTC-TRO-0229**

Thank you,
NTS Support Team
844-659-9899

DECISION:

ACTIVITY:

| 04/16/2019 | web | BBB | Case Received by BBB |
| 04/16/2019 | VS | BBB | Case Reviewed by BBB |
| 04/16/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 04/16/2019 | Otto | EMAIL | Notify Business of Dispute |
| 05/01/2019 | OttO | BBB | No response to first notice to business |
| 05/01/2019 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 05/01/2019 | OttO | EMAIL | Reminder of Dispute to Business |
| 05/01/2019 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ██ , |

We would like to inform you that we do not call our customers for any payment or computer related issues.

We have only charged you $249.99 on March 7th 2019 via your Visa Card for which you had authorized (Service Agreement Attached). We do not accept payments from any other method.

We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company, please report the number to local authorities.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-659-9899

| 05/01/2019 | VS | EMAIL | Forward Business response to Consumer |

COMPLAINT # 648899

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                   FAX: -

------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Billing or Collection Issues**

OPENED       08 October 2018            CLOSE CODE: 120 - Unresolved
CLOSED       31 October 2018            CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: Receipt of email stating that I have a contract that will expire and automatically renew. I have no records of this contract.
Copy of email that I received Friday, Oct 5, 2018.

COMPUTER REFUND <computerrefund100@gmail.com>



Subject:
NTS IT CARE

Priority:
Normal
Date:
Friday, October 5, 2018 3:33 AM
Size:
8 K


hi this email is from NTS IT CARE and the reason why we are sending

This email to you because we like to inform you that the service which you have

Signed up NTS IT CARE  with has been expired so the service will be

Automatically renewed today and the renewal charges will be  $599.99 USD

For 3 years contract and it will be automatically debited from your
bank  account because

McCool Attachment B - 62

**FTC-TRO-0231**

You have signed a contract with NTS IT CARE for the auto renewal contract

However if you don't want to continue with our service you can call on
this number  +1304 933 9573
This is our cancellation department number and ask NTS IT CARE  to
cancel the service and

You need to be in front of your computer to cancel the subscription.

And we will like to inform you that the service which you have signed
up for the computer

Protection i hope you remember that you called us when you wore facing
problem with

Your computer and quicken so we fixed the problem and you paid us certain amount

and the invoice of that contract was sent to your email so kindly call
us on +1304 933 9573
if you wish to cancel the contract otherwise the contract  will be
renewed automatically

and the money will be debited from your account and once it is debited
from your bank account you

Will not be able to get any refund so if you wish to cancel it then
call as soon as you receive this email.


office timing; 10AM TO 4PM



Please avoid this email if you wish to continue our service.

Thank you

U.S.A+1 304 933 9573
MANGER: ADAM SMITH

DESIRED RESOLUTION:  Proof of contract stated in their email.

BUSINESS RESPONSE:  Dear ███

We have checked our records and unable to find your details it seems that you're not registered or
subscribed for our services.

The email address which we use to send email to our customers is support@ntitcare.com, kindly check
on the email address as it may be a "Spoof Email" which you have received.

For further clarifications you can always write to us at support@ntsitcare.com or call us on the below
mentioned number.

Thanks,
NTS Support Team
8442082608

DECISION:

ACTIVITY:

| 10/05/2018 | web | BBB | Case Received by BBB |
| 10/08/2018 | RN | BBB | Case Reviewed by BBB |
| 10/08/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/08/2018 | Otto | EMAIL | Notify Business of Dispute |

McCool Attachment B - 63

**FTC-TRO-0232**

**10/15/2018      WEB    BBB**      RECEIVE BUSINESS RESPONSE : Dear ███████,
We have checked our records and unable to find your details it seems that you're not registered or subscribed for our services.
The email address which we use to send email to our customers is support@ntitcare.com, kindly check on the email address as it may be a "Spoof Email" which you have received.
For further clarifications you can always write to us at support@ntsitcare.com or call us on the below mentioned number.
Thanks,
NTS Support Team
8442082608
**10/17/2018      RN     EMAIL**  Forward Business response to Consumer
**10/17/2018      WEB    BBB**      BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The consumer indicated he/she DID NOT accept the response from the business.)
If no one in your business sent this spoof email, then what is your business doing to stop this spoof email?
**10/19/2018      RN     EMAIL**  Forward Consumer Rebuttal to Business
**10/30/2018      OttO   BBB**      No Response from Business re: Consumer Rebuttal
**10/30/2018      NITE   BBB**      Bureau judged complaint to be closed UNRESOLVED
**10/31/2018      OttO   EMAIL**  Inform Consumer - Case Closed UNRESOLVED
**10/31/2018      OttO   EMAIL**  Inform Business - Case Closed UNRESOLVED
**10/31/2018      OttO   BBB**      Case Closed UNRESOLVED

McCool Attachment B - 64

**FTC-TRO-0233**

COMPLAINT # 487897

**COMPANY INFO**

NAME:    **NTS IT Care Inc**

---------------------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:   ███████████████   ██████ █████

         ██████ ███████████   ████████ █

                            ████ █████████

$ VALUE:   $0.00                              FAX: -

---------------------------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Service Issues**

OPENED      26 May 2016              CLOSE CODE: 150 - Answered
CLOSED      26 July 2016             CLOSED BY: OttOOtto
ENTERED BY:

ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Technology company not providing security that was paid for.  Company has been hacked which in turn has hacked my computer.
NTS does not appear to be a reliable service.  They are trying to charge me additional amount for security that I all ready paid for.

I want my computer cleared of viruses, worms etc. at not additional cost.  If they can't do that I want my money returned so I can contact a reliable company.

DESIRED RESOLUTION:  I want computer cleaned up as indicated when I purchased the security program or money refunded.

BUSINESS RESPONSE: Dear ███████,
Greetings from NTS IT CARE.

Thank you for your response.

We are a customer centric organization and we value the feedback of every customer.

We would like to inform you that you did spoke to our representative on March 7 2016 wherein you did inform that you have some issues with your computer and asked for the call back on March 8 2016 at 10:00 EST.

We called you on the date and time requested by you however we reached voicemail, we did a follow up for the same until March 15 2016 however we always got answering machine.

Please let us know the best suitable time to call you in order to resolve your issue by emailing us at support@ntsitcare.com or you can call us on our 24*7 toll free numbers mentioned below.

Thank you,
NTS Support Team
866-763-1760
877-490-6709

DECISION:

ACTIVITY:

| 05/18/2016 | web | BBB | Case Received by BBB |
| 05/19/2016 | ACM | BBB | Case Against Wrong Co-Not Forwarded to BBB |
| 05/19/2016 | Otto | EMAIL | Case Against Wrong Company-Notify Consumer |
| 05/19/2016 | Otto | BBB | Case Closed as UNABLE TO PROCESS |

McCool Attachment B - 65

**FTC-TRO-0234**

| | | | |
|---|---|---|---|
| 05/20/2016 | ACM | BBB | ReOpen the Complaint |
| 05/20/2016 | ACM | BBB | Forward to Another BBB - OTTO |
| 05/20/2016 | Otto | EMAIL | Inform Consumer Case Transferred to Another BBB |
| 05/20/2016 | Otto | EMAIL | Inform other BBB Case Transferred |
| 05/20/2016 | Otto | BBB | Case Closed as TRANSFERRED to another BBB |
| 05/23/2016 | BBB | BBB | Case Received by BBB |
| 05/26/2016 | RN | BBB | Case Reviewed by BBB |
| 05/26/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 05/26/2016 | Otto | MAIL | Notify Business of Dispute |
| 06/13/2016 | OttO | BBB | No response to first notice to business |
| 06/13/2016 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 06/13/2016 | OttO | MAIL | Reminder of Dispute to Business |
| 06/17/2016 | RN | BBB | MORE INFO RECEIVED FROM THE CONSUMER : ---- Better Business Bureau |

<sanjose.rn@bbb-email.org> wrote:

1.  this is a copy of a email I received from NTS IT Care The response I sent is attached.

I also received a phone call, saying they would refund my money if I sent or  had my bank send my account information.  I refused to send bank information.  They had my credit card info that they could refund my money to.  Sorry I don't have a date or phone number.

Nts IT Care <support@ntsitcare.com>

Subject: Notification From NTS IT CARE

 Priority: Normal  Date: Thursday, May 19, 2016 11:15 AM  Size: 7 KB

Dear Customer

Greetings from NTS IT CARE

It has recently come to our attention that many people are receiving calls from entities / persons claiming to be from NTS and/ or other companies requesting access to your computer by claiming that we are going out of business or promises of refunds or receiving notices form your computer(s)

We suggest you to disregard these phone calls and under no circumstance give them the remote access of your computer or pay any money for any reason.

I received this information from NTs IT Care.

We also would like to bring to your notice that as a Standard Operating Procedure, we (NTS) contact our customers only through emails, if in any case, you receive any phone call from anyone claiming to be NTS requesting access of your computer and later payment, kindly Do Not entertain such calls.

If you would like to verify the identity of anyone claiming to be NTS, please call us at the below mentioned numbers (24x7) for clarity.

We at NTS DO NOT ask for any extra amount from our customers until the service or subscription expires.

Again,

PLEASE DO NOT PAY MONEY BY ANY METHOD TO ANYONE WHO CLAIMS TO BE NTS.

Thanks & Regards,

NTS Support Team.

877-490-6709

866-763-1760

Click here to leave mailing list

| | | | |
|---|---|---|---|
| 06/24/2016 | OttO | BBB | Inform Consumer No Response from Business |
| 06/24/2016 | OttO | EMAIL | Inform Consumer - Case Closed UNANSWERED |
| 06/24/2016 | OttO | EMAIL | Inform Business - Case Closed UNANSWERED |
| 06/24/2016 | OttO | BBB | Case Closed - UNANSWERED |
| 07/05/2016 | RN | BBB | ReOpen the Complaint |
| 07/05/2016 | RN | BBB | RECEIVE BUSINESS RESPONSE : Dear ▉▉▉ |

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As a Standard Operating Procedure we DO NOT call our customer, it seems someone tried to scam you.

We request you to report the number to the appropriate local authorities.

For any further clarification, feel free to call our below mentioned 24*7 toll free numbers.

Thank you,

NTS Support Team

877-490-6709

866-763-1760

| | | | |
|---|---|---|---|
| 07/06/2016 | RN | EMAIL | Forward Business response to Consumer |
| 07/07/2016 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

1. I have always been contacted by phone.

2. sometime or another you have obtained my     information thru a phone call.

3.  VERY slow in responding to issues.

| | | | |
|---|---|---|---|
| 07/08/2016 | RN | EMAIL | Forward Consumer Rebuttal to Business |
| 07/13/2016 | WEB | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear ▉▉▉ |

Greetings from NTS IT CARE.

Thank you for your response.

McCool Attachment B - 66

**FTC-TRO-0235**

We are a customer centric organization and we value the feedback of every customer.

We would like to inform you that you did spoke to our representative on March 7 2016 wherein you did inform that you have some issues with your computer and asked for the call back on March 8 2016 at 10:00 EST.

We called you on the date and time requested by you however we reached voicemail, we did a follow up for the same until March 15 2016 however we always got answering machine.

Please let us know the best suitable time to call you in order to resolve your issue by emailing us at support@ntsitcare.com or you can call us on our 24*7 toll free numbers mentioned below.

Thank you,
NTS Support Team
866-763-1760
877-490-6709

| 07/15/2016 | RN | EMAIL | Send Business' Rebuttal Response to Consumer |
| 07/26/2016 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 07/26/2016 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 07/26/2016 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 67

**FTC-TRO-0236**

COMPLAINT # 680129

**COMPANY INFO**

NAME:    **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                                                    FAX: -
--------------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING: **Service Issues**
OPENED      19 February 2019          CLOSE CODE: 150 - Answered
CLOSED      19 March 2019             CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: Computer was held hostage until a "fee" was paid, once the fee was paid my computer was released back to me.
On January 17, 2019 my computer was frozen, an alarm was going off and was asked to contact this company to fix my computer.  I called them and was told that I had to pay $499 so my computer would work again.  I didn't know at the time that is a scam.  They released my computer and was able to continue.

DESIRED RESOLUTION: I am looking for the full refund of the transaction which is $499.99.

BUSINESS RESPONSE: Dear

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $499.99 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:


| 02/15/2019 | web | BBB | Case Received by BBB |
| 02/19/2019 | VS | BBB | Case Reviewed by BBB |
| 02/19/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 02/19/2019 | Otto | EMAIL | Notify Business of Dispute |
| 03/06/2019 | OttO | BBB | No response to first notice to business |
| 03/06/2019 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 03/06/2019 | OttO | EMAIL | Reminder of Dispute to Business |
| 03/08/2019 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear |

We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund $499.99 and the amount will be credited back within 5 working days.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
844-208-2608

| 03/08/2019 | VS | EMAIL | Forward Business response to Consumer |

McCool Attachment B - 68

**FTC-TRO-0237**

| 03/19/2019 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 03/19/2019 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 03/19/2019 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 69

**FTC-TRO-0238**

COMPLAINT # 600547

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

-------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                  FAX: -

-------------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:   **Refund or Exchange Issues**

OPENED       09 February 2018          CLOSE CODE: 150 - Answered
CLOSED       13 March 2018             CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: This company tried to scam me buy saying that they wanted to refund my 2 year subscription for service.
In January of 2018 I purchased a 2 year program to maintain my computer. Within a month I received a call saying that they wanted to refund my subscription. As I called the person I spoke with was calling from Miami and then he had me talk to a person in New York. As the person proceeded to try to put the money back on my credit card he said he couldn't do it that way and began to ask me if I had other credit cards.

I caught on that he was trying to extort money. And I am wondering how did they know I bought a subscription? I called the place in Miami and they said they where NTS global and the company in California was local. And they said the person in New York wanted to give me money back.

Then I called the NTS company in CA and related this and they said this other place is a fraud. But how did this other place find out about my subscription? I am taking a loss of 250.00 and I will not deal with this company. I just want people to know that NTS IT CARE is not a place of integrity. I noticed when the person worked on my computer from NTS in California he took an awful long time. Did he get information and relay to the person who tried to scam me. This all sounds very suspicious of people trying to extort. I would never want to have this company work on my computer remotely.

DESIRED RESOLUTION:   I am seeking no resolution. I am never going to do business with them.

BUSINESS RESPONSE:  Dear

We would like to inform you that we do not call our customer for any payment or computer related issues.

We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the number to local authorities.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **02/07/2018** | **web** | **BBB** | Case Received by BBB |
| **02/09/2018** | **RN** | **BBB** | Case Reviewed by BBB |
| **02/09/2018** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **02/09/2018** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **02/26/2018** | **OttO** | **BBB** | No response to first notice to business |
| **02/26/2018** | **OttO** | **EMAIL** | Consumer - Have You Heard From the Company |
| **02/26/2018** | **OttO** | **EMAIL** | Reminder of Dispute to Business |
| **03/01/2018** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ▮▮▮▮▮, |

We would like to inform you that we do not call our customer for any payment or computer related issues.

We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the number to local authorities.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-208-2608

| | | | |
|---|---|---|---|
| **03/02/2018** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **03/13/2018** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **03/13/2018** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **03/13/2018** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 71

**FTC-TRO-0240**

COMPLAINT # 534667

**COMPANY INFO**

NAME:     **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------
**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                                FAX: -
--------------------------------------------------------------------------------------------------------
**DETAILS**

CONCERNING: **Advertising Issues**

| | | |
|---|---|---|
| OPENED | 27 January 2017 | CLOSE CODE: 150 - Answered |
| CLOSED | 17 February 2017 | CLOSED BY: OttOOtto |
| ENTERED BY: | | |

ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Scam
This is a scam to make you think you have s virus on your computer and they ask for personal information

DESIRED RESOLUTION: A full refund for scamming people

BUSINESS RESPONSE:
Dear

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As desired we have initiated the refund $59.99 and the amount will be credited back within 5 working days. (Refund receipt attached).

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **01/26/2017** | **web** | **BBB** | Case Received by BBB |
| **01/27/2017** | **RN** | **BBB** | Case Reviewed by BBB |
| **01/27/2017** | **Otto** | **MAIL** | Send Acknowledgement to Consumer |
| **01/27/2017** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **01/31/2017** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear       , |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As desired we have initiated the refund $59.99 and the amount will be credited back within 5 working days. (Refund receipt attached).
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team

McCool Attachment B - 72

**FTC-TRO-0241**

```
        877-490-6709
        866-763-1760
02/03/2017    RN    MAIL    Forward Business response to Consumer
02/17/2017    OttO   BBB    No Consumer Response- Assumed Resolved with Letter
02/17/2017    OttO   EMAIL  Inform Business - Case Closed ASSUMED RESOLVED
02/17/2017    OttO   BBB    Case closed - ASSUMED RESOLVED
```

McCool Attachment B - 73

**FTC-TRO-0242**

COMPLAINT # 641108

## COMPANY INFO

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------------------

## CONSUMER INFO

NAME:

$ VALUE:   $0.00                                                                      FAX: -
--------------------------------------------------------------------------------------------------------------------

## DETAILS

CONCERNING:   **Billing or Collection Issues**

OPENED   31 August 2018                          CLOSE CODE: 150 - Answered
CLOSED   17 September 2018                        CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE:  Called me. Scared me into sending $700.00. Declared  unfixable. Send $2000 more for new one . I balked. Local expert nothing wrong. A scam on elders
I had received an unsolicited emergency alert several years ago warning me to immediately call NTS. I live in the country, dirt road, local service sporadic and very slow that day. I called.  For several hundred they "fixed " the problem. On the 15th of May 2018, NTS called my cell phone directly. They had been "monitoring " my computer and declared I had a virus. Not sure how, still a mystery. After making my screen image shake a bit, declared a Trojan had attacked me.  Need to send $700.00 by Google play cards immediately!  They frightened me enough  to drive 30 miles into town to buy a $500 and two $100 cards. They told me to scratch the back of the cards  and read them the numbers. I had never bought one of these cards before but was reassured by the NTS representative that as long as I kept the cards in my possession that they could not get any money from the cards. Not true as I have found!  However after sending the codes from the cards they then declared I needed a whole  " new computer ".  I needed to dash back into town and send $2000 more. A Robert Hooper was to appear on my dirt road in the country in the morning with a new identical virus free computer, install it, take my old Sick Computer away and refund me my $700. Only by buying a new computer from NTS was I ever to get my $700 refunded. By this time I was getting suspicious and tired from rushing off 30 miles to buy Google Play cards. I am almost 80 and my wife asked me what I was doing. Upon hearing the details "she put her foot down as well as my phone." Too late Cards were cashed. I have pictures of a Refund Receipt from NTS  as well as the Promises and " Findings " by Jordan and Jack White.  The phone numbers given me on my computer bt " Jack  and Jordan " ring but don't answer.  A few days later my computer was checked by a local expert. No evidence of any viruses. Only thing sick was me at being scammed. Since then I have had two more unsolicited  calls from "NTS ". They somehow are still watching my computer and think I need more help.  They know my cell number but deny that they took my $700.  Lost forever they say. "Write it off ". Different group they say, pretending to be  NTS.  Of course I have in my possession the computer message I printed from NTS  stating they got my Google Play cards for $700.  They did nothing but scare me and endanger my life frantically driving to town.

DESIRED RESOLUTION:  Send me $700 and never call me again

BUSINESS RESPONSE:  Dear

We would like to inform that on November 14th 2017, you called us and opted for 3 years of Online Technical Support and paid us $462.24 via your Discover Card ending           (Authorization Email Attached). Also shared the feedback about the status of your computer. (Feedback Email Attached)

On November 6th 2017, our customer service representative called you to follow up the status of the computer, and you confirmed that your computer is working fine. Our representative also educated you about the Scam Alerts. We have also educated you about our company icon which was installed on your computer to get in touch with us directly via chat.

McCool Attachment B - 74

**FTC-TRO-0243**

On November 7th 2017, you called us again however as soon as representative answered the phone and you said you have dialed our number by mistake and hung up.

As per your complaint on BBB, it seems that someone has duped you by claiming to be NTS and charged you $700.00 using Google Play Cards.

We would like to inform you that we do not call our customer for any payment or computer related issues. We had informed about the same via our follow up call and also via the emails sent to you at regular intervals.

We send alert emails to every customer informing and educating about the scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you with that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the number to local authorities.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:

| 08/30/2018 | web | BBB | Case Received by BBB |
| 08/31/2018 | RN | BBB | Case Reviewed by BBB |
| 08/31/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 08/31/2018 | Otto | EMAIL | Notify Business of Dispute |
| 09/03/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear███, |

We would like to inform that on November 14th 2017, you called us and opted for 3 years of Online Technical Support and paid us $462.24 via your Discover Card ending████. (Authorization Email Attached). Also shared the feedback about the status of your computer. (Feedback Email Attached)

On November 6th 2017, our customer service representative called you to follow up the status of the computer, and you confirmed that your computer is working fine. Our representative also educated you about the Scam Alerts. We have also educated you about our company icon which was installed on your computer to get in touch with us directly via chat.

On November 7th 2017, you called us again however as soon as representative answered the phone and you said you have dialed our number by mistake and hung up.

As per your complaint on BBB, it seems that someone has duped you by claiming to be NTS and charged you $700.00 using Google Play Cards.

We would like to inform you that we do not call our customer for any payment or computer related issues. We had informed about the same via our follow up call and also via the emails sent to you at regular intervals.

We send alert emails to every customer informing and educating about the scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you with that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the number to local authorities.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

| 09/05/2018 | RN | EMAIL | Forward Business response to Consumer |
| 09/17/2018 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 09/17/2018 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 09/17/2018 | OttO | BBB | Case closed - ASSUMED RESOLVED |

**FTC-TRO-0244**

COMPLAINT # 686897

**COMPANY INFO**

NAME: **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ███████ ████████████████

$ VALUE: $0.00     FAX: ████████████

------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Sales Practice Issues**

OPENED       19 March 2019        CLOSE CODE: 120 - Unresolved
CLOSED       23 April 2019        CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: Received a pop up on computer locking me out and claiming I had a virus.  Claimed I needed a One Time Fix on MAC computer.
11/14/2018, (Purchase Date),
Party ID: 700aaae7-9e55-4e66-9d94-e5db482df34b
CC'd Recipient Ip:  172.17.210.66
3 yr. Service Plan - $349.99; Paid by VISA
I had given up on settling this problem, but have noticed all the recent complaints towards this company.  I am a 78 yr. widow who received a pop up on my MAC computer locking me out and claiming that I had a virus, to call a certain phone number, etc. Very high tech tactics to convince me I had to purchase this extended software support warranty to resolve the "virus??"  I am not computer savvy!!  My daughter tried to call the company back for me after I realized this was not legitimate and had to end up yelling at the sales rep. stating I did not want this "Plan" with no response.  I had contacted my Credit Card Company and my Attorney to no avail.  I could not prove the SCAM!!!!  Very upsetting to be taken advantage of!!

DESIRED RESOLUTION: I would definitely seek a total refund as I do not need this service or intend to use it at all!!  I am not a person to be on the computer for even 1hr. a week.

BUSINESS RESPONSE: Dear ██████

We would like to inform you that we did received a call from your daughter on November 15th 2018 in order to cancel the services. While speaking to her the call got disconnected and we tried calling her numerous times however she did not answer the phone.

As you have mentioned on your complaint that "I could not prove the SCAM!!!!" we would like to inform that we are not running any scam here. Your computer support is active with us for 3 years which will end on November 13th 2021.

If we got no response from you and your daughter we would have gone ahead and cancelled your services in the month of November itself. We regret to inform that we cannot cancel the subscription now.

Feel free to call us on our toll free number or email us at support@ntsitcare.com for further discussion.

Thank you,
NTS Support Team
8446599899

DECISION:

McCool Attachment B - 76

**FTC-TRO-0245**

ACTIVITY:

| | | | |
|---|---|---|---|
| **03/16/2019** | **web** | **BBB** | Case Received by BBB |
| **03/19/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **03/19/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **03/19/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **03/29/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ▇▇▇▇ |

We would like to inform you that we did received a call from your daughter on November 15th 2018 in order to cancel the services. While speaking to her the call got disconnected and we tried calling her numerous times however she did not answer the phone.

As you have mentioned on your complaint that "I could not prove the SCAM!!!!" we would like to inform that we are not running any scam here. Your computer support is active with us for 3 years which will end on November 13th 2021.

If we got no response from you and your daughter we would have gone ahead and cancelled your services in the month of November itself. We regret to inform that we cannot cancel the subscription now.

Feel free to call us on our toll free number or email us at support@ntsitcare.com for further discussion.

Thank you,

NTS Support Team

8446599899

| | | | |
|---|---|---|---|
| **03/29/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |
| **04/08/2019** | **WEB** | **BBB** | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

I do not accept the response from NTS IT Care Inc.  They are stating this is not a Scam!  However, the Pop Up would definitely be from their company as well as instructions to call "their phone number!!!"

Why would someone call their particular number if it was not planned!!!  Yes, I do have a 3 yr. computer support contract that was manipulated by their Techs.  It is plain to see how many others have made this same Complaint!! Soliciting money or business this way is completely unacceptable!!

| | | | |
|---|---|---|---|
| **04/09/2019** | **VS** | **EMAIL** | Forward Consumer Rebuttal to Business |
| **04/22/2019** | **OttO** | **BBB** | No Response from Business re: Consumer Rebuttal |
| **04/22/2019** | **NITE** | **BBB** | Bureau judged complaint to be closed UNRESOLVED |
| **04/23/2019** | **OttO** | **EMAIL** | Inform Consumer - Case Closed UNRESOLVED |
| **04/23/2019** | **OttO** | **EMAIL** | Inform Business - Case Closed UNRESOLVED |
| **04/23/2019** | **OttO** | **BBB** | Case Closed UNRESOLVED |

McCool Attachment B - 77

**FTC-TRO-0246**

COMPLAINT # 582074

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:   ████████████  ████  ████████
        ████   ████████  ████  ████████
                         ████  ████████████

$ VALUE:   $0.00                          FAX: 4053953400

--------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED       09 November 2017            CLOSE CODE: 150 - Answered
CLOSED       27 November 2017            CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: NTS implied they were microsoft seeing issues on a laptop.  They tricked senior citizen who was not computer savy.
On November 7, 2017, NTS sent a message to laptop that the computer was comprised and needed immediate attention.  They talked to a senior citizen who is not computer savy. They convinced him to buy a $200 computer package to fix all his problems they were "seeing".  If in fact, they were seeing all his problems, they would have seen that his laptop was used for youtube, surfing the internet and facebook.  There was no banking or other critical information on the laptop.  If the computer was infected, it would have simple for us to wipe to original factory settings and not waste $200 that the senior citizen needed for other expenses.  After consulting with a family member with strong IT skills, we were advised to wipe the laptop to original factory settings and that we were tricked into purchasing something we did not need.  Furthermore, we were told that much of the things we saw on the screen were created by NTS

DESIRED RESOLUTION: full refund of purchase

BUSINESS RESPONSE: Dear ██████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $210.00 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 11/08/2017 | web | BBB | Case Received by BBB |
| 11/09/2017 | RN | BBB | Case Reviewed by BBB |
| 11/09/2017 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 11/09/2017 | Otto | EMAIL | Notify Business of Dispute |
| 11/14/2017 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ████ |

McCool Attachment B - 78

**FTC-TRO-0247**

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $210.00 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-208-2608

| 11/15/2017 | RN | EMAIL | Forward Business response to Consumer |
| 11/27/2017 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 11/27/2017 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 11/27/2017 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 79

**FTC-TRO-0248**

COMPLAINT # 619329

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ███████ ████████████████

$ VALUE:   $428.28                                                    FAX: -

----------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Customer Service Issues**

OPENED      23 May 2018                           CLOSE CODE: 600 - Letter of Experience - Info Only
CLOSED      23 May 2018                           CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: April 20th I was on my computer on Facebook and all the sudden a virus came across my computer screen which I could not get off unless I called this number on my screen and it was NTS itcare at 866-763-1760. Which I asked them many times if they were affiliated with Microsoft and they said yes, until the end after they took all of my security, adblocker and every thing I had on my computer and put there own stuff on my computer. then they told me how much it would be for 3 years protection. So I paid with my debit card $428.28. That's when the said after they got my money, they were not affiliated with anyone they were independent. Well I have to hang up to leave for work.  And I couldn't do anything until Monday April 22, 2018. My bank said they got the money so they are working with me to get it back, and I did reach out to Microsoft and they took every thing off they put on my computer and put the security etc on.  I just wanted to post this so no one else has to deal with these under handed people.  They have many complaints on them in the BBB in Los Angles, Ca
Product_Or_Service: Computer

DESIRED RESOLUTION:  DesiredSettlementID: Other (requires explanation)
Just wish the business wouldn't put the viruses on people PC's. Scared the crap right out of me. Never had that before.Just want the BBB, to make note if any one wants to use them. They are not honest

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 05/15/2018 | **web** | **BBB** | Case Received by BBB |
| 05/23/2018 | **RN** | **BBB** | Case Determined to be INFO ONLY - No Wait |
| 05/23/2018 | **Otto** | **EMAIL** | Inform Consumer - Case Closed INFO ONLY |
| 05/23/2018 | **Otto** | **EMAIL** | Inform Business of Case Closed INFO ONLY |
| 05/23/2018 | **Otto** | **BBB** | Case Closed INFO ONLY |

McCool Attachment B - 80

**FTC-TRO-0249**

COMPLAINT # 578032

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ███

$ VALUE:   $0.00                                                       FAX: -

------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Product Issues**

OPENED        18 October 2017                    CLOSE CODE: 150 - Answered
CLOSED        31 October 2017                    CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: This company produces ransomware. There is a pop up warning demanding you call them, then they take over your computer and charge you.
October 16th, 2017

I was browsing yahoo and reading a news story when a popup appeared, telling me that my computer was infected with a virus. The pop up had a number and told me that if I shut down my computer, it would be completely wiped and unusable. I called the number, they showed me what supposedly was infecting my computer, and I paid them $149.99 (with my Mastercard ending in ███ over the phone to resolve my computer issues while giving them full access to my computer. They remotely operated it, downloaded some programs, and said my issue was fixed. They then called me and while we were on the phone remotely used my email to begin composing an email that they wanted me to write, giving them a positive review. When I refused, they began trying to force me into typing the review and told me that my case couldn't be closed until I sent the review. I argued enough to where the man hung up. They were not cooperating with me and were ultimately just trying to scam me from the get go, which I did not realize until the damage was done.

DESIRED RESOLUTION: The software that they downloaded has been deleted, and my passwords have been changed. Hopefully this is the end of my dealings with them, but I know that it is likely that they have access to my information or have taken further advantage of me. I would like a refund for my troubles and for the fact that they were dishonest with me about the service they were pretending to provide me. I do not wish to contact them directly any further as they are unreasonable and I feel unsafe now that I know they downloaded ransomware onto my PC.

BUSINESS RESPONSE: Dear ███

We would like to clarify that we do not produce any ransomeware, we are an Online Technical Support company where we provide solution to such issues on customer's computer.

The subscription which you have opted for i.e. 1 year of Online Technical Support by paying us $149.99, wherein we will provide you solution to any software related issues which you will face for next One Year.

Our company policy is to take "Feedback Email" after customer's are done checking their computes from every customer in order to rate our services. You denied to share the email however you did confirmed that computer is working as per your satisfaction.(We have the call recording confirming the same).

As requested we have cancelled your subscription and refund initiated for $149.99. Please find the refund receipt attached.

Thank you,
NTS Support Team

McCool Attachment B - 81

**FTC-TRO-0250**

844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **10/16/2017** | **web** | **BBB** | Case Received by BBB |
| **10/18/2017** | **RN** | **BBB** | Case Reviewed by BBB |
| **10/18/2017** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **10/18/2017** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **10/18/2017** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ▮▮ |

We would like to clarify that we do not produce any ransomeware, we are an Online Technical Support company where we provide solution to such issues on customer's computer.

The subscription which you have opted for i.e. 1 year of Online Technical Support by paying us $149.99, wherein we will provide you solution to any software related issues which you will face for next One Year.

Our company policy is to take "Feedback Email" after customer's are done checking their computes from every customer in order to rate our services. You denied to share the email however you did confirmed that computer is working as per your satisfaction.(We have the call recording confirming the same).

As requested we have cancelled your subscription and refund initiated for $149.99. Please find the refund receipt attached.

Thank you,
NTS Support Team
844-208-2608

| | | | |
|---|---|---|---|
| **10/20/2017** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **10/31/2017** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **10/31/2017** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **10/31/2017** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 82

**FTC-TRO-0251**

COMPLAINT # 695458

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME: ██████████████

█████    ██████████

$ VALUE:   $0.00                                                      FAX: -

----------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED     26 April 2019                           CLOSE CODE: 0 - Pending
CLOSED                                             CLOSED BY:
ENTERED BY:
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: Scammed me into paying $499 to fix something they caused.  Preyed on a senior citizen.
On April 23, 2019 I was working on my computer when a popup locked the screen and left me unable to use my computer.  The popup said my computer had been hacked and warned me not to turn off the computer or serious damage would occur.  It also said to call Microsoft support at the number on the screen.  I called and they pressured me into giving them my credit card number or my computer would be unusable.  Being 80 years old and not computer savvy I panicked and gave them the number.  I was told it was a very serious infection and all my banking and personal info was at risk. They're lucky I didn't have a heart attacked as I was terrified. They then gained access to my computer and fixed the popup that they originally put on the computer.  They told me I had downloaded something that infected the computer. I was then billed $499 for this service and was told that I could call them back anytime in 3 years.  I have no need for this service at all.  I was so stressed out after this ordeal that I called my neighbor who is more proficient on computers.  He came and checked my download history and the last thing I had downloaded was back in 2017, so that was a lie.  They are also in no way affiliated with Microsoft, so that was another lie. I would like a full refund of my money because my computer was completely fine until they put this popup on there and they locked it on me.  They should not be able to get away with preying on senior citizens who do get confused and are easily scared.  This seems to be a pattern for this company after reading through other complaints.

DESIRED RESOLUTION:  I would like a full refund of the $499 that was charged to my credit card because of the fraudulent and extreme pressure tactics used to scare me.

BUSINESS RESPONSE:  Dear ███████

We are a customer centric organization and we value the feedback of every customer.

We would like to clarify that we have never said we have any affiliation with Microsoft or any other brand. We are an independent service provider and it is clearly mentioned on the service agreement which was filled right in front of you. (Service Agreement Attached).

As requested we have cancelled the transaction of $499.99 and the amount will be released within 5 working days. (Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899

DECISION:

McCool Attachment B - 83

**FTC-TRO-0252**

ACTIVITY:

| | | | |
|---|---|---|---|
| **04/25/2019** | **web** | **BBB** | Case Received by BBB |
| **04/26/2019** | **VS** | **BBB** | Case Reviewed by BBB |
| **04/26/2019** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **04/26/2019** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **05/01/2019** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ███████ |

We are a customer centric organization and we value the feedback of every customer.

We would like to clarify that we have never said we have any affiliation with Microsoft or any other brand. We are an independent service provider and it is clearly mentioned on the service agreement which was filled right in front of you. (Service Agreement Attached).

As requested we have cancelled the transaction of $499.99 and the amount will be released within 5 working days. (Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-659-9899

| | | | |
|---|---|---|---|
| **05/01/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |
| **05/01/2019** | **WEB** | **BBB** | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

The attached zip file is empty.  I have used the newest winzip and also winrar and they both say the zip file is empty.

| | | | |
|---|---|---|---|
| **05/02/2019** | **VS** | **EMAIL** | Forward Consumer Rebuttal to Business |

McCool Attachment B - 84

**FTC-TRO-0253**

COMPLAINT # 650570

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                                FAX: -

------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED        16 October 2018                      CLOSE CODE: 150 - Answered
CLOSED        13 November 2018                   CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: This company sent a message on my mother's computer saying she has virus. She fell for the scam and they charged her $500.
NTS IT care represented themselves as agents of Apple. They sent a warning spam on my mother's computer and she fell for the scam. They then told her they needed to clean her hard drive, installed anti spam software, fixed safari and installed Google. The charged her $500 for a 3 year plan. My mother is a senior citizen with Alzheimer's and was taken advantage of. When I called to cancel they were very defensive and said someone from billing would call us back.

DESIRED RESOLUTION: Full refund on the business, assurance they did not take her personal information and ideally put this company out of business.

BUSINESS RESPONSE: Dear

As per our records, you have already disputed the charges with the bank, hence we regret to inform that we will not be able to process refund from us.

We have sent the necessary documents to the bank in order to resolve the dispute.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **10/14/2018** | web | BBB | Case Received by BBB |
| **10/16/2018** | RN | BBB | Case Reviewed by BBB |
| **10/16/2018** | Otto | EMAIL | Send Acknowledgement to Consumer |
| **10/16/2018** | Otto | EMAIL | Notify Business of Dispute |
| **10/31/2018** | OttO | BBB | No response to first notice to business |
| **10/31/2018** | OttO | EMAIL | Consumer - Have You Heard From the Company |
| **10/31/2018** | OttO | EMAIL | Reminder of Dispute to Business |
| **10/31/2018** | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear |

As per our records, you have already disputed the charges with the bank, hence we regret to inform that we will not be able to process refund from us.
We have sent the necessary documents to the bank in order to resolve the dispute.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
844-208-2608

McCool Attachment B - 85

**FTC-TRO-0254**

| | | | |
|---|---|---|---|
| **11/02/2018** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **11/13/2018** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **11/13/2018** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **11/13/2018** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 86

**FTC-TRO-0255**

COMPLAINT # 513293

**COMPANY INFO**

NAME:    **NTS IT Care Inc**
----------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                                                    FAX: -
----------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED          28 September 2016              CLOSE CODE: 120 - Unresolved
CLOSED          17 October 2016               CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: In my opinion this company is a criminal operation targeting senior citizens who use the Internet. The last time they did it to my Mother I ca the FBI
Last week my mother's PC locked up hard with screen saying you have a virus and to get it fixed call 8774906709. The PC would not do any but display this msg. The only way to turn it off was to unplug it. When you plugged it back in it went right back to the msg saying call 8774906709. This company did the same thing to her earlier this year. They convinced her to pay 2-3 hundred $ (maybe more, she was embarrassed that she got robbed and didn't walk to talk about it) to fix her problem.  Right after she was robbed she told her internet provider what happened and they told to cancel the credit card she used to pay this outfit. They go by several different names.
When my mother told me what happened the first time she got robbed I was very mad. About the only thing she uses her PC for is to play online euchre, bridge, and pinochle. I called the phone # she used the first time she was swindled. I told everyone I spoke to what I thought about their business and taking advantage of the elderly. My mother's almost 80. Everyone I spoke to at this phone # had an Indian accent (could be Pakistan?) and was hard to understand. They did not learn English here. That seemed strange to me so I sent an email to the FBI about what happened to my mother. The FBI is going to get another email or phone call as soon as I finish this msg. This company is a corrupt criminal operation. They prey on the elderly that play cards online. The more I think about it the madder I get. In the morning I'll call the police in Milpitas, CA and ask some questions. But first I'm going to cancel this credit card charge.

DESIRED RESOLUTION: Criminal prosecution and restitution of all money illegally acquired plus a punitive fine to discourage others from doing the same.

BUSINESS RESPONSE: Dear

Greetings from NTS IT CARE.

We are a customer centric organization and we value the feedback of every customer.

We strongly refute the word "Criminal Operations" used against NTS. We are an Online Technical Support company and we provide service for Windows and Mac computers.

As per our records, the amount which we received was $99.99 for a One Time Fix. If we would have been doing any criminal activities (as implied by you), we could have charged any amount.

A written consent authorization email was been sent by Mrs.                  in order to charge her card, as without a written authorization we don't charge any customer.

Again, she called us the next day as well since her Gmail account had been locked and she wanted us to reset it. During our initial troubleshooting the issue could not be resolved and a call back was arranged for her. We called her several times and left several voicemail as well to call us.

McCool Attachment B - 87

**FTC-TRO-0256**

All the above measures would amply clarify that we are no scammers or criminals. We are a company of repute.

As you have expressed your desire to dispute this minuscule charge of $99.99 and us being a customer centric organization we have gone ahead and cancelled the charge.

Attached is the refund receipt for your kind reference. The same has been sent via email on the registered email id with NTS.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

DECISION:

ACTIVITY:

| 09/26/2016 | web | BBB | Case Received by BBB |
| 09/28/2016 | RN | BBB | Case Reviewed by BBB |
| 09/28/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 09/28/2016 | Otto | EMAIL | Notify Business of Dispute |
| 09/29/2016 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ████ |

Greetings from NTS IT CARE.

We are a customer centric organization and we value the feedback of every customer.

We strongly refute the word "Criminal Operations" used against NTS. We are an Online Technical Support company and we provide service for Windows and Mac computers.

As per our records, the amount which we received was $99.99 for a One Time Fix. If we would have been doing any criminal activities (as implied by you), we could have charged any amount.

A written consent authorization email was been sent by Mrs.████ in order to charge her card, as without a written authorization we don't charge any customer.

Again, she called us the next day as well since her Gmail account had been locked and she wanted us to reset it. During our initial troubleshooting the issue could not be resolved and a call back was arranged for her. We called her several times and left several voicemail as well to call us.

All the above measures would amply clarify that we are no scammers or criminals. We are a company of repute.

As you have expressed your desire to dispute this minuscule charge of $99.99 and us being a customer centric organization we have gone ahead and cancelled the charge.

Attached is the refund receipt for your kind reference. The same has been sent via email on the registered email id with NTS.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

| 10/03/2016 | RN | EMAIL | Forward Business response to Consumer |
| 10/06/2016 | RN | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : Dear Raquel |

Negrete,This is my response. If all your computers at the BBB office were locked up tight tomorrow saying your computers have a virus and you need to call ████ to fix it would you think there's something not right about this? Would you want someone to investigate Tim Guebert or would you just pay a "miniscule" $99.99 to get the problem resolved? This is what NTS IT Care did to my mother twice. She still won't tell me how much she paid them earlier this year. I think it was at least a few hundred $. A "miniscule" few hundred $.

I'm done with this problem. All my mother uses her computer for is to play on-line card games. Not for money, just fun. She'll be 80 years old soon. NTS IT Care has had 54 complaints against them for from what I could tell was the same thing. They were all successfully resolved. You can consider this one resolved.

But at the same time you need to think of all the senior citizens that had computer "virus's" that NTS IT "fixed" that were really happy with the service. They didn't even know they'd been swindled. They're so happy that their computer works again they think NTS IT care is just great.

I've blown the whistle on this outfit. I've reported them to the FBI and Milpitas police department and to you the BBB. NTS IT Care continues to call and try to harass my Mother over this. If they call her or me again I will contact my US senator. NTS IT Care or rogue employees there are criminals.

Raquel, hopefully this will SEND. I've had a hard time with this email. Strange things are happening. ████ G

| ███06/2016 | RN | EMAIL | Forward Consumer Rebuttal to Business |
| 10/17/2016 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 10/17/2016 | RN | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 10/17/2016 | Otto | EMAIL | Inform Consumer - Case Closed UNRESOLVED |
| 10/17/2016 | Otto | EMAIL | Inform Business - Case Closed UNRESOLVED |

McCool Attachment B - 88

**FTC-TRO-0257**

**10/17/2016**      **Otto**   **BBB**      Case Closed UNRESOLVED

McCool Attachment B - 89

**FTC-TRO-0258**

COMPLAINT # 573648

**COMPANY INFO**

NAME:    **NTS IT Care Inc**

------------------------------------------------------------------------------------------------
--------------------

**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                                      FAX: -

------------------------------------------------------------------------------------------------
--------------------

**DETAILS**

CONCERNING: **Customer Service Issues**

OPENED      22 September 2017                    CLOSE CODE: 150 - Answered
CLOSED      09 October 2017                      CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: This company appears to be fraud as they call you saying your computer is infected and I cannot use it until I pay them to fix my computer. I cannot access my computer until they fix it and I have t give them credit card to charge for the fix.  They are a scam and fraud and should be closed down


DESIRED RESOLUTION: DesiredSettlementID: Correction to a credit report
Need to have a copy of there rating wit the BBB

BUSINESS RESPONSE: Dear

We have checked our records and found that we have not called you for any possible refund on your account. The last conversation which Ms. ▮▮▮▮ had with our customer service representative was on July 12, 2017 wherein she confirmed that her computer was working fine.

It seems that someone else called and you paid $1550.00 using an ITunes card.

We would suggest you to kindly report this incident to local authorities for further investigation.

Thank you,
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| **09/19/2017** | **web** | **BBB** | Case Received by BBB |
| **09/22/2017** | **RN** | **BBB** | Case Reviewed by BBB |
| **09/22/2017** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **09/22/2017** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **09/25/2017** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ▮▮▮, |

We have checked our records and found that we have not called you for any possible refund on your account. The last conversation which ▮▮▮▮ had with our customer service representative was on July 12, 2017 wherein she confirmed that her computer was working fine.
It seems that someone else called and you paid $1550.00 using an ITunes card.
We would suggest you to kindly report this incident to local authorities for further investigation.
Thank you,
NTS Support Team
844-208-2608

| | | | |
|---|---|---|---|
| **09/27/2017** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **10/09/2017** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |

McCool Attachment B - 90

**FTC-TRO-0259**

**10/09/2017**   **OttO**   **EMAIL**   Inform Business - Case Closed ASSUMED RESOLVED
**10/09/2017**   **OttO**   **BBB**   Case closed - ASSUMED RESOLVED

McCool Attachment B - 91

**FTC-TRO-0260**

COMPLAINT # 525012

<u>COMPANY INFO</u>
NAME:      **NTS IT Care Inc**
----------------------------------------------------------------------------------------------------------
--------------------

<u>CONSUMER INFO</u>
NAME:

$ VALUE:      $0.00                                              FAX: -
----------------------------------------------------------------------------------------------------------
--------------------

<u>DETAILS</u>
CONCERNING:  **Advertising Issues**
OPENED        09 December 2016          CLOSE CODE: 110 - Resolved
CLOSED        19 December 2016          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: Recieved message on computer saying it had been hacked,to call the number on screen.
On 8/8/2016 I turned on my computer which had been working perfectly and a message popped up that My computer was hacked and that I should call the number on screen, It said that all my valuable info such as banking etc was compromised.Not being a computer wizard I called the number.At that point I got a difficult to understand "technician" that told me he was a Microsoft certified technician and that my computer was indeed compromised.I insisted that it was working perfectly and was told that could not be that, I could not know what I was talking about as he was an expert at computers and that if I would allow him to have remote access to my computer he would show me when the hacking occurred,after much more discussion and browbeating,high pressure sales pitch,I played the idiot and granted him access,at which point he showed me dates of intrusion.( which as I found out later from my nephew who is a genuine IT tech) were not intrusions at all but rather other devices of mine requesting access to my wireless net work).Not being the wiser I continued the conversation and was  informed that for a fee of like $99.00 he would fix it up good as new and that even further for 3 years he could offer me complete coverage for $319.99 and that was just a super deal as that service for that price was not available anywhere else. I told him no and the badgering continued to the point he got his manager on the line and it continued to the point I said ok and authorized payment.So the "tech" went to work on my computer and fixed it all up.As a matter of fact he removed protection software completely from computer.Shortly after supposedly fixing computer I received a call saying their machine would not work to accept my payment by card and they wanted me to do an online check at which point I insisted that we could stop the whole process.More conversation and again referred to a manager who said that I needed to dispute the charge with my bank and then could just send a check and all would be well.I said ok and like a dumbie responded to their message asking if computer was working.I made the big mistake of saying it seemed to be in working order,when I later refused to send check,they used that against me and my bank made payment for $319.99.Bank said it was not fraud and that I would need to take it up with law enforcement which is my option if they continue to refuse to respond to email That I sent.After I disputed the payment with my bank I googled nts it care at Malpitas Ca and read the complaints previously made about them,which if I had done first none of this would have taken place! After not sending check I was receiving calls 3 times a day at all hours.At this point I Want a complete refund as the whole deal was based on a LIE!!!!

DESIRED RESOLUTION: I want a full refund of $319.99.

BUSINESS RESPONSE: Dear

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

McCool Attachment B - 92

**FTC-TRO-0261**

As discussed we have initiated the refund $189.00 and the amount will be credited back within 5 working days. (Refund receipt attached).

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760


DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **12/07/2016** | **web** | **BBB** | Case Received by BBB |
| **12/09/2016** | **RN** | **BBB** | Case Reviewed by BBB |
| **12/09/2016** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **12/09/2016** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **12/09/2016** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear █████ |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As discussed we have initiated the refund $189.00 and the amount will be credited back within 5 working days. (Refund receipt attached).
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760

| | | | |
|---|---|---|---|
| **12/13/2016** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **12/19/2016** | **WEB** | **BBB** | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)
Accepted response even though full refund was not part of it,wrote it off as price for being stupid about these kinds of tricks! These folks cover AL their bases and if you fall for it they will get their pound of flesh!

| | | | |
|---|---|---|---|
| **12/19/2016** | **OttO** | **EMAIL** | Inform Business - Case Closed RESOLVED |
| **12/19/2016** | **OttO** | **BBB** | Case Closed RESOLVED |
| **12/27/2016** | **TDT** | **EMAIL** | Send Consumer Survey |

McCool Attachment B - 93

**FTC-TRO-0262**

COMPLAINT # 579044

**COMPANY INFO**

NAME:     **NTS IT Care Inc**
-----------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:     $0.00                                         FAX: -
-----------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Product Issues**

OPENED        23 October 2017            CLOSE CODE: 500 - Beyond BBB Purview
CLOSED        23 October 2017            CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Received a popup box on my compute saying my computer was attacked with a virus.  Directed to contact NTS for help.  NTS inferred Microsoft authorized
10/09/17 control of computer seized by NTS because I "clicked" on the wrong link while reading a news article on Facebook. A popup box appeared directing me to contact NTS to get control of computer back.  I was unable to back  out of the page or turn off the computer.  Popup box contained a phone number for NTS and the words that it was "authorized by Microsoft" to do repair work on Microsoft products.  NTS charged me $169.99 to get control of computer back.  NTS alleged my computer had the Zeus virus and placed four different programs on my computer which allegedly protected against virus, malware, etc.  I did not need this as I have programs from Norton.  I protested this but was told this was the only way NTS would "fix" my computer was by agreeing to use their products.  I paid.  Then as soon as I got control of my computer, I put a block on the Visa charge via my bank and contacted a legit. firm to remove NTS programs from my computer. I filed a complaint against NTS with my bank and the FTC. For several days, NTS kept contacting me via phone and computer demanding I take the block off the Visa charge.  I demanded they cancel their "services" to my computer and give up on their attempts to charge me.  On 10/1l/17 NTS offered to "refund" $100 of my $169.99 if I would remove the block on the Visa charge. I told NTS rep. to deal with the bank and leave me alone.  On 10/12/17, NTS rep. contacted me again and promised to "refund" the full $169.99 if I would release the block on the Visa account.  I refused.  I told the rep. to deal with my bank.  I have put a block on the email to keep them from contacting me.  I also received a phone call, on or about 10/12/17. which is on my voice mail, where a NTS rep. claimed to be a Microsoft authorized firm.

DESIRED RESOLUTION: This "company" which is incorporated in California, needs to stop pirating people's computers and coercing payment for alleged services.  Microsoft should sue them for invoking the name "Microsoft."  I don't know what BBB can do about this except put out more information about these scammers.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 10/21/2017 | web | BBB | Case Received by BBB |
| 10/23/2017 | RN | BBB | Out of Purview-Referral to AG |
| 10/23/2017 | Otto | EMAIL | Inform Consumer-Referral to AG |
| 10/23/2017 | Otto | BBB | Case Closed - OUT OF PURVIEW |

McCool Attachment B - 94

**FTC-TRO-0263**

COMPLAINT # 692923

**COMPANY INFO**

NAME:     **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:     $0.00                                          FAX: -

------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Refund or Exchange Issues**

OPENED     15 April 2019                    CLOSE CODE: 110 - Resolved

CLOSED     06 May 2019                     CLOSED BY: OttOOtto

ENTERED BY:

ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: This business froze my computer and a message on screen said i must call to get computer turned back on. They said I must pay 199.99 to get it fixed.
This business's information came up on my computer screen and my computer was frozen and it said i must call them in order to get my computer working again. They said it would cost $199.99 to get it turned back on, and as soon as they got the money they released the hold on my computer. My wife after finding out that they had scammed me, called them back later that and demanded a refund stating they cannot force people into paying for a service they do not need and it was their add on the screen which lead him to believe he had to pay. They refused to give her a refund and said the best they could do was to give her a partial refund but would be keeping 69.99 for their services they performed. They did nothing but trick me into thinking that I had no other choice but to pay. I want my entire 199.99 back . I have yet to receive any money back from them. They said partial payment would be given in 5 to 7 business days from today.

DESIRED RESOLUTION: Full refund of my money.

BUSINESS RESPONSE: Dear          ,

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $69.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-659-9899


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| 04/12/2019 | web | BBB | Case Received by BBB |
| 04/15/2019 | VS | BBB | Case Reviewed by BBB |
| 04/15/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 04/15/2019 | Otto | EMAIL | Notify Business of Dispute |
| 04/30/2019 | OttO | BBB | No response to first notice to business |
| 04/30/2019 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 04/30/2019 | OttO | EMAIL | Reminder of Dispute to Business |
| 05/01/2019 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear          , |

We are a customer centric organization and we value the feedback of every customer.

McCool Attachment B - 95

**FTC-TRO-0264**

As requested we have initiated the refund $69.99 and the amount will be credited back within 5 working days. (Refund Receipt Attached)

For any further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-659-9899

**05/01/2019      VS      EMAIL**   Forward Business response to Consumer

**05/03/2019      WEB   BBB**      DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)

Thank you for helping me get my money back. Greatly appreciated.

**05/06/2019      OttO   EMAIL**   Inform Business - Case Closed RESOLVED

**05/06/2019      OttO   BBB**      Case Closed RESOLVED

McCool Attachment B - 96

**FTC-TRO-0265**

COMPLAINT # 570338

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:    ████████████████    ████ ████ █████
         ████        ██████████    ████ █ 
                                   ████ ███████████

$ VALUE:   $0.00                         FAX: -

--------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED      31 August 2017            CLOSE CODE: 110 - Resolved
CLOSED      13 September 2017         CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: I was looking at my iPad and several layered messages appeared saying I had a virus. The information stated to call Apple immediately.
See below please. I typed in wrong box.

DESIRED RESOLUTION: The number called was NTS. They had me go on laptop and stated multiple issues found. They had control of laptop. I was told for 1 year of service to prevent viruses I needed to pay $199.99. I did that and while technician was working on laptop I looked them up using iPad which had been unlocked. I discovered that this is a scam and there was a way to unlock my iPad without submitting to their despicable practices. I confronted the gentleman on the phone and he denied that it was scam. I would like a refund to my account.

BUSINESS RESPONSE: Dear ██████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As per our records, you have already disputed the charges with the bank, hence we regret to inform that we will not be able to process refund from us.

We have sent the necessary documents to the bank in order to resolve the dispute.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| 08/29/2017 | web | BBB | Case Received by BBB |
| 08/31/2017 | RN | BBB | Case Reviewed by BBB |
| 08/31/2017 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 08/31/2017 | Otto | EMAIL | Notify Business of Dispute |
| 09/11/2017 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ████ , |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.

McCool Attachment B - 97

**FTC-TRO-0266**

We are a customer centric organization and we value the feedback of every customer.

As per our records, you have already disputed the charges with the bank, hence we regret to inform that we will not be able to process refund from us.

We have sent the necessary documents to the bank in order to resolve the dispute.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-208-2608

**09/13/2017      RN       EMAIL**   Forward Business response to Consumer

**09/13/2017      WEB    BBB**      DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)

Yes. I had also contacted Wells Fargo and they are working on my refund.

**09/13/2017      OttO   EMAIL**   Inform Business - Case Closed RESOLVED

**09/13/2017      OttO   BBB**      Case Closed RESOLVED

**09/18/2017      TDT    EMAIL**   Send Consumer Survey

McCool Attachment B - 98

**FTC-TRO-0267**

COMPLAINT # 615064

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                              FAX: -

--------------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED       25 April 2018                    CLOSE CODE: 600 - Letter of Experience - Info Only
CLOSED       25 April 2018                    CLOSED BY:  Raquel Negrete
ENTERED BY:

ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: NTS IT Care creates a pop up indicating a virus on your pc which directs you to call them. Afterwhich, you are pressured into purchasing tech service.
I was on my brand new pc and went to microsoft edge search and was in my newsfeed page when a pop up indicated my pc was infected with a virus and locked up my pc. I was immediatedly directed to call NTS IT Care at phone number 1-877-???-????, 1605 S. Main St, Ste 125 Milipitas, CA 95035. I can't recall the last 7 digits of the ph# because it conveniently a different ph# 844-208-2608 is provided once they used high pressure sales tactics to show me how my pc was allegedly infected and how I needed to purchase once of their tech service plans in order to avoid this from happening in the future. I asked if my pc was going to be repaired right then since I was locked out of it and rep/Jack indicated yes but continued to pursue the issue that I needed to purchase the tech service plan to avoid this issue in the future. Rep/Jack proceeded to ask which plan I wanted; 1 year for 139.99 or 2 year for 199.99 or a 3 year plan for 299.99? He could tell I was hesitant; so he began to show me the alleged issued on my pc via having remoted into my system. He could further tell I was hesitant as he asked me all these questions about my pc use such as if I paid bills online or made purchases online or had any social media accounts; which according to him were now at great risk. I informed him I don't do online banking, I don't make online purchased from my pc and I don't use social media nor do I want any of those types of accounts. Because, I am not tech savvy and my pc is locked up at this point; he convincingly shows me some file that he stated were harmful to my pc and had been added as a result of me surfing the internet. Jack asked which plan I wanted to purchase to resolve and protect me from future issues. I indicated the 1 year plan for $139.99; at which time he transferred me to the billing department, after having me provided my personal information to include my visa credit card number. I was placed on hold for approval of the payment. Transferred back to Jack; and advised a tech would begin the process of repairing my pc from the viruses via remote.Jack additionally advised I was being sent an email confirmation and receipt for the for the 1 year service plan which I printed. The tech who worked on my pc was named Austin. I watched my pc as he worked via remote to alter and allegedly repair things on my pc. While, tech Austin was doing this, I searched for NTS IT Care via my tablet. I found them on the BBB and saw there were 48 complaints filed against this company alleging scams. Unfortunately, they'd already charged my credit card but I do plan to follow up with my bank and try to stop the payment. Tech Austin speaks with me upon completing the alleged needed repairs and ask me to complete a feedback request reference his assistance via email. I did so but was very clear in the feedback request that I had been very uncomfortable throughout the entire process and advised I had looked up their company online through BBB and found they had a lot of negative complaints against their company. I further informed him I found it odd that when this alleged virus pops up the pc owner is immediately directed to their company at the 1-877-rest unknown number. Tech Austin attempted to explain the number defaults to whatever tech company is available at that moment to assist the customer, which did not sound plausible to me. I was then transferred to someone named George (Owner/Head of Customer Service) who tried to reassure me someone from NTS would contact me tomorrow to make sure my pc was still working fine. He asked if I had any other questions for him to which I stated no; since I planned to do my own follow up reference this matter.

McCool Attachment B - 99

**FTC-TRO-0268**

DESIRED RESOLUTION: I want this business to stop utilizing this hijacking method of creating this pop-up which gives the impression your pc has been legitimately hijacked by some virus or malware. I additionally want this company to stop utilizing this as their way of gaining access to pc owners so they can use high pressure sales tactics to basically force people to purchase a tech service plan from their company. Ideally; it would be great if this business could be shut down.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 04/23/2018 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 04/25/2018 | RN | BBB | Case Determined to be INFO ONLY - No Wait |
| 04/25/2018 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 04/25/2018 | Otto | EMAIL | Inform Business of Case Closed INFO ONLY |
| 04/25/2018 | Otto | BBB | Case Closed INFO ONLY |

McCool Attachment B - 100

**FTC-TRO-0269**

COMPLAINT # 615051

**COMPANY INFO**

NAME:    **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:    ████ ████████   ████ ██ ████
          ███            ███ ██ █
          █████████

         ███ ████████████

$ VALUE:    $0.00                            FAX: -

------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:    **Sales Practice Issues**

OPENED        25 April 2018                 CLOSE CODE: 120 - Unresolved
CLOSED        11 May 2018                   CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: Scam Artists.  Froze my computer and used Microsoft name saying my computer could not be shut down.  Supplied there telephone number not Microsoft.
This all happened April 5, 2018
They froze my computer and informed me my computer would crash if I shut it down.  They supplied a telephone number and instructed me to call to resolve issue with my computer.  I called and they immediately said they were going to go into my system to fix the problem.  I gave them access like a fool believing they were like Microsoft fixing my system.  They had a script they used to inform me that I had a Trojan virus.  I am enclosing a you-tube link which is the exact same script they threw at me.https://www.stopphonescammers.com/2017/10/11/nts-care-tech-support-scam-fake-pop-scammers/   They kept trying to sell me 1 year and/or 3 year for repairing my computer. I was in panic mode and told them I could only afford the 1 year plan. They kept transferring me different people who kept hammering at me to purchase the more expensive plan.  I kept asking them why the sales pitch??Why isn't someone fixing my system which is locked. They told me that once they got the money from me they would fix the system which should take about 30+ minutes. Stupid me gave them the $149.99 and then they said the guy who was going to fix it needed $20.00 from me to bring it up to $169.99.  They didn't send me to a secure platform for the payment.  They just had me type out my card number, expiration date, and security code.  Boy was I an idiot!   The guy (Victor) says he fixed it.  Took less then a minute not 30 minutes and then asked me to go into my E-Mail to see if it worked.  While I was in e-mail he took over the system and composed an e-mail to ntsitcare which said I ████████ had no further issues with the computer and that it was working fine now and signed my name and sent it. When I got off the phone with them I immediately googles the company and was made aware that I had been scammed.  I called my bank Chase within 15 minutes of hanging up the phone. Told them to cancel the payment and had Chase cancel my card and issue me a new card. April  Now I am telling them that I have the Better Business Bureau saying that this company is a scam, however, they are telling me that if I look to the right of the screen they have a lot of good reviews.  I told them that anybody can right good reviews especially there company employees and people they pay off to right good reviews. They sent me e-mails saying to call them on April 20 and 22.  I responded back that I wanted my card credited.  They will not put anything in writing.  They just keep telling me to call which I do April 20-23 and will not tell me that I am getting refunded.  This last call I told them to stop calling me and just issue me my money back.  He insisted I at least pay for repair work done to computer on April 5, 2018.  I told him there was nothing wrong with my computer to begin with.  I have Norton anti-virus and they are the ones who froze my computer to get me to call them.

DESIRED RESOLUTION: I want a credit to my credit card for $169.99 which they charged me and is in dispute at this time with the bank.  I want no further contact from them after the credit is issued.

BUSINESS RESPONSE: Dear ██████,

We would again like to clarify that the transaction is under dispute with Chase Bank hence it is not possible for us to initiate refund.

McCool Attachment B - 101

**FTC-TRO-0270**

You can either take the dispute back in order for us to refund the amount or we have to wait for your bank to send the dispute to us in order to resolve it.

For further clarifications you can write to us or call on the below mentioned toll free number.

Thanks,
NTS Support Team
844-208-2608


DECISION:

ACTIVITY:

| 04/23/2018 | web | BBB | Case Received by BBB |
| 04/25/2018 | RN | BBB | Case Reviewed by BBB |
| 04/25/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 04/25/2018 | Otto | EMAIL | Notify Business of Dispute |
| 04/25/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ▇▇▇ |

We would again like to clarify that the transaction is under dispute with Chase Bank hence it is not possible for us to initiate refund.

You can either take the dispute back in order for us to refund the amount or we have to wait for your bank to send the dispute to us in order to resolve it.

For further clarifications you can write to us or call on the below mentioned toll free number.

Thanks,

NTS Support Team

844-208-2608

| 04/27/2018 | RN | EMAIL | Forward Business response to Consumer |
| 04/28/2018 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

It is correct that the charge is in dispute with Chase. The merchant has already agreed that it is in dispute. Therefore, it is up the merchant to cancel the billing.  I need cancellation confirmation number from the merchant. I do not trust this merchant to cancel the dispute I have set up with the bank.  If I cancel the dispute I believe they would still attempt to get something out of me. Chase says they have the next two billing periods to provide information supporting the charge.  I still haven't seen in writing from NTS IT Care that they are not going to bill me $169.99.  I will inform Chase to send the dispute to support@ntsitcare.com attn: ▇▇▇▇ and will supply telephone number 1-844-208-2608 Ext 410 ▇▇▇▇ )

| 04/30/2018 | RN | EMAIL | Forward Consumer Rebuttal to Business |
| 05/11/2018 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 05/11/2018 | RN | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 05/11/2018 | Otto | EMAIL | Inform Consumer - Case Closed UNRESOLVED |
| 05/11/2018 | Otto | EMAIL | Inform Business - Case Closed UNRESOLVED |
| 05/11/2018 | Otto | BBB | Case Closed UNRESOLVED |

COMPLAINT # 607160

## COMPANY INFO

NAME:   **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------------------------

## CONSUMER INFO

NAME:

$ VALUE:    $0.00                                              FAX: -

--------------------------------------------------------------------------------------------------------------------------

## DETAILS

CONCERNING:  **Customer Service Issues**

OPENED       15 March 2018                     CLOSE CODE: 500 - Beyond BBB Purview
CLOSED       15 March 2018                     CLOSED BY:  Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: On March15, 2017 I purchased an online service through NTS IT.  The service was to provide computer support for 5 years.  When the company went bankrupt, I was sent an email, instructing how I could receive a full refund ($299.99). Because I was not able to provide an on-line banking interface for them, I was told that I could NOT receive any refund.I spoke with Ryan Wilson (which I suspect was an alias because he caught himself using a different name from the beginning of the conversation to the end of the conversation). Employee ID: NTSCARE0923.

DESIRED RESOLUTION: DesiredSettlementID: Other (requires explanation)
I realize that this was a scam but would like this business shut down.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 03/14/2018 | web | BBB | Case Received by BBB |
| 03/15/2018 | RN | BBB | Case judged to be Out of BBB Purview |
| 03/15/2018 | Otto | EMAIL | Inform Consumer - Case Closed Out of Purview |
| 03/15/2018 | Otto | BBB | Case Closed - OUT OF PURVIEW |

McCool Attachment B - 103

**FTC-TRO-0272**

COMPLAINT # 493123

**COMPANY INFO**

NAME:  **NTS IT Care Inc**
------------------------------------------------------------------------------------------------
--------------------

**CONSUMER INFO**

NAME: ███████████████████      ██████ ███████████
                               ██████ ███████████
                               ████ ████████████████

$ VALUE:  $0.00                FAX: -
------------------------------------------------------------------------------------------------
--------------------

**DETAILS**

CONCERNING: **Product Issues**

OPENED      21 June 2016          CLOSE CODE: 110 - Resolved
CLOSED      08 July 2016          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: I was misled to believe that my computer has a lot of viruses offered services that I do not need and was charged a fee that I would like refunded.
On May 17, 2016 at approximately 9:00AM I got a pop-up on my computer stating that my computer has been hacked. I needed to call a toll free number: 1-866-763-1760 / 1-877-490-6709. The pop-up also had the Microsoft format and logo misleading me that my computer required software service in order for me to use it without compromising sensitive information, that I send through the internet. After calling there office I was told that they are a software security outfit down in Milpitas, CA and that they work on such problems all the time. Interestingly, I was told that my computer had a virus called the "ZIKA" virus - upon researching this said computer "virus" it's a virus for humans NOT computers. Also a technician named Edward mentioned that not only did I have the "Zika" virus but also other viruses. Basically he was throwing words that were jargon to me. He then proceeded to tell me that he required remote access to my computer and was told that it would take several hours to "clear" all of the viruses. I was offered a service charge of $99.00 and an additional charge of $230 to extend my service for an additional three years. After all was said and done. I spoke to my son in-law and discovered that I was not coordinating business with Microsoft but a total separate company posing as a company that works for Microsoft. They did not do anything to my computer to resolve my issue other than ensuring me a false sense of security only to expose all my transactions online. They also installed a link that I was concerned being that it might be a bug. After all this my son in-law told me that they are a SCAM and that certain hackers would pose as companies associated with Microsoft. He then proceeded to contact Microsoft and was offered a virus and beacon sweep on my computer for a fee and have an official Microsoft service technician swept my computer and tuned it.

DESIRED RESOLUTION: I Want a FULL-REFUND!! I was misled to believe I had a viruses that I did not have and even possibly infecting my computer with a real threat!!

BUSINESS RESPONSE: Dear ██████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

We would also like to inform that we are nowhere associated with Microsoft or any other brand. We are an Online Technical support company and on your payment authorization email as well it was clearly mentioned that you're making a payment to NTS IT Care (Independent Service Provider).

Also, as per our records you spoke to our representative on June 21 2016 and agreed with the cancellation of services and agreed refund of $229.99, which was immediately initiated and the same credited to your account.

McCool Attachment B - 104

**FTC-TRO-0273**

For further clarifications you can call us on our 24*7 toll free numbers 877-490-6709 / 866-763-1760 or you can also write to us on support@ntsitcare.com.

Thank you,
NTS Support Team


DECISION:


ACTIVITY:


| | | | |
|---|---|---|---|
| 06/20/2016 | web | BBB | Case Received by BBB |
| 06/21/2016 | RN | BBB | Case Reviewed by BBB |
| 06/21/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 06/21/2016 | Otto | EMAIL | Notify Business of Dispute |
| 07/06/2016 | OttO | BBB | No response to first notice to business |
| 07/06/2016 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 07/06/2016 | OttO | EMAIL | Reminder of Dispute to Business |
| 07/06/2016 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ▮▮▮ |

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

We would also like to inform that we are nowhere associated with Microsoft or any other brand. We are an Online Technical support company and on your payment authorization email as well it was clearly mentioned that you're making a payment to NTS IT Care (Independent Service Provider).

Also, as per our records you spoke to our representative on June 21 2016 and agreed with the cancellation of services and agreed refund of $229.99, which was immediately initiated and the same credited to your account.

For further clarifications you can call us on our 24*7 toll free numbers 877-490-6709 / 866-763-1760 or you can also write to us on support@ntsitcare.com.

Thank you,

NTS Support Team

| | | | |
|---|---|---|---|
| 07/07/2016 | RN | EMAIL | Forward Business response to Consumer |
| 07/08/2016 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.) |

Refund was the amount agreed upon.

| | | | |
|---|---|---|---|
| 07/08/2016 | OttO | EMAIL | Inform Business - Case Closed RESOLVED |
| 07/08/2016 | OttO | BBB | Case Closed RESOLVED |
| 07/13/2016 | TDT | EMAIL | Send Consumer Survey |

McCool Attachment B - 105

**FTC-TRO-0274**

COMPLAINT # 506986

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME: ███████████
                ███████████

$ VALUE:   $0.00                                          FAX: ███████████

----------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING: **Refund or Exchange Issues**

OPENED      29 August 2016                    CLOSE CODE: 150 - Answered
CLOSED      13 September 2016                 CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: I was scammed into paying for computer services that I was not in need of. I was attempting to send an email through my AOL account, when a pop up appeared that stated that my computer was under a virus attack and would crash if I did not call a phone number that was listed on the screen. Upon calling, I was told to give over control of my computer to one of their "technicians" so that they could fix the non existent problem that it had. They told us to not touch the keyboard or mouse while he was working, during this time, he typed up an email under my account that gave permission to the company to charge my credit card. This was done without my permission. I realized this was a scam and called the support number in order to request a full refund, where I was told after an hour long near argument that only half of my payment could be able to be refunded. I was passed through several levels of "management" with no change in results. Along with being completely rude and unprofessional, they would not provide the name of their boss or the owner of their company. After almost two hours, our total amount of $88.99 was still unable to be refunded back to my account.

DESIRED RESOLUTION: I expect a full refund of our $88.99. There is no other resolution I would be willing to accept.

BUSINESS RESPONSE: Dear ██████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

We would like to remind you that you had a word with our billing representative & manager on August 25, 2016 and initially agreed for a partial refund of $45.00. However, since you were not fully satisfied with our services we had cancelled this transaction in full on the same date i.e. August 25, 2016. Cancellation receipts attached for your kind reference.

It seems the money has since not been credited to your account, hence we suggest you to pursue your bank regarding the same.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team

DECISION:

ACTIVITY:

McCool Attachment B - 106

**FTC-TRO-0275**

**08/25/2016**     **web**     **BBB**     Case Received by BBB
**08/29/2016**     **RN**     **BBB**     Case Reviewed by BBB
**08/29/2016**     **Otto**     **EMAIL**     Send Acknowledgement to Consumer
**08/29/2016**     **Otto**     **EMAIL**     Notify Business of Dispute
**09/01/2016**     **WEB**     **BBB**     RECEIVE BUSINESS RESPONSE : ▮▮▮▮▮▮▮

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

We would like to remind you that you had a word with our billing representative & manager on August 25, 2016 and initially agreed for a partial refund of $45.00. However, since you were not fully satisfied with our services we had cancelled this transaction in full on the same date i.e. August 25, 2016. Cancellation receipts attached for your kind reference.

It seems the money has since not been credited to your account, hence we suggest you to pursue your bank regarding the same.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

**09/02/2016**     **RN**     **EMAIL**     Forward Business response to Consumer
**09/13/2016**     **OttO**     **BBB**     No Consumer Response- Assumed Resolved with Letter
**09/13/2016**     **OttO**     **EMAIL**     Inform Business - Case Closed ASSUMED RESOLVED
**09/13/2016**     **OttO**     **BBB**     Case closed - ASSUMED RESOLVED

McCool Attachment B - 107

**FTC-TRO-0276**

COMPLAINT # 563972

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:  ██████████████    ████ █ ████
██████  █████████████    ████ █ █
                         ████ ████████

$ VALUE:   $0.00                          FAX: -
--------------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Customer Service Issues**

OPENED        24 July 2017              CLOSE CODE: **150 - Answered**
CLOSED        25 August 2017           CLOSED BY: **OttOOtto**
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: Sold Computer support via fraudulent means.
My 80 mother received a pop-up on her computer, which led her believe she have a virus and should contact the phone number (NTS IT HELPDESK) on the screen to support/removal. The company was contacted, and for a 3 year subscription of $445 the 'virus' was removed.  Noticed within days of the 'service': her browser home page was hijacked and an unauthorized tool bar appeared on her computer.  We believe she picked up a Trojan horse from NTS which started the whole process.  I talked to NTS employee Allen King on 7/21/17 and requested cancellation of the subscription and a full refund, to no avail.

DESIRED RESOLUTION:  full refund and cancelation of service

BUSINESS RESPONSE:  Dear ██████

Greetings for the day

As per our agreement we have refunded of $270.00 on Aug 8th 2017. Refund receipt attached.

For further clarification you can call or email us on support@ntsithelpdesk.com.

Regards
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **07/21/2017** | **web** | **BBB** | Case Received by BBB |
| **07/24/2017** | **RN** | **BBB** | Case Reviewed by BBB |
| **07/24/2017** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **07/24/2017** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **08/08/2017** | **OttO** | **BBB** | No response to first notice to business |
| **08/08/2017** | **OttO** | **EMAIL** | Consumer - Have You Heard From the Company |
| **08/08/2017** | **OttO** | **EMAIL** | Reminder of Dispute to Business |
| **08/11/2017** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ██████ |

Greetings for the day

As per our agreement we have refunded of $270.00 on Aug 8th 2017. Refund receipt attached.

For further clarification you can call or email us on support@ntsithelpdesk.com.

Regards
NTS Support Team

McCool Attachment B - 108

**FTC-TRO-0277**

844-208-2608

| 08/14/2017 | RN | EMAIL | Forward Business response to Consumer |
| 08/25/2017 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 08/25/2017 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 08/25/2017 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 109

**FTC-TRO-0278**

COMPLAINT # 576313

**COMPANY INFO**

NAME: **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ██████ ██████████

$ VALUE: $0.00                                    FAX ███████████

----------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Sales Practice Issues**

OPENED        06 October 2017            CLOSE CODE: 120 - Unresolved
CLOSED        25 October 2017            CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: NTS IT Care is a scam
This is a fraudulent Company. That preys on Seniors and computer illerate. I was working on my computer on 9-22-17 and a pop up appeared telling me I had a virus on my computer and to call the # 1844-208-2608 to get this problem resolved. It also stated it was part of MIcrosoft. Well after being talked into allowing this person gaining remote control of my computer. ( something I have never done before) I was advised for $199. they would repair it and give me protection for a year. I advised him I could not afford that he said I will speak to my Supervisor and came back with the  price of $129.. I usually am very leary of scams but I bit on this. So mad and frustrated that a company can fraudulently plant this popup and then have the nerve to charge you to correct it. As I have said before when a BBB knows how bad this company is and still has no means of shutting it down we are in trouble. I do not trust this  company and I would put nothing past them. They already state on their website they do not refund money so I guess that is out of the question.

DESIRED RESOLUTION: Well wouldn't everybody want their money back after they have been scammed? I have not contacted the company and I can see by your complaints on your website it doesn't do any good anyway.

BUSINESS RESPONSE: Dear ██████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $129.99 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 10/05/2017 | web | BBB | Case Received by BBB |
| 10/06/2017 | RN | BBB | Case Reviewed by BBB |
| 10/06/2017 | Otto | EMAIL | Send Acknowledgement to Consumer |

McCool Attachment B - 110

**FTC-TRO-0279**

**10/06/2017**     **Otto**    **EMAIL**   Notify Business of Dispute

**10/11/2017**     **WEB**    **BBB**      RECEIVE BUSINESS RESPONSE : Dea ████ ,

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $129.99 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-208-2608

**10/12/2017**     **RN**     **EMAIL**   Forward Business response to Consumer

**10/12/2017**     **RN**     **BBB**      BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : Hello,

Thank you for your advisement.

No I don't think I am satidfied with this rip off company.

I received an email telling me my money had been refunded but I have not seen it come through my bank account.

I have called Microsoft which is my ISP and they tell me this hacking company still has control of my computer.

This is not right and I believe they need to show proof they no longer are involved with my private computer.

As I said before this company needs to be shut down, it is preying on senior citizens and people who are not literate on  computers.

Thank you for any help you can provide.

████████ ████

**10/13/2017**     **RN**     **EMAIL**   Forward Consumer Rebuttal to Business

**10/24/2017**     **OttO**   **BBB**      No Response from Business re: Consumer Rebuttal

**10/24/2017**     **NITE**    **BBB**      Bureau judged complaint to be closed UNRESOLVED

**10/25/2017**     **OttO**   **EMAIL**   Inform Consumer - Case Closed UNRESOLVED

**10/25/2017**     **OttO**   **EMAIL**   Inform Business - Case Closed UNRESOLVED

**10/25/2017**     **OttO**   **BBB**      Case Closed UNRESOLVED

COMPLAINT # 542213

**COMPANY INFO**

NAME:  **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:  ████ ███████ ████    ████ ████ █████
        ████                ████ ██ █
                            ███ █████████████

▌ VALUE:    $0.00                           FAX: -

------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Customer Service Issues**

OPENED       13 March 2017          CLOSE CODE: 150 - Answered
CLOSED       27 March 2017          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: repeat phone calls, leaving no messages
The company is saying there is an Internet Breach on my home computer

DESIRED RESOLUTION: No more phone calls

BUSINESS RESPONSE: Dear ████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us.

We are a customer centric organization and we value the feedback of every customer.

We would like to inform you that we do not call our customer for any payment or computer related issues.

As per our records, the last conversation you had with is was on January 6 2016 when you subscribed for the services.

We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the number to local authorities.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608


DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **03/10/2017** | **web** | **BBB** | Case Received by BBB |
| **03/13/2017** | **RN** | **BBB** | Case Reviewed by BBB |
| **03/13/2017** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |

McCool Attachment B - 112

**FTC-TRO-0281**

**03/13/2017      Otto    EMAIL** Notify Business of Dispute
**03/14/2017      WEB     BBB**     RECEIVE BUSINESS RESPONSE : Dear ███ ,
          Greetings from NTS IT CARE.
          Thank you for sharing your concern and notifying us.
          We are a customer centric organization and we value the feedback of every customer.
          We would like to inform you that we do not call our customer for any payment or computer related issues.
          As per our records, the last conversation you had with is was on January 6 2016 when you subscribed for
the services.
          We have sent alerts email to every customer informing about the kind of scam calls which customers may
receive to take the remote access of their computers and ask for more money.
          Please do not share the access of your computer to anyone, if you are facing any issues you can call us on
the below mentioned number as we will help you on that.
          If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the
number to local authorities.
          For any further clarifications you can always call or write to us at support@ntsitcare.com
          Thank you,
          NTS Support Team
          844-208-2608
**03/15/2017      RN      EMAIL**  Forward Business response to Consumer
**03/27/2017      OttO    BBB**     No Consumer Response- Assumed Resolved with Letter
**03/27/2017      OttO    EMAIL**  Inform Business - Case Closed ASSUMED RESOLVED
**03/27/2017      OttO    BBB**     Case closed - ASSUMED RESOLVED

McCool Attachment B - 113

**FTC-TRO-0282**

COMPLAINT # 588564

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
------------------------------------------------------------------------------------------
----------------------
**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                          FAX: -
------------------------------------------------------------------------------------------
----------------------
**DETAILS**

CONCERNING:  **Refund or Exchange Issues**
OPENED      12 December 2017              CLOSE CODE: 150 - Answered
CLOSED      29 January 2018               CLOSED BY: OttOOtto
ENTERED BY:  Raquel Negrete
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: *** See Attachments***


DESIRED RESOLUTION:


BUSINESS RESPONSE: Dear ████,
Greetings from NTS IT CARE.

Thank you for sharing your concern.

We are a customer centric organization and we value the feedback of every customer.

We would like to inform you that your amount of $249.99 was refunded on September 14th 2016 and since then there is no records of any work performed on your computer. If something had gone wrong with your machine after the cancellation of your subscription we are not liable for the same. For your satisfaction we would recommend you to get your computer checked from local technician.

If you still have any doubts / concerns you can call on our toll free number mentioned below for further discussion.

Thank you
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| 12/12/2017 | RN | BBB | Case Received by BBB |
| 12/12/2017 | RN | BBB | Case Reviewed by BBB |
| 12/12/2017 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 12/12/2017 | Otto | EMAIL | Notify Business of Dispute |
| 12/27/2017 | OttO | BBB | No response to first notice to business |
| 12/27/2017 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 12/27/2017 | OttO | EMAIL | Reminder of Dispute to Business |
| 01/08/2018 | OttO | BBB | Inform Consumer No Response from Business |
| 01/08/2018 | OttO | EMAIL | Inform Consumer - Case Closed UNANSWERED |
| 01/08/2018 | OttO | EMAIL | Inform Business - Case Closed UNANSWERED |
| 01/08/2018 | OttO | BBB | Case Closed - UNANSWERED |
| 01/11/2018 | RN | BBB | ReOpen the Complaint |
| 01/11/2018 | RN | BBB | RECEIVE BUSINESS RESPONSE : Dear ████ |

Greetings from NTS IT CARE.
Thank you for sharing your concern.

McCool Attachment B - 114

**FTC-TRO-0283**

We are a customer centric organization and we value the feedback of every customer.

We would like to inform you that your amount of $249.99 was refunded on September 14th 2016 and since then there is no records of any work performed on your computer. If something had gone wrong with your machine after the cancellation of your subscription we are not liable for the same. For your satisfaction we would recommend you to get your computer checked from local technician.

If you still have any doubts / concerns you can call on our toll free number mentioned below for further discussion.

Thank you

NTS Support Team

844-208-2608

| | | | |
|---|---|---|---|
| **01/16/2018** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **01/29/2018** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **01/29/2018** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **01/29/2018** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

COMPLAINT # 512794

**COMPANY INFO**

NAME: **NTS IT Care Inc**
-----------------------------------------------------------------------------------------------------------
------------------------

**CONSUMER INFO**

NAME: ███████ ████████████      ██████ ████████
      █████    ████████████      ████████   █  ██
                                 ████  █████████████

$ VALUE: $0.00                            FAX: -
-----------------------------------------------------------------------------------------------------------
------------------------

**DETAILS**

CONCERNING: **Sales Practice Issues**
OPENED     26 September 2016          CLOSE CODE: 150 - Answered
CLOSED     14 October 2016            CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: NTs It Care hacked into our PC telling us that our computer was infected by a virus, and would shutdown shortly, they charged us to do a check.
On Wednesday Sept. 14, 2016, NTS It Care hacked into our computer sending a scrolling message and a voice message, that our computer was infected with a Zeus virus that was currently destroying our computer.  The message gave a phone number to call.  I called the number, the person said they would remotely run a test to detect a virus.  None was found.  They then signed me up for IT support and care for two years and set them selves up as an administrator on our computer.  I did not want this product.  I asked for a full refund.  The customer number is NTSIT0914-006.  The amount paid with a Visa card is $299.99.

DESIRED RESOLUTION: Full refund of the $299.99 and no further contact with the business.  I would like to see this shady business practice stopped.

BUSINESS RESPONSE: Dear ████,
Greetings from NTS IT CARE.


We are a customer centric organization and we value the feedback of every customer.

We strongly refute the word "hacked" used against us. We would like to inform that without your/ any customer's consent we cannot take the remote access of any computer.

Since we value the feedback of our each and every customer and in this case you have expressed your desire to cancel the services and claim a refund, we would like to inform you that we have cancelled your subscription on September 28, 2016 and refund has been initiated, the amount will be credited to your Visa Card ending ████ within 5 working days.

Refund receipt has been attached here and same has been sent to you via email.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team


DECISION:


ACTIVITY:

| 09/23/2016 | web | BBB | Case Received by BBB |
| 09/26/2016 | RN | BBB | Case Reviewed by BBB |
| 09/26/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |

McCool Attachment B - 116

**FTC-TRO-0285**

**09/26/2016**      **Otto**   **EMAIL**   Notify Business of Dispute
**09/28/2016**      **WEB**   **BBB**      RECEIVE BUSINESS RESPONSE : Dear ██ ,
Greetings from NTS IT CARE.
We are a customer centric organization and we value the feedback of every customer.
We strongly refute the word "hacked" used against us. We would like to inform that without your/ any customer's consent we cannot take the remote access of any computer.

Since we value the feedback of our each and every customer and in this case you have expressed your desire to cancel the services and claim a refund, we would like to inform you that we have cancelled your subscription on September 28, 2016 and refund has been initiated, the amount will be credited to your Visa Card ending ██ within 5 working days.
Refund receipt has been attached here and same has been sent to you via email.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
**10/03/2016**      **RN**      **EMAIL**   Forward Business response to Consumer
**10/14/2016**      **OttO**   **BBB**      No Consumer Response- Assumed Resolved with Letter
**10/14/2016**      **OttO**   **EMAIL**   Inform Business - Case Closed ASSUMED RESOLVED
**10/14/2016**      **OttO**   **BBB**      Case closed - ASSUMED RESOLVED

McCool Attachment B - 117

**FTC-TRO-0286**

COMPLAINT # 518633

**COMPANY INFO**

NAME:  **NTS IT Care Inc**

---------------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:  $0.00                                                        FAX: -

---------------------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED        31 October 2016                    CLOSE CODE: 110 - Resolved
CLOSED        17 November 2016                   CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: I believe I was misled by deceptive sales practices.
10/13/16,10/13/16,N/A,N/A,N/A, do not remember,289.99 , VISA .

DESIRED RESOLUTION: Refund of charge'

BUSINESS RESPONSE: Dear ███████ ,

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| **10/27/2016** | **web** | **BBB** | Case Received by BBB |
| **10/31/2016** | **RN** | **BBB** | Case Reviewed by BBB |
| **10/31/2016** | **Otto** | **MAIL** | Send Acknowledgement to Consumer |
| **10/31/2016** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **11/07/2016** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ███████ |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund and the amount will be credited back within 5 working days.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760

| | | | |
|---|---|---|---|
| **11/08/2016** | **RN** | **MAIL** | Forward Business response to Consumer |

McCool Attachment B - 118

**FTC-TRO-0287**

**11/17/2016     WEB   BBB**      DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)
**11/17/2016     OttO   EMAIL**   Inform Business - Case Closed RESOLVED
**11/17/2016     OttO   BBB**      Case Closed RESOLVED

McCool Attachment B - 119

**FTC-TRO-0288**

COMPLAINT # 692298

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                          FAX: -

----------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING: **Sales Practice Issues**

OPENED       10 April 2019                    CLOSE CODE: 500 - Beyond BBB Purview
CLOSED       10 April 2019                    CLOSED BY: Vanessa Seawright
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: NTS hacked into and froze my computer, committed fraud after gaining access to credit cards w/ double charges.
On April 5 an NTS operative hacked into my computer while I was accessing my Verizon account. The operative disabled my computer and offered to fix it for a fee.   He threatened me with permanently disabling my computer unless I contacted him via phone. I contacted him out of fear when he began to ask for credit card info to facilitate paying his fees.  At that time my spouse entered the room, questioned what was going on and told me to immediately hang up which I did.  Today I received an alert from my Chase Visa card  for possible credit card fraud by NTS.  I was told they refused payment.   Later I was contacted by Bank America with the same fraud info as provided by Chase. After contacting NTS I was told that they would cancel the charges.  This company deliberately held my commuter and credit cards in hostage.  This is a criminal offense and I intend to pursue law enforcement.

DESIRED RESOLUTION: File for termination of business.  They violated my privacy with the intent to commit fraud.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 04/09/2019 | web | BBB | Case Received by BBB |
| 04/10/2019 | VS | BBB | Case judged to be Out of BBB Purview |
| 04/10/2019 | Otto | EMAIL | Inform Consumer - Case Closed Out of Purview |
| 04/10/2019 | Otto | BBB | Case Closed - OUT OF PURVIEW |

McCool Attachment B - 120

**FTC-TRO-0289**

COMPLAINT # 598542

**COMPANY INFO**

NAME: **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ███  ████████████  ████ █ ████
      ████  ████████████  ████ █
            ████████       ███ ████████

$ VALUE:  $0.00                                    FAX: -

----------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Customer Service Issues**

OPENED        29 January 2018          CLOSE CODE: 110 - Resolved
CLOSED        15 February 2018         CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: NTS IT Care solicited unneeded services.They tried to get a statement of customer satisfaction. I refused. They took $199.99 from my bank account.
NTS solicited business with a banner ad saying they would shut down my computer due to a security breach if I did not call them immediately.  This is a scare tactic. They insisted on installing an AdBlock that I did not need, to prevent further banners of that sort. I allowed them to do so, as they had frightened me with their demand that I call them. The process was intrusive and time-wasting, involving their access to my computer. After the installation, they tried to extract a statement of customer satisfaction from me, assuring me that NO money would leave my bank account until they had that statement from me. I refused, I was very angry that point, and I hung up on them. This was in November 2017. The following month, on December 11, 2017, they removed $199.99 from my account. I had given them my debit card number and agreed to a 2-year contract because they frightened me into it by taking control of my computer.

DESIRED RESOLUTION:  I went to the NTS IT Care website today, and discovered that the company will give a refund if customer satisfaction is lacking. I hereby demand a refund from this company. As far as I am concerned, they are scam artists who use deception and intimidation to extract money from the unwary.

BUSINESS RESPONSE: Dear

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $199.99 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| 01/27/2018 | web | BBB | Case Received by BBB |
| 01/29/2018 | RN | BBB | Case Reviewed by BBB |

McCool Attachment B - 121

**FTC-TRO-0290**

**01/29/2018**      **Otto**    **EMAIL**   Send Acknowledgement to Consumer
**01/29/2018**      **Otto**    **EMAIL**   Notify Business of Dispute
**02/13/2018**      **OttO**    **BBB**     No response to first notice to business
**02/13/2018**      **OttO**    **EMAIL**   Consumer - Have You Heard From the Company
**02/13/2018**      **OttO**    **EMAIL**   Reminder of Dispute to Business
**02/13/2018**      **WEB**     **BBB**     RECEIVE BUSINESS RESPONSE : Dear ▮▮▮▮▮ ,

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $199.99 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-208-2608

**02/14/2018**      **RN**      **EMAIL**   Forward Business response to Consumer
**02/14/2018**      **WEB**     **BBB**     DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)

I accept the company's response on face value only.

NTS IT CARE promises to "credit back" a full refund to me "within 5 working days."

If, within 5 working days, I do not find that amount refunded to my bank account, I will initiate another complaint through the Better Business Bureau.

"Within 5 working days" will be on, or before, February 22, 2018.

**02/15/2018**      **OttO**    **EMAIL**   Inform Business - Case Closed RESOLVED
**02/15/2018**      **OttO**    **BBB**     Case Closed RESOLVED
**02/20/2018**      **Otto**    **EMAIL**   Send Consumer Survey
**03/02/2018**      **TDT**     **EMAIL**   Send Consumer Survey Follow up Letter

McCool Attachment B - 122

**FTC-TRO-0291**

COMPLAINT # 484207

### COMPANY INFO

NAME:    **NTS IT Care Inc**
--------------------------------------------------------------------------------
----------------------

### CONSUMER INFO

NAME:

$ VALUE:    $229.99                                     FAX: -
--------------------------------------------------------------------------------
----------------------

### DETAILS

CONCERNING:  **Refund or Exchange Issues**

OPENED        09 May 2016                    CLOSE CODE: 500 - Beyond BBB Purview
CLOSED        09 May 2016                    CLOSED BY:  Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: This company hacked my computer and downloaded images onto my computer. They also tried force me to purchase additional software that cost $399.99 to clean my home network. I called my network provider and was told that this was a scam.  I paid this company $229.99 for service to monitor my computer and they took advantage of me when I could have purchased software for less to do the same thing.  They also will try to steal your information. They never gave me a contract just sent me the following email to look like I typed the message: To support@ntsitcare.com Mar 17 at 6:52 PMI                    would like to place an order to NTS IT care  for the below mentionedproduct and services. I  authorize NTS IT care (Independent Service Provider) to charge my Master Card ending with       for an amount of USD $229.99. I understand: 1.A 1 time amount of $100.00 will be charged towards the Software Installation,Computer Optimization and Tune Up.3.An amount of $129.99 will be charged towards 2 years support for item No 1 and ExtendedTechnical Support for 1 WINDOW computers and peripherals for 2 years. I understand that it?s a one-time charge and a non- renewable agreement and it will appear inmy card statement under the name of NTS  IT care .Regards,

DESIRED RESOLUTION:  DesiredSettlementID: Other (requires explanation)
This company needs to be investigated.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **05/04/2016** | **web** | **BBB** | Case Received by BBB |
| **05/09/2016** | **RN** | **BBB** | Case judged to be Out of BBB Purview |
| **05/09/2016** | **Otto** | **EMAIL** | Inform Consumer - Case Closed Out of Purview |
| **05/09/2016** | **Otto** | **MAIL** | Inform Business Beyond Scope |
| **05/09/2016** | **Otto** | **BBB** | Case Closed - OUT OF PURVIEW |

McCool Attachment B - 123

**FTC-TRO-0292**

COMPLAINT # 521328

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                          FAX: -

------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED       14 November 2016                CLOSE CODE: 110 - Resolved
CLOSED       28 November 2016                CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Falsely implying connection to microsoft, and that my computer had a fatal virus. Seeking full refund of $249.99.
On 11-11-2016 at approximately 1:00p.m. my computer had a popup alert stating that my computer had a virus and needed immediate service. It stated to call the number on the screen which was preceded by a micrsoft logo. I called the number and was a lityle taken back when it was answered NTS,but was assured by the woman on the other end that they were certified microsoft support and had been for the last 15 years. Her name was Elina, she asked to remotly access my computer to diagnose which virus I had. I let her do thay and aftef a few minuts she informed me that I had the Zuse virus and over 2,000 other breaches on my computer, and that my current girus protection from McAfee was not compatable with wondows 10. She said she would have to send me to one of the seinor tech to fix it,and informed me of the cost to get the proper microsoft firewall protection from them. $199 For one year or $249.99 For 2 years. I originally accepted the one l year but when I was transfered to the other tech (His name wad Samuel) Ivwas talked into the 2 year. He preceded to tell me how badly my computer was infected, and after my Mastercard payment of 249.99 went through he said I could hang up and he would call me when my computer was fixed in approximately an hour. I was told not to touch my computer durring this time. I went about my business and received a call at approximately 4:30 p.m. saying my computer was fixed and now safe to use. He asked me to try accessing the web and my email to make sure it was working properly. Anr when ai said it looked good he generated an email to himself with my electronic signature stating the service was satisfactory. I then went about my business thinking we had narrowly escaped a disaster. The next day my husband was telling his mom about it and she told him it had happened to someone she worked with and that it is a scam. Thats when I started looking at Microsoft forum's and found out that it is infact a scam and that there was really nothing wrong with my computer. And after reading the other complaints on the BBB sight I feel I was  taken in by the scam. I am requesting a full refund of 249.99 to my madtercard. We don't make alot of money and live paycheck to paycheck, the only reason I agreed to the service is that I was led to believe our personal information and banking information was at risk.

DESIRED RESOLUTION: I would like a full refund of $249.99 to my mastercard. I would also like this company to be prevented from doing this to anyone else.

BUSINESS RESPONSE: Dear

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As desired we have initiated the refund $150.00 and the amount will be credited back within 5 working days. ( refund receipt attached ).

McCool Attachment B - 124

**FTC-TRO-0293**

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760


DECISION:


ACTIVITY:


**11/13/2016**    **web**    **BBB**    Case Received by BBB
**11/14/2016**    **RN**    **BBB**    Case Reviewed by BBB
**11/14/2016**    **Otto**    **EMAIL**    Send Acknowledgement to Consumer
**11/14/2016**    **Otto**    **EMAIL**    Notify Business of Dispute
**11/22/2016**    **WEB**    **BBB**    RECEIVE BUSINESS RESPONSE : Dear ███████,
Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As desired we have initiated the refund $150.00 and the amount will be credited back within 5 working days. ( refund receipt attached ).
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760
**11/23/2016**    **RN**    **EMAIL**    Forward Business response to Consumer
**11/27/2016**    **WEB**    **BBB**    DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)
I accept the $150 refund as I am tired of talking to these people, I was back anf forth with them on the phone three times for over an hour just to get that much out of them. They scammed me and I am lucky to only lose $99. I have learned to not trust anyone, and I hope these people get shut down before they take anyone elese in with their scam!
**11/28/2016**    **OttO**    **EMAIL**    Inform Business - Case Closed RESOLVED
**11/28/2016**    **OttO**    **BBB**    Case Closed RESOLVED
**12/05/2016**    **TDT**    **EMAIL**    Send Consumer Survey

McCool Attachment B - 125

**FTC-TRO-0294**

COMPLAINT # 657545

**COMPANY INFO**

NAME:     **NTS IT Care Inc**
------------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:   ███████████████  ███████  ███████████
█████   ███████  █████┬
          █████  █████████████

$ VALUE:    $0.00                                        FAX: -
------------------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**
OPENED         19 November 2018              CLOSE CODE: 150 - Answered
CLOSED         13 December 2018              CLOSED BY:  Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: They hacked my computer to pretend it had a virus and then proceeded to convince me to pay them $150 to correct. This appears to be a scam.
They hacked my computer on 11/14 and presented a signal on my screen that suggested i had a virus and asked i call them pronto. The conversation suggested they were operating on behalf of Microsoft and offered to correct. The indication was that there would be no charge. They took control of my computer and  after the work they gave me the option of 1-3 trs protection. I chose the 1yr @$149.99. I have had 2 calls since but refused to talk. At my request the bank has canceled my card as of 11/15/18 and are sending me a new one. I want my money back and would like to see this operation subjected to a criminal investigation before others are hurt.

DESIRED RESOLUTION: Refund of $149.99 and investigation of the operation which appears to be shady and illegal.

BUSINESS RESPONSE: Dear ████████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $149.99 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:

| | | | |
|---|---|---|---|
| 11/16/2018 | web | BBB | Case Received by BBB |
| 11/19/2018 | RN | BBB | Case Reviewed by BBB |
| 11/19/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 11/19/2018 | Otto | EMAIL | Notify Business of Dispute |
| 11/22/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ██████, |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund $149.99 and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-208-2608

| 11/26/2018 | RN | EMAIL | Forward Business response to Consumer |
|---|---|---|---|
| 11/27/2018 | RN | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : In response |

to your Nov 26 Email, I have reviewed the email I received from NTS IT and find it to very self serving and incorrect. Why was their email titled "your Account update"?

Why was it blocked so I could not make a copy of the body, only the heading? Why do they refer to me as "Dear Customer"? The email states they contact only thru email.

I have received numerous emails and phone calls which they say they do not do. I have ignored the emails and when I have answered their phone calls the person calling speaks

with the same accent I heard during the hack on my computer. It is not solved to my satisfaction.

I suggest you go to the BBB Files on NTS IT Care Inc. for past history on this Co. At the time I went to this site there were 49 complaints against this Company.

Here is simply what occurred. They hacked into my computer while I was using it with an urgent message to call the number given to resolve a virus problem on my system.

The conversation was such that I was given the impression that NTS was operating on behalf of Microsoft at no charge. They took control of my computer and supposedly

removed the non existent virus. I was foolish enough to give them my credit card # to charge me $149.99. During this approximate hour I spoke with 4 people as follows;

Raul, Sam, Austen, and Harry in that order all of which spoke with a strong accent that suggested they were from INDIA.  As indicated in previous correspondence I have canceled the credit card.

Since the hack I have had several problems with my computer including programs removed. I am no expert on computers like my wife and she spent 2 hours today clearing up the

problems and restoring my program. These problems did not exist until the HACK. There is no evidence a virus existed.

Anything you can do to prevent this from happening to others would be nice. I, also would appreciate any help in retrieving my $149.99.

Thank you ██████████

| 11/29/2018 | RN | EMAIL | Forward Consumer Rebuttal to Business |
|---|---|---|---|
| 12/10/2018 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 12/10/2018 | NITE | BBB | Bureau judged complaint to be closed UNRESOLVED |
| 12/11/2018 | OttO | EMAIL | Inform Consumer - Case Closed UNRESOLVED |
| 12/11/2018 | OttO | EMAIL | Inform Business - Case Closed UNRESOLVED |
| 12/11/2018 | OttO | BBB | Case Closed UNRESOLVED |
| 12/13/2018 | RN | BBB | ReOpen the Complaint |
| 12/13/2018 | RN | BBB | CONSUMER REJECTS BUSINESS' FINAL OFFER : The bank has notified me that |

NTS IT has issued a credit to my account. Is what transpired on this transaction representative of the best BBB can do?

██████████

| 12/13/2018 | RN | BBB | Bureau Judged Case AJR |
|---|---|---|---|
| 12/13/2018 | Otto | EMAIL | Inform Consumer Case Closed Answered |
| 12/13/2018 | Otto | EMAIL | Inform Business - Case ADMINISTRATIVELY CLOSED |
| 12/13/2018 | Otto | BBB | Case ADMINISTRATIVELY CLOSED |
| 12/13/2018 | RN | BBB | MORE INFO RECEIVED FROM THE CONSUMER : I have received a credit from |

the offender and am satisfied. I am disappointed  that BBB can do no more than what they did.

The refund I received was the result of my filing a complaint with the bank that holds the account.

Thanks for your effort.

██████████

COMPLAINT # 604401

**COMPANY INFO**

NAME:     **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------
--------------------
**CONSUMER INFO**

NAME:     ███████████████     ██████ ████████
          ██████  ████████     ████████  █ █
                               ████  █████████
$ VALUE:     $0.00                              FAX: -
--------------------------------------------------------------------------------------------------
--------------------
**DETAILS**

CONCERNING:   **Billing or Collection Issues**

OPENED      01 March 2018            CLOSE CODE: 150 - Answered
CLOSED      22 March 2018            CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: Exactly what all other complaints about a pop up then bullied me into a $99.99 charge to clean my computer.  I found out my Windows were up to date  s
See all other complaints.  I called bank and blocked charge.

DESIRED RESOLUTION: Make sure they do not charge me.  When they started working on my computer I got on my iPad and saw these claims and closed my laptop so they could not do any harm.

BUSINESS RESPONSE: Dear ████████

We already informed you that your transaction dated Feb 27 2018 was cancelled on the same date as you disconnected the session and no work performed. (Receipt attached)

For further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-208-2608


DECISION:


ACTIVITY:


| 02/27/2018 | web | BBB | Case Received by BBB |
| 03/01/2018 | RN | BBB | Case Reviewed by BBB |
| 03/01/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 03/01/2018 | Otto | EMAIL | Notify Business of Dispute |
| 03/01/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ██████, |

We would like to inform you that your transaction dated Feb 27 2018 was cancelled on the same date as you disconnected the session and no work performed. (Receipt attached)
        For further clarifications you can always call or write to us at support@ntsitcare.com.
        Thank you,
        NTS Support Team
        844-208-2608

| 03/02/2018 | RN | EMAIL | Forward Business response to Consumer |
| 03/02/2018 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)
        On 3/1/18, when I turned on my computer, it opened to safe mode and would not let me do anything and the Desktop screen was locked.  I had to take it to an IT Expert Business to unlock it and restore it.  I would like my money returned to me as there was no problems with my computer at all until this was done.  The technician stated he will give details that my laptop was locked in safe mode when he received it and could see that NTS IT Care had input their logo's and website and had begun work on the computer.  The total charge was $160.00 and want it returned to me.  I am a Travel Nurse and all of my business is through my this laptop and I was shut down and not able to do my business.

| 03/05/2018 | RN | EMAIL | Forward Consumer Rebuttal to Business |

**03/14/2018**     **WEB**   **BBB**     RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear ▆▆▆▆▆ ,
As informed you on our previous letter there was no work performed on your computer as you have disconnected the remote access.

If something had gone wrong on your computer we are not liable for that as you have not taken any service from us neither we worked on your machine.

For further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-208-2608

**03/15/2018**     **RN**     **EMAIL**   Send Business' Rebuttal Response to Consumer

**03/15/2018**     **WEB**   **BBB**     CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.)

They had already charged me for the service and he was remotely working "IN MY LAPTOP." I asked him if he worked with Windows and he told me yes. So I believed him to work there. The company had charged me and while he was working on my computer, he told me not to close my laptop or turn off the computer. I got on my iPad and typed in the companies website and I instantly got the BBB website with all of the complaints against the NTS IT Care. It scared me terribly and I immediately closed my laptop and got on the phone with my bank. They confirmed that had just then received the charge. I explained what was happening, they looked up the website and saw the charges against them on the BBB and removed the charge. The bank told me that it was in their notes and that they could provide that information to the BBB. The business that unlocked and repaired my computer and removed all of the logo's from NTS IT Care already stated that it was stuck in Safe Mode and it was obvious because NTS had started adding adn deleting  info on my computer. I WANT MY MONEY BACK. Had he not gotten into my computer and caused the pop-up, I would not have lost precious time and information on my computer. I deserve my money back and if not, I will take them to court and it will cost them much more money.

**03/16/2018**     **RN**     **EMAIL**   Forward Consumer Rebuttal to Business

**03/16/2018**     **WEB**   **BBB**     RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear ▆▆▆▆▆
We already informed you that your transaction dated Feb 27 2018 was cancelled on the same date as you disconnected the session and no work performed. (Receipt attached)

For further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,

NTS Support Team

844-208-2608

**03/20/2018**     **RN**     **EMAIL**   Send Business' Rebuttal Response to Consumer

**03/20/2018**     **WEB**   **BBB**     CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.)

As I explained before, if they had not done anything to my computer while they had the access, HOW DID THEIR LOGO'S AND INFORMATION ABOUT THEM GET IN MY COMPUTER AND ON MY TASKBAR?? The IT company showed me that they had already begun deleting things and work had already been started and as stated in previous answers that they DID BEGIN WORKING IN MY COMPUTER but I had stopped the session by closing my laptop. Why would the very next day when I opened my computer would it not operate? Therefore, in order for me to be able to use my computer, I had to bring it to a professional to have it fixed and I want my money back. I do not trust someone/an entity who lies to me and bullies me into thinking I needed a service that I did not need. I want my money back that it cost me to repair it. I have already spoken with an attorney and if my money I spent to have it repaired is not returned, I will file suit also asking for attorney and court costs. You can have the money either sent to the BBB to send to me or you may send it to me directly and no more will be said regarding this matter.

**03/22/2018**     **RN**     **BBB**     Bureau Judged Case AJR

**03/22/2018**     **Otto**   **EMAIL**   Inform Consumer Case Closed Answered

**03/22/2018**     **Otto**   **EMAIL**   Inform Business - Case ADMINISTRATIVELY CLOSED

**03/22/2018**     **Otto**   **BBB**     Case ADMINISTRATIVELY CLOSED

McCool Attachment B - 129

**FTC-TRO-0298**

COMPLAINT # 547202

## COMPANY INFO

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------
----------------------

## CONSUMER INFO

NAME:   ███████████████████      ████████  ███████████
         ████████                         ████  ████████████
                                          ████  ████████████

$ VALUE:   $0.00                           FAX: -

------------------------------------------------------------------------------------------------------
----------------------

## DETAILS

CONCERNING:   **Sales Practice Issues**

OPENED        13 April 2017              CLOSE CODE: 600 - Letter of Experience - Info Only
CLOSED        13 April 2017              CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: My elderly mother received a pop up notice on her computer regarding a virus.  She was charged $235.99 for them to "fix" her computer
My elderly mother received a notice "voice" on her computer telling her she needed fix April 5,2017.  When I asked about it she told me they were very forceful and would not take no for an answer.  She has memory problems and ended up paying $235.99 to NTS Software for them to fix her computer.  When I called them to ask how they can get into her computer like that, they blew me off by saying her computer needed fixing and she signed off on waivers and agreements.  Also that the company has a great rating with the BBB.  I really don't know what happened because she really doesn't remember enough to walk me through it, but looking at the BBB website it sounds like the same issues have happened to others.  They claim they have fixed her issues for two more years.  I am concerned that this company just goes into peoples private computers and gets peoples money.

DESIRED RESOLUTION: Want others to be aware of this practice and have them not allowed to use this practice.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 04/11/2017 | web  | BBB   | Case Received by BBB |
| 04/13/2017 | RN   | BBB   | Case Determined to be INFO ONLY - No Wait |
| 04/13/2017 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 04/13/2017 | Otto | EMAIL | Inform Business of Case Closed INFO ONLY |
| 04/13/2017 | Otto | BBB   | Case Closed INFO ONLY |

COMPLAINT # 691927



## COMPANY INFO
NAME:   **NTS IT Care Inc**
-------------------------------------------------------------------------------------------
---------------------

## CONSUMER INFO
NAME:

$ VALUE:   $0.00                                          FAX: -
-------------------------------------------------------------------------------------------
---------------------

## DETAILS
CONCERNING:   **Refund or Exchange Issues**
OPENED        09 April 2019                    CLOSE CODE: 0 - Pending
CLOSED                                          CLOSED BY:
ENTERED BY:
ASSIGNED TO: Vanessa Seawright


NATURE OF DISPUTE: NTS David Roth bought $900 cards to fix computer-said would repay next day by check with repairman-not paid - not fixed - want refund

3/21/19 NTS David Roth, tech ID NTS786 phoned, said I had credit with his company (had paid $59.00 and $.99 12/24/18, Capital One card ▉▉▉▉▉▉▉▉▉▉ did computer need tuneup? I said it's running very slow. He agreed to tuneup and repair. I gave him control. He showed page which had many laptops with foreign IDs, said they were in my computer, said 91% controlled by them. He needed $400 gift cards to pay for securities to repair, would be refunded to me by check, with repairman scheduled to come next day. Gave me Google phone #408-600-2733 to confirm. Called, they confirmed. 3/22/2019 He purchased $400 gift cards,$250 & $150 from Best Buy on my Walmartmoneycard ▉▉▉▉▉▉▉▉. Then he said needed $2,500 more gift cards - would be refunded by check next day with repairman. I was desperate for repair. I was TOO trusting.I am wheelchair bound in Nursing Home with physical disabilities, here for life, had computers since 1982, can't stand being without, trusted he would repay. He bought $500 with Amazon, Hotels.com, on Capital One ▉▉▉▉▉▉▉▉ He tried for many hours each day for a week to purchase online gift cards with Apple, Target, ebay, Walmart.com, Drug Stores, Amazon and many others. They were pending and then denied. The companies said Capital One did not approve them. Each time David had me call Capital One. They said they approved them, that the companies cancelled or denied them. Over and over and over David pressured me to send my daughter out to buy them locally. I refused, knowing she would not do it. On afternoon of 3/28/19 someone took control of my computer -went out of site I was working on to my email. I called David, very upset with him. He said it was not him, was a hacker. He also took control, I was able to use again for an hour. After returning from dinner computer screen was black with only Windows 10 typed at top. I minimized, tried to use. Could not. Rebooted. Still black screen. Called David, said I had to use for several hours, please get off. Man said he was David's supervisor- that David had worked with me for over a week, he had other "paying customers"-since I would not send my daughter out in community to purchase $2,000.00 more gift cards and they had not been able to buy online, they "were through with me, would not be fixing my computer since I still owed $2,000.00". I asked him to please refund my my $900. He did not respond, he hung up. I called back, no answer. 3/29/2019 I called David's number 309-791-4140 3 times - no answer. No repairman has shown up. No checks have been given to me. Computer was down so I could not search for company phone numbers. Had to pay Best Buy $164.91 to repair computer and remove virus. 4/8/2019 Got NTS number, Called NTS number 866-763-1760, message says number has not been set up to receive calls.

DESIRED RESOLUTION:  Refund $400, 3/22/19 bought Best Buy giftcards,
     Walmartmoneycard ▉▉▉▉▉▉▉▉
Refund $500, 3/22/19 bought Motels.com (2)$250
     Amazon, Capital One ▉▉▉▉▉▉
Refund $59, 12/24/18 NTS IT CARE ▉▉▉▉▉▉
     ▉▉▉▉▉▉▉▉

Refund $.99 12/24/18 NTS IT CARE INC Internet
     Capital One ▉▉▉▉▉▉▉

McCool Attachment B - 131

**FTC-TRO-0300**

Refund $164.91 4/02/19 Best Buy Computer Repair
   Citi Advantage ███████████████
NTS IT CARE INC does not know about this CITI ADVANTAGE Credit Card. Please black this out if necessary and refund it to one of the other accounts-your choice.
TOTAL REFUND REQUESTED $1124.90

BUSINESS RESPONSE: Dear ██████

We would like to inform you that we do not call our customers for any payment or computer related issues.

We have only charged you $59.99 on December 20th 2018 via your Master Card for which you had authorized (Service Agreement Attached). We do not accept payments from any other method.

We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company, please report the number to local authorities including the numbers which you have mentioned 408-600-2733 & 309-791-4140. We believe these numbers are the Voip Service Numbers i.e. internet phone numbers.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-659-9899


DECISION:

ACTIVITY:

| 04/08/2019 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 04/09/2019 | VS | BBB | Case Reviewed by BBB |
| 04/09/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 04/09/2019 | Otto | EMAIL | Notify Business of Dispute |
| 04/24/2019 | OttO | BBB | No response to first notice to business |
| 04/24/2019 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 04/24/2019 | OttO | EMAIL | Reminder of Dispute to Business |
| 05/01/2019 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ██████ |

We would like to inform you that we do not call our customers for any payment or computer related issues.
We have only charged you $59.99 on December 20th 2018 via your Master Card for which you had authorized (Service Agreement Attached). We do not accept payments from any other method.
We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.
Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.
If you keep receiving phone calls claiming to be NTS IT Care or any other company, please report the number to local authorities including the numbers which you have mentioned 408-600-2733 & 309-791-4140. We believe these numbers are the Voip Service Numbers i.e. internet phone numbers.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
844-659-9899

| 05/01/2019 | VS | EMAIL | Forward Business response to Consumer |
|---|---|---|---|
| 05/05/2019 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)
It appears this business NTS IT CARE INC is saying that DAVID ROTH used voip service numbers and does not work for his company. However - he did not state that ROTH DOES NOT WORK FOR HIM. David called me (before I gave him permission to control my computer) and knew the specifics about me paying NTS for services in Dec. 2018. HOW DID HE KNOW THIS INFO? NTS says they sent alert emails. I never received 1 alert email. NTS said they don't ask for cash. David asked for gift cards purchases-not cash. In addition to checks for repayment the repairman was supposed to deliver, he was to deliver a new computer.

In your BBB complaints, there is one dated 8-31-18 that is similar-asked for play or gift cards and promised new computer. I don't need new computer but I do need reimbursement for the $900 gift cards, $164.91 computer repair.

Please continue to fight for my case as I can not afford to pay these credit card charges and interest.

Thank you for your time and considerations.

███████████████████

p

**05/06/2019     VS     BBB**     Forward Consumer Rebuttal to Business

McCool Attachment B - 133

**FTC-TRO-0302**

COMPLAINT # 513888

**COMPANY INFO**

NAME:     **NTS IT Care Inc**

--------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:     ███████████████     ████ ████ █████
          ██████ ████████████     ████ ████ █
                                  ███ ██████████████

$ VALUE:   $0.00                             FAX: -

--------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED     03 October 2016          CLOSE CODE: 150 - Answered
CLOSED     17 October 2016          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: I was led to believe my computer was under immediate threat, and persuaded that NTS IT Care was an authorized agent for Microsoft.
On May 27, 2016 at approximately 2:00PM I got a pop-up on my computer screen stating that my system had been hacked.  The message said I needed to call a toll free number: 1-866-763-1760. The pop-up had Microsoft format and logo misleading me to think  my computer required urgent software servicing lest my sensitive data be compromised.
After calling NTS IT Care I was told that they were a Microsoft-certified tech support firm located in Milpitas, CA, and that they were assigned by Microsoft to solve hacking problems.  A technician named Sanil Kumar explained that my computer was seriously infected with malware and viruses and at immediate risk of being hacked from Indonesia. Against my better judgement, I was strong-armed into believing my data was not secure.  He then proceeded to tell me remote access to my computers was required.  I was then transferred to a technician called Dustin, who advised me it would take several hours to "clear" all of the viruses.  I now fear my computer hard-drive may have been copied during this process and my system possibly bugged for remote access.  They offered a service charge of $554.00 to extend my coverage for three years, plus an additional $253.99 to license Norton Security Software.  I was told the Kasperski protection which I had was deficient and sold a Norton Anti-Virus protection for 3 of my computers, one Mac and two laptops.

Since July 2016, I have been constantly harassed with phone calls, as often as 4 times a week, from people (always Indian) claiming to be from NTS IT Care.  They appear to know details of my service contract.  Some of these calls have turned abusive once the caller is challenged.
Despite reporting this problem to NTS IT Care, no action has been taken.  The calls persist.  I suspect my contact details have been leaked or sold to other scam artists in India.  Or possibly stolen from NTS IT Care by former contractors.
NTS IT Care engages in fraudulent practices to acquire customers.  It is a scam operation that misrepresents itself as a Microsoft agent, but in reality remotely hi-jacks peoples' computers to scare unsuspecting customers into buying support services. They should be shut down.

DESIRED RESOLUTION: I want a FULL-REFUND.  I was deliberately misled to believe NTS IT Care is an authorized agent for Microsoft.  They are not.  I was deceived into believing I had viruses when in fact I believe NTS IT Care planted such viruses.  My fear is I may have unknowingly allowed NTS IT Care to have compromised my computer systems security and/or  copied data which it may use for fraudulent, malicious purposes.

BUSINESS RESPONSE: Dear █████████,

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

McCool Attachment B - 134

**FTC-TRO-0303**

We would also like to inform that we are nowhere associated with Microsoft, on the payment authorization email which you sent us on May 27 2016, it was clearly mentioned that you're making a payment to NTS IT Care (Independent Service Provider). Copy of the email is attached.

We sent scam alerts email to every customer informing about the kind of calls which customers usually receive to take the remote access of their computers and ask for more money. Also on September 1 2016 when you called us to inform that we have been receiving such calls, we have informed you to contact the local authorities as we do not call our customers for any payment or computer related issues.

As mentioned in the desired resolution that you would like to cancel your subscription with us, accordingly we have initiated the refund and the amount of $753.99 will be credited back into your Visa Card ending ███ ( $500.00 ) & ███ ( $253.99 ) within 5 business days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 09/29/2016 | web | BBB | Case Received by BBB |
| 10/03/2016 | RN | BBB | Case Reviewed by BBB |
| 10/03/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/03/2016 | Otto | EMAIL | Notify Business of Dispute |
| 10/04/2016 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ███ |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
We would also like to inform that we are nowhere associated with Microsoft, on the payment authorization email which you sent us on May 27 2016, it was clearly mentioned that you're making a payment to NTS IT Care (Independent Service Provider). Copy of the email is attached.
We sent scam alerts email to every customer informing about the kind of calls which customers usually receive to take the remote access of their computers and ask for more money. Also on September 1 2016 when you called us to inform that we have been receiving such calls, we have informed you to contact the local authorities as we do not call our customers for any payment or computer related issues.
As mentioned in the desired resolution that you would like to cancel your subscription with us, accordingly we have initiated the refund and the amount of $753.99 will be credited back into your Visa Card ending ███ ( $500.00 ) & ███ ( $253.99 ) within 5 business days.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760

| | | | |
|---|---|---|---|
| 10/06/2016 | RN | EMAIL | Forward Business response to Consumer |
| 10/17/2016 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 10/17/2016 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 10/17/2016 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 135

COMPLAINT # 680831

**COMPANY INFO**

NAME:  **NTS IT Care Inc**
------------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:   ██████  ████████████████  ████████  ███████
      ██████  ████████████████████  ████████  █  ███████
                              ████  ████████████████████████
$ VALUE:   $0.00                                      FAX: -
------------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:  **Refund or Exchange Issues**

OPENED        19 February 2019          CLOSE CODE: 150 - Answered
CLOSED        04 March 2019             CLOSED BY: OttOOtto
ENTERED BY:   Vanessa Seawright
ASSIGNED TO: Vanessa Seawright

NATURE OF DISPUTE: see attachment

DESIRED RESOLUTION:  see attachment

BUSINESS RESPONSE: Dear ██████

We would like to inform you that we do not call our customer for any payment or computer related issues.

We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.

Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the number to local authorities.

We have only charged you $99.99 on January 30th 2019 and as requested we have cancelled your transaction and the amount will be released with 48 hours. Transaction receipt attached.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 02/19/2019 | VS | BBB | Case Received by BBB |
| 02/19/2019 | VS | BBB | CASE REVIEWED BY BBB : ***See Attach*** |
| 02/19/2019 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 02/19/2019 | Otto | EMAIL | Notify Business of Dispute |
| 02/19/2019 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ██████, |

We would like to inform you that we do not call our customer for any payment or computer related issues.
        We have sent alerts email to every customer informing about the kind of scam calls which customers may receive to take the remote access of their computers and ask for more money.
        Please do not share the access of your computer to anyone, if you are facing any issues you can call us on the below mentioned number as we will help you on that.

McCool Attachment B - 136

**FTC-TRO-0305**

If you keep receiving phone calls claiming to be NTS IT Care or any other company please report the number to local authorities.

We have only charged you $99.99 on January 30th 2019 and as requested we have cancelled your transaction and the amount will be released with 48 hours. Transaction receipt attached.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

844-208-2608

| | | | |
|---|---|---|---|
| **02/19/2019** | **VS** | **EMAIL** | Forward Business response to Consumer |
| **03/04/2019** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **03/04/2019** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **03/04/2019** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 137

**FTC-TRO-0306**

COMPLAINT # 522369

## COMPANY INFO

NAME:    **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------

## CONSUMER INFO

NAME:

$ VALUE:    $0.00    FAX: -

------------------------------------------------------------------------------------------------------------

## DETAILS

CONCERNING:    **Sales Practice Issues**

OPENED    21 November 2016    CLOSE CODE: 600 - Letter of Experience - Info Only

CLOSED    21 November 2016    CLOSED BY: Raquel Negrete

ENTERED BY:

ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: A malicious ad popped up on my mothers computer advising her to contact them to have it resolved via their "Tech Support".
On 11-18-2016, a malicious ad popped up on my mothers computer that would not go away. The ad stated that my mother would need to contact the phone number 1-877-490-6709 to have the issue resolved. When she did, she spoke to both a Mac and a Jordan who stated she would need to pay $299 to have the issue resolved which she immediately declined. They then offered to fix it as a one time charge of $99.99 which she paid reluctantly because the computer was otherwise nonfunctional, or so it seemed. He then told her to put her phone on speakerphone and step away from the computer while he remote accessed her computer and worked on "Resolving" said issue. She did not. She remained at the computer long enough to see him going into her browser and downloading a FREE software "Antivirus" program to "Fix" an issue that did not exist. He THEN proceeded to send an email from her account stating she authorized him to charge her for this specialized software which would fix her issue, then he sent another to himself stating the customer service experience was "The Best" and how "Helpful" he was. When She told me about this, I immediately contacted our bank and put a stop on the payment for the $99.99, then called their tech support number which I remained on hold for a good 30 minutes before hanging up. 20 minutes later, "Mac" called back to speak with my mother, but I advised him that we would not be paying for his services, and he went on some long explanation about why he had to do what he did. I work and have worked in Technical Support for AT&T for YEARS so I know better. I asked him what kind of virus would then provide a phone number to call to get said virus OFF of the computer and he got rude with me. I told him we would be contacting our banking institution to stop payment and report them as fraudulent, and he got even more rude with his responses, saying I didn't need to do that and that I would need to speak with his billing department. I told him I didn't need to speak with ANYone because I'd already contacted the bank and stopped the payment AND reported them for Fraud, at which point he got upset and hung up on me. I blocked their phone number right then and there, and am now filing this complaint.

DESIRED RESOLUTION: I already contacted the bank to put a stop payment on the $99.99 charge, as well as canceling the debit card information they got from my mother, and issuing a new card. I will be monitoring the account for the next few days and if I do see that charge still pull from her checking account, I will be demanding that $99.99 back immediately.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 11/18/2016 | web | BBB | Case Received by BBB |
| 11/21/2016 | RN | BBB | Case Determined to be INFO ONLY - No Wait |
| 11/21/2016 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 11/21/2016 | Otto | EMAIL | Inform Business of Case Closed INFO ONLY |
| 11/21/2016 | Otto | BBB | Case Closed INFO ONLY |
| 11/22/2016 | | BBB | MORE INFO RECEIVED FROM THE BUSINESS : Dear ▮▮▮▮ , |

McCool Attachment B - 138

**FTC-TRO-0307**

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

We would request you to kindly share account holder's details (Your Mother's Name and Email Address or the Last 4 digits of the card) in order for us to refund the amount.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,

NTS Support Team

877-490-6709

866-763-1760

McCool Attachment B - 139

**FTC-TRO-0308**

COMPLAINT # 522687

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

-----------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                                FAX: -

-----------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED       23 November 2016          CLOSE CODE: 110 - Resolved
CLOSED       06 December 2016          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: They used malware to lock my computer and then charged me $289.00 to fix it.
On Mon., Nov. 21, 2016, my computer received malware which locked my computer and which looked like it came from Microsoft. It said that my computer had a virus gave a number to call (1-877-490-6709) to get it fixed. They gained access to my computer and then said It would take 80-90 minutes and a fee of $289 to fix it.

DESIRED RESOLUTION: I want a full refund, and I would like to see them investigated for fraud.

BUSINESS RESPONSE: Dear         ,

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

We would like to clarify this again that we did not lock your computer. We are an online technical support company and we fix any software related issues on Windows or Mac computers.

As per your discussion with our representative, you initially paid an amount of $289.99.
Then you contacted us and expressed your inability to continue with the service and the plan, to which you agreed for a refund of $190.00 and to pay $99.99 as a One Time Fix. (Copy of email confirming the same attached).

However, now you have expressed your desire to cancel the service fully, accordingly we being a customer centric organization, are refunding the balance amount of $99.99 and cancelling your subscription. (refund receipt attached).

Hope this settles it, for any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **11/21/2016** | **web** | **BBB** | Case Received by BBB |
| **11/23/2016** | **RN** | **BBB** | Case Reviewed by BBB |

McCool Attachment B - 140

**FTC-TRO-0309**

**11/23/2016**    **Otto**    **EMAIL**    Send Acknowledgement to Consumer
**11/23/2016**    **Otto**    **EMAIL**    Notify Business of Dispute
**11/24/2016**    **WEB    BBB**    RECEIVE BUSINESS RESPONSE : Dea ████████,
Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As desired we have initiated the refund $190.00 and the amount will be credited back within 5 working days. (Refund receipt attached).
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760
**11/30/2016**    **OttO**    **EMAIL**    Forward Business response to Consumer
**11/30/2016**    **WEB    BBB**    BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The consumer indicated he/she DID NOT accept the response from the business.)
While they did say they would refund the "warranty" fee, they did not admit they caused the computer to lock up in the first place and then have still charged $99.00 to "fix" it.
**11/30/2016**    **VA**    **EMAIL**    Forward Consumer Rebuttal to Business
**12/03/2016**    **WEB    BBB**    RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear ████████
Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
We would like to clarify this again that we did not lock your computer. We are an online technical support company and we fix any software related issues on Windows or Mac computers.
As per your discussion with our representative, you initially paid an amount of $289.99.
Then you contacted us and expressed your inability to continue with the service and the plan, to which you agreed for a refund of $190.00 and to pay $99.99 as a One Time Fix. (Copy of email confirming the same attached).
However, now you have expressed your desire to cancel the service fully, accordingly we being a customer centric organization, are refunding the balance amount of $99.99 and cancelling your subscription. (refund receipt attached).
Hope this settles it, for any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760
**12/05/2016**    **RN**    **EMAIL**    Send Business' Rebuttal Response to Consumer
**12/05/2016**    **WEB    BBB**    DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)
While they still deny any wrongdoing on their part, they have at least agreed to refund the total amount they charged, so I accept the resolution.
**12/06/2016**    **OttO**    **EMAIL**    Inform Business - Case Closed RESOLVED
**12/06/2016**    **OttO**    **BBB**    Case Closed RESOLVED
**12/12/2016**    **TDT**    **EMAIL**    Send Consumer Survey
**12/16/2016**    **TDT**    **EMAIL**    Send Consumer Survey Follow up Letter

COMPLAINT # 540934

**COMPANY INFO**

NAME:     **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                                                    FAX: -
--------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**

OPENED      06 March 2017                      CLOSE CODE: 600 - Letter of Experience - Info Only
CLOSED      06 March 2017                      CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Taking over my computer with a message that said I had a virus and to call the number on the screen.
On Feb. 27,2017 I had a error box appear on my computer screen about having a virus and to call the number on the screen.  I rebooted the computer several times before calling.  Message would always come back.  I allowed them access to computer to which they installed malwarebytes anti-malware program to which I did not agree to.  After this had run it showed that there were no attacks on my computer.  I don't believe they realized I saw this.  Then proceeded to want to charge me 149.99 to fix and one year service.  I initially agreed to this but when they told me I had to call and tell my credit card company to allow the charge I got suspicious.  I told them I would call them after the work was done and working again.  they would not do anything until I called the credit card company. I once again told them I was not doing it.  I told them they were trying to scam me which got them very upset.  I talked to three different people all trying to get me to call my credit card to okay funds. I eventually just disconnected with them and then called the credit card company and found out it was pinged as fraudulent charge and then was told they first charged .99 then when that went through the did the rest of the 149.00 to which I had to okay.  I was dealing with a gentleman named Robert Cloud who stated he was a level 3 tech with Microsoft.  The phone number was 1-844-208-2608 ext. 504.  Ever since I disconnected from them my computer has never had an issue.  They were telling me I had no firewall up and showed me a box.  I found that same box that stated I do have a firewall up and running. They also tried to tell me I had malware from Amazon on my computer.  So they are putting fake information up on computer screens to get people to pay them.  So deceptive sales practices is their main problem.  If I were to call them for issues it may have been different but they basically stole my computer with their program and were scamming me for money to fix something that wasn't there.

DESIRED RESOLUTION: No resolution required as I gave them no money just wanted to let people and the BBB know that they are not an honest and trustworthy company.

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 03/03/2017 | web | BBB | Case Received by BBB |
| 03/06/2017 | RN | BBB | Case Determined to be INFO ONLY - No Wait |
| 03/06/2017 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 03/06/2017 | Otto | EMAIL | Inform Business of Case Closed INFO ONLY |
| 03/06/2017 | Otto | BBB | Case Closed INFO ONLY |

McCool Attachment B - 142

**FTC-TRO-0311**

COMPLAINT # 517359

**COMPANY INFO**
NAME:    **NTS IT Care Inc**
------------------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**
NAME:

$ VALUE:    $0.00                                                    FAX: -
------------------------------------------------------------------------------------------------------------------------------------------

**DETAILS**
CONCERNING:  **Refund or Exchange Issues**
OPENED        21 October 2016                 CLOSE CODE: 120 - Unresolved
CLOSED        22 November 2016               CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: NTS IT Care contacted me re: 3 years of computer support for a new laptop and an existing computer. I told them I already had a service/return policy.
On 10/10/16, I was contacted by this company, NTS IT CARE, and they wanted to talk about the 3-yr IT service plan for my new laptop and desktop. I was confused and told them I already had that service, and we had decided the laptop needed to just be sent back for a hardware issue. (I bought that laptop on QVC and have a 2 year Square Trade return policy.) In the course of the conversation, I was transferred to different people multiple times, and they were over the top friendly and all over the place with the reason they needed information from me. When one of them asked me how old I was, I started getting suspicious. At this point, I thought I was still talking about my original service agreement, and by the time it was said and done, I'd been on the phone for a long time, wasn't sure who said what or why I was being billed. I was told a charge of $499.99 was being taken directly from my checking account the next day. I got off the phone and was more confused by the maneuverings and why my original service agreement wasn't already taken care of. After the call, I began to be concerned that I had been taken advantage of, and I sent an email to the company explaining that I didn't want or need additional IT support, and I expected to cancel and receive a refund. All I got was an email telling me to call the billing department. I was not going to get on that merry-go-round again. On 10/19, I got my MasterCard bill with 2 more charges dated 10/12. One was 299.99 and the other was 400.00. So I am out over $1000.00. I could have purchased new computers for that. It's not a question of buyer's remorse. I feel that I have been the victim of elder abuse I may never get my money but I'd like to know how these people get into your information, talk you into remote sharing your computer, and bill you without ever producing a document that explained the charges. This is not acceptable, and I'm not even sure this company really exists in California.

DESIRED RESOLUTION: A full refund and no further contact from the company.

BUSINESS RESPONSE: Dear

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As requested we have initiated the refund and the amount will be credited back within 5 working days.

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

McCool Attachment B - 143

**FTC-TRO-0312**

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **10/19/2016** | **web** | **BBB** | Case Received by BBB |
| **10/21/2016** | **RN** | **BBB** | Case Reviewed by BBB |
| **10/21/2016** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **10/21/2016** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **10/31/2016** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE : Dear ████ |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As requested we have initiated the refund and the amount will be credited back within 5 working days.
For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760

| | | | |
|---|---|---|---|
| **11/07/2016** | **OttO** | **EMAIL** | Forward Business response to Consumer |
| **11/08/2016** | **WEB** | **BBB** | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

It has been more than the quoted 5 business days, and while I received the expected credit to my card within that time, I did NOT receive the refund of $499.99 to my checking account. I sent an email to the company with that information to allow the company time to respond, but did not receive a response and am still expecting the full amount of credit, including the transfer from my checking account.

| | | | |
|---|---|---|---|
| **11/09/2016** | **RN** | **EMAIL** | Forward Consumer Rebuttal to Business |
| **11/21/2016** | **OttO** | **BBB** | No Response from Business re: Consumer Rebuttal |
| **11/21/2016** | **NITE** | **BBB** | Bureau judged complaint to be closed UNRESOLVED |
| **11/22/2016** | **OttO** | **EMAIL** | Inform Consumer - Case Closed UNRESOLVED |
| **11/22/2016** | **OttO** | **EMAIL** | Inform Business - Case Closed UNRESOLVED |
| **11/22/2016** | **OttO** | **BBB** | Case Closed UNRESOLVED |

McCool Attachment B - 144

**FTC-TRO-0313**

COMPLAINT # 595819

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

-------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:   ███████████

$ VALUE:   $0.00                                                    FAX: -

-------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:  **Refund or Exchange Issues**

OPENED        18 January 2018            CLOSE CODE: 150 - Answered
CLOSED        26 February 2018          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: company deceptively convinced me to purchase a service contract for my computer using high-pressure tactics.
On August 25, 2017, late morning, my computer started making very loud,irritating noises that I didn't know how to stop.  A message appeared on the screen directing me to call a number for help.  I called the number and spoke with Ryan Thompson who told me I needed a firewall for my computer and that my other safety programs were not necessary. He claimed that Microsoft had subcontracted with NTS IT to resolve this issue and there were subcontractors all over the country who were taking care of this problem.  We were able to talk on-line and he was able to see what was on my screen. After a considerable time, he indicated that my computer was now fine and I should cancel my other services.  I agreed to a 3 year contract at $329.99.  I immediately received a receipt with my computerized signature on it. (time dated:2017-08-25 12:21:22-07000
Subsequently, I have learned that the company NTS, while appearing to be legitimate, has had several complaints similar to mine.  Today, (1/16/2018) I went on the NTS website and filled out a "contact me" form stating I expected a refund from them because of the deceitful, pressured sales pitch I received.

The papers I originally received indicated a phone number of 844.208.2608.
Document reference #ID4GI9I6SL4677EIAZZK4I
PARTY ID:BLMPTGIT8LTTPWL5UT4J75
IP ADDRESS: ███████████

DESIRED RESOLUTION:  -Refund of $329.99
-Cancellation of services
-Removal of all identifying information on me from their records

BUSINESS RESPONSE: Dear ███████

We would like to inform you that with your consent we have provided you with the subscription of 3 years of Online Technical Support and paid us $329.99 on 25-08-2017. We have only given you the option to subscribe for our services. You took the decision to go ahead with the same. We have not pressurized you by any means; you had a choice to take your computer to a local store.

We regret to inform you that to initiate any refund would not be possible as there's a company policy to refund within 30days of subscription.

We would also like to clarify that we do keep any personal details of the customers

We are going to put your account on DND (Do not Disturb) for no further communication either on phone or on your email address from us.

For further clarifications you can always call or write to us at support@ntsitcare.com.

McCool Attachment B - 145

**FTC-TRO-0314**

Thank you,
NTS Support Team
844-208-2608


DECISION:

ACTIVITY:

| Date | | | |
|---|---|---|---|
| 01/16/2018 | web | BBB | Case Received by BBB |
| 01/18/2018 | RN | BBB | Case Reviewed by BBB |
| 01/18/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 01/18/2018 | Otto | EMAIL | Notify Business of Dispute |
| 02/02/2018 | OttO | BBB | No response to first notice to business |
| 02/02/2018 | OttO | EMAIL | Consumer - Have You Heard From the Company |
| 02/02/2018 | OttO | EMAIL | Reminder of Dispute to Business |
| 02/13/2018 | OttO | BBB | Inform Consumer No Response from Business |
| 02/13/2018 | OttO | EMAIL | Inform Consumer - Case Closed UNANSWERED |
| 02/13/2018 | OttO | EMAIL | Inform Business - Case Closed UNANSWERED |
| 02/13/2018 | OttO | BBB | Case Closed - UNANSWERED |
| 02/14/2018 | RN | BBB | ReOpen the Complaint |
| 02/14/2018 | RN | BBB | RECEIVE BUSINESS RESPONSE : Dear ███ |

We would like to inform you that with your consent we have provided you with the subscription of 3 years of Online Technical Support and paid us $329.99 on 25-08-2017. We have only given you the option to subscribe for our services. You took the decision to go ahead with the same. We have not pressurized you by any means; you had a choice to take your computer to a local store.

We regret to inform you that to initiate any refund would not be possible as there's a company policy to refund within 30days of subscription.

We would also like to clarify that we do keep any personal details of the customers

We are going to put your account on DND (Do not Disturb) for no further communication either on phone or on your email address from us.

For further clarifications you can always call or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-208-2608

| | | | |
|---|---|---|---|
| 02/15/2018 | RN | EMAIL | Forward Business response to Consumer |
| 02/26/2018 | OttO | BBB | No Consumer Response- Assumed Resolved with Letter |
| 02/26/2018 | OttO | EMAIL | Inform Business - Case Closed ASSUMED RESOLVED |
| 02/26/2018 | OttO | BBB | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 146

**FTC-TRO-0315**

COMPLAINT # 514174

**COMPANY INFO**

NAME:    **NTS IT Care Inc**
--------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:

$ VALUE:    $0.00                                    FAX: -
--------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED         03 October 2016              CLOSE CODE: 110 - Resolved
CLOSED         06 October 2016              CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: Unsolicited hack of computer for gaining customer
Complaint
On September 28, 2016 my computer was attacked or hacked by NTS IT Care.  The hack locked up my computer to where I could not delete or close the memo that had appeared on the screen.  This was also accompanied by very loud claxon type beeps on the speakers.  The only action available was to call the number shown in the body of the memo in order to get everything unlocked.  The memo appeared to be from or in the format of a Microsoft memo, so I was not thinking of it as dangerous.  After calling the number, I was misled to believe that my computer contained many viruses.  The person on the phone provided screens supposedly showing these viruses.  He offered to get them cleared from my computer and took control of my computer to do so.  I was then connected with another person who convinced me to agree to charges of $399.99 for  a three agreement for services that I later found out was a scam .  I do not appreciate being scammed and hacked to gain a customer by this company and have demanded a refund of my money.  I say that this was a hack of my computer, because the computer was just idling while I was involved in another task off the computer when it occurred.
I later that day, after I regained the control of my computer, I called the Microsoft support and advised them of what had occurred and was told that it was a scam.  Microsoft personnel checked my computer and cleared all items they found relating to NTS IT Care.  It cost me a fee for a one year service agreement to get this done.  I also called the credit card company to ask them to cancel the charge by NTS IT CARE, but was told that the charge had already been made and that they could not do anything with it until it had been posted .  I assume they meant posted for billing.
NTS IT CARE personnel contacted me by phone on September 29, 2016 as a follow up to their performing the actions with my computer. At that time I asked the person on the phone to cancel all services and agreements made the previous day and refund my money.  That person then connected me with a supervisor who tried again to convince me to retain their services, which I refused and demanded my money be refunded.  He told me that they had done work on my computer and would retain a service fee for that work.  He ad vised that this fee would be $149.99 and they would refund $250.00 to my charge card by Wednesday of next week.  They then sent me an email to that effect, asking me to acknowledge receipt of the email, which I did.
I will wait to see if it is posted to my card as promised. Otherwise I will ask for BBB assistance.


DESIRED RESOLUTION: Cancelation of any services and refund .

BUSINESS RESPONSE:   Dear          ,

Greetings for the day

McCool Attachment B - 147

**FTC-TRO-0316**

As per our discussion on September 29 2016 we have processed a refund of $250.00 and we have cancelled the subscription. The amount will be credited into your card within 2 business days.

For further clarification you can call or email us on support@ntsitcare.com.


Regards
NTS Support Team
877-490-6709
866-763-1760

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| **09/30/2016** | **web** | **BBB** | Case Received by BBB |
| **10/03/2016** | **RN** | **BBB** | Case Reviewed by BBB |
| **10/03/2016** | **Otto** | **EMAIL** | Send Acknowledgement to Consumer |
| **10/03/2016** | **Otto** | **EMAIL** | Notify Business of Dispute |
| **10/04/2016** | **WEB** | **BBB** | RECEIVE BUSINESS RESPONSE :  Dear████, |

Greetings for the day
As per our discussion on September 29 2016 we have processed a refund of $250.00 and we have cancelled the subscription. The amount will be credited into your card within 2 business days.
For further clarification you can call or email us on support@ntsitcare.com.
Regards
NTS Support Team
877-490-6709
866-763-1760

| | | | |
|---|---|---|---|
| **10/06/2016** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **10/06/2016** | **WEB** | **BBB** | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.) |

I responded to their email that I had received it.  Before that I had already filed a challenge for the charge to my credit card company. The credit card company will be challenging the non refunded remainder of the charge that was made to the card.

| | | | |
|---|---|---|---|
| **10/06/2016** | **OttO** | **EMAIL** | Inform Business - Case Closed RESOLVED |
| **10/06/2016** | **OttO** | **BBB** | Case Closed RESOLVED |
| **10/11/2016** | **TDT** | **EMAIL** | Send Consumer Survey |

COMPLAINT # 513609

**COMPANY INFO**

NAME:   **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                                                                   FAX: -

----------------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING:   **Sales Practice Issues**

OPENED          29 September 2016                          CLOSE CODE: 110 - Resolved
CLOSED          11 October 2016                               CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: The d---- pop-up that held my computer captive. The lack of understanding what I was trying to tell them.

Problem date 09/27,purchase date: same. Total purchase was $249.00 for two years of stuff. Their techs BARELY understand English and I could not get points across to them!

DESIRED RESOLUTION: Cease and desist snagging unsuspecting people with those pop ups that hold the computer hostage. I'm not even sure that the data that was "from my computer" shown to me on my computer was real.

BUSINESS RESPONSE: Dear

Greetings from NTS IT CARE

Thank you for sharing your concern, It has come to our attention that you have certain queries with our services and you are not satisfied with the services.

We are a customer centric organization and we value the feedback of every customer.

We would like to inform you that we tried contacting you on :                         but were unable to reach you.

However, if you are of the opinion that something more needs to be discussed regarding the services, please call us at the numbers listed below or reply on support@btsitcare.com with a suitable time to contact you again to provide the resolution of your query/ complaint.

Thanks for all your time and patience.

Best Regards
NTS Support.
877-490-6709
866-763-1760


DECISION:


ACTIVITY:


| 09/28/2016 | web | BBB | Case Received by BBB |
| 09/29/2016 | RN | BBB | Case Reviewed by BBB |
| 09/29/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 09/29/2016 | Otto | EMAIL | Notify Business of Dispute |

McCool Attachment B - 149

**FTC-TRO-0318**

**10/06/2016      WEB   BBB      RECEIVE BUSINESS RESPONSE : Dear ███████ ,
Greetings from NTS IT CARE

Thank you for sharing your concern, It has come to our attention that you have certain queries with our services and you are not satisfied with the services.

We are a customer centric organization and we value the feedback of every customer.

We would like to inform you that we tried contacting you on : ██████████  but were unable to reach you.

However, if you are of the opinion that something more needs to be discussed regarding the services, please call us at the numbers listed below or reply on support@btsitcare.com with a suitable time to contact you again to provide the resolution of your query/ complaint.

Thanks for all your time and patience.

Best Regards
NTS Support.
877-490-6709
866-763-1760
**10/10/2016      RN      EMAIL**  Forward Business response to Consumer
**10/11/2016      WEB   BBB**      DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)
**10/11/2016      OttO   EMAIL**  Inform Business - Case Closed RESOLVED
**10/11/2016      OttO   BBB**      Case Closed RESOLVED
**10/17/2016      TDT    EMAIL**  Send Consumer Survey

COMPLAINT # 603527

**COMPANY INFO**

NAME:   **NTS IT Care Inc**
--------------------------------------------------------------------------------------------------------------------------
**CONSUMER INFO**

NAME:

$ VALUE:   $0.00                                         FAX: -
--------------------------------------------------------------------------------------------------------------------------
**DETAILS**

CONCERNING: **Refund or Exchange Issues**

OPENED      23 February 2018              CLOSE CODE: 200 - Unanswered
CLOSED      23 March 2018                 CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: "Please see attached document"

DESIRED RESOLUTION:

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 02/21/2018 | **LCG** | **BBB** | Case Received by BBB |
| 02/21/2018 | **LCG** | **BBB** | Forward to Another BBB - OTTO |
| 02/21/2018 | **Otto** | **BBB** | Inform Consumer Case Transferred to Another BBB |
| 02/21/2018 | **Otto** | **EMAIL** | Inform other BBB Case Transferred |
| 02/21/2018 | **Otto** | **BBB** | Case Closed as TRANSFERRED to another BBB |
| 02/23/2018 | **BBB** | **BBB** | Case Received by BBB |
| 02/23/2018 | **RN** | **BBB** | Case Reviewed by BBB |
| 02/23/2018 | **Otto** | **MAIL** | Send Acknowledgement to Consumer |
| 02/23/2018 | **Otto** | **EMAIL** | Notify Business of Dispute |
| 03/08/2018 | **RN** | **BBB** | MORE INFO RECEIVED FROM THE CONSUMER : *** See Attachments*** |
| 03/08/2018 | **RN** | **BBB** | MORE INFO RECEIVED FROM THE CONSUMER : *** See Attachments*** |
| 03/12/2018 | **OttO** | **BBB** | No response to first notice to business |
| 03/12/2018 | **OttO** | **MAIL** | Consumer - Have You Heard From the Company |
| 03/12/2018 | **OttO** | **EMAIL** | Reminder of Dispute to Business |
| 03/23/2018 | **OttO** | **BBB** | Inform Consumer No Response from Business |
| 03/23/2018 | **OttO** | **MAIL** | Inform Consumer - Case Closed UNANSWERED |
| 03/23/2018 | **OttO** | **EMAIL** | Inform Business - Case Closed UNANSWERED |
| 03/23/2018 | **OttO** | **BBB** | Case Closed - UNANSWERED |
| 03/29/2018 | **RN** | **BBB** | MORE INFO RECEIVED FROM THE CONSUMER : ** See Attachments** |
| 04/03/2018 | **RN** | **BBB** | MORE INFO RECEIVED FROM THE CONSUMER : *** See Attachments*** |
| 05/08/2018 | **RN** | **BBB** | MORE INFO RECEIVED FROM THE CONSUMER : ** See Attachments** |
| 06/21/2018 | **RN** | **BBB** | MORE INFO RECEIVED FROM THE CONSUMER : *** See Attachments*** |
| 09/28/2018 | **RN** | **BBB** | MORE INFO RECEIVED FROM THE CONSUMER : *** See Attachments*** |

McCool Attachment B - 151

**FTC-TRO-0320**

COMPLAINT # 648557

**COMPANY INFO**

NAME:        **NTS IT Care Inc**
------------------------------------------------------------------------------------------------
-----------------------

**CONSUMER INFO**

NAME:     ███████████████   ████ ██ █████
          █████               ████████  █
          ███████████         █
                              ████ ███████████████

$ VALUE:    $0.00                          FAX: -
------------------------------------------------------------------------------------------------
-----------------------

**DETAILS**

CONCERNING:  **Sales Practice Issues**
OPENED      08 October 2018              CLOSE CODE: 110 - Resolved
CLOSED      10 October 2018              CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: NTS IMPLIED THEY DID TECH SERVICE FOR MICROSOFT.THEY USED MY BROWSER TO DISPLAY MSG MY COMPUTER WAS HACKED AND TO CALL THEIR NUMBER TO RESOLVE.$300. $ 10/2/2018 MY COMPUTER DISPLAYED WINDOW WITH MSG MY COMPUTER HACK. CANNOT DO ANYTHING. CALL DISPLAYED NUMBER FOR SERVICE.I DID AND REP VIK SAID MY MACHINE WAS HACKED AND NEEDED TO BE REPAIRED.I LET VIK SIGN ON . 5 MIN HE HAD FIXED AS I BELIEVE IT WAS NOT HACKED BUT NTS HAD USED FACEBOOK TO PUT THEIR PROBLREM ON MY MACHINE. THEN HE SOLD ME 4300. SERVICE AGREEMENT FOR 2 YEARS.CHECKING THE INTERNET TODAY 19/03 I FIND THEY DO THIS ALOT TO GENERATE BUSINESS. I CALLED TO CANCEL AND GET REFUND.

DESIRED RESOLUTION: FULL REFUND OF MY %300. NTS BILLING SAY THEY WANT $130.00 FOR PROBLEM THEY FIXED. i WANT FULL $300.REFUND AS THEY NEVER MENTION ANY FEE FOR REPAIRING 10/02 PROBLEM.

BUSINESS RESPONSE: Dear ████████,

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

As requested we have cancelled the transaction of $300.00 and the amount will be released within 3 working days, you can check with the bank.

Please find the attached receipt of the charge and also email confirming the same. Hence the complaint stands resolved.

Thanks,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 10/03/2018 | web | BBB | Case Received by BBB |
| 10/08/2018 | RN | BBB | Case Reviewed by BBB |
| 10/08/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/08/2018 | Otto | EMAIL | Notify Business of Dispute |
| 10/08/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ████████ |

   Thank you for sharing your concern and notifying us that you are not satisfied with our services.
   As requested we have cancelled the transaction of $300.00 and the amount will be released within 3 working days, you can check with the bank.
   Please find the attached receipt of the charge and also email confirming the same. Hence the complaint stands resolved.
   Thanks,

McCool Attachment B - 152

**FTC-TRO-0321**

NTS Support Team
844-208-2608

**10/10/2018**     **RN**     **EMAIL**     Forward Business response to Consumer
**10/10/2018**     **WEB**   **BBB**        DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she
ACCEPTED the response from the business.)
**10/10/2018**     **OttO**   **EMAIL**     Inform Business - Case Closed RESOLVED
**10/10/2018**     **OttO**   **BBB**       Case Closed RESOLVED
**10/16/2018**     **Otto**   **EMAIL**     Send Consumer Survey

McCool Attachment B - 153

**FTC-TRO-0322**

COMPLAINT # 647925

**COMPANY INFO**

NAME:    **NTS IT Care Inc**
----------------------------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ███████████████     ███████  ████████████
      ███████             ███████ █
                          ████ █████████████████

$ VALUE:    $0.00                                    FAX: -
----------------------------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Advertising Issues**

OPENED      03 October 2018          CLOSE CODE: 150 - Answered
CLOSED      29 October 2018          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: These company called NTS IT CARE, I was on my computer about 2 weeks ago. And I had a pop up saying that you have a virus on your computer along with a number to call and they will clean my computer for 75 dollars. So someone told me that they were a scammers, so they were calling for payment which I didn't do. So I goes to turn my computer on and they have shut it off we're I can't cut it on. What do I need to do!


DESIRED RESOLUTION: DesiredSettlementID: Repair
Cut my computer back on!!!!

BUSINESS RESPONSE: Dear ████████

We have checked our records and found that on September 5th 2018, you called us as you were facing some issue with your computer.
Our technician diagnosed the issue gave you an option for One Time Fix which you denied and the call got over.

Since then neither you called us or we took the access of your computer. If you are still facing an issue with your computer, we suggest you take it to the local store/ technician and can get the issue fixed.

For further clarifications you can always write to us at support@ntsitcare.com or call us on the below mentioned number.

Thanks,
NTS Support Team
8442082608

DECISION:

ACTIVITY:

| 10/01/2018 | web | BBB | Case Received by BBB |
| 10/03/2018 | RN | BBB | Case Reviewed by BBB |
| 10/03/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/03/2018 | Otto | EMAIL | Notify Business of Dispute |
| 10/15/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ████████, |

We have checked our records and found that on September 5th 2018, you called us as you were facing some issue with your computer.
    Our technician diagnosed the issue gave you an option for One Time Fix which you denied and the call got over.
    Since then neither you called us or we took the access of your computer. If you are still facing an issue with your computer, we suggest you take it to the local store/ technician and can get the issue fixed.

McCool Attachment B - 154

**FTC-TRO-0323**

For further clarifications you can always write to us at support@ntsitcare.com or call us on the below mentioned number.

Thanks,
NTS Support Team
8442082608

| | | | |
|---|---|---|---|
| **10/17/2018** | **RN** | **EMAIL** | Forward Business response to Consumer |
| **10/29/2018** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **10/29/2018** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **10/29/2018** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 155

**FTC-TRO-0324**

COMPLAINT # 486305

## COMPANY INFO

NAME:   **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------
----------------------

## CONSUMER INFO

NAME:   ██████████████████

$ VALUE:   $0.00                                    FAX: -

------------------------------------------------------------------------------------------------------
----------------------

## DETAILS

CONCERNING:   **Sales Practice Issues**

OPENED        17 May 2016                          CLOSE CODE: 150 - Answered
CLOSED        15 July 2016                         CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: Company hacked into my laptop, taking control and completely wiped it. Extorted $300 to restore the laptop.
Company called 6 months ago, saying my laptop was underperforming and needed 'cleaning' which I accepted for Cnd $200. Performance indeed improved. Today the called back saying that I needed to pay $300 or my laptop would be wiped. On another laptop I googled them quickly and saw their dubious ratings and reviews. These people are fraudsters and extortionists.

DESIRED RESOLUTION: Want laptop restored or at least a record of my files as well as a refund of the original U$160 (approx. Cnd $200).

BUSINESS RESPONSE: Dear █████████
Greetings from NTS IT CARE.

Thank you for your response.

We are a customer centric organization and we value the feedback of every customer.

We would also like to inform that without customer's consent we are not authorized to take the remote access of any customer's computer as any remote tool which is available works with a unique code which is to be shared only by the customer and technician, without the code no one can get the access of any computer.

Mr. ███ as we have explained our situation earlier as well, we are unable to find your records in our database. We would request you to please share the Name of the Card Holder & the Last 4 digits of the Card from which the transaction is processed along with the Date of the Transaction on this forum or call us on our toll free number 866-763-1760 / 877-490-6709 or you can write an email at support@ntsitcare.com in order to find the your details.

Thank you,

NTS Support Team


DECISION:


ACTIVITY:

| 05/14/2016 | web  | BBB   | Case Received by BBB |
| 05/17/2016 | RN   | BBB   | Case Reviewed by BBB |
| 05/17/2016 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 05/17/2016 | Otto | MAIL  | Notify Business of Dispute |
| 06/01/2016 | OttO | BBB   | No response to first notice to business |

McCool Attachment B - 156

**FTC-TRO-0325**

06/01/2016      OttO    EMAIL    Consumer - Have You Heard From the Company
06/01/2016      OttO    MAIL     Reminder of Dispute to Business
06/07/2016      WEB     BBB      RECEIVE BUSINESS RESPONSE : Dear ▮▮▮▮▮,
Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer. We  apologize for any inconvenience caused.

We would like to inform you that we've checked and are unable to find any record of providing any service to you.

In order to get more information and sort this issue we suggest you to kindly call us on the numbers below or mail us on support@ntsitcare.com.

Regards,
NTS Support Team.
877-490-6709
866-763-1760

06/07/2016      RN      EMAIL    Forward Business response to Consumer
06/08/2016      WEB     BBB      BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The consumer indicated he/she DID NOT accept the response from the business.)

Considering the offensive action the company took in hacking and wiping my laptop, it is no surprise to me that the company proclaims to 'have no record'.  This is further proof of the deplorable ethics of this company.

06/10/2016      RN      MAIL     Forward Consumer Rebuttal to Business
06/24/2016      OttO    BBB      No Response from Business re: Consumer Rebuttal
06/24/2016      NITE    BBB      Bureau judged complaint to be closed UNRESOLVED
06/27/2016      OttO    EMAIL    Inform Consumer - Case Closed UNRESOLVED
06/27/2016      OttO    EMAIL    Inform Business - Case Closed UNRESOLVED
06/27/2016      OttO    BBB      Case Closed UNRESOLVED
07/08/2016      RN      BBB      ReOpen the Complaint
07/08/2016      RN      BBB      RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear ▮▮▮▮▮
Greetings from NTS IT CARE.

Thank you for your response.

We are a customer centric organization and we value the feedback of every customer.

We would also like to inform that without customer's consent we are not authorized to take the remote access of any customer's computer as any remote tool which is available works with a unique code which is to be shared only by the customer and technician, without the code no one can get the access of any computer.

Mr. ▮▮▮ as we have explained our situation earlier as well, we are unable to find your records in our database. We would request you to please share the Name of the Card Holder & the Last 4 digits of the Card from which the transaction is processed along with the Date of the Transaction on this forum or call us on our toll free number 866-763-1760 / 877-490-6709 or you can write an email at support@ntsitcare.com in order to find the your details.

Thank you,
NTS Support Team

07/11/2016      RN      EMAIL    Send Business' Rebuttal Response to Consumer
07/12/2016      WEB     BBB      CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.)

If it is not this company, it's someone using your company name who hacked into my laptop and wiped it completely. They demanded $$ to get my laptop reinstated. I did not pay, hence no transaction took place. Even at this latest correspondence they are asking card info.

There is no question that NTS IT Care is a fraud and needs to be avoided. For that reason I will not be in contact with them directly.

07/15/2016      RN      BBB      Bureau Judged Case AJR
07/15/2016      Otto    EMAIL    Inform Consumer Case Closed Answered
07/15/2016      Otto    EMAIL    Inform Business - Case ADMINISTRATIVELY CLOSED
07/15/2016      Otto    BBB      Case ADMINISTRATIVELY CLOSED

McCool Attachment B - 157

**FTC-TRO-0326**

COMPLAINT # 529123

**COMPANY INFO**

NAME:  **NTS IT Care Inc**

--------------------------------------------------------------------------------------------------------
----------------------

**CONSUMER INFO**

NAME:  ███████████████        ████ ████████
       ████                   ████████ █ █
                              ████ ████████████

$ VALUE:  $0.00                                  FAX: -

--------------------------------------------------------------------------------------------------------
----------------------

**DETAILS**

CONCERNING:  **Refund or Exchange Issues**

OPENED       02 January 2017            CLOSE CODE:  110 - Resolved
CLOSED       06 January 2017            CLOSED BY:  OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: Had window pop up on pc that said to call NTS right away or my system would be compromised.  More than 1 debit from my credit card.
On 12-19-2016 had window pop up on pc that said I need to call NTS asap, otherwise my pc would be infected.  As an inexperienced pc user, I didn't know what to do.  Customer service was very persistent on charging my credit card $149 and another charge of $.99...not sure what the $.99 charge was for.  They had my pc control for approximately 12 hours.  This service was not warranted. I demand a full refund of these charges.

DESIRED RESOLUTION:  Full refund of $149.99 that was charged.

BUSINESS RESPONSE:   Dear ███████

Greetings from NTS IT CARE.

Thank you for sharing your concern and notifying us that you are not satisfied with our services.

We are a customer centric organization and we value the feedback of every customer.

As desired we have initiated the refund $149.99 and the amount will be credited back within 5 working days. (Refund receipt attached).

For any further clarifications you can always call or write to us at support@ntsitcare.com

Thank you,
NTS Support Team
877-490-6709
866-763-1760

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 12/27/2016 | web | BBB | Case Received by BBB |
| 01/02/2017 | RN | BBB | Case Reviewed by BBB |
| 01/02/2017 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 01/02/2017 | Otto | EMAIL | Notify Business of Dispute |
| 01/04/2017 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ██████ , |

Greetings from NTS IT CARE.
Thank you for sharing your concern and notifying us that you are not satisfied with our services.
We are a customer centric organization and we value the feedback of every customer.
As desired we have initiated the refund $149.99 and the amount will be credited back within 5 working days. (Refund receipt attached).

McCool Attachment B - 158

**FTC-TRO-0327**

For any further clarifications you can always call or write to us at support@ntsitcare.com
Thank you,
NTS Support Team
877-490-6709
866-763-1760

**01/05/2017**   **RN**   **EMAIL**   Forward Business response to Consumer
**01/05/2017**   **WEB**   **BBB**   DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she ACCEPTED the response from the business.)

Thank you for the quick response! I received  my total refund.

**01/06/2017**   **OttO**   **EMAIL**   Inform Business - Case Closed RESOLVED
**01/06/2017**   **OttO**   **BBB**   Case Closed RESOLVED
**01/11/2017**   **TDT**   **EMAIL**   Send Consumer Survey

McCool Attachment B - 159

**FTC-TRO-0328**

COMPLAINT # 621017

## COMPANY INFO

NAME: **NTS IT Care Inc**

----------------------------------------------------------------------------------------------------------------------

## CONSUMER INFO

NAME:

$ VALUE: $0.00                                                          FAX: -

----------------------------------------------------------------------------------------------------------------------

## DETAILS

CONCERNING: **Repair Issues**

OPENED      29 May 2018                          CLOSE CODE: 150 - Answered
CLOSED      19 June 2018                         CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: They hacked my computer and told me I had a virus on it. In order to get control of my computer I had to pay them 270.00. I was forced to pay.
They hacked into my computer and froze the page saying that Microsoft had authorized them to fix my computer because it would ruin them if I didn't. The message was left on for most of the conversation. Then they gained control of my computer and showed me thousands of WARNINGS on it that had to be cleared. They promised to fix it but they took me to a page with their prices on it. I asked them if microsoft would fix it if I didn't take the protection. They avoided the answer until I gave up. They took my credit card information and gave me a 30.00 dollar discount for being old. Then they left their phone number for any problems. Here is what I found on their web site. NTS IT Care Inc. is an Independent Service Provider and is NOT associated or affiliated with any other Brand

( Microsoft/Windows/Apple ) or Internet Service Provider.SO THE WHOLE THING IS A SCAM AND i WANT MY MONEY BACK! $370.00

DESIRED RESOLUTION: i WANT ASSURANCES THEY WILL STAY OUT OF MY COMPUTER AND THEY WILL NOT DO THAT TO ANYONE ELSE.

BUSINESS RESPONSE: Hi ███████ ,

We would like to inform that we do not follow such practices. We are here to serve our customers not to take revenge from any. If you have had a black screen you would have called us in order for us to check.

As per our records you did not even allowed us to work on your computer. You disconnected the session within 5 minutes of time frame.

Thanks,
NTS Support Team
1-844-208-2608

DECISION:

ACTIVITY:

| 05/23/2018 | web | BBB | Case Received by BBB |
| 05/29/2018 | RN | BBB | Case Reviewed by BBB |
| 05/29/2018 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 05/29/2018 | Otto | EMAIL | Notify Business of Dispute |
| 05/30/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear ██████ , |

We would like to inform you that your plan was cancelled on May 23 2018 as you did not continued with the services.

McCool Attachment B - 160

**FTC-TRO-0329**

We have cancelled the transaction on the same date as well (transaction receipt attached). Please check with your bank for the amount as we have released it on the same date.

For further clarifications you can call on the below mentioned number or write to us at support@ntsitcare.com.

Thanks,
NTS Support Team
844-208-2608

**05/31/2018      RN      EMAIL**  Forward Business response to Consumer

**06/05/2018      RN      BBB**    BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : Yes they have removed the charge but they messed up my computer on their way out! Now I have a completely black screen so they have revealed their vengeance. I just wish they had actually been a good company but their business practices are corrupt!

**06/07/2018      RN      EMAIL**  Forward Consumer Rebuttal to Business

**06/07/2018      WEB     BBB**    RECEIVED BUSINESS' REBUTTAL RESPONSE : Hi ███████████

We would like to inform that we do not follow such practices. We are here to serve our customers not to take revenge from any. If you have had a black screen you would have called us in order for us to check.

As per our records you did not even allowed us to work on your computer. You disconnected the session within 5 minutes of time frame.

Thanks,
NTS Support Team
1-844-208-2608

**06/08/2018      RN      EMAIL**  Send Business' Rebuttal Response to Consumer

**06/19/2018      OttO    BBB**    No Consumer Response- Assumed Resolved with Letter

**06/19/2018      OttO    EMAIL**  Inform Business - Case Closed ASSUMED RESOLVED

**06/19/2018      OttO    BBB**    Case closed - ASSUMED RESOLVED

McCool Attachment B - 161

**FTC-TRO-0330**

COMPLAINT # 590911

**COMPANY INFO**

NAME: **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------------------

**CONSUMER INFO**

NAME: ███████

$ VALUE: $0.00                                        FAX: -

------------------------------------------------------------------------------------------------------------------------

**DETAILS**

CONCERNING: **Customer Service Issues**

OPENED        03 January 2018                          CLOSE CODE: 150 - Answered
CLOSED        26 January 2018                          CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Raquel Negrete

NATURE OF DISPUTE: See Attached< ████

█████████████████████████████████████████████████████ - ████

DESIRED RESOLUTION: DesiredSettlementID: Other (requires explanation)
See Attached

BUSINESS RESPONSE: To whosoever it may concern

We would like to inform that Ms. ████ called us on November 21st 2017 as she was facing issues with her computer. The issue was resolved to her satisfaction and she sent a feedback mail confirming the same as well (mail attached). She also opted for our 3 years of Online Technical Support plan for $407.89.

However, later on the date, we received a call from ████ (her son) on Ms. ████ behalf stating that she would like to cancel the subscription that she had taken. We promptly cancelled the same and the cancellation receipt was also mailed to her. (cancellation receipt attached).

We also received a call from Officer Tachis on date December 01st 2017 and all his questions were appropriately answered.

We strongly disagree to the fact that we have committed a fraud in any sense as whatever amount she paid us for subscription was returned to her the very same day.

For further clarifications you can always call on the below mentioned number or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-208-2608

DECISION:

ACTIVITY:

| 12/22/2017 | web | BBB | Case Received by BBB |
| 01/03/2018 | RN | BBB | Case Reviewed by BBB |
| 01/03/2018 | Otto | MAIL | Send Acknowledgement to Consumer |
| 01/03/2018 | Otto | EMAIL | Notify Business of Dispute |
| 01/10/2018 | WEB | BBB | RECEIVE BUSINESS RESPONSE : To whosoever it may concern |

McCool Attachment B - 162

**FTC-TRO-0331**

We would like to inform that Ms. ▮▮▮▮ called us on November 21st 2017 as she was facing issues with her computer. The issue was resolved to her satisfaction and she sent a feedback mail confirming the same as well (mail attached). She also opted for our 3 years of Online Technical Support plan for $407.89.

However, later on the date, we received a call from ▮▮▮▮ (her son) on Ms. ▮▮▮▮ behalf stating that she would like to cancel the subscription that she had taken. We promptly cancelled the same and the cancellation receipt was also mailed to her. (cancellation receipt attached).

We also received a call from Officer Tachis on date December 01st 2017 and all his questions were appropriately answered.

We strongly disagree to the fact that we have committed a fraud in any sense as whatever amount she paid us for subscription was returned to her the very same day.

For further clarifications you can always call on the below mentioned number or write to us at support@ntsitcare.com.

Thank you,
NTS Support Team
844-208-2608

| | | | |
|---|---|---|---|
| **01/12/2018** | **RN** | **MAIL** | Forward Business response to Consumer |
| **01/26/2018** | **OttO** | **BBB** | No Consumer Response- Assumed Resolved with Letter |
| **01/26/2018** | **OttO** | **EMAIL** | Inform Business - Case Closed ASSUMED RESOLVED |
| **01/26/2018** | **OttO** | **BBB** | Case closed - ASSUMED RESOLVED |

McCool Attachment B - 163

**FTC-TRO-0332**

COMPLAINT # 637902

<u>**COMPANY INFO**</u>

NAME:     **NTS IT Care Inc**

------------------------------------------------------------------------------------------------------------------------------------

<u>**CONSUMER INFO**</u>

NAME:

$ VALUE:     $0.00                                                FAX: -

------------------------------------------------------------------------------------------------------------------------------------

<u>**DETAILS**</u>

CONCERNING: **Service Issues**

OPENED        16 August 2018              CLOSE CODE: 500 - Beyond BBB Purview
CLOSED        16 August 2018              CLOSED BY: Raquel Negrete
ENTERED BY:
ASSIGNED TO: Raquel Negrete


NATURE OF DISPUTE: **See Attached Complaint**

DESIRED RESOLUTION:

BUSINESS RESPONSE:

DECISION:

ACTIVITY:

| 08/13/2018 | smi | BBB | Case Received by BBB |
| 08/13/2018 | smi | BBB | Forward to Another BBB - OTTO |
| 08/13/2018 | Otto | BBB | Inform Consumer Case Transferred to Another BBB |
| 08/13/2018 | Otto | EMAIL | Inform other BBB Case Transferred |
| 08/13/2018 | Otto | BBB | Case Closed as TRANSFERRED to another BBB |
| 08/15/2018 | BBB | BBB | Case Received by BBB |
| 08/16/2018 | RN | BBB | Case judged to be Out of BBB Purview |
| 08/16/2018 | Otto | MAIL | Inform Consumer - Case Closed Out of Purview |
| 08/16/2018 | Otto | BBB | Case Closed - OUT OF PURVIEW |

McCool Attachment B - 164

**FTC-TRO-0333**

# McCool Attachment C

FTC-TRO-0334



June 16, 2016

NTS IT Care Inc
1605 S Main St #125
Milpitas, CA  95035-6270

To Whom It May Concern:

For over 102 years, the Better Business Bureau has worked hard to promote and foster ethical relationships between businesses and the public through voluntary self-regulation efforts. As part of our services, the BBB offers to work with companies in order to prevent consumer complaints. One of the ways we do this is to explore ways to identify complaint patterns.

As you know, we have received consumer complaints relating to your firm. Specifically, consumers allege *being misled to believe their computer has a virus via a pop up and using deceptive sales tactics to have to the virus removed.*

**We'd like to hear from you.** The BBB is requesting your written response addressing this potential pattern. We do understand you want to serve our community with honest, transparent service, so please provide details within ten (10) business days from the date of this letter as to how you will manage this situation and what specific steps you will take to help consumers solve their concerns.  You may mail, fax, or email your response.

Thank you very much in advance for your response and cooperation.

If you have questions, please feel free to contact me via email.

Sincerely,

Brandi Turner-Savage | Investigations Specialist

Email: brandi@LASVBBB.org
www.bbb.org | *Start With Trust*

*Better Business Bureau of Los Angeles and Silicon Valley*
*Serving the Counties of Los Angeles, Santa Clara, Santa Cruz, Monterey and San Benito*
1112 South Bascom Avenue • San Jose, CA 95128-3507 • Phone: 408.278.7400 • Fax: 408.278.7444
835 Wilshire Boulevard, Suite 600 • Los Angeles, CA 90017-2669 • Phone: 213.631.3600

McCool Attachment C
**FTC-TRO-0335**

# McCool Attachment D

FTC-TRO-0336

# Facsimile Cover Sheet

**To:**
**Company:**
**Phone:**
**Fax:** +1 (408) 2787444

**From:** Anupam Satyasheel
**Company:** NTS IT Care Inc.
**Phone:** 19177766634
**Fax:** (973) 500-6487

**Date:** 06/28/2016
**Pages including this cover page:** 2

**Comments:**

To,

Brandi Turner Savage

Explanation to the notice about our business practices is attached herewith.
We are still open further clarification if required.

Jagmeet Singh Virk

McCool Attachment D - 1

FTC-TRO-0337

# NTS IT Care

**To Whom It May Concern:**

Thank you for giving us the opportunity to explain this concern.

We as an online technical support company, we provide support of various issues such as printer problems, router problems, email assistance, software related issues etc. Pop up is something which cannot be resolved permanently hence BBB may be receiving complaints of such nature.

Pop up issues are recurring, hence as a standard operating procedure, we always inform our customers to simply call our toll free (24X7) and we will take care of that as they have already subscribed for our services.

As per our set parameters, we DO NOT use any deceptive methods, our representatives have to follow the Quality Parameters. Without the customer's consent we DO NOT take the remote access of any computer, and we always take a written authorization of ALL payments. As a customer centric organization we believe in 100% satisfaction of our customers, we always ask our customers to share their valuable feedbacks once the work is performed.

We always educate our customers, a proper way to browse internet or while downloading any software to read before they proceed as they end up downloading Adwares which causes the Pop Up on their computers. We also have a procedure wherein we encourage our customers to call once a month for a monthly health check of their computers.

We also have a 30 days refund policy, if incase for any reason customer is not happy with our services and would like to cancel within 30 days of the subscription they are eligible for refund.

We have our 24*7 toll free numbers to call for any software related issues or any billing concerns, they can also contact our support email addresses for any computer related issue.


Regards,
NTS Support Team.

Address: 1605 S Main St. Suite 125, Milpitas, CA, 95035 Toll Free: 877-490-6709, 866-763-1760 Email: support@ntsitcare.com

McCool Attachment D - 2

**FTC-TRO-0338**

# McCool Attachment E

FTC-TRO-0339

**Brandi Turner**

| | |
|---|---|
| **To:** | jims@ntsitcare.com |
| **Subject:** | Response to Fax Dated 6/28/16 |

Good Afternoon,

We appreciate your response to the pattern of complaint. However we still want to hear back from you regarding *your company's denials that is portrays itself as a Microsoft partner or representative. We would like to see your company's scripts for telephone operators and other employees or independent contractors.* [Subject to BBB confidentiality agreement] Furthermore, your fax came from a 973 area code, does your company have a branch location in Northern New Jersey? We would appreciate receiving a written response to this email within 10 days explaining your position.

Best Regards,

Brandi Turner-Savage | Ivestigation Specialist
**Tel: 408-282-0221**
**Fax: 408-278-7444**
**Email: brandi@LaSvBBB.org**
**www.bbb.org** | *Start With Trust*
**Better Business Bureau**
Los Angeles | San Jose | Silicon Valley
1112 S. Bascom Ave.
San Jose, CA 95128



It's Either Before or After.
Click Before You Buy.

Accredited Business
Online Directory

1

# McCool Attachment F

FTC-TRO-0341

**From:** Brandi Turner
**To:** "support@ntsitcare.com"
**Subject:** Better Business Bureau
**Date:** Thursday, September 29, 2016 11:07:00 AM
**Attachments:** Follow up Response 6-29-16.pdf

Good Morning,

We have reviewed your appeal to our board but we could not proceed because we never got your response to our last correspondence. I have attached the email sent 6/29/16.

Best Regards,

Brandi Turner-Savage | Investigation Specialist
Tel: 408-282-0221
Fax: 408-278-7444
Email: brandi@LaSvBBB.org
www.bbb.org | *Start With Trust*
Better Business Bureau
Los Angeles | San Jose | Silicon Valley
1112 S. Bascom Ave.
San Jose, CA 95128



McCool Attachment F - 1

**FTC-TRO-0342**

**Brandi Turner**

To:             jims@ntsitcare.com
Subject:        Response to Fax Dated 6/28/16

Good Afternoon,

We appreciate your response to the pattern of complaint. However we still want to hear back from you regarding *your company's denials that is portrays itself as a Microsoft partner or representative. We would like to see your company's scripts for telephone operators and other employees or independent contractors.* [Subject to BBB confidentiality agreement] Furthermore, your fax came from a 973 area code, does your company have a branch location in Northern New Jersey? We would appreciate receiving a written response to this email within 10 days explaining your position.

Best Regards,

Brandi Turner-Savage | Ivestigation Specialist
**Tel: 408-282-0221**
**Fax: 408-278-7444**
**Email: brandi@LaSvBBB.org**
**www.bbb.org | *Start With Trust***
**Better Business Bureau**
Los Angeles | San Jose | Silicon Valley
1112 S. Bascom Ave.
San Jose, CA 95128


It's Either Before or After. Click Before You Buy.

Accredited Business Online Directory

1

McCool Attachment F - 2

**FTC-TRO-0343**