ALDEN F. ABBOTT
General Counsel

RONNIE SOLOMON, Cal. Bar No. 284923
SARAH SCHROEDER, Cal. Bar No. 221528
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
rsolomon@ftc.gov, sschroeder@ftc.gov
Tel: (415) 848-5100; Fax: (415) 848-5184

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**FILED**

May 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FEDERAL TRADE COMMISSION**,

Plaintiff,

vs.

**NTS IT CARE, INC.**, a California corporation, and

**JAGMEET SINGH VIRK**, individually, and as an owner, officer, and director of NTS IT Care, Inc.,

Defendants.

Case No. ___4:20-cv-3388-PJH___

**FILED UNDER SEAL**

**DECLARATONS IN SUPPORT OF FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER**

**VOLUME 4 OF 7**

DECLARATIONS ISO FTC'S MOTION FOR TEMPORARY RESTRAINING

ORDER VOLUME 4 OF 7

# Dandashly Attachment I

FTC-TRO-0647



FTC-TRO-0648
Dandashly Attachment I

Case 4:20-cv-03388-PJH   Document 12   Filed 05/19/20   Page 4 of 102

FTC-TRO-0649
Dandashly Attachment I-2

Message from webpage



** YOUR COMPUTER HAS BEEN BLOCKED **

Error # 268D3

Please call us immediately at: (888) 248-8302
Do not ignore this critical alert.
 If you close this page, your computer access will be disabled to prevent further damage to our network.

Your computer has alerted us that it has been infected with a virus and spyware. The following information is being stolen...

> Facebook Login
> Credit Card Details
> Email Account Login
> Photos stored on this computer
You must contact us immediately so that our engineers can walk you through the removal process over the phone. Please call us within the next 5 minutes to prevent your computer from being disabled.

Toll Free: (888) 248-8302

Windows 8.1 Pro
Build 9600

12:43 PM
10/9/2017



# Dandashly Attachment J

**FTC-TRO-0651**

S-100049190930-WIRO

Friday, October 18, 2019
3:08:32 PM

## Wires Outgoing

████████ SENT    ORIGINATOR    (████████████) BENEFICIARY         PKO BANK
POLSKI S.A. 11/20/17 10:46AM    NTS IT CARE INC    PAYSERA LT         UL.
PULAWSKA 15 SET UP 11/20/17    1605 S MAIN ST                  WARSZAWA
POLAND    10:46AM    STE125    $2,020.00
PHONE    ████████    B&P CHECKING    ACCT# ████████████████████
SWIFT    BPKOPLPW    SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET
VIRK    $0.00 FEE    Marketing & Leads    ████████████
████████████

████████ SENT    ORIGINATOR    (████████████) BENEFICIARY         PKO BANK
POLSKI S.A. 11/21/17 10:47AM    NTS IT CARE INC    PAYSERA LT         UL.
PULAWSKA 15 SET UP 11/21/17    1605 S MAIN ST                  WARSZAWA
POLAND    10:47AM    STE125    $12,000.00
PHONE    ████████    B&P CHECKING    ACCT# ████████████████████
SWIFT    BPKOPLPW    SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET
VIRK    $0.00 FEE    Marketing & Leads    ████████████
████████████

████████ SENT    ORIGINATOR    (████████████) BENEFICIARY         SILICON
VALLEY BANK 11/22/17 12:11PM    NTS IT CARE INC    Plivo Inc.         ABA ████████
SET UP 11/22/17    1605 S MAIN ST    3003 Tasman Drive, Santa Clara, CA    12:11PM
STE125    Santa Clara    CA
$3,590.00    PHONE    ████████████
B&P CHECKING    ACCT# ████████████    SET UP BY JAGMEET VIRK    APPROVED
BY JAGMEET VIRK    $0.00 FEE    Marketing & Leads    ████████████
████████████

████████ SENT    ORIGINATOR    (████████████) BENEFICIARY         SEB BANKA
11/23/17 00:40AM    NTS IT CARE INC    ADVERT D SIA         SEB FINANCE CENTER
SET UP 11/23/17    1605 S MAIN ST    Kaijas, Liepa, Priekulu Novads,    RIGA
LATVIA    10:39AM    STE125    NOVADS    $3,000.00
LV4128    PHONE    ████████████ B&P CHECKING
ACCT# ████████████    SWIFT    UNLALV2X    SET UP BY JAGMEET
VIRK    APPROVED BY  JAGMEET VIRK    $0.00 FEE    ████████████
████████████

████████ SENT    ORIGINATOR    (████████████) BENEFICIARY         UNICREDIT
BANK CZ AND SK, SK B 11/24/17 10:53AM    NTS IT CARE INC    SKY WEALTH ASIA PACIFIC
LIMITED    SANCOVA 1/A SET UP 11/24/17    1605 S MAIN ST    2303-7 Dominion
Centre    BRATISLAVA    SLOVAKIA    10:53AM    STE125    43-59 Quees Road
East HONG KONG    $7,000.00
PHONE    ████████    B&P CHECKING    ACCT# ████████████████
SWIFT    UNCRSKBX    SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET
VIRK    $0.00 FEE    ████████████
████████████

Dandashly Attachment J-1

**FTC-TRO-0652**

S-100049190930-WIRO

## Wires Outgoing

▉▉▉▉▉ SENT     ORIGINATOR     (▉▉▉▉▉▉▉)     BENEFICIARY     UNICREDIT
BANK CZ AND SK, SK B 11/27/17 11:04AM     NTS IT CARE INC     SKY WEALTH ASIA PACIFIC
LIMITED     SANCOVA 1/A SET UP 11/27/17     1605 S MAIN ST     2303-7 Dominion
Centre     BRATISLAVA     SLOVAKIA     11:04AM     STE125     43-59 Quees Road
East HONG KONG     $10,000.00
PHONE     ▉▉▉▉▉▉ B&P CHECKING     ACCT# ▉▉▉▉▉▉▉▉▉▉
SWIFT     UNCRSKBX     SET UP BY JAGMEET VIRK     APPROVED BY JAGMEET
VIRK     $0.00 FEE     MARKETING ▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉

▉▉▉▉▉ SENT     ORIGINATOR     (▉▉▉▉▉▉▉)     BENEFICIARY     CITIBANK N.A.
11/28/17 05:05PM     NTS IT CARE INC     NTS Consulting Services     NARIMAN POINT
MUMBAI SET UP 11/28/17     1605 S MAIN ST     3 DSIDC Complex Mata Sundari Rd
MUMBAI     INDIA     05:05PM     STE125     Delhi
$40,000.00     PHONE
▉▉▉▉▉▉     ▉▉▉▉▉▉ B&P CHECKING     ACCT# ▉▉▉▉▉▉     SWIFT
CITIINBX     SET UP BY JAGMEET VIRK     APPROVED BY JAGMEET VIRK
$0.00 FEE     Payroll and services ▉▉▉▉▉▉

▉▉▉▉▉ SENT     ORIGINATOR     (▉▉▉▉▉▉▉)     BENEFICIARY     UNICREDIT
BANK CZ AND SK, SK B 11/29/17 11:44AM     NTS IT CARE INC     SKY WEALTH ASIA PACIFIC
LIMITED     SANCOVA 1/A SET UP 11/29/17     1605 S MAIN ST     2303-7 Dominion
Centre     BRATISLAVA     SLOVAKIA     11:44AM     STE125     43-59 Quees Road
East HONG KONG     $5,000.00
PHONE     ▉▉▉▉▉▉ B&P CHECKING     ACCT# ▉▉▉▉▉▉▉▉▉▉
SWIFT     UNCRSKBX     SET UP BY JAGMEET VIRK     APPROVED BY JAGMEET
VIRK     $0.00 FEE     MARKETING ▉▉▉▉▉▉▉▉     FED #
▉▉▉▉▉▉▉

▉▉▉▉▉ SENT     ORIGINATOR     (▉▉▉▉▉▉▉)     BENEFICIARY     WELLS FARGO
BANK, NA 11/29/17 11:13AM     NTS IT CARE INC     Jasmine Taunk     ABA ▉▉▉▉▉▉
SET UP 11/29/17     1605 S MAIN ST     11:13AM     STE125
San Francisco     CA     $5,000.00
PHONE     ▉▉▉▉▉▉ B&P CHECKING     ACCT# ▉▉▉▉▉     SET UP BY
JAGMEET VIRK     APPROVED BY JAGMEET VIRK     $0.00 FEE     Marketing
▉▉▉▉▉▉▉     FED # ▉▉▉▉▉▉▉

▉▉▉▉▉ SENT     ORIGINATOR     (▉▉▉▉▉▉▉)     BENEFICIARY     UNICREDIT
BANK CZ AND SK, SK B 12/01/17 10:27AM     NTS IT CARE INC     SKY WEALTH ASIA PACIFIC
LIMITED     SANCOVA 1/A SET UP 12/01/17     1605 S MAIN ST     2303-7 Dominion
Centre     BRATISLAVA     SLOVAKIA     10:27AM     STE125     43-59 Quees Road
East HONG KONG     $5,010.00
PHONE     ▉▉▉▉▉▉ B&P CHECKING     ACCT# ▉▉▉▉▉▉▉▉▉▉
SWIFT     UNCRSKBX     SET UP BY JAGMEET VIRK     APPROVED BY JAGMEET
VIRK     $0.00 FEE     MARKETING ▉▉▉▉▉▉▉▉     FED #
▉▉▉▉▉▉▉ GLOBAL ID

Dandashly Attachment J-2

**FTC-TRO-0653**

**S-100049190930-WIRO**

## Wires Outgoing

███████████ SENT     ORIGINATOR  (██████████████) BENEFICIARY     UNICREDIT BANK CZ AND SK, SK B 12/11/17 10:15AM   NTS IT CARE INC   SKY WEALTH ASIA PACIFIC LIMITED   SANCOVA 1/A SET UP 12/11/17   1605 S MAIN ST   2303-7 Dominion Centre   BRATISLAVA   SLOVAKIA   10:15AM   STE125   43-59 Quees Road East HONG KONG   $10,015.00
PHONE   ████████████ B&P CHECKING   ACCT# ███████████████████████████
SWIFT   UNCRSKBX   SET UP BY JAGMEET VIRK   APPROVED BY  JAGMEET VIRK   $0.00 FEE   MARKETING ███████████████   FED #
██████████████ GLOBAL ID

███████████ SENT     ORIGINATOR  (██████████████) BENEFICIARY     UNICREDIT BANK CZ AND SK, SK B 12/13/17 10:38AM   NTS IT CARE INC   SKY WEALTH ASIA PACIFIC LIMITED   SANCOVA 1/A SET UP 12/13/17   1605 S MAIN ST   2303-7 Dominion Centre   BRATISLAVA   SLOVAKIA   10:38AM   STE125   43-59 Quees Road East HONG KONG   $7,025.00
PHONE   ████████████ B&P CHECKING   ACCT# ███████████████████████████
SWIFT   UNCRSKBX   SET UP BY JAGMEET VIRK   APPROVED BY  JAGMEET VIRK   $0.00 FEE   MARKETING & leads ████████████████ FED #
███████████████████████

███████████ SENT     ORIGINATOR  (██████████████) BENEFICIARY     CITIBANK N.A. 12/14/17 12:56PM   NTS IT CARE INC   NTS Global Services Pvt. Ltd.   NARIMAN POINT MUMBAI SET UP 12/14/17   1605 S MAIN ST   24 DSIDC Complex Mata Sundari Rd MUMBAI   INDIA   12:56PM   STE125   Delhi
$38,000.00   110002 ███████ B&P CHECKING   ACCT# ████████████████   SWIFT CITIINBX   SET UP BY JAGMEET VIRK   APPROVED BY JAGMEET VIRK
$0.00 FEE   Payroll   Services and Marketing ████████████████

███████████ SENT     ORIGINATOR  (██████████████) BENEFICIARY     UNICREDIT BANK CZ AND SK, SK B 12/18/17 12:55PM   NTS IT CARE INC   SKY WEALTH ASIA PACIFIC LIMITED   SANCOVA 1/A SET UP 12/18/17   1605 S MAIN ST   2303-7 Dominion Centre   BRATISLAVA   SLOVAKIA   12:55PM   STE125   43-59 Quees Road East HONG KONG   $5,010.00
PHONE   ████████████ B&P CHECKING   ACCT# ███████████████████████████
SWIFT   UNCRSKBX   SET UP BY JAGMEET VIRK   APPROVED BY  JAGMEET VIRK   $0.00 FEE   MARKETING ████████████████ FED #
██████████████████████

███████████ SENT     ORIGINATOR  (██████████████) BENEFICIARY     FIRSTBANK 12/21/17 11:57AM   NTS IT CARE INC   RTK Media Inc.   ABA ██████████ SET UP 12/21/17   1605 S MAIN ST   8190 Avens Circle   11:57AM   STE125   CO Colarado Springs   Lakewood   CO   $5,850.00 ████████████   CO 80920   PHONE ████████████ ████████████████ B&P CHECKING   ACCT# ██████████████   SET UP BY JAGMEET VIRK   APPROVED BY JAGMEET VIRK   $0.00 FEE   Marketing services ██████████████████████
# ████████████████████

Dandashly Attachment J-3
**FTC-TRO-0654**

S-100049190930-WIRO

Friday, October 18, 2019
3:08:32 PM

## Wires Outgoing

█████████ SENT    ORIGINATOR    (█████████████)    BENEFICIARY    JSC CITADELE
BANKA 01/04/18 11:59AM    NTS IT CARE INC    SIA TS SOLUTIONS    2A
REPUBLIKAS LAUKUMS SET UP 01/04/18    1605 S MAIN ST    Spilves street 16A, Riga, LV1055
Ba RIGA    LATVIA    11:59AM    STE125
$5,015.00    PHONE    ███████████
B&P CHECKING    ACCT# ████████████████    SWIFT    PARXLV22    SET UP
BY JAGMEET VIRK    APPROVED BY JAGMEET VIRK    $0.00 FEE
Marketing & Leads    Invoice nr ████████████████

█████████ SENT    ORIGINATOR    (██████████████)    BENEFICIARY    CITIBANK N.A.
01/05/18 03:51PM    NTS IT CARE INC    NTS Global Services Pvt. Ltd.    NARIMAN POINT
MUMBAI SET UP 01/05/18    1605 S MAIN ST    24 DSIDC Complex Mata Sundari Rd
MUMBAI    INDIA    03:51PM    STE125    Delhi
$25,000.00    PHONE
██████████    ████████ B&P CHECKING    ACCT# ██████████    SWIFT
CITIINBX    SET UP BY JAGMEET VIRK    APPROVED BY JAGMEET VIRK
$0.00 FEE    Payroll    Services and Marketing ██████████████

█████████ SENT    ORIGINATOR    (██████████████)    BENEFICIARY    JSC CITADELE
BANKA 01/09/18 01:12PM    NTS IT CARE INC    SIA TS SOLUTIONS    2A
REPUBLIKAS LAUKUMS SET UP 01/09/18    1605 S MAIN ST    Spilves street 16A, Riga, LV1055
Ba RIGA    LATVIA    01:12PM    STE125
$5,000.00    PHONE    ███████████
B&P CHECKING    ACCT# ████████████████    SWIFT    PARXLV22    SET UP
BY JAGMEET VIRK    APPROVED BY JAGMEET VIRK    $0.00 FEE
Marketing & Leads    Invoice nr ████████████████

█████████ SENT    ORIGINATOR    (██████████████)    BENEFICIARY    JSC CITADELE
BANKA 01/11/18 12:06PM    NTS IT CARE INC    SIA TS SOLUTIONS    2A
REPUBLIKAS LAUKUMS SET UP 01/11/18    1605 S MAIN ST    Spilves street 16A, Riga, LV1055
Ba RIGA    LATVIA    12:06PM    STE125
$4,011.00    PHONE    ███████████
B&P CHECKING    ACCT# ████████████████    SWIFT    PARXLV22    SET UP
BY JAGMEET VIRK    APPROVED BY JAGMEET VIRK    $0.00 FEE
Marketing & Leads    Invoice nr ████████████████

█████████ SENT    ORIGINATOR    (██████████████)    BENEFICIARY    FIRSTBANK
01/11/18 12:02PM    NTS IT CARE INC    RTK Media Inc.    ABA ████████ SET UP
01/11/18    1605 S MAIN ST    8190 Avens Circle    12:02PM    STE125
Colarado Springs    Lakewood    CO    $3,017.00    CO
80920    PHONE    ██████████    B&P
CHECKING    ACCT# ██████████    SET UP BY JAGMEET VIRK    APPROVED BY
JAGMEET VIRK    $0.00 FEE    Marketing services ██████████████
█████████████████

Dandashly Attachment J-4
**FTC-TRO-0655**

S-100049190930-WIRO

Friday, October 18, 2019
3:08:32 PM

**Wires Outgoing**

████████SENT    ORIGINATOR  (████████████)    BENEFICIARY        UNICREDIT
BANK CZECH REPUBLIC 01/29/18 04:42AM    NTS IT CARE INC        STUDIO 54 s.r.o.
ZELETAVSKA 1525/1 SET UP 01/26/18    1605 S MAIN ST        Vita Nejedl ho 506/11, kov, 130 0
PRAGUE        CZECH REPUBLIC    06:57PM    STE125            kov
$5,011.00                            PHONE        ████████████
B&P CHECKING    ACCT#████████████████    SWIFT    BACXCZPP            SET UP
BY JAGMEET VIRK        APPROVED BY  JAGMEET VIRK        $0.00 FEE
Marketing ████████████████████████

████████SENT    ORIGINATOR  (████████████)    BENEFICIARY        UNICREDIT
BANK CZECH REPUBLIC 01/30/18 01:09PM    NTS IT CARE INC        STUDIO 54 s.r.o.
ZELETAVSKA 1525/1 SET UP 01/30/18    1605 S MAIN ST        Vita Nejedl ho 506/11, kov, 130 0
PRAGUE        CZECH REPUBLIC    01:09PM    STE125            kov
$5,001.00                            PHONE        ████████████
B&P CHECKING    ACCT#████████████████    SWIFT    BACXCZPP            SET UP
BY JAGMEET VIRK        APPROVED BY  JAGMEET VIRK        $0.00 FEE
Marketing ████████████    FED #████████████GLOBAL ID

████████████SENT    ORIGINATOR  (████████████)    BENEFICIARY        CITIBANK N.A.
02/05/18 11:44AM    NTS IT CARE INC        NTS Global Services Pvt. Ltd.    NARIMAN POINT
MUMBAI SET UP 02/05/18    1605 S MAIN ST        24 DSIDC Complex Mata Sundari Rd
MUMBAI        INDIA    11:44AM    STE125            Delhi
$70,000.00                110002                        PHONE
████████████████████B&P CHECKING    ACCT#████████████        SWIFT
CITIINBX        SET UP BY JAGMEET VIRK        APPROVED BY  JAGMEET VIRK
$0.00 FEE        Payroll        Services  and Marketing ████████████████

████████SENT    ORIGINATOR  (████████████)    BENEFICIARY        LUMINOR
BANK AS LATVIA (FORMER 02/08/18 01:30PM    NTS IT CARE INC        Riders Advertising
SIA        SKANSTES STREET 12 SET UP 02/08/18    1605 S MAIN ST        Ozolciema iela 20 k-
1 - 18, Riga    RIGA    LATVIA    01:30PM    STE125        Riga, Latvia, LV-1058
$4,005.00            LV-1058                    PHONE
████████████B&P CHECKING    ACCT#████████████████    SWIFT
NDEALV2X        SET UP BY JAGMEET VIRK        APPROVED BY  JAGMEET
VIRK        $0.00 FEE        Marketing & Leads ████████████████

████████SENT    ORIGINATOR  (████████████)    BENEFICIARY        BANK OF
AMERICA, N.A., NY 02/12/18 10:05AM    NTS IT CARE INC        Technovision Solutions    ABA
████████SET UP 02/12/18    1605 S MAIN ST        PO Box 803593, Dallas Texas 75380-35
10:05AM    STE125                New York        NY
$2,500.00                            PHONE        ████████████
B&P CHECKING    ACCT#████████████        SET UP BY JAGMEET VIRK        APPROVED
BY  JAGMEET VIRK        $0.00 FEE        Leads & Marketing ████████████████

Dandashly Attachment J-5

**FTC-TRO-0656**

S-100049190930-WIRO

Friday, October 18, 2019

3:08:32 PM

## Wires Outgoing

▓▓▓▓▓▓ SENT     ORIGINATOR     ▓▓▓▓▓▓▓▓ BENEFICIARY          BANK OF
AMERICA, N.A., NY 06/04/18 11:36AM     NTS IT CARE INC     Chaseup, Llc          ABA
▓▓▓▓▓▓ SET UP 06/04/18     1605 S MAIN ST     222 Broadway, New York, NY 10038
11:36AM     STE125          New York     NY
$4,012.00                    PHONE     ▓▓▓▓▓▓▓▓
B&P CHECKING     ACCT# ▓▓▓▓▓▓     SET UP BY JAGMEET VIRK          APPROVED
BY JAGMEET VIRK          $0.00 FEE     Marketing & Leads ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ SENT     ORIGINATOR     (▓▓▓▓▓▓▓▓ BENEFICIARY          CITIBANK N.A.
06/06/18 01:16PM     NTS IT CARE INC     NTS Global Services Pvt. Ltd.     BANDRA EAST SET
UP 06/06/18     1605 S MAIN ST     24 DSIDC Complex Mata Sundari Rd     MUMBAI
INDIA     01:16PM     STE125     Delhi     $67,000.00
110002          PHONE ▓▓▓▓▓▓     ▓▓▓▓▓▓ B&P
CHECKING     ACCT# ▓▓▓▓▓▓     SWIFT     CITIINBX     SET UP BY JAGMEET
VIRK     APPROVED BY JAGMEET VIRK     $0.00 FEE     Payroll
Services and Marketing ▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ SENT     ORIGINATOR     (▓▓▓▓▓▓▓▓ BENEFICIARY          OVERSEA-
CHINESE BANKING CORPOR 06/12/18 04:25PM     NTS IT CARE INC     Techtree Global
LLP     FLOOR 10 63 CHULIA STREET SET UP 06/12/18     1605 S MAIN
ST          SINGAPORE     SINGAPORE     04:25PM     STE125
$5,012.00                    PHONE     ▓▓▓▓▓▓▓▓
B&P CHECKING     ACCT# ▓▓▓▓▓▓     SWIFT     OCBCSGSG          SET UP BY
JAGMEET VIRK     APPROVED BY JAGMEET VIRK          $0.00 FEE          Marketing
& Leads ▓▓▓▓▓▓

▓▓▓▓▓▓ SENT     ORIGINATOR     (▓▓▓▓▓▓▓▓ BENEFICIARY          CITIBANK N.A.
06/18/18 03:46PM     NTS IT CARE INC     NTS Global Services Pvt. Ltd.     BANDRA EAST SET
UP 06/18/18     1605 S MAIN ST     24 DSIDC Complex Mata Sundari Rd     MUMBAI
INDIA     03:46PM     STE125     Delhi     $37,000.00
110002          PHONE ▓▓▓▓▓▓     ▓▓▓▓▓▓ B&P
CHECKING     ACCT# ▓▓▓▓▓▓     SWIFT     CITIINBX     SET UP BY JAGMEET
VIRK     APPROVED BY JAGMEET VIRK     $0.00 FEE     Payroll
▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ SENT     ORIGINATOR     ▓▓▓▓▓▓▓▓ BENEFICIARY          BANK OF
AMERICA, N.A., NY 06/18/18 03:41PM     NTS IT CARE INC     Chaseup, Llc          ABA
▓▓▓▓▓▓ SET UP 06/18/18     1605 S MAIN ST     222 Broadway, New York, NY 10038
03:41PM     STE125          New York     NY
$2,501.00                    PHONE     000205868391
B&P CHECKING     ACCT# ▓▓▓▓▓▓     SET UP BY JAGMEET VIRK          APPROVED
BY JAGMEET VIRK          $0.00 FEE     Marketing & Leads ▓▓▓▓▓▓
FED # ▓▓▓▓▓▓

▓▓▓▓▓▓ SENT     ORIGINATOR     (▓▓▓▓▓▓ BENEFICIARY          OVERSEA-
CHINESE BANKING CORPOR 06/18/18 03:44PM     NTS IT CARE INC     Techtree Global
LLP     FLOOR 10 63 CHULIA STREET SET UP 06/18/18     1605 S MAIN
ST          SINGAPORE     SINGAPORE     03:44PM     STE125
$3,003.00                    PHONE     ▓▓▓▓▓▓▓▓
B&P CHECKING     ACCT# ▓▓▓▓▓▓     SWIFT     OCBCSGSG          SET UP BY
JAGMEET VIRK     APPROVED BY JAGMEET VIRK          $0.00 FEE          Marketing
& Leads ▓▓▓▓▓▓

Dandashly Attachment J-6

**FTC-TRO-0657**

S-100049190930-WIRO

Friday, October 18, 2019

3:08:32 PM

## Wires Outgoing

███████████SENT    ORIGINATOR  (███████████████)    BENEFICIARY          BANK OF
AMERICA, N.A., NY 06/25/18 11:23AM    NTS IT CARE INC        Chaseup, Llc          ABA
███████████SET UP 06/25/18    1605 S MAIN ST        222 Broadway, New York, NY 10038
11:23AM    STE125                New York        NY
$2,001.00                        PHONE        ██████████████
B&P CHECKING    ACCT#████████████        SET UP BY JAGMEET VIRK        APPROVED
BY JAGMEET VIRK        $0.00 FEE        Marketing & Leads ████████████████
FED #████████████████████

███████████SENT    ORIGINATOR  (███████████████)    BENEFICIARY          OVERSEA-
CHINESE BANKING CORPOR 06/25/18 11:26AM    NTS IT CARE INC        Techtree Global
LLP        FLOOR 10 63 CHULIA STREET SET UP 06/25/18    1605 S MAIN
ST                SINGAPORE    SINGAPORE    11:26AM    STE125
$5,023.00                        PHONE        ████████████████
B&P CHECKING    ACCT#████████████    SWIFT    OCBCSGSG        SET UP BY
JAGMEET VIRK    APPROVED BY JAGMEET VIRK        $0.00 FEE        Marketing
& Leads ████████████

███████████SENT    ORIGINATOR  (███████████████)    BENEFICIARY          ICICI BANK
LIMITED 06/26/18 02:07PM    NTS IT CARE INC    DHVANI MEDIA LLP        414 SENAPATI
BAPAT MARG LOWER PAREL SET UP 06/26/18    1605 S MAIN ST
MUMBAI    INDIA    02:07PM    STE125
$5,006.00                        PHONE        ████████████████
B&P CHECKING    ACCT#████████████    SWIFT    ICICINBBCTS        SET UP BY
JAGMEET VIRK    APPROVED BY JAGMEET VIRK        $0.00 FEE        Marketing
& Leads ████████████

███████████SENT    ORIGINATOR  (███████████████)    BENEFICIARY          CITIBANK N.A.
07/06/18 01:15PM    NTS IT CARE INC    NTS Global Services Pvt. Ltd.    BANDRA EAST SET
UP 07/06/18    1605 S MAIN ST    24 DSIDC Complex Mata Sundari Rd    MUMBAI
INDIA    01:15PM    STE125        Delhi    $51,000.00
110002                PHONE 9811113199        ██████████████B&P
CHECKING    ACCT#████████████    SWIFT    CITIINBX        SET UP BY JAGMEET
VIRK    APPROVED BY JAGMEET VIRK        $0.00 FEE        Payroll & Marketing
████████████████

███████████SENT    ORIGINATOR  (███████████████)    BENEFICIARY          OVERSEA-
CHINESE BANKING CORPOR 07/10/18 01:24PM    NTS IT CARE INC        Techtree Global
LLP        FLOOR 10 63 CHULIA STREET SET UP 07/10/18    1605 S MAIN
ST                SINGAPORE    SINGAPORE    01:24PM    STE125
$4,021.00                        PHONE        ████████████████
B&P CHECKING    ACCT#████████████    SWIFT    OCBCSGSG        SET UP BY
JAGMEET VIRK    APPROVED BY JAGMEET VIRK        $0.00 FEE        Marketing
& Leads ████████████

███████████SENT    ORIGINATOR  (███████████████)    BENEFICIARY          OVERSEA-
CHINESE BANKING CORPOR 07/16/18 01:50PM    NTS IT CARE INC        Techtree Global
LLP        FLOOR 10 63 CHULIA STREET SET UP 07/16/18    1605 S MAIN
ST                SINGAPORE    SINGAPORE    01:50PM    STE125
$3,128.00                        PHONE        ████████████████
B&P CHECKING    ACCT#████████████    SWIFT    OCBCSGSG        SET UP BY
JAGMEET VIRK    APPROVED BY JAGMEET VIRK        $0.00 FEE        Marketing
& Leads ████████████GLOBAL ID

Dandashly Attachment J-7

**FTC-TRO-0658**

S-100049190930-WIRO

Friday, October 18, 2019
3:08:32 PM

## Wires Outgoing

█████████ SENT   ORIGINATOR   (█████████████)   BENEFICIARY   CITIBANK N.A.
11/13/18 02:23PM   NTS IT CARE INC   NTS Global Services Pvt. Ltd.   AIR INDIA BLDG, G
BLOCK FLOOR 11 SET UP 11/13/18   1605 S MAIN ST   24 DSIDC Complex Mata Sundari Rd
MUMBAI   INDIA   02:23PM   STE125   Delhi
$67,500.00   110002   PHONE
█████████   █████████   B&P CHECKING   ACCT#████████   SWIFT
CITIINBX   SET UP BY JAGMEET VIRK   APPROVED BY JAGMEET VIRK
$0.00 FEE   Payroll & Marketing ██████████████

█████████ SENT   ORIGINATOR   (██████████)   BENEFICIARY   SILICON
VALLEY BANK 11/14/18 02:41PM   NTS IT CARE INC   Plivo Inc.   ABA ███████████
SET UP 11/14/18   1605 S MAIN ST   340 Pine St., Suite 503,   02:41PM
STE125   San Francisco, CA 94104   Santa Clara   CA
$1,800.00   PHONE   ██████████████
B&P CHECKING   ACCT#████████   SET UP BY JAGMEET VIRK   APPROVED
BY JAGMEET VIRK   $0.00 FEE   Marketing & Leads ████████████████
FED #███████████████

█████████ SENT   ORIGINATOR   (████████████)   BENEFICIARY   AXIS BANK
LIMITED 11/19/18 02:38PM   NTS IT CARE INC   CYBER SOLUTION INC   SHOP NO.6
2 NEIGHBOURHOOD SET UP 11/19/18   1605 S MAIN ST   A-2871 Greenfield colony ,
FARIDABAD   INDIA   02:38PM   STE125   Faridabad
$2,752.00   121010   PHONE
█████████ B&P CHECKING   ACCT#██████████   SWIFT
AXISINBB348   SET UP BY JAGMEET VIRK   APPROVED BY JAGMEET
VIRK   $0.00 FEE   Marketing And Leads ██████████████

█████████ SENT   ORIGINATOR   (████████████)   BENEFICIARY   CITIBANK N.A.
11/26/18 12:45PM   NTS IT CARE INC   NTS Global Services Pvt. Ltd.   AIR INDIA BLDG, G
BLOCK FLOOR 11 SET UP 11/26/18   1605 S MAIN ST   24 DSIDC Complex Mata Sundari Rd
MUMBAI   INDIA   12:45PM   STE125   Delhi
$55,000.00   110002   PHONE
█████████   █████████   B&P CHECKING   ACCT#████████   SWIFT
CITIINBX   SET UP BY JAGMEET VIRK   APPROVED BY JAGMEET VIRK
$0.00 FEE   Payroll & Marketing ██████████████

█████████ SENT   ORIGINATOR   (████████████)   BENEFICIARY   UNITED
OVERSEAS BANK LIMITED 11/28/18 02:47PM   NTS IT CARE INC   Krishn-Aks Global Pte
Ltd   UOB PLAZA 80 RAFFLES PLACE SET UP 11/28/18   1605 S MAIN ST   Hougang
Avenue 7,   SINGAPORE   SINGAPORE   02:47PM   STE125   #01-13,
Singapore   $10,001.00   53880
PHONE   █████████   B&P CHECKING   ACCT#████████   SWIFT
UOVBSGSG   SET UP BY JAGMEET VIRK   APPROVED BY JAGMEET
VIRK   $0.00 FEE   Marketing & Leads ██████████

█████████ SENT   ORIGINATOR   (████████████)   BENEFICIARY   KEB HANA
BANK 11/30/18 02:31PM   NTS IT CARE INC   Sangsang co., ltd   JUNG-GU35
EULJIRO SET UP 11/30/18   1605 S MAIN ST   Intrude B/D 3F, 44-1,   SEOUL
KOREA, REPUBLIC   02:31PM   STE125   Sangbongjungang-ro, Jungnang-gu
$1,600.00   PHONE █████████
█████████ B&P CHECKING   ACCT#█████████3604   SWIFT   KOEXKRSE   $0.00
SET UP BY JAGMEET VIRK   APPROVED BY JAGMEET VIRK
FEE   Marketing & Leads █████████████

Dandashly Attachment J-8
**FTC-TRO-0659**

S-100049190930-WIRO

Friday, October 18, 2019
3:08:32 PM

## Wires Outgoing

█████████ SENT    ORIGINATOR    (█████████)    BENEFICIARY    KOTAK MAHINDRA BANK LIMITED 01/16/19 05:48PM    NTS IT CARE INC    Salasar Enterprises 27, C-27, G BLOCK BANDRA SET UP 01/16/19    STE125 1605 S MAIN ST MILPITAS CA    Shop no.5, Ishwar Complex,Fatehabad MUMBAI    INDIA    05:48PM    █████████    Fatehabad $3,006.00    125050    PHONE █████████ B&P  CHECKING    ACCT#    █████████    SWIFT    KKBKINBB SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET VIRK    $0.00 FEE    Marketing & Leads █████████

█████████ SENT    ORIGINATOR    (█████████)    BENEFICIARY    CITIBANK N.A. 01/22/19 09:09AM    NTS IT CARE INC    NTS Global Services Pvt. Ltd.    AIR INDIA BLDG, G BLOCK FLOOR 11 SET UP 01/22/19    STE125 1605 S MAIN ST MILPITAS CA    24 DSIDC Complex Mata Sundari Rd    MUMBAI    INDIA    09:09AM    950356270    Delhi $63,000.00    110002    PHONE █████████    █████████ B&P  CHECKING    ACCT#    █████████    SWIFT CITIINBX    SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET VIRK $0.00 FEE    Payroll & Marketing █████████

█████████ SENT    ORIGINATOR    (█████████)    BENEFICIARY    ICICI BANK UK PLC 01/24/19 03:05PM    NTS IT CARE INC    THE REAL PBX LIMITED    21 KNIGHTSBRIDGE SET UP 01/24/19    125 1605 S MAIN ST MILPITAS CA    3 Willow Close, Holborough Lakes    LONDON    UNITED KINGDOM    03:05PM    950356270    Snodland, Kent, England,    $870.00    ME6 5FA    PHONE █████████ B&P  CHECKING    ACCT#    █████████ SWIFT    ICICGB2L    SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET VIRK    $0.00 FEE    Marketing █████████ FED # █████████ █████████

█████████ SENT    ORIGINATOR    (█████████)    BENEFICIARY    AXIS BANK LIMITED 01/29/19 03:44PM    NTS IT CARE INC    CYBER SOLUTION INC    SHOP NO.6 2 NEIGHBOURHOOD SET UP 01/29/19    125 1605 S MAIN ST MILPITAS CA    A-2871 Greenfield colony ,    FARIDABAD    INDIA    03:44PM    █████████    Faridabad $5,009.00    121010    PHONE █████████ B&P  CHECKING    ACCT#    █████████    SWIFT AXISINBB348    SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET VIRK    $0.00 FEE    Marketing And Leads █████████ GLOBAL ID

█████████ SENT    ORIGINATOR    (█████████)    BENEFICIARY    CITIBANK N.A. 02/14/19 00:40AM    NTS IT CARE INC    NTS Global Services Pvt. Ltd.    AIR INDIA BLDG, G BLOCK FLOOR 11 SET UP 02/14/19    125 1605 S MAIN ST MILPITAS CA    24 DSIDC Complex Mata Sundari Rd    MUMBAI    INDIA    06:08PM    950356270    Delhi $30,000.00    110002    PHONE █████████ B&P  CHECKING    ACCT#    █████████    SWIFT CITIINBX    SET UP BY JAGMEET VIRK    APPROVED BY  JAGMEET VIRK $0.00 FEE    Payroll    GLOBAL ID

Dandashly Attachment J-9
**FTC-TRO-0660**

# Dandashly Attachment K

FTC-TRO-0661







Here is ITS It Care website if you look at reviews you will see that customer' have been scam

# Dandashly Attachment L

FTC-TRO-0664

# Technician

| Security | Incidents |
|---|---|

Here you can view and modify different technicians under a Company; this includes technician status and resetting technician passwords.

**User Security Results** ▼

| Name | Email | Password | Status |
|---|---|---|---|
| Brij Mohan | hector@ntsglobalservices.com | Reset | ☑ |
| Himanshu | alex@ntsglobalservices.com | Reset | ☑ |
| Ankit | dennis@ntsglobalservices.com | Reset | ☑ |
| Sunil | sunil@ntsglobalservices.com | Reset | ☑ |
| Vipuni Thro | jameswood@ntsglobalservices.com | Reset | ☑ |
| Raveesh | james.mathan@ntsglobalservices.com | Reset | ☑ |
| Harjeet | harry@ntsglobalservices.com | Reset | ☑ |
| Aavesh | harvey@ntsglobalservices.com | Reset | ☑ |
| Moses Rocky | kevin@ntsglobalservices.com | Reset | ☑ |
| Aditya | Patrick@ntsglobalservices.com | Reset | ☑ |
| Siddharth Kanojiya | sidd@ntsglobalservices.com | Reset | ☑ |
| Himanshu Jaiswal | henry@ntsglobalservices.com | Reset | ☑ |
| Mohit | austin@ntsglobalservices.com | Reset | ☑ |
| rahul sharma | Ronny@ntsglobalservices.com | Reset | ☑ |
| Nitin | jerry@ntsglobalservices.com | Reset | ☑ |
| Vivek | vik@ntsglobalservices.com | Reset | ☑ |
| Rajat | rob@ntsglobalservices.com | Reset | ☑ |
| Rishub | richard@ntsglobalservices.com | Reset | ☑ |
| Eleazar | adamsmith@ntsglobalservices.com | Reset | ☑ |
| Dheeraj | peter@ntsglobalservices.com | Reset | ☑ |
| Abhishek Saurav | david@ntsglobalservices.com | Reset | ☑ |
| Himanshu Arora | jack@ntsglobalservices.com | Reset | ☑ |

# Dandashly Attachment M

FTC-TRO-0666

**Pin: 126703**

Date and time: 5/3/2019 7:52:38 PM    5/3/2019 8:24:46 PM

Email: support@ntsglobalservices.com

Company name: NTS IT Care Inc.

Tech name: Siddharth Kanojiya

**Pin: 901442**

Date and time: 10/9/2017 7:46:00 PM

Email:support@ntsglobalservices.com

Company name: NTS IT Care Inc.

Tech name: <Deleted>

**Pin: 145030**

Date and time: 7/10/2018 8:59:32 PM

Email:support@ntsglobalservices.com

Company name: NTS IT Care Inc.

Tech name: Brij

**Pin: 815434**

Date and time: 9/27/2019 7:28:34 PM

Email:support@ntsglobalservices.com

Company name: NTS IT Care Inc.

Tech names: Stephen,  Himanshu Jaiswal and Stephen.

Dandashly Attachment M

**FTC-TRO-0667**

# Dandashly Attachment N

FTC-TRO-0668

| last_transaction | Gateway ID | Company | Gateway Account Status | Month of Last Transaction | created | firstname | lastname | email | phone | fax | url | addr1 | addr2 | city | state | zip | country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/11/2014 2:45 | ■ | NTS IT Care | closed | 2014-11 | 9/26/2014 | Jagmeet | Virk | jims@ntsitcare.com | 4084804083 | | | 89 South Main St. | | Milpitas | CA | 95035 | US |
| 11/15/2014 18:13 | | NTS IT CARE INC. | closed | 2014-11 | 10/16/2014 | jagmeet s. | virk | jims@ntsitcare.com | 877-490-4790 | | ntsitcare.com | 89 s main st #105 | | Milpitas | CA | 95025 | US |
| 9/4/2019 23:13 | | NTS IT Care Inc | active | 2019-09 | 11/12/2014 | Jagmeet | Virk | jims@ntsitcare.com | 877-490-6709 | | | 1605 S Main St | Ste 125 | Milpitas | CA | 95035 | US |
| 6/9/2015 2:59 | | Nts IT Care Inc. | closed | 2015-06 | 11/12/2014 | Jagmeet | Virk | jims@ntsitcare.com | 4084804083 | | | 89 S Main St suite 105 | | Milpitas | CA | 95035 | US |
| 5/30/2018 11:37 | | NTS IT Inc | closed | 2018-05 | 11/14/2017 | Jagmeet | Singh Virk | jims@ntsitcare.com | 844-208-2608 | | www.ntsitcare.com | 1605 S Main St Ste 125 | | Milpitas | CA | 95035 | US |

# Dandashly Attachment O

FTC-TRO-0670

| Field | Description |
|---|---|
| id | The transaction id unique to the transaction. |
| payment_type | Indicates credit card vs electronic check. |
| reference_id | Transaction referenced by the new transaction back to a prior transactions.  This is used to track refunds back to the original charge and to initiate an identical charge if the merchant wants to repeat the charge.  Chargebacks occure outside the NMI system so there is no evidence contained in these records of them happening. |
| type | To total up the settled transactions you can filter on type, status, and response and keep only type = settle, status = complete, response = success.  The amounts that are negative should be excluded since they are refunds.  Types are listed here:  https://secure.networkmerchants.com/gw/merchants/resources/integration/integration_portal.php#transaction_types |
| account | |
| account_expiration | |
| orderid | This is a field available for the merchant to enter a value for them to track the transaction.  Whatever the merchant passes into the system for this field is up to them. (most are blank) |
| amount | |
| time | If the credit card number is masked, time of transaction is in the local timezone.  If the card number is unmasked, the time is in UTC. |
| status | Contains canceled, pendingsettlement, complete, failed, and refund.  Complete would occur if the entire transaction completed (auth/capture/sale and settlement).  Failed would be if the transaction was declined at authorization for whatever reason (wrong card #, NSF, or voided etc).  Pending would be if the transaction was never batched and completed. |
| auth_code | |
| batch_id | At the end of the day the transactions that are ready for settlement are grouped in to a batch and settle together.  This is the internal id of the batch. |
| csc_results | Codes are listed here:  https://secure.networkmerchants.com/gw/merchants/resources/integration/integration_portal.php#3step_appendix_2 |
| avs_results | Codes are listed here:  https://secure.networkmerchants.com/gw/merchants/resources/integration/integration_portal.php#3step_appendix_1 |
| responsetext | This is whatever they issuing bank sends back.  The system simply saves it and we display it to the merchants. |
| response | Contains success or failed.  Any row that has a "response" of "fail" can be disregarded, as that action failed. However, this doesn't mean that the whole transaction failed, only that the current "type"/action failed. |
| first_name | |
| last_name | |
| company | |
| address1 | |
| address2 | |
| city | |
| state | |
| zip_code | |
| country | |
| email | |
| shipping_first_name | |
| shipping_last_name | |
| shipping_company | |
| shipping_address1 | |
| shipping_address2 | |
| shipping_city | |
| shipping_state | |
| shipping_zip_code | |
| shipping_country | |
| shipping_email | |
| merchant_defined_field_1 | |

FTC-TRO-0671

| merchant_defined_field_2 | |
|---|---|
| merchant_defined_field_3 | |
| merchant_defined_field_4 | |
| merchant_defined_field_5 | |
| merchant_defined_field_6 | |
| phone | |
| fax | |
| routing | |
| account_name | |
| aux_data_1 | |
| aux_data_2 | |
| cardholder_auth | |
| platform_id | Used by some processors to identify the merchant with the processor |
| ip_address | IP address of the customer or the merchant depending on the method of how the transaction was received.  Here are some examples including how ip address is captured:<br>For Authorizations, if the transaction source is API or QuickClick/Cart, it is typically initiated by the customer. If the transaction source is VT or Virtual Terminal, the merchant is usually the one who is entering the transaction. The authorization holds the funds on the credit card account. The funds will be held until a capture occurs or it is voided. Funds will never transfer and the transaction will not be complete until a capture and settlement happens.<br> For the capture, it is almost always initiated by the merchant. So, in most normal use cases the IP address for the capture would be different than the authorization IP. However, if both the Authorization and Capture were done by the merchant through the Virtual Terminal (ie. phone order or in-person/retail), the IP address may be the same.<br> For example, a normal case would be something like:<br>- Customer goes to a website and purchases a service or product through an "Auth" transaction (IP Address 1)<br>- When the merchant ships the product, they (the merchant) "Capture" the transaction (IP Address 2).<br>- A captured transaction is automatically settled by the gateway. There would not be a useful IP address with this portion, since it's an automatic process from the gateway.<br> If the transactions was done via a phone order, or in person through the Virtual Terminal, it might look like:<br> - Customer meets with the merchant and wants to purchase a service. The merchant logs into the Virtual Terminal and processes the customer's card with an "Auth" transaction (IP Address 1).<br>- Merchant logs into the Virtual terminal from the same location later and "Captures" the transaction (Same IP - IP Address 1).<br> - Transaction is automatically settled by the gateway. |
| processor | The identifier used to determine which processor the transaction will be sent to. |
| merchant_defined_field_7 | |
| merchant_defined_field_8 | |
| merchant_defined_field_9 | |
| merchant_defined_field_10 | |
| merchant_defined_field_11 | |
| merchant_defined_field_12 | |
| merchant_defined_field_13 | |
| merchant_defined_field_14 | |
| merchant_defined_field_15 | |
| merchant_defined_field_16 | |
| merchant_defined_field_17 | |
| merchant_defined_field_18 | |

Case 4:20-cv-03388-PJH   Document 12   Filed 05/19/20   Page 28 of 102

| | |
|---|---|
| merchant_defined_field_19 | |
| merchant_defined_field_20 | |
| tracking_number | |
| username | |
| orderdescription | |
| ponumber | |
| customer_id | |
| tax | |
| source | Recurring, Internal, Virtual Terminal, API |
| billing_method | |
| entry_method | |

# Dandashly Attachment P

FTC-TRO-0674

# Merchant Information

User  |  Logout

Support | Operations | Compliance

Fees  Risk  Statements  Processors  Memo  Trans Activity
Underwriting  User Management  Service Audit Trails

Refresh  Update  Return

## PRIVATE LABEL

Company Name: Authorize.Net
Product Name: Authorize.Net (anet)
Support Address: support@authorize.net

Domain: authorize.net
Support Phone: 877-447-3938

## SALES [ Reseller ID: 989    Reseller Type: Standard]

Representative Name:
Representative ID: GDpayAZ
Company Name: GDPay
Company Phone: 3038602847

## BUSINESS [ Payment Gateway ID: ▮▮▮▮    Product: CNP ]

Name: NTS IT Care Inc.

Address: 1605 S Main St Ste 125

City: Milpitas    State: CA    Zip: 95035

Country: US

Phone: (408) 480-4083    Fax:

Business Reference 1: NONE

Reference 2: NONE

Product Description: Tech support

Market Type: MOTO - CNP

Customer Presence: Customer Not Present

Tax ID: ▮▮▮▮

Reference ID:

URL:

SIC Code: 7379 (Look up SIC Code)

SIC Code Description:  Computer Maintenance, Repair and Services (Not Elsewhere Classified)

## PRINCIPAL INFORMATION

Name: Jagmeet Virk
Address: ▮▮▮▮
City: ▮▮▮▮    State: ▮    Zip: ▮▮▮▮
Country: US
Phone: ▮▮▮▮
Birth Date: NONE    Drivers License Number:  NONE    D.L. State: --
Social Security Number: ▮▮▮▮
Owner Email Address: jims@ntsitcare.com

## BILLING INFORMATION

Name on Bank Account: Nts It Care Inc.
Bank Account Type: Checking
Bank Account Owner Type: Business
ABA Routing Number: XXXX1184
Bank Account Number: XXXX8391
Bank Name: CITI Bank
Bank City: Milpitas
Bank State: CA
Bank Zip: 95035

Credit Card Number:
Expiration Date:
First Name:
Last Name:
Country:
Address:
Address 2:
City:
Region:

**Confidential / Confidential Treatment Requested by Authorize.Net LLC**

**AUTH00001**

Dandashly Attachment P-1

**FTC-TRO-0675**

Zip:

## GENERAL

| | |
|---|---|
| Active: | False |
| Internal Fraud Tools Status: | Default |
| Billing Status: | DO NOT ACTIVATE |
| Survey Completed Date: | 1/8/2015 8:20:53 PM |
| Billing Activation Date: | 1/8/2015 8:21:00 PM |
| Creation Date: | 1/7/2015 6:53:42 PM |
| Transaction Activation Date: | 8/8/2016 5:00:41 PM |
| TOS Agreement Date: | 1/8/2015 8:18:43 PM |
| Contracting Entity: | Authorize.Net |
| Outstanding Billing Balance: | 0.00  [USD] |
| Billing Method Status: | Account Closed |
| Billing Method: | ACH |
| Delinquency Count (MAX: 10): | 1 |

```
-------------------- CANCELLATION CODE --------------------
```

Authnet Version:  3.1      Test Mode:  No
Integration Method:  AIM
                     SIM

## SECURITY

Allow Credits Override:  No   Valid Days: N/A   Effective: N/A
Password Required:  Yes
Batch Upload:  No

## PAYMENT METHODS

| | | | |
|---|---|---|---|
| Visa: | YES | MasterCard: | YES |
| American Express: | NO | Discover: | YES |
| Diners Club: | NO | EnRoute: | NO |
| JCB: | NO | eCheck: | NO |
| PayPal: | NO | | |

Bundled Acquiring Merchant:  ☑

## VALUE ADDED SERVICES

**Service Audit Trails**

| | |
|---|---|
| Automated Recurring Billing: | Yes |
| Dynamic Currency Conversion: | Unavailable |
| Fraud Detection Suite: | Disabled |
| Advanced Fraud Detection Suite: | Enabled |
| Customer Information Manager: | Enabled |

## DIGITAL PAYMENT METHODS

| | |
|---|---|
| VisaCheckout by Visa: | Not Available |
| Token Service LG: | Available |
| Token Service Androi: | Available |
| PayPal: | Not Available |

- © 2012 Cybersource, Inc.
- This information is Visa Confidential PII and should not be duplicated, published or disclosed in whole or in part.

**Confidential / Confidential Treatment Requested by Authorize.Net LLC**        **AUTH00002**

Dandashly Attachment P-2                                    **FTC-TRO-0676**



## Merchant Account Statements

User | Logout

Support | Operations | Compliance

STATEMENT [ Payment Gateway ID: ▮▮▮    Product: CNP ]    Download Refresh Return

Billing  [USD] 0.00

| Date | ID | Item | Merchant Amount [USD] | Tax Amount [USD] | Reseller Amount [USD] | System Amount [USD] | Description |
|---|---|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 5/16/2019 5:01:05 AM | 537370647 | Write off to Collections Agency | (80.29) | | 0.00 | (80.29) | Write-off to Collections |
| | | | 80.29 | 0.00 | 0.00 | 80.29 | |
| 4/16/2019 7:17:38 AM | 535147892 | Residual Adjustment | 0.00 | | (11.35) | 11.35 | Adj. due to Merchant delinquency |
| | | | 80.29 | 0.00 | 11.35 | 68.94 | |
| 4/1/2019 5:38:29 AM | 532712010 | Credit Card Per-Transaction Fee | 19.70 | | 9.85 | 9.85 | For Mar 2019 - 197 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 60.59 | 0.00 | 1.50 | 59.09 | |
| 4/1/2019 5:38:29 AM | 532711987 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Mar 2019 - 30 batches @ 0.10 USD |
| | | | 57.59 | 0.00 | 0.00 | 57.59 | |
| 3/16/2019 5:01:01 AM | 531295195 | Residual Adjustment | 0.00 | | (15.79) | 15.79 | Adj. due to Merchant delinquency |
| | | | 57.59 | 0.00 | 15.79 | 41.80 | |
| 3/16/2019 5:01:01 AM | 531295176 | Payment Gateway Account Late Payment Fee | 20.00 | | 0.00 | 20.00 | For Mar 2019 - 1 @ 20.00 USD |
| | | | 37.59 | 0.00 | 15.79 | 21.80 | |
| 3/6/2019 10:06:03 AM | 531071222 | Payment Gateway Account Returned Payment Fee | 0.00 | | 0.00 | 0.00 | For Mar 06 2019 - 1 @ 0.00 USD |
| | | | 37.59 | 0.00 | 15.79 | 21.80 | |
| 3/6/2019 10:06:03 AM | 531071221 | ACH Payment (Reversal) | 37.59 | | 15.79 | 21.80 | Returned item - Account Closed [RefID: 530520129] |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 3/1/2019 5:36:52 AM | 530520129 | ACH Payment | (37.59) | | (15.79) | (21.80) | Payment received |
| | | | 37.59 | 0.00 | 15.79 | 21.80 | |
| 3/1/2019 5:36:52 AM | 530520097 | Credit Card Per-Transaction Fee | 17.00 | | 8.50 | 8.50 | For Feb 2019 - 170 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.59 | 0.00 | 7.29 | 13.30 | |
| 3/1/2019 5:36:52 AM | 530520071 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Mar 2019 - 1 @ 17.99 USD |
| | | | 2.60 | 0.00 | 1.30 | 1.30 | |
| 3/1/2019 5:36:52 AM | 530520043 | Credit Card Batch Fee | 2.60 | | 1.30 | 1.30 | For Feb 2019 - 26 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2/1/2019 5:36:48 AM | 528366500 | ACH Payment | (41.29) | | (17.64) | (23.65) | Payment received |
| | | | 41.29 | 0.00 | 17.64 | 23.65 | |
| 2/1/2019 5:36:48 AM | 528366497 | Credit Card Per-Transaction Fee | 20.40 | | 10.20 | 10.20 | For Jan 2019 - 204 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 2/1/2019 5:36:48 AM | 528366488 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Feb 2019 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 2/1/2019 5:36:48 AM | 528366485 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Jan 2019 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1/1/2019 7:28:54 AM | 526158365 | ACH Payment | (43.39) | | (18.69) | (24.70) | Payment received |
| | | | 43.39 | 0.00 | 18.69 | 24.70 | |
| 1/1/2019 7:28:54 AM | 526158358 | Credit Card Per-Transaction Fee | 22.40 | | 11.20 | 11.20 | For Dec 2018 - 224 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.99 | 0.00 | 7.49 | 13.50 | |
| 1/1/2019 7:28:54 AM | 526158353 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Jan 2019 - 1 @ 17.99 USD |
| | | | 3.00 | 0.00 | 1.50 | 1.50 | |
| 1/1/2019 7:28:54 AM | 526158350 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Dec 2018 - 30 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |

Confidential / Confidential Treatment Requested by Authorize.Net LLC

AUTH00003

**FTC-TRO-0677**

| Date | ID | Description | Amount | | | | Note |
|---|---|---|---|---|---|---|---|
| 12/1/2018 7:18:17 AM | 523979680 | ACH Payment | (42.09) | | (18.04) | (24.05) | Payment received |
| | | | 42.09 | 0.00 | 18.04 | 24.05 | |
| 12/1/2018 7:18:17 AM | 523979679 | Credit Card Per-Transaction Fee | 21.30 | | 10.65 | 10.65 | For Nov 2018 - 213 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.79 | 0.00 | 7.39 | 13.40 | |
| 12/1/2018 7:18:17 AM | 523979678 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Dec 2018 - 1 @ 17.99 USD |
| | | | 2.80 | 0.00 | 1.40 | 1.40 | |
| 12/1/2018 7:18:17 AM | 523979675 | Credit Card Batch Fee | 2.80 | | 1.40 | 1.40 | For Nov 2018 - 28 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 11/1/2018 2:11:17 PM | 521818589 | ACH Payment | (44.49) | | (19.24) | (25.25) | Payment received |
| | | | 44.49 | 0.00 | 19.24 | 25.25 | |
| 11/1/2018 2:11:17 PM | 521818588 | Credit Card Per-Transaction Fee | 23.50 | | 11.75 | 11.75 | For Oct 2018 - 235 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.99 | 0.00 | 7.49 | 13.50 | |
| 11/1/2018 2:11:17 PM | 521818582 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Nov 2018 - 1 @ 17.99 USD |
| | | | 3.00 | 0.00 | 1.50 | 1.50 | |
| 11/1/2018 2:11:17 PM | 521818580 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Oct 2018 - 30 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10/1/2018 6:17:49 AM | 517943917 | ACH Payment | (43.69) | | (18.84) | (24.85) | Payment received |
| | | | 43.69 | 0.00 | 18.84 | 24.85 | |
| 10/1/2018 6:17:49 AM | 517943913 | Credit Card Per-Transaction Fee | 22.80 | | 11.40 | 11.40 | For Sep 2018 - 228 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 10/1/2018 6:17:49 AM | 517943909 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Oct 2018 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 10/1/2018 6:17:49 AM | 517943907 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Sep 2018 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 9/1/2018 6:20:18 AM | 515793640 | ACH Payment | (45.09) | | (19.54) | (25.55) | Payment received |
| | | | 45.09 | 0.00 | 19.54 | 25.55 | |
| 9/1/2018 6:20:18 AM | 515793634 | Credit Card Per-Transaction Fee | 24.10 | | 12.05 | 12.05 | For Aug 2018 - 241 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.99 | 0.00 | 7.49 | 13.50 | |
| 9/1/2018 6:20:18 AM | 515793630 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Sep 2018 - 1 @ 17.99 USD |
| | | | 3.00 | 0.00 | 1.50 | 1.50 | |
| 9/1/2018 6:20:18 AM | 515793626 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Aug 2018 - 30 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 8/1/2018 6:24:46 AM | 513601045 | ACH Payment | (46.39) | | (20.19) | (26.20) | Payment received |
| | | | 46.39 | 0.00 | 20.19 | 26.20 | |
| 8/1/2018 6:24:46 AM | 513601039 | Credit Card Per-Transaction Fee | 25.30 | | 12.65 | 12.65 | For Jul 2018 - 253 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 8/1/2018 6:24:46 AM | 513601037 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Aug 2018 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 8/1/2018 6:24:46 AM | 513601033 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Jul 2018 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7/1/2018 6:39:21 AM | 511426917 | ACH Payment | (44.69) | | (19.34) | (25.35) | Payment received |
| | | | 44.69 | 0.00 | 19.34 | 25.35 | |
| 7/1/2018 6:39:21 AM | 511426914 | Credit Card Per-Transaction Fee | 23.80 | | 11.90 | 11.90 | For Jun 2018 - 238 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 7/1/2018 6:39:21 AM | 511426913 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Jul 2018 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 7/1/2018 6:39:21 AM | 511426910 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Jun 2018 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/1/2018 6:16:50 AM | 509276203 | ACH Payment | (47.49) | | (20.74) | (26.75) | Payment received |
| | | | 47.49 | 0.00 | 20.74 | 26.75 | |
| 6/1/2018 6:16:50 AM | 509276193 | Credit Card Per-Transaction Fee | 26.40 | | 13.20 | 13.20 | For May 2018 - 264 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 6/1/2018 6:16:50 AM | 509276191 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Jun 2018 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |

**Confidential / Confidential Treatment Requested by Authorize.Net LLC**     **AUTH00004**

| Date | ID | Description | Col1 | Col2 | Col3 | Col4 | Note |
|---|---|---|---|---|---|---|---|
| 6/1/2018 6:16:50 AM | 509276189 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For May 2018 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 5/1/2018 6:15:56 AM | 507072753 | ACH Payment | (45.89) | | (19.94) | (25.95) | Payment received |
| | | | 45.89 | 0.00 | 19.94 | 25.95 | |
| 5/1/2018 6:15:56 AM | 507072752 | Credit Card Per-Transaction Fee | 25.00 | | 12.50 | 12.50 | For Apr 2018 - 250 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 5/1/2018 6:15:56 AM | 507072751 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For May 2018 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 5/1/2018 6:15:56 AM | 507072749 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Apr 2018 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 4/1/2018 5:55:54 AM | 504903703 | ACH Payment | (50.09) | | (22.04) | (28.05) | Payment received |
| | | | 50.09 | 0.00 | 22.04 | 28.05 | |
| 4/1/2018 5:55:54 AM | 504903700 | Credit Card Per-Transaction Fee | 29.00 | | 14.50 | 14.50 | For Mar 2018 - 290 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 4/1/2018 5:55:54 AM | 504903696 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Apr 2018 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 4/1/2018 5:55:54 AM | 504903686 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Mar 2018 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 3/1/2018 5:39:14 AM | 501020759 | ACH Payment | (45.69) | | (19.84) | (25.85) | Payment received |
| | | | 45.69 | 0.00 | 19.84 | 25.85 | |
| 3/1/2018 5:39:14 AM | 501020748 | Credit Card Per-Transaction Fee | 25.00 | | 12.50 | 12.50 | For Feb 2018 - 250 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.69 | 0.00 | 7.34 | 13.35 | |
| 3/1/2018 5:39:13 AM | 501020747 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Mar 2018 - 1 @ 17.99 USD |
| | | | 2.70 | 0.00 | 1.35 | 1.35 | |
| 3/1/2018 5:39:13 AM | 501020744 | Credit Card Batch Fee | 2.70 | | 1.35 | 1.35 | For Feb 2018 - 27 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2/1/2018 5:51:53 AM | 498881809 | ACH Payment | (49.09) | | (21.54) | (27.55) | Payment received |
| | | | 49.09 | 0.00 | 21.54 | 27.55 | |
| 2/1/2018 5:51:53 AM | 498881797 | Credit Card Per-Transaction Fee | 28.10 | | 14.05 | 14.05 | For Jan 2018 - 281 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.99 | 0.00 | 7.49 | 13.50 | |
| 2/1/2018 5:51:53 AM | 498881790 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Feb 2018 - 1 @ 17.99 USD |
| | | | 3.00 | 0.00 | 1.50 | 1.50 | |
| 2/1/2018 5:51:53 AM | 498881784 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Jan 2018 - 30 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1/1/2018 5:48:16 AM | 496684617 | ACH Payment | (50.39) | | (22.19) | (28.20) | Payment received |
| | | | 50.39 | 0.00 | 22.19 | 28.20 | |
| 1/1/2018 5:48:16 AM | 496684615 | Credit Card Per-Transaction Fee | 29.30 | | 14.65 | 14.65 | For Dec 2017 - 293 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 1/1/2018 5:48:16 AM | 496684604 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Jan 2018 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 1/1/2018 5:48:16 AM | 496684596 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Dec 2017 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12/1/2017 11:33:39 AM | 494555853 | ACH Payment | (48.69) | | (21.34) | (27.35) | Payment received |
| | | | 48.69 | 0.00 | 21.34 | 27.35 | |
| 12/1/2017 11:33:39 AM | 494555851 | Credit Card Per-Transaction Fee | 27.80 | | 13.90 | 13.90 | For Nov 2017 - 278 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 12/1/2017 11:33:39 AM | 494555849 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Dec 2017 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 12/1/2017 11:33:39 AM | 494555844 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Nov 2017 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 11/1/2017 5:55:42 AM | 492403180 | ACH Payment | (51.79) | | (22.89) | (28.90) | Payment received |
| | | | 51.79 | 0.00 | 22.89 | 28.90 | |
| 11/1/2017 5:55:42 AM | 492403177 | Credit Card Per-Transaction Fee | 30.70 | | 15.35 | 15.35 | For Oct 2017 - 307 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |

**Confidential / Confidential Treatment Requested by Authorize.Net LLC**    **AUTH00005**

Dandashly Attachment P-5

**FTC-TRO-0679**

| Date | ID | Description | | | | | Note |
|---|---|---|---|---|---|---|---|
| 11/1/2017 5:55:42 AM | 492403175 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Nov 2017 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 11/1/2017 5:55:42 AM | 492403173 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Oct 2017 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10/1/2017 8:54:40 AM | 488549144 | ACH Payment | (50.09) | | (22.04) | (28.05) | Payment received |
| | | | 50.09 | 0.00 | 22.04 | 28.05 | |
| 10/1/2017 8:54:40 AM | 488549139 | Credit Card Per-Transaction Fee | 29.20 | | 14.60 | 14.60 | For Sep 2017 - 292 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 10/1/2017 8:54:40 AM | 488549135 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Oct 2017 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 10/1/2017 8:54:40 AM | 488549132 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Sep 2017 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 9/1/2017 5:54:33 AM | 486418022 | ACH Payment | (61.29) | | (27.64) | (33.65) | Payment received |
| | | | 61.29 | 0.00 | 27.64 | 33.65 | |
| 9/1/2017 5:54:33 AM | 486418017 | Credit Card Per-Transaction Fee | 40.20 | | 20.10 | 20.10 | For Aug 2017 - 402 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 9/1/2017 5:54:33 AM | 486418012 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Sep 2017 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 9/1/2017 5:54:33 AM | 486417998 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Aug 2017 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 8/1/2017 5:55:56 AM | 484244670 | ACH Payment | (54.09) | | (24.04) | (30.05) | Payment received |
| | | | 54.09 | 0.00 | 24.04 | 30.05 | |
| 8/1/2017 5:55:56 AM | 484244666 | Credit Card Per-Transaction Fee | 33.00 | | 16.50 | 16.50 | For Jul 2017 - 330 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 8/1/2017 5:55:56 AM | 484244664 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Aug 2017 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 8/1/2017 5:55:56 AM | 484244662 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Jul 2017 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7/1/2017 5:53:56 AM | 482111800 | ACH Payment | (53.69) | | (23.84) | (29.85) | Payment received |
| | | | 53.69 | 0.00 | 23.84 | 29.85 | |
| 7/1/2017 5:53:56 AM | 482111797 | Credit Card Per-Transaction Fee | 32.80 | | 16.40 | 16.40 | For Jun 2017 - 328 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 7/1/2017 5:53:56 AM | 482111794 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Jul 2017 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 7/1/2017 5:53:56 AM | 482111791 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Jun 2017 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6/1/2017 5:56:47 AM | 478268398 | ACH Payment | (152.39) | | (73.19) | (79.20) | Payment received |
| | | | 152.39 | 0.00 | 73.19 | 79.20 | |
| 6/1/2017 5:56:47 AM | 478268391 | Credit Card Per-Transaction Fee | 130.90 | | 65.45 | 65.45 | For May 2017 - 1,309 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.49 | 0.00 | 7.74 | 13.75 | |
| 6/1/2017 5:56:47 AM | 478268387 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Jun 2017 - 1 @ 17.99 USD |
| | | | 3.50 | 0.00 | 1.75 | 1.75 | |
| 6/1/2017 5:56:47 AM | 478268384 | Credit Card Batch Fee | 3.50 | | 1.75 | 1.75 | For May 2017 - 35 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 5/1/2017 5:53:08 AM | 476082011 | ACH Payment | (188.29) | | (91.14) | (97.15) | Payment received |
| | | | 188.29 | 0.00 | 91.14 | 97.15 | |
| 5/1/2017 5:53:08 AM | 476082007 | Credit Card Per-Transaction Fee | 167.30 | | 83.65 | 83.65 | For Apr 2017 - 1,673 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.99 | 0.00 | 7.49 | 13.50 | |
| 5/1/2017 5:53:08 AM | 476082002 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For May 2017 - 1 @ 17.99 USD |
| | | | 3.00 | 0.00 | 1.50 | 1.50 | |
| 5/1/2017 5:53:08 AM | 476081998 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Apr 2017 - 30 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 4/1/2017 5:58:04 AM | 473949355 | ACH Payment | (218.09) | | (106.04) | (112.05) | Payment received |
| | | | 218.09 | 0.00 | 106.04 | 112.05 | |

**Confidential / Confidential Treatment Requested by Authorize.Net LLC**                    **AUTH00006**

Dandashly Attachment P-6                    **FTC-TRO-0680**

| Date | ID | Description | Amount | | | | Note |
|---|---|---|---|---|---|---|---|
| 4/1/2017 5:58:04 AM | 473949352 | Credit Card Per-Transaction Fee | 197.00 | | 98.50 | 98.50 | For Mar 2017 - 1,970 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 4/1/2017 5:58:04 AM | 473949350 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Apr 2017 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 4/1/2017 5:58:04 AM | 473949348 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Mar 2017 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 3/1/2017 6:49:48 AM | 468382039 | ACH Payment | (196.69) | | (95.34) | (101.35) | Payment received |
| | | | 196.69 | 0.00 | 95.34 | 101.35 | |
| 3/1/2017 6:49:48 AM | 468382036 | Credit Card Per-Transaction Fee | 175.90 | | 87.95 | 87.95 | For Feb 2017 - 1,759 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.79 | 0.00 | 7.39 | 13.40 | |
| 3/1/2017 6:49:48 AM | 468382033 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Mar 2017 - 1 @ 17.99 USD |
| | | | 2.80 | 0.00 | 1.40 | 1.40 | |
| 3/1/2017 6:49:48 AM | 468382030 | Credit Card Batch Fee | 2.80 | | 1.40 | 1.40 | For Feb 2017 - 28 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2/1/2017 6:58:02 AM | 466258846 | ACH Payment | (248.69) | | (121.34) | (127.35) | Payment received |
| | | | 248.69 | 0.00 | 121.34 | 127.35 | |
| 2/1/2017 6:58:02 AM | 466258845 | Credit Card Per-Transaction Fee | 227.60 | | 113.80 | 113.80 | For Jan 2017 - 2,276 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 2/1/2017 6:58:02 AM | 466258844 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Feb 2017 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 2/1/2017 6:58:02 AM | 466258843 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Jan 2017 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1/1/2017 6:43:25 AM | 464102311 | ACH Payment | (234.99) | | (114.49) | (120.50) | Payment received |
| | | | 234.99 | 0.00 | 114.49 | 120.50 | |
| 1/1/2017 6:43:25 AM | 464102301 | Credit Card Per-Transaction Fee | 213.90 | | 106.95 | 106.95 | For Dec 2016 - 2,139 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 1/1/2017 6:43:25 AM | 464102298 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Jan 2017 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 1/1/2017 6:43:25 AM | 464102295 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Dec 2016 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12/1/2016 7:28:55 AM | 461957516 | ACH Payment | (236.99) | | (115.49) | (121.50) | Payment received |
| | | | 236.99 | 0.00 | 115.49 | 121.50 | |
| 12/1/2016 7:28:55 AM | 461957513 | Credit Card Per-Transaction Fee | 216.00 | | 108.00 | 108.00 | For Nov 2016 - 2,160 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.99 | 0.00 | 7.49 | 13.50 | |
| 12/1/2016 7:28:55 AM | 461957510 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Dec 2016 - 1 @ 17.99 USD |
| | | | 3.00 | 0.00 | 1.50 | 1.50 | |
| 12/1/2016 7:28:55 AM | 461957507 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Nov 2016 - 30 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 11/1/2016 8:17:25 AM | 458083551 | ACH Payment | (163.09) | | (78.54) | (84.55) | Payment received |
| | | | 163.09 | 0.00 | 78.54 | 84.55 | |
| 11/1/2016 8:17:25 AM | 458083548 | Credit Card Per-Transaction Fee | 142.00 | | 71.00 | 71.00 | For Oct 2016 - 1,420 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 21.09 | 0.00 | 7.54 | 13.55 | |
| 11/1/2016 8:17:25 AM | 458083542 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Nov 2016 - 1 @ 17.99 USD |
| | | | 3.10 | 0.00 | 1.55 | 1.55 | |
| 11/1/2016 8:17:25 AM | 458083537 | Credit Card Batch Fee | 3.10 | | 1.55 | 1.55 | For Oct 2016 - 31 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10/1/2016 5:50:09 AM | 452523555 | ACH Payment | (169.09) | | (81.54) | (87.55) | Payment received |
| | | | 169.09 | 0.00 | 81.54 | 87.55 | |
| 10/1/2016 5:50:09 AM | 452523554 | Credit Card Per-Transaction Fee | 148.20 | | 74.10 | 74.10 | For Sep 2016 - 1,482 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 10/1/2016 5:50:09 AM | 452523553 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Oct 2016 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 10/1/2016 5:50:09 AM | 452523550 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Sep 2016 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |

**Confidential / Confidential Treatment Requested by Authorize.Net LLC**    **AUTH00007**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/1/2016 5:45:22 AM | 450365653 | ACH Payment | (140.59) | | (67.29) | (73.30) | Payment received |
| | | | 140.59 | 0.00 | 67.29 | 73.30 | |
| 9/1/2016 5:45:22 AM | 450365649 | Credit Card Per-Transaction Fee | 119.70 | | 59.85 | 59.85 | For Aug 2016 - 1,197 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.89 | 0.00 | 7.44 | 13.45 | |
| 9/1/2016 5:45:22 AM | 450365644 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Sep 2016 - 1 @ 17.99 USD |
| | | | 2.90 | 0.00 | 1.45 | 1.45 | |
| 9/1/2016 5:45:22 AM | 450365642 | Credit Card Batch Fee | 2.90 | | 1.45 | 1.45 | For Aug 2016 - 29 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 8/1/2016 6:49:35 AM | 417164525 | ACH Payment | (125.69) | | (59.84) | (65.85) | Payment received |
| | | | 125.69 | 0.00 | 59.84 | 65.85 | |
| 8/1/2016 6:49:35 AM | 417164524 | Credit Card Per-Transaction Fee | 104.70 | | 52.35 | 52.35 | For Jul 2016 - 1,047 transactions @ 0.10 USD (Visa, MasterCard, Discover) |
| | | | 20.99 | 0.00 | 7.49 | 13.50 | |
| 8/1/2016 6:49:35 AM | 417164521 | Payment Gateway Account Monthly Fee | 17.99 | | 5.99 | 12.00 | For Aug 2016 - 1 @ 17.99 USD |
| | | | 3.00 | 0.00 | 1.50 | 1.50 | |
| 8/1/2016 6:49:35 AM | 417164517 | Credit Card Batch Fee | 3.00 | | 1.50 | 1.50 | For Jul 2016 - 30 batches @ 0.10 USD |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | |

**Confidential / Confidential Treatment Requested by Authorize.Net LLC**    **AUTH00008**

# Dandashly Attachment Q

FTC-TRO-0683

## Domain Whois record

Queried **whois.internic.net** with "**dom ntsitcare.com**"…

```
   Domain Name: NTSITCARE.COM
   Registry Domain ID: 1872640418_DOMAIN_COM-VRSN
   Registrar WHOIS Server: whois.PublicDomainRegistry.com
   Registrar URL: http://www.publicdomainregistry.com
   Updated Date: 2019-08-10T15:45:56Z
   Creation Date: 2014-08-25T12:58:30Z
   Registry Expiry Date: 2020-08-25T12:58:30Z
   Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
   Registrar IANA ID: 303
   Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
   Registrar Abuse Contact Phone: +1.2013775952
   Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
   Name Server: NS1.MD-96.WEBHOSTBOX.NET
   Name Server: NS2.MD-96.WEBHOSTBOX.NET
   DNSSEC: unsigned
   URL of the ICANN Whois Inaccuracy Complaint Form:
https://www.icann.org/wicf/
>>> Last update of whois database: 2020-01-13T01:33:20Z <<<
```

Queried **whois.publicdomainregistry.com** with "**ntsitcare.com**"…

```
Domain Name: NTSITCARE.COM
Registry Domain ID: 1872640418_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2019-08-10T15:45:57Z
Creation Date: 2014-08-25T12:58:30Z
Registrar Registration Expiration Date: 2020-08-25T12:58:30Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Jagmeet Virk
Registrant Organization: NTS IT CARE
Registrant Street: 1605 S Main St #125, Milpitas, CA 95035
Registrant City: Milpitas
Registrant State/Province: California
Registrant Postal Code: 95035
Registrant Country: US
Registrant Phone: +1.4084804083
Registrant Phone Ext:
Registrant Fax: +1.4084804083
Registrant Fax Ext:
Registrant Email: jims@ntsitcare.com
Registry Admin ID: Not Available From Registry
Admin Name: Jagmeet Virk
Admin Organization: NTS IT CARE
Admin Street: 1605 S Main St #125, Milpitas, CA 95035
```

FTC-TRO-0684

```
Admin City: Milpitas
Admin State/Province: California
Admin Postal Code: 95035
Admin Country: US
Admin Phone: +1.4084804083
Admin Phone Ext:
Admin Fax: +1.4084804083
Admin Fax Ext:
Admin Email: jims@ntsitcare.com
Registry Tech ID: Not Available From Registry
Tech Name: Jagmeet Virk
Tech Organization: NTS IT CARE
Tech Street: 1605 S Main St #125, Milpitas, CA 95035
Tech City: Milpitas
Tech State/Province: California
Tech Postal Code: 95035
Tech Country: US
Tech Phone: +1.4084804083
Tech Phone Ext:
Tech Fax: +1.4084804083
Tech Fax Ext:
Tech Email: jims@ntsitcare.com
Name Server: ns1.md-96.webhostbox.net
Name Server: ns2.md-96.webhostbox.net
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2020-01-13T01:33:25Z <<<
```

# Dandashly Attachment R

FTC-TRO-0686

I will provide a Perforce path where you can copy the list on daily basis. If you don't use perforce, will provide a FTP share.

Best Regards
Parveen


**From:** David Pounds
**Sent:** Wednesday, December 13, 2017 2:47 AM
**To:** Parveen Vashishtha < ████████████████████ >
**Subject:** IPS Blacklist?

Hi Parveen,

If I send you a blacklist or sites to block via IPS (verified tech support scam sites and phishing sites targeting Symantec), can your team block these on a regular basis? Could we share a file weekly or bi-weekly? If so, what format works best? Box Excel file, emailed Excel file, or other method?

Would this list also be shared with the Safeweb team, to blacklist as well?

Kind regards,

-David

**David Pounds**
Principal Brand Protection Specialist, Symantec Corporation
**www.symantec.com**

**Office:** ██████  **Mobile:** ████████  **Fax:** ████████
████████████



 Please consider your environmental responsibility before printing this email.

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication.

SYMC000029

Dandashly Attachment R-1

**FTC-TRO-0687**

FTC-TRO-0688

GBPDomainBlacklist



SYMC000031

Dandashly Attachment R-3

**FTC-TRO-0689**

GBPDomainBlacklist



Page 2

Dandashly Attachment R-4

SYMC000032

**FTC-TRO-0690**



GBPDomainBlacklist



Dandashly Attachment R-5

SYMC000033

**FTC-TRO-0691**



GBPDomainBlacklist



ntsitcare.com

Page 4

Dandashly Attachment R-6

SYMC000034

**FTC-TRO-0692**

GBPDomainBlacklist



Page 5

Dandashly Attachment R-7

SYMC000035

FTC-TRO-0693



GBPDomainBlacklist



Page 6

Dandashly Attachment R-8

SYMC000036

GBPDomainBlacklist



SYMC000037

Dandashly Attachment R-9

**FTC-TRO-0695**

GBPDomainBlacklist



Page 8

Dandashly Attachment R-10

SYMC000038

**FTC-TRO-0696**

GBPDomainBlacklist



SYMC000039

Dandashly Attachment R-11

**FTC-TRO-0697**

GBPDomainBlacklist



Dandashly Attachment R-12                    SYMC000040

**FTC-TRO-0698**

# Dandashly Attachment S

FTC-TRO-0699

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History    Additional Info.    Correspondence        Update        Special Merchant Audit

**Merchant Information**

| | | | |
|---|---|---|---|
| Acquirer ID: | 11971 - COMMERCIAL BANK OF CALIFORNIA | Compressed Merchant Name: | NTSITCAREINC |
| Merchant Name: | NTS IT CARE INC | | |
| City: | 877-490-6709 | State: | CA |
| Country: | USA - UNITED STATES | Region: | 1 - US |
| Merchant Category Code: | 4816 - COMPUTER NETWORK/INFORMATION SERVICES | | |

**Status**

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 01 - HIGH FRAUD ALERT | Pr or Status Code: | |
| Exclude from Future V olations: | N | | |
| Extracted as Special Merchant: | N | | |

**Reporting Information**

Reported Date:   10/05/2018        Start Date:        04/01/2018

Rule Violat on:    FIVE (5) OR MORE FRAUD TRANS., TOTAL >= USD5000, FRAUD/SALES >= 8% IN ONE MONTH

**Charge Back**

Start Date:                End Date:

**Security Bulletin**

Number:                Date:

**Correspondence**

| | | | |
|---|---|---|---|
| First Response Due By: | 11/01/2018 | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 04/2018 | $2881.87 | 12 | $52972.23 | 298 | | | |
| 05/2018 | $5140.35 | 19 | $56958.81 | 326 | 8.91% | YES | 8% |
| 06/2018 | $1293.15 | 6 | $54902.32 | 309 | | | |
| 07/2018 | $1730.00 | 6 | $55316.36 | 305 | | | |
| 08/2018 | $1138.29 | 8 | $65793.44 | 318 | | | |
| 09/2018 | $2613.09 | 9 | $47729.39 | 265 | | | |

Dandashly Attachment S

**FTC-TRO-0700**

# Dandashly Attachment T

FTC-TRO-0701

**CitiBusiness®**

| Financial Center # | 384 | Marketplace | 13 | Current Date | 8/28 |
|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓ | | | | |
| Business Name | NTS IT CARE INC | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| ▓▓▓ 8391 | Signer 1: JAGMEET SINGH VIRK | X _____ |
| | Signer 2: | X _____ |
| | Signer 3: | X _____ |
| | Signer 4: | X _____ |

---

**CitiBusiness®**

| Financial Center # | 384 | Marketplace | 013 | Current Date | 8/28/14 |
|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓ | | | | |
| Business Name | NTS IT CARE Inc | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| ▓▓▓ 8391 | Signer 1: JAGMEET SINGH VIRK | X _____ |
| | Signer 2: | X _____ |
| | Signer 3: | X _____ |
| | Signer 4: | X _____ |

© 2014 Citibank, N.A., Member FDIC. Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.
(Ctl. 10/20/12)                                                                                                    IFM052  9BBG  0-1/11

Dandashly Attachment T-1

**FTC-TRO-0702**

# BUSINESS DEPOSIT ACCOUNT APPLICATION

## BUSINESS INFORMATION

**Business Name**
NTS IT CARE INC

**Doing Business As/DBA** *(if applicable)*

**Business Entity Type** *(Select One)*
☑ Corporation
☐ Partnership (General, limited or Law)
☐ Limited Liability Partnership
☐ Unincorporated Association
☐ Limited Liability Company
☐ Sole Proprietorship
☐ Public Entity
☐ Business Trust

**Is the Entity a Not-For-Profit/Non-Government Organization?**
☐ Yes   ☑ No

**Tax Identification Number**
▮▮▮▮▮

**Type of Tax ID** *(Select One)*
☐ Social Security Number
☑ Employer ID Number

**Business Start Date**
08/25/2014

**Number of Locations**
1

**Annual Gross Revenue**
$ 4000000

**Annual Net Profit**
$ 150000

**Number of Employees/Agents**
1

**Business Phone**
408-480-4083

**Business Fax**

**Is Business Home Based?**
☐ Yes   ☑ No

**Business Industry/Activity/Description**
IT SOFTWARE CONSULTING

**Primary Contact Name**
Jagmeet Singh Virk

**Primary Contact Phone**
408-480-4083

**Primary Contact Email**
JIMS@NTSITCARE.COM

## PHYSICAL ADDRESS

**Street Number**
89

**Street Name**
S MAIN ST

**Suite/Mailstop/etc.** *(if applicable)*
SUITE 105

**City**
MILPITAS

**State**
CA

**Zip**
95035

## MAILING ADDRESS *(if different than above)*

**Street Number**

**Street Name**

**Suite/Mailstop/etc.** *(if applicable)*

**City**

**State**

**Zip**

## DEPOSIT PRODUCT SELECTION (Complete all fields for each account requested. Add additional pages, if needed.)

**Account 1**    ▮▮▮8391

**Product** *(Select One)*   ☑ Checking Account   ☐ Savings Account   ☐ Money Market Account   ☐ Certificate of Deposit (CD)

**Intended Balance** *(Select One)*
☑ Under $25,000
☐ $25,000-$50,000
☐ $50,000-$250,000
☐ $250,000-$500,000
☐ $500,000-$1 million
☐ Greater than $1 million

**Source of Initial Deposit** *(Select all that apply)*
☐ Cash/Currency
☐ Citibank Account
☐ Other ____
☑ Check from Existing Bank
☐ Wire from Existing Bank

**Purpose of Account** *(Select all that apply)*
☑ Operating   ☐ Savings   ☐ Payroll   ☐ Investment   ☐ Petty Cash   ☐ Other ____

**Checking Account Type**
☑ Streamlined
☐ Flexible
☐ CitiBusiness®
☐ Interest Checking

**CD Maturity Options** *(if applicable)*
CD Term: ____
☐ Roll over CD at maturity
☐ Transfer principal and interest at maturity to account #: ____

**CD Interest Options** *(if applicable)*
☐ Interest at maturity *(terms less than 1 year)*
☐ Post to Account
☐ Post Interest to Account #: ____
☐ Mail check to account address

**Account 2**

**Product** *(Select One)*   ☐ Checking Account   ☐ Savings Account   ☐ Money Market Account   ☐ Certificate of Deposit (CD)

**Intended Balance** *(Select One)*
☐ Under $25,000
☐ $25,000-$50,000
☐ $50,000-$250,000
☐ $250,000-$500,000
☐ $500,000-$1 million
☐ Greater than $1 million

**Source of Initial Deposit** *(Select all that apply)*
☐ Cash/Currency
☐ Citibank Account
☐ Other ____
☐ Check from Existing Bank
☐ Wire from Existing Bank

**Purpose of Account** *(Select all that apply)*
☐ Operating   ☐ Savings   ☐ Payroll   ☐ Investment   ☐ Petty Cash   ☐ Other ____

**Checking Account Type**
☐ Streamlined
☐ Flexible
☐ CitiBusiness®
☐ Interest Checking

**CD Maturity Options** *(if applicable)*
CD Term: ____
☐ Roll over CD at maturity
☐ Transfer principal and interest at maturity to account #: ____

**CD Interest Options** *(if applicable)*
☐ Interest at maturity *(terms less than 1 year)*
☐ Post to Account
☐ Post Interest to Account #: ____
☐ Mail check to account address

## DEPOSIT ONLY CARDS

☐ Please Issue Deposit Only Card(s)   How Many?: ____

© 2013 Citibank, N.A. Member FDIC. Citibank, Citibank with Arc Design, and CitiBusiness are registered service marks of Citigroup Inc.
1446 (Rev. 4/11/14)

Page 1 of 4

# BUSINESS DEPOSIT ACCOUNT APPLICATION


citibank

**ACCOUNT ACTIVITY**–Select Yes or No for each question. If any "Yes", then complete Addendum A for each account on the application.

Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? ☐ Yes ☒ No

Will you send or receive wires to/from countries outside of the United States? ☒ Yes ☐ No

Will you deposit or withdraw more than $120,000 in cash, travelers' checks or money orders each month? ☐ Yes ☒ No

Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) ☐ Yes ☒ No

**SIGNER INFORMATION**–Complete for each signer. If more than 4 signers, then add Signer Personal Information form.

Do any owners own 25% or more of the business but are not signers on the account? (complete Addendum B if "Yes") ☐ Yes ☒ No

## SIGNER 1

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| JAGMEET | SINGH | VIRK | | | ▓▓▓ |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| President/Chairperson | JIMS@NTSITCARE.COM | | ▓▓▓ | 20 |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ☒ Debit ☐ ATM ☐ None |

**Citizenship (Select One)**
☐ US Citizen  ☐ Non Resident Alien (NRA)
☐ Resident Alien  ☒ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: **India**
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☒ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| PHOTO U.S. DRIVER'S LICENSE | CA | ▓▓▓ | 04/16/2014 | 11/10/2016 |

## SIGNER 2

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| | | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

**Citizenship (Select One)**
☐ US Citizen  ☐ Non Resident Alien (NRA)
☐ Resident Alien  ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: _____
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

## SIGNER 3

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| | | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

**Citizenship (Select One)**
☐ US Citizen  ☐ Non Resident Alien (NRA)
☐ Resident Alien  ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: _____
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

## SIGNER 4

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| | | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

**Citizenship (Select One)**
☐ US Citizen  ☐ Non Resident Alien (NRA)
☐ Resident Alien  ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA or PRA, then complete A and B below:
A. Countries of Citizenship: _____
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

*Social Security Number or ITIN required for Sole Proprietorships, Single Stockholder Corporations, Single Member LLCs and any Signer requesting a Debit Card.

© 2013 Citibank, N.A., Member FDIC.
1446 (Rev. 4/11/14)

Page 2 of 4

Dandashly Attachment T-3

**FTC-TRO-0704**

## Business Deposit Account Application



### CitiBusiness® Online Enrollment (Short Form for Basic Services)

☑ Create new enrollment for the following authorized users and apply this enrollment to all accounts on this application:

| | | System Administrator | | Transactional Entitlements | |
|---|---|---|---|---|---|
| | | Yes | No | Unlimited | View/Set-up Only |
| User 1 | JAGMEET SINGH VIRK | ☑ | ☐ | ☑ | ☐ |
| User 2 | | ☐ | ☐ | ☐ | ☐ |
| User 3 | | ☐ | ☐ | ☐ | ☐ |
| User 4 | | ☐ | ☐ | ☐ | ☐ |

You must add at least one user during enrollment. All user passwords and tokens are sent to the primary contact at the address on file for the primary account.

If a checking account (business or personal) is linked to a savings account and/or a Checking Plus line with the same account number, those linked accounts will automatically be linked in CitiBusiness Online and share the same entitlements as the checking account.

☐ Do not enroll in CitiBusiness Online at this time.

☑ Enable Wire Transfers. (Provides ability to initiate domestic and foreign wire transfers.)

☑ Enroll in cash manager suite of services. (Includes Today's Activity Reporting, System Administrator levels, System Administrator Maker-Checker and Specialized Transfer Services. Monthly fee applies.)

☐ Also enable System Administrator Maker-Checker. (This option provides audit control for administrative tasks such as adding or deleting users, issuing new passwords, etc. Each administrative task initiated by one System Administrator [a "Maker"] must be approved by a different System Administrator [a "Checker"].)

☐ Optional: Link Personal Account number _____
(for Sole Proprietorships, Single-Stockholder Corporations and Single-Member LLCs only)

Only owners of Sole Proprietorships, Single-Stockholder Corporations, and Single-Member LLCs may link their personal accounts to CitiBusiness Online. If an owner opts to link a personal account, the owner must also list one individual who will have unlimited entitlement to that account. This account owner must sign below.

_____    X _____
Personal Account Owner First and Last Name        Personal Account Owner Signature

### Access Levels/System Entitlements

**System Administrators** can view and change user account entitlements (including own); add, suspend, reactivate, change, delete users; issue new passwords, change system administrator level; change user menu options and business settings; view user information, user entitlement reports, audit reports, and business information. It is recommended that at least one user in the Business be set up as a System Administrator. **Limiting assignment of System Administrator entitlement to an account signer is strongly recommended.**

**Unlimited** entitlement authorizes a user to execute transactions of any amount for all linked business accounts without additional review or approval including internal transfers (including loan repayments and line of credit draw-downs on select credit products), wire transfers, international checks and bill payments, and to submit Stop Payment requests.

**View/Set Up Only** entitlement authorizes a user to set up transactions for another user to approve and to submit stop payment requests. A user with View/Set Up Only entitlement is restricted from executing transactions and approving the transactions of others.

All users will initially have access to Information Reporting (including Recent Activity, Balance Summary, Incoming Wires, and Check Images) and Online Statements. Online Statements allow a user to view statements for ALL linked business accounts, including those for which the user has no transactional or other entitlement.

### Terms and Conditions

- The Business and all users will comply with the terms of this enrollment form, the Maintenance/Custom Entitlement Form (as applicable), the CitiBusiness Online User Agreement and those agreements governing the accounts and services accessed through CitiBusiness Online.
- Each user's delegated authority meets the security requirements of the Business.
- Any individual listed as System Administrator may act on behalf of the Business with the initial entitlements defined by this enrollment form. A System Administrator's entitlements will apply equally to all accounts linked through CitiBusiness Online.
- Citibank can honor electronic instructions from any authorized user on behalf of the Business, including instructions to: (1) transfer money to other Citibank accounts/loans (including loan repayments and line of credit draw-downs on select credit products), (2) send wire transfers and foreign checks to designated third parties, (3) make bill payments to designated payees, (4) open new accounts, (5) view and transact on any linked credit card account, and (6) conduct any other financial transaction available through CitiBusiness Online. Citibank follows these instructions when the User IDs and Passwords of users designated on this form or subsequently added on behalf of the Business have been entered.

For assistance with CitiBusiness Online, please call Customer Service at 1-800-285-1709, option 1.

Banker use only:
☐ CitiBusiness Online Maintenance/Custom Entitlement Form attached.
☐ This page intentionally left blank; separate CitiBusiness Online enrollment documentation on file.

© 2014 Citibank, N.A., Member FDIC.
(Eff. 4/11/14)

Page 3 of 4
1193217  91876  04/14

Dandashly Attachment T-4

**FTC-TRO-0705**

# Business Deposit Account Application



## Account Agreement and Authorization (To be completed by customer only)

By signing below, I acknowledge and agree both individually, as applicable, and on behalf of the business identified in this application (the "Business"): (1) to be bound by any agreement governing any account and service for which I am applying for within including the terms and conditions of the CitiBusiness® Client Manual and Schedule of Fees and Charges; (2) Citibank may obtain credit reports and make other inquiries it deems appropriate about both the Business and me individually; (3) any signer identified within this application may open additional accounts and enter into contracts for banking services on behalf of the Business; (4) and if I am a plan sponsor and/or plan fiduciary and the plan is subject to the Employee Retirement Income Security Act of 1974 ("ERISA"), by opening an account covered in this application, I have reviewed the CitiBusiness ERISA Section 408(b)(2) Disclosure Document made available to me reasonably in advance of my decision to open the account and that after my review, I made an independent decision that the fees and other compensation are reasonable for the services being provided by Citibank. I further consent to Citibank updating or changing the Disclosure Document by posting updated documents and/or notices at http://citi.com/investorinfo/advisoryprivacy/408b2disclosures.html and that I am responsible for checking the website periodically for such updates.

## Tax Certification – Additional Documentation Required to Avoid Tax Withholding

In accordance with requirements of the Internal Revenue Code, I understand that my business must supply Citibank with a properly-executed tax certification form to establish U.S. Person or non-U.S. Person status for U.S. tax information reporting purposes. To comply with such requirement, my business will provide an executed IRS Form W-9 or Form W-8, as appropriate. If a validly executed IRS Form W-9 or Form W-8 is not provided, I understand that Citibank will implement backup withholding on interest earned on my business account(s) immediately upon account opening. Such backup withholding will continue to apply until the appropriate validly-executed tax certification form is provided. If this occurs, I understand that Citibank may not be able to refund the withheld taxes.

Forms W-9 and W-8 and associated instructions can be obtained on the IRS Forms and Publications website, the link for which is:

http://www.irs.gov/Forms-&-Pubs

JAGMEET SINGH VIRK
**Print First and Last Name**

PRESIDENT
**Business Title (Capacity Acting In)**

X _____
**Authorized Signature**

8/28/14
**Date**

_____
**Print First and Last Name**

_____
**Business Title (Capacity Acting In)**

X _____
**Authorized Signature**

_____
**Date**

## Bank Use Only

| Linking-List Related Account | Card Access |
|---|---|
| ☐ Safety Check   ☑ Statement<br>☐ Account Analysis | Card Access for signers designated in signer section?   ☑ Yes ☐ No<br>Primary Account linked to Card?   ☑ Yes ☐ No |
| **Account Officer – Print Name**<br>PATRICK TAITAGUE | **Phone Number** ██████████ |

© 2014 Citibank, N.A., Member FDIC.
(Eff. 4/11/14)

Page 4 of 4
1193217  9876  04/14

Dandashly Attachment T-5

**FTC-TRO-0706**

# BUSINESS–GENERAL DEPOSIT RESOLUTION

☑ Corporation  ☐ Limited Liability Company (LLC)  ☐ Partnership  ☐ Limited Liability Partnership (LLP)  ☐ Unincorporated Association

Business Name

NTS IT CARE INC

Doing Business As/DBA (if applicable)

**Authorization–** The business identified in this Business Resolution (the "Business") acknowledges that all accounts now or hereafter established under this Business Resolution shall be governed by the rules and regulations of Citibank, N.A. (the "Bank") including those set forth in the Bank's CitiBusiness® Client Manual, receipt of which is hereby acknowledged, and applicable state and federal laws. The Bank reserves the right to change its rules and regulations from time to time.

Each person who signs this Business Resolution is authorized, on behalf of the Business, to open deposit accounts at the Bank, sign checks and other orders with respect to any funds to the credit of the Business and to give the Bank instructions to withdraw funds, to endorse and deposit checks and other items that are payable or belonging to the Business and to otherwise transact on all accounts of the Business in any manner permitted by the Bank. In addition, each such person individually is authorized to assign, transfer or pledge any property of the Business, on behalf of the Business, to execute indemnities, assignments, receipts and other documents, to contract for and use online and mobile banking and various cash management services (and delegate authority to transact upon accounts to designated persons using such services) and to conduct any and all other lawful business with the Bank.

The Business agrees that the Bank assumes no responsibility for the payment of a check, draft or other item drawn on or execution of a funds transfer or other debit instruction against any account of the Business or for any withdrawal from any account which is honored and bears only a single signature of or is otherwise authorized by one of the individuals designated below. The Bank may rely on this authorization for each account of the Business until the Bank receives written notice revoking the authorization at the office where the account is maintained and until the Bank has had a reasonable time to act on such notice.

The Bank is authorized to pay any check, draft or other instrument for the payment of money drawn on any account of the Business which bears or appears to bear the signature or facsimile signature provided below or such other signature later certified to the Bank to be authorized by the Business, if such signature, regardless of how or by whom affixed, resembles a specimen signature provided to the Bank.

If the Limited Liability Company (LLC) box is checked, the person executing this Business Resolution on behalf of the Business (the "Undersigned") certifies that the manager(s) or all members with banking authority have signed below. If the Partnership or LLP box is checked, the Undersigned certifies that the persons whose names appear below are the owners as co-partners and constitute all general partners with banking authority of the above-mentioned partnership. The Undersigned certifies to the Bank that the Undersigned has taken all actions and obtained all authorizations, consents and approvals as are necessary to the Undersigned's authority to execute this Resolution on behalf of the Business.

| Print First and Last Name | Signature/Facsimile Signature |
|---|---|
| JAGMEET SINGH VIRK | X _(signature)_ |
| | X |
| | X |
| | X |
| | X |
| | X |

RESOLVED, that this Business establish one or more deposit accounts with the Bank and that this Business adopts for each account the Authorization above. RESOLVED, that the person(s) whose name(s) appear above are each authorized, acting singly to establish and operate for this Business one or more accounts now and additional accounts from time to time, and to designate persons to perform transactions with respect to each account. I certify that this Business Resolution was adopted by this Business in accordance with applicable law and its charter, bylaws or other organizational documents, and is now in full force and effect. I further certify that all of the signatures are originals or the actual facsimiles used when issuing or negotiating checks.

| If entity is... | Corporation LLC Partnership/LLP Unincorporated Association | ...then the Signature of the... | Secretary or President or CEO Member or Manager or President Partner President or Secretary or Treasurer | ... is required. |
|---|---|---|---|---|

X _(signature)_
Signature

PRESIDENT
Corporate Title (as per table above)

JAGMEET SINGH VIRK
Print First and Last Name

8/28/14
Date

© 2014 Citibank, N.A., Member FDIC. Citibank, Citi with Arc Design, and CitiBusiness are registered service marks of Citigroup Inc.
(Eff. 10/18/13)

1193617  9BR5  04/14

Dandashly Attachment T-6

**FTC-TRO-0707**

3704194

**FILED**
Secretary of State
State of California

AUG 2 5 2014

This Space For Office Use Only

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.

- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **NTS IT Care Inc**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. **Jagmeet Virk**
Agent's Name

b. **89 S Main St # 105, Milpitas**          **CA 95035**
Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box    City (no abbreviations)    State    Zip

**Corporate Addresses**

④ a. **89 S Main St # 105**          **Milpitas,    CA 95035**
Initial Street Address of Corporation - Do not list a P.O. Box    City (no abbreviations)    State    Zip

b. _____
Initial Mailing Address of Corporation, if different from 4a    City (no abbreviations)    State    Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

The total number of shares which this corporation is authorized to issue is _____ **10000**

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

► _____          **Shweta Garg**
Incorporator - Sign here          Print your name here

| Make check/money order payable to: **Secretary of State**<br>Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail**<br>Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | **Drop-Off**<br>Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

ACCOUNT# ~~28388391~~

# BUSINESS DEPOSIT ACCOUNT APPLICATION
## (Addendum A-Additional Account Information)

 citibank

### MAJOR SUPPLIERS - Provide the names and locations of your top three suppliers

**Please Note:** Basic operating expenses such as office supplies, rent, utilities do not generally need to be listed. If you have no major suppliers, then provide explanation.

| Name | Location |
|---|---|
| NTS IT CARE INDIA | New Dheli, India |
| Name | Location |
|  |  |
| Name | Location |
|  |  |

**Explanation** (if applicable):

### MAJOR CUSTOMERS

Select one:
☐ Retail – sells to general public
☑ Other – *list top three customers and locations in adjacent fields*

| Name | Location |
|---|---|
| Turbo Tax | Mountain View, CA |
| Intuit | Redwood City, CA |
|  |  |

### TRANSACTION DETAILS - Indicate types of transactions you intend to complete and provide details on each. Required for each account except standard CDs.

**Cash Deposits?** ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
☐ Under $25,000
☐ $25,000 - $74,999
☐ $75,000 - $119,999
☐ $120,000 or more
Transactions Per Month
☐ 1-10   ☐ 11-20
☐ 21-50  ☐ 51 or more

**Cash Withdrawals (Including ATMs)?** ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
☐ Under $25,000
☐ $25,000 - $74,999
☐ $75,000 - $119,999
☐ $120,000 or more
Transactions Per Month
☐ 1-10   ☐ 11-20
☐ 21-50  ☐ 51 or more

**Deposit Official Checks, Money Orders or Travelers Checks?** ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____
Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20 ☐ 20+

**Purchase Official Checks, Money Orders or Travelers Checks?** ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
☐ Under $10,000
☐ $10,000 - $25,000
☐ $25,001 - $50,000
☐ Other: _____
Transactions Per Month
☐ 1-5   ☐ 6-10
☐ 11-20 ☐ 20+

**Receive Wire Transfers (Domestic and/or International)?** ☐ Yes ☑ No
If Yes:
Dollar Range per Month:
☐ Under $250,000
☐ $250,000 - Under $1 Million
☐ $1 Million - Under $2.5 Million
☐ $2.5 Million or more
Transactions Per Month
☐ 1-10   ☐ 11-20
☐ 21-50  ☐ 51 or more

**Send Wire Transfers (Domestic and/or International)?** ☑ Yes ☐ No
If Yes:
Dollar Range per Month:
☐ Under $250,000
☑ $250,000 - Under $1 Million
☐ $1 Million - Under $2.5 Million
☐ $2.5 Million or more
Transactions Per Month
☑ 1-10   ☐ 11-20
☐ 21-50  ☐ 51 or more

| | Select One | Country (Non-US) | Frequency per Month | Approximate Amount per Wire | Purpose or Reason for Wire |
|---|---|---|---|---|---|
| **Send/Receive Wire Transfers outside the United States?** ☑ Yes ☐ No If Yes, complete adjacent fields | ☑ Send ☐ Receive | INDIA | ☑ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | $25K - <$250K | Business Expense / Payroll |
| | ☑ Send ☐ Receive | CANADA | ☑ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | $25K - <$250K | Business Expenses / Payroll |
| | ☐ Send ☐ Receive | | ☐ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | | |
| | ☐ Send ☐ Receive | | ☐ 1-10 ☐ 11-20 ☐ 21-50 ☐ 51 or more | | |

© 2012 Citibank, N.A., Member FDIC. Citibank with Arc Design is a registered service mark of Citigroup Inc.
1446 (Rev. 10/20/12)

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

Name (as shown on your income tax return)

NTS IT CARE INC

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)

89 S. MAIN ST # 105

City, state, and ZIP code

MILPITAS, CA 95035

Requester's name and address (optional)

List account number(s) here (optional)

Print or type — See Specific Instructions on page 2.

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

Employer identification number

[redacted]

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign Here | Signature of U.S. person ▶ | Date ▶ 8/28/14 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)

Dandashly Attachment T-9

**FTC-TRO-0710**

# CONCIERGE COMMERCIAL AO DAILY TRANSACTION/TRANSMITTAL REPORT

| | | | |
|---|---|---|---|
| **Business:** | Citibank, N.A. (013) | **Report Date:** | Thu, Aug 28, 2014 |
| **Financial Center:** | MILPITAS (0384) | **Expense Code:** | 00384 |

**TRANSMITTED COMPONENTS**

| | | | |
|---|---|---|---|
| **CFA Name:** | Patrick Taitague | **CFA P#:** | ▮ |
| **Session Date:** | Thu, Aug 28, 2014 | | |
| **Business Name:** | NTS IT CARE INC | **CIN:** | ▮ |
| **Business Entity Type:** | C-Corporation | **TaxId:** | ▮ |
| **Withholding/Certified:** | Certified W-9 | **Recently Applied for:** | N |
| | | **Foreign based Business:** | N |
| **Business Address:** | 89 S MAIN ST STE 105 | **Business Phone:** | 1 408-480-4083 |
| | MILPITAS, CA 95035 | **HRB:** | Y |
| **HRB Description:** | 1. Send/Receive funds to/from countries outside the U.S. | | |
| **D&B Verifications Performed:** | N | **DB Confidence Code:** | 0 |
| **D&B Criminal Activity Indicator:** | | | |

**FATCA Classification:**

| | | | |
|---|---|---|---|
| **TAX Documents:** | | **Received:** | |

**Account(s)**

| Acct Type | Acct # |
|---|---|
| 1 CB STREAMLINED CHKG | ▮8391 |

**Signer  1 of  1**

| | | | |
|---|---|---|---|
| **Name:** | JAGMEET SINGH VIRK | **CIN:** | ▮ |
| **U.S. Residency:** | Permanent Resident Alien | **SSN/ITIN:** | ▮ |
| **DOB:** | ▮ | **Official Title:** | President/Chairperson |
| **High Risk Customer:** | N | **SPF Status:** | N |

**Card Info**

| | | | |
|---|---|---|---|
| **Card Ordered:** | Order Business Debit Card | **Card Printed:** | ATM |
| **Embossed Business Name:** | NTS IT CARE INC | **Embossed Signer Name:** | JAGMEET SINGH VIRK |
| **Embossed CIN:** | ▮ | **PIN Set:** | N |

**Identification:**  Primary ID:  PHOTO U.S. DRIVER'S LICENSE
Issuing State : CA
License Number :▮
Issue Date : 04/16/2014
Expiration Date : 11/10/2016

**Signer Override(s)**
None

---

Dandashly Attachment T-10

**FTC-TRO-0711**

Internal Use Only

## Observations at Place of Business


citi

**Business Name** NTS IT CARE Inc.

### VISIT INFORMATION

| | | | |
|---|---|---|---|
| Date 8/29/14 | Time 10:30 AM | Time Spent 10 MIN | Visit Contact Name JAGMEET S VIRK |

Address Visited
89 S. Main Street
Milpitas, CA 95035

**Location Type**
☑ Primary Office
☐ Secondary Location (Branch Office/Warehouse/etc.)

### TYPE OF BUSINESS

☐ Consumer Credit Provider
☐ Securities/Commodities Firm
☐ U.S. Financial Institution
☐ 3rd Party Payment Processor for Retailers or Other Businesses (TPPs)
☐ Business accepting 3rd Party Checks
☐ Factoring Business
☐ Intermediary Professional Service Provider with Unknown Beneficial Ownership of Funds

☐ Investment Management Company
☐ Precious Metals/Gems/Jewelry-Broker/ Dealer/ Retailer
☐ Venture Capital Company/Private Equity Firm
☐ Adult Entertainment
☐ ATM Owner/Operator
☐ Business with Secondary Money Service Operation
☐ Car/Boat/Plane Dealership (New/Used)

☐ Cash Intensive Business-Enter Type:
☐ Consumer Loan Modification Company
☐ Debt Collector/Collection Agency
☐ Insurance Carrier
☐ Pawn Shop
☐ Telemarketing Service
☑ Other-Enter Type: Software Consulting

### VISIT DESCRIPTION

| Estimate Square footage/space occupied | Type of Space: | | Number of Employees on Premises |
|---|---|---|---|
| 600 | ☐ Owned ☐ Rented ☑ Rented/Leased Office Suite (within a shared facility) | ☐ Sublet ☐ Concession ☐ Non-Commercial (Home/Apartment) | 1 |

Describe Customer Traffic (or activity observed during visit):

NONE PRESENT

| Inventory Visible?: ☐ Yes ☑ No | If Yes- Describe Inventory (if no, please explain): |
|---|---|

How is business paid?
☐ Cash
☑ Checks
☐ Charge
☐ Wires
☑ Other Details _MERCHANT SERVICES_

Other relevant observations or information:

CALLED BUSINESS PHONE VERIFICATION SUCCESSFULLY COMPLETED ON-SITE.

Did your observations agree with your expectations for this type of business? Explain:      ☑ Yes    ☐ No

YES, desk, computer available - typical Consulting business.

I PERSONALLY PHYSICALLY CONDUCTED THE ABOVE DESCRIBED PLACE OF BUSINESS VISIT. THE INFORMATION PROVIDED IS AN ACCURATE AND COMPLETE REPRESENTATION OF MY OBSERVATIONS AT THE PHYSICAL VISIT.
NO MATERIAL INFORMATION HAS BEEN WITHHELD FROM THIS REPORT. ANY MISREPRESENTATION OF INFORMATION COULD BE GROUNDS FOR CORRECTIVE ACTION, INCLUDING DISMISSAL

| PATRICK TEITAGUE | X Signature | Date 8/29/14 |
|---|---|---|
| Citibank Officer Name | | |

© 2014 Citibank, N.A., Member FDIC. Citi with Arc Design is a registered service mark of Citigroup Inc.
(Eff. 07/25/12)

1193537  9860  03/14

# Dandashly Attachment U

FTC-TRO-0713

# CHASE ◯

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
NTS IT CARE INC

| | |
|---|---|
| **ACCOUNT NUMBER** | 221 |
| **ACCOUNT TYPE** | Chase Platinum Business Checking |
| **TAXPAYER ID NUMBER** | |
| **DATE OPENED** | 02/08/2019 |
| **FORM OF BUSINESS** | C-Corporation |
| **ISSUED BY** | JPMorgan Chase Bank, N.A ( 703 ) |
| | Santa Cruz Ave - 741309 |
| | AHMAD BAKHSHI |
| | (614) 248-5800 |
| | 02/08/2019 |

**BUSINESS ADDRESS**
1605 S MAIN ST STE 125

MILPITAS, CA 95035-6270

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 08/26/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) JAGMEET SINGH VIRK | **(408) 480-4083 | | President | 2/8/19 |  |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |

Page 1 of 1

M1207-01-13-CS (3/14 v3)

**SB1073631-F2**

Dandashly Attachment U    1

**FTC-TRO-0714**

# Dandashly Attachment V





Dandashly Attachment V-2

**FTC-TRO-0716**







03/24/14
Date

Pay to the Order of: NTS - IT Care, Inc.    $ 149.99

One Hundred Forty-nine and 99/100 Dollars

VANTAGE
St. Louis, MO

For: Computer Services

RETURN
CHECK

Dandashly Attachment V-4

**FTC-TRO-0718**





Dandashly Attachment V-5

FTC-TRO-0719



Dandashly Attachment V-6

**FTC-TRO-0720**



DATE *Oct. 21, 2016*

PAY TO THE ORDER OF *NTS It Care I...*    $ *169.99*

*One hundred sixty nine dollars and 99/100* — DOLLARS

Village Bank&Trust
A WINTRUST COMMUNITY BANK

MEMO *internet update*

Dandashly Attachment V-7

**FTC-TRO-0721**



**FTC-TRO-0722**



FTC-TRO-0723





Dandashly Attachment V-10

**FTC-TRO-0724**



02/09/2018

PAY to the order of    N.TS IT Care Inc    $ 359.99

Three hundred fifty-nine and 99L   Dollars

BB&T   BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBT.com

For

Dandashly Attachment V-11

**FTC-TRO-0725**

# Dandashly Attachment W

FTC-TRO-0726

**JANUARY 9, 2019**

Account Officer : SUSANA DEKU
CITIBANK, N.A.
USCC CITISWEEP
100 CITIBANK DR
SAN ANTONIO, TX 78245

NTS IT CARE INC
1605 S MAIN ST SUITE
MILPITAS, CA 95035-6270



Tax Id: ████
Phone: 408-480-4083

## CitiBusiness Account Opening Confirmation

| Checking | Account Number | Annual Interest Rate | Annual Percentage Yield |
|---|---|---|---|
| CB STREAMLINED CHKG | ████ 3393 | Refer Rate sheet | Refer Rate sheet |

**Account Title**
NTS IT CARE INC

**Account Mailing Address**
1605 S MAIN ST  STE
MILPITAS , CA 95035-6270

Thank You for banking at Citibank. We want to help you manage all your money any time, anywhere, any way you choose. For assistance with your account or information on Citibank services, call the CitiBusiness Service Center at 1-877-528-0990 24 hours a day 7 days a week.  For the Hearing and Speech impaired only call our Text Telephone: 1-800-945-0258.
• Additional information is contained in our Citibusiness® Client Manual.

For incoming domestic wire transfers on the above accounts, please use Citibank ABA/Routing Number: 321171184
For incoming foreign wire transfers on the above accounts, please use Citibank ABA/Routing Number: 321171184
 and SWIFT Code: CITI US 33.

*Page 1 of 1*

© 2012 Citibank, N.A. Member FDIC.
CitiBusiness and Citi with Arc Design are registered service marks of Citigroup, Inc.

Dandashly Attachment W-1

**FTC-TRO-0727**

Form **W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the
requester. Do not
send to the IRS.**

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**NTS IT CARE INC**

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

**1605 S MAIN ST STE 125**

6 City, state, and ZIP code

**MILPITAS, CA 95035**

7 List account number(s) here (optional)

Requester's name and address (optional)

*Print or type.
See Specific Instructions on page 3.*

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

or

Employer identification number

[ ██████████████ ]

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *[signature]*   Date ▶ 1/8/19

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

# Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding,* later.

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)

Dandashly Attachment W-2

**FTC-TRO-0728**

**Form W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**JAGMEET SINGH VIRK**

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

[✓] Individual/sole proprietor or single-member LLC

[ ] C Corporation

[ ] S Corporation

[ ] Partnership

[ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

██████████

6 City, state, and ZIP code

██████████

Requester's name and address (optional)

7 List account number(s) here (optional)

Print or type.
See Specific Instructions on page 3.

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

████████████

or

Employer identification number

| | | | - | | | | | |

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

Sign Here

Signature of U.S. person ▶

Date ▶ 1/8/19

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 11-2017)

## CONCIERGE COMMERCIAL AO DAILY TRANSACTION/TRANSMITTAL REPORT

| Business: | Citibank, N.A. (000) | Report Date: | Wed, Jan 09, 2019 |
|---|---|---|---|
| Financial Center: | MILPITAS (0493) | Expense Code: | 00493 |

### TRANSMITTED COMPONENTS

| | | | |
|---|---|---|---|
| CFA Name: | Susana Deku | CFA P#: | ▮▮▮▮ |
| Session Date: | Wed, Jan 09, 2019 | | |

| | | | |
|---|---|---|---|
| Business Name: | NTS IT CARE INC | CIN: | ▮▮▮▮ |
| Business Entity Type: | C-Corporation | TaxId: | ▮▮▮▮ |
| Withholding/Certified: | Certified W-9 | Recently Applied for: | N |
| | | Foreign based Business: | N |
| Business Address: | 1605 S MAIN ST STE | Business Phone: | 1 408-480-4083 |
| | MILPITAS, CA 95035-6270 | HRB: | Y |
| HRB Description: | 1. Send/Receive funds to/from countries outside the U.S. | | |
| D&B Verifications Performed: | N | DB Confidence Code: | 0 |
| D&B Criminal Activity Indicator: | | | |
| Type of Identifier Doc: | Articles of Incorporation | | |
| Identifying Number: | ▮▮▮▮ | State of Identifier Doc: | California |
| Other: | | Country of identifying Doc: | UNITED STATES |

FATCA Classification:
    TAX Documents:                                                Received:

Account(s)

| Acct Type | Acct # |
|---|---|
| 1 CB STREAMLINED CHKG | ▮▮▮ 8393 |

Signer  1 of  1

| | | | |
|---|---|---|---|
| Name: | JAGMEET SINGH VIRK | CIN: | ▮▮▮▮ |
| U.S. Residency: | Permanent Resident Alien | SSN/ITIN: | ▮▮▮▮ |
| DOB: | ▮▮▮▮ | Official Title: | President/Chairperson |
| High Risk Customer: | N | SPF Status: | N |

Card Info

| | | | |
|---|---|---|---|
| Card Ordered: | None | Card Printed: | None |
| PIN Set: | N | | |

| | |
|---|---|
| Address Verification: | Verified: Trans Union Satisfied |
| TIN to Name Match Verification: | SSN VALIDATION WAS SUCCESSFUL |
| Identification: | Primary ID: SIGNATURE CARD |
| | Method of Verification : Signature Card |

Application Recommendation:  Approve

Identity Verification (CHEX):

| | | Hotfile Verification(EWS) | |
|---|---|---|---|
| Recommended Action: | Approve | Recommended Action: | Approve |
| Qualifile Score: | 682 | Hotfile Score: | 0 |
| SSN Validation: | BECAME AVAILABLE FOR ISSUANCE IN 2008 IN CA | Hotfile Notes: | |
| Reason(s): | A0-A0100001 - OPEN ACCOUNT | Reason(s): | - |
| | NA-NA - NA | | |
| | NA-NA - NA | | |
| | NA-NA - NA | | |
| | NA-NA - NA | | |

Signer Override(s)
        None

Dandashly Attachment W-4

**FTC-TRO-0730**

PRINT　　SAVE　　CLEAR

## CitiBusiness®

| Financial Center # | 0384 | Marketplace | 013 | | Current Date | 01/08/2019 |
|---|---|---|---|---|---|---|
| Tax ID | ▉▉▉▉▉ | | | | | |
| Business Name | NTS IT CARE INC | | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| ▉▉▉▉ 8393 | Signer 1: JAGMEET S VIRK | X _____ |
| | Signer 2: | X _____ |
| | Signer 3: | X _____ |
| | Signer 4: | X _____ |

## CitiBusiness®

| Financial Center # | 0384 | Marketplace | 013 | | Current Date | 01/08/2019 |
|---|---|---|---|---|---|---|
| Tax ID | ▉▉▉▉▉ | | | | | |
| Business Name | NTS IT CARE INC | | | | | |

| Account # (S) | Print First and Last Name | Signature |
|---|---|---|
| ▉▉▉▉ 8393 | Signer 1: JAGMEET S VIRK | X _____ |
| | Signer 2: | X _____ |
| | Signer 3: | X _____ |
| | Signer 4: | X _____ |

© 2014 Citibank, N.A., Member FDIC. Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.
(Eff. 10/20/12)

1194052　9886　04/14

Dandashly Attachment W-5

**FTC-TRO-0731**

# Application to Add Account to Existing Business Relationship

 citi®

| Business Name | Business TIN | Existing Account Number | Current Date |
|---|---|---|---|
| NTS IT CARE INC | ▓▓▓ | ▓▓ 8391 | 01/08/2019 |

## Account Activity — Select Yes or No for each question.
### If any "Yes", then complete Addendum A for each account on the application.

Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks?     ☐ Yes    ☒ No

Will you send or receive wires to/from countries outside of the United States?     ☒ Yes    ☐ No

Will you deposit or withdraw more than $40,000 in cash, travelers checks or money orders each month?     ☐ Yes    ☒ No

Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?)     ☐ Yes    ☒ No

Do any owners own 10% or more of the business but are not signers on the account?     ☐ Yes    ☒ No

Is this entity effectively controlled or owned by another entity that issues bearer shares?     ☐ Yes    ☒ No

## Deposit Product Selection (Complete all fields. Add additional pages, if needed.)

Product (Select One)    ☒ Checking Account    ☐ Savings Account    ☐ Money Market Account    ☐ Certificate of Deposit (CD)

Intended Balance (Select One)
☒ Under $25,000    ☐ $250,000 - $500,000
☐ $25,000 - $50,000    ☐ $500,000 - $1 million
☐ $50,000 - $250,000    ☐ Greater than $1 million

Source of Initial Deposit (Select all that apply)
☐ Cash/Currency    ☐ Check from Existing Bank
☒ Citibank Account    ☐ Wire from Existing Bank
☐ Other _____

Purpose of Account (Select all that apply)    ☒ Operating    ☐ Savings    ☐ Payroll    ☐ Investment    ☐ Petty Cash
☐ Other _____

Checking Account Type
☒ Streamlined
☐ Flexible
☐ CitiBusiness
☐ Interest Checking

CD Maturity Options (if applicable)
CD Term: _____
☐ Roll over CD at maturity
☐ Transfer principal and interest at maturity to account #: _____

CD Interest Options (if applicable)
☐ Interest at maturity (terms less than 1 year)
☐ Post to Account
☐ Post Interest to Account #: _____
☐ Mail check to account address

## Account Agreement and Acknowledgement

By signing below, I acknowledge and agree both individually, as applicable, and on behalf of the business identified in this application (the "Business"): (1) that I authorize the opening of the additional account above; (2) that I have received and agree to be bound by any agreement governing any account or service for which I am applying, including the terms and conditions of the CitiBusiness® Client Manual and Schedule of Fees and Charges.

Signature: _____

JAGMEET S VIRK
Print First and Last Name

PRESIDENT
Corporate Title

## Bank Use Only

Linking — List Related Account
☐ Safety Check
☐ Statement
☐ Account Analysis

Card Access
Card Access for signers designated in signer section?     ☐ Yes    ☒ No
Primary Account linked to Card?     ☐ Yes    ☒ No

Account Officer – Print Name
Maria Penaloza

Phone Number
▓▓▓▓

Attach to completed Account Application and retain in branch file.

© 2018 Citibank, N.A., Member FDIC. Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.
(Eff. 6/2018)

1679210  9877  04/18

Dandashly Attachment W-6
**FTC-TRO-0732**

PRINT     SAVE     CLEAR

# BUSINESS–GENERAL DEPOSIT RESOLUTION

 citi

☒ Corporation    ☐ Limited Liability Company (LLC)    ☐ Partnership    ☐ Limited Liability Partnership (LLP)    ☐ Unincorporated Association

Business Name                         Doing Business As/DBA (if applicable)

**NTS IT CARE INC**

**Authorization-** The business identified in this Business Resolution (the "Business") acknowledges that all accounts now or hereafter established under this Business Resolution shall be governed by the rules and regulations of Citibank, N.A. (the "Bank") including those set forth in the Bank's CitiBusiness® Client Manual, receipt of which is hereby acknowledged, and applicable state and federal laws. The Bank reserves the right to change its rules and regulations from time to time.

Each person who signs this Business Resolution is authorized, on behalf of the Business, to open deposit accounts at the Bank, sign checks and other orders with respect to any funds to the credit of the Business and to give the Bank instructions to withdraw funds, to endorse and deposit checks and other items that are payable or belonging to the Business and to otherwise transact on all accounts of the Business in any manner permitted by the Bank. In addition, each such person individually is authorized to assign, transfer or pledge any property of the Business, on behalf of the Business, to execute indemnities, assignments, receipts and other documents, to contract for and use online and mobile banking and various cash management services (and delegate authority to transact upon accounts to designated persons using such services) and to conduct any and all other lawful business with the Bank.

The Business agrees that the Bank assumes no responsibility for the payment of a check, draft or other item drawn on or execution of a funds transfer or other debit instruction against any account of the Business or for any withdrawal from any account which is honored and bears only a single signature of or is otherwise authorized by one of the individuals designated below. The Bank may rely on this authorization for each account of the Business until the Bank receives written notice revoking the authorization at the office where the account is maintained and until the Bank has had a reasonable time to act on such notice.

The Bank is authorized to pay any check, draft or other instrument for the payment of money drawn on any account of the Business which bears or appears to bear the signature or facsimile signature provided below or such other signature later certified to the Bank to be authorized by the Business, if such signature, regardless of how or by whom affixed, resembles a specimen signature provided to the Bank.

If the Limited Liability Company (LLC) box is checked, the person executing this Business Resolution on behalf of the Business (the "Undersigned") certifies that the manager(s) or all members with banking authority have signed below. If the Partnership or LLP box is checked, the Undersigned certifies that the persons whose names appear below are the owners as co-partners and constitute all general partners with banking authority of the above-mentioned partnership. The Undersigned certifies to the Bank that the Undersigned has taken all actions and obtained all authorizations, consents and approvals as are necessary to the Undersigned's authority to execute this Resolution on behalf of the Business.

| Print First and Last Name | Signature/Facsimile Signature |
|---|---|
| JAGMEET S VIRK | X _[signature]_ |
|  | X |
|  | X |
|  | X |
|  | X |
|  | X |

RESOLVED, that this Business establish one or more deposit accounts with the Bank and that this Business adopts for each account the Authorization above. RESOLVED, that the person(s) whose name(s) appear above are each authorized, acting singly to establish and operate for this Business one or more accounts now and additional accounts from time to time, and to designate persons to perform transactions with respect to each account. I certify that this Business Resolution was adopted by this Business in accordance with applicable law and its charter, bylaws or other organizational documents, and is now in full force and effect. I further certify that all of the signatures are originals or the actual facsimiles used when issuing or negotiating checks.

| If entity is... | Corporation<br>LLC<br>Partnership/LLP<br>Unincorporated Association | ...then the Signature of the... | Secretary or President or CEO<br>Member or Manager or President<br>Partner<br>President or Secretary or Treasurer | ... is required. |
|---|---|---|---|---|

X _[signature]_
Signature

JAGMEET S VIRK
Print First and Last Name

PRESIDENT
Corporate Title (as per table above)

01/08/2019
Date

© 2014 Citibank, N.A., Member FDIC, Citibank, Citi with Arc Design, and CitiBusiness are registered service marks of Citigroup Inc. (Eff. 10/18/13)

1193617  9885  04/14

Dandashly Attachment W-7

**FTC-TRO-0733**

# Beneficial Ownership Declaration
For All Clients Excluding Sole Proprietors


citi®

**Section A: Company Information**

**Company Name:** NTS IT CARE INC

To Whom It May Concern:
The following details are provided to Citibank, N.A. ("Citibank") by the above named company regarding the beneficial ownership structure of the Company.

**Section B: Individuals**

Details are provided below for the following individuals with actual ownership in the Company or effective control over the Company. Please complete all fields for each individual listed.
- Owners
- Controlling Persons
- Authorized Signers

**Please Note:** *Refer to page 5 for the requirements of each of these individuals*

| | Account Signer | First Name | | MI | Last Name | | Suffix | Date of Birth | SSN/ITIN |
|---|---|---|---|---|---|---|---|---|---|
| **1.** | ☑ Yes ☐ No | JAGMEET | | S | VIRK | | | ███ | ███ |
| | **% of Ownership or Contribution** | **Residential Address:** | | | | | | | |
| | | **Street Number** | **Street Name** | | | **Apartment/Floor/ Unit#** | **City** | **State** | **Zip** |
| | 100 | ███ | ███ | | | | ███ | ███ | ███ |
| | **Citizenship** ☐ US Citizen  ☑ Permanent Resident Alien (PRA) ☐ Resident Alien (RA)  ☐ Non-Resident Alien (NRA) | | **Country of Citizenship** INDIA | | **Country of Residence** UNITED STATES | **Senior Public Figure (SPF) or Related to SPF?*** ☐ Yes ☑ No | **Role/Business Title** PRESIDENT | **Association (check all that apply)** ☑ Controlling Person ☑ Authorized Signer | |
| | *Below only required if Account Signer = No and Citizenship = NRA* | | | | | | | | |
| | **Identification Type** | | **State** | **Number** | | | **Issue Date** | **Expiration Date** | |

| | Account Signer | First Name | | MI | Last Name | | Suffix | Date of Birth | SSN/ITIN |
|---|---|---|---|---|---|---|---|---|---|
| **2.** | ☐ Yes ☐ No | | | | | | | | |
| | **% of Ownership or Contribution** | **Residential Address:** | | | | | | | |
| | | **Street Number** | **Street Name** | | | **Apartment/Floor/ Unit#** | **City** | **State** | **Zip** |
| | | | | | | | | | |
| | **Citizenship** ☐ US Citizen  ☐ Permanent Resident Alien (PRA) ☐ Resident Alien (RA)  ☐ Non-Resident Alien (NRA) | | **Country of Citizenship** | | **Country of Residence** | **Senior Public Figure (SPF) or Related to SPF?*** ☐ Yes ☐ No | **Role/Business Title** | **Association (check all that apply)** ☐ Controlling Person ☐ Authorized Signer | |
| | *Below only required if Account Signer = No and Citizenship = NRA* | | | | | | | | |
| | **Identification Type** | | **State** | **Number** | | | **Issue Date** | **Expiration Date** | |

*If Yes to Senior Public Figure or related to an SPF, complete Addendum H (SPF – Senior Public Figure: current or former politically exposed person such as senior official in the executive, legislative, administrative, military or judicial branches, major political party).

Eff. 1/2018

Page 1 of 5

I623866 20527 11/17

Dandashly Attachment W-8

**FTC-TRO-0734**

# Beneficial Ownership Declaration
For All Clients Excluding Sole Proprietors



## Section C: Entities

Details are provided below for other entities within the chain of ownership in our Company. Additionally, a diagram of our ownership structure is provided in Section D:

| | Entity Name | % of Ownership/ Contribution | Full Address of Primary Business Location or Registered Address | Country of Formation or Incorporation | Association to the Client | Entity Type |
|---|---|---|---|---|---|---|
| 1. | | | | | | ☐ Business Trust or PIC[1] ☐ Private Company[2] ☐ Publicly Traded[3] ☐ Government |
| 2. | | | | | | ☐ Business Trust or PIC[1] ☐ Private Company[2] ☐ Publicly Traded[3] ☐ Government |
| 3. | | | | | | ☐ Business Trust or PIC[1] ☐ Private Company[2] ☐ Publicly Traded[3] ☐ Government |

[1] List 100% of the owners of the PIC, or Contributors to the Business Trust, in Section B.
[2] Less than 50% shares traded on a recognized exchange. List any owner of the Private Company, whose indirect ownership in the account is 10% or more, in Section B.
[3] 50%+ shares traded on a covered exchange; e.g., NYSE or NASDAQ.

## Section D: For Multi-Layered Entities Only

In the space below, or on a separate document, please provide a diagram of your complete ownership structure, including all layers (example shown below).

**Multi-Layered Entity Example:**



Dandashly Attachment W-9

FTC-TRO-0735

# Beneficial Ownership Declaration
For All Clients Excluding Sole Proprietors



**Section E:** Bearer Shares *(Bearer Shares: negotiable instruments that accord ownership of a company to the person who possesses the share certificates, which are not registered and do not contain the name of the shareholder)*

**Attestation for Entity and Beneficial Owners**
The undersigned certifies and agrees (select one):
☑ That none of the entities noted in this document are authorized to issue bearer shares.
☐ That if the entities noted in this document are authorized to issue bearer shares, they have not issued and do not maintain outstanding bearer shares and will not issue bearer shares so long as the entity maintains an account at Citibank. The undersigned understands that Citibank prohibits bearer share entities.
☐ That the entities noted in this document have issued bearer shares but have since converted them into registered shares.

**Section F: Attestation**

I hereby agree to the contents of this declaration and confirm all details are true and correct and will notify the Bank promptly of any changes to the information provided.

Respectfully submitted,

| | |
|---|---|
| Signature | 01/08/2019 — Date |
| JAGMEET S VIRK — Printed Name | PRESIDENT — Title |

**Section G: Independent Certification**

In certain limited instances, Citibank may require certification of your ownership structure from an independent source, such as your attorney or accountant. We will inform you if this additional certification is required.

I _____ as the attorney/accountant for _____
(Name)                                (Circle one)                    (Business Name)

hereby certify the contents of this declaration and confirm all details are true and correct.

| | | |
|---|---|---|
| Signature | License/Registration # | 01/08/2019 — Date |

Dandashly Attachment W-10

**FTC-TRO-0736**

# Beneficial Ownership Declaration
For All Clients Excluding Sole Proprietors



**Instructions for Completing the Beneficial Ownership Declaration**

**Section A:**
- Company Name

**Section B:**
- List any individuals who meet the criteria below based on your entity type.

**Section C:**
- List any other entities within the ownership structure of your Company
- For Not-for-Profit/Charitable Organizations, list any entities that donate 10% or more in a fiscal year.

**Section D:**
- Provide a diagram in the space provided, or on a separate document, outlining the complete ownership structure of your Company.

**Section E:**
- Select the applicable box attesting to the status of Bearer Shares in your Company

**Section F:**
- A Controlling Person listed in Section B executes the document by signing, dating, and listing their title.

**Section G:**
- Independent certification by accountant or attorney (only when requested by Citibank)

**Complete all applicable sections following the table below**

| ALL CUSTOMERS | ADDITIONAL SECTIONS FOR MULTI-LAYERED ENTITES ONLY | INDEPENDENT CERTIFICATION (only when requested) |
|---|---|---|
| Section A | Section C | Section G |
| Section B | | |
| Section E | Section D | |
| Section F | | |

| | Corporation | Limited Liability Company | Partnership | Unincorporated Association | Not-for-Profit/ Charitable Organization | Single Member LLC | Business Trust |
|---|---|---|---|---|---|---|---|
| Owners | Any individual with 10% or more ownership; either directly or indirectly through another entity. For Personal Investment Companies (PICs), individuals with any ownership must be listed. | | | | • Founder<br>• Any donor contributing 10% or more in the last fiscal year; either directly or indirectly through another entity | Owner | • All Grantors<br>• Any vested beneficiaries of 10% or more of the trust assets |
| Controlling Persons | Executive Management (e.g. CEO, CFO, President, Chairman) | Executive Management (e.g. CEO, CFO, President, Chairman) | Managing Partners | Executive Management (e.g. CEO, CFO, President, Chairman) | Executive Management (e.g. CEO, CFO, President, Chairman) | Owner | Trustees |
| Authorized Signers | Individuals appointed by the legal entity, per Company's Articles of Organization or other formation documents, as authorized signers of the Company, whether signing on Citibank accounts or not. | | | | | Owner | Trustees |

Eff. 1/2018

© 2017 Citibank, N.A., Member FDIC. Citi with Arc Design is a registered service mark of Citigroup Inc.

1623866 20527 11/17

Dandashly Attachment W-11

**FTC-TRO-0737**

# Citibank Account Opening Screen Print

01/08/19 11:41:32

Computer Name: CA384056

User Name: 3059676



Dandashly Attachment W-12

**FTC-TRO-0738**

**Comerica Bank**

## BUSINESS DEPOSIT ACCOUNT SIGNATURE DOCUMENT- California

| Account(s) Registration:<br>Nts It Care Inc | For Account Number(s):<br>████4500<br><br>*closed*<br>*89*<br>*11/29/19* | | Type(s):<br>Basic Business Checking | |
|---|---|---|---|---|
| Account(s) Address:<br>1605 S Main St<br>Suite 125<br>Milpitas CA  95035 | **Bank Use Only:** | Opened by:<br>Parul Babaria | Approved by / Date | |
| | | Opening Date<br>06/02/2017 | Effective Date | Office No.<br>866 |

### ACCOUNT OWNER (BUSINESS ENTITY) INFORMATION

| Taxpayer/Employer Identification Number (TIN/EIN)<br>████7973 | |
|---|---|

The capitalized terms and the words "you" and "your" used on this Business Account Signature Document have the same meaning given to them in the Comerica Business and Personal Deposit Account Contract ("Contract").

**ACCOUNT TERMS AND CONDITIONS:  ACCOUNT TERMS, INCLUDING ALL SERVICES AND PRODUCTS SELECTED, AND CONDITIONS**
By signing this Business Account Signature Document in the AUTHORIZED SIGNATURE(S) box below, you agree:

The Contract terms will apply to the Account(s) and related services and products designated on this Business Account Signature Document; (which includes a Fee Brochure, Card-IVR Application Receipt, and, an APY disclosure, if applicable) which you have received;
1. There are no unwritten agreements about overdraft protection or any other matter related to the Account(s);
2. The signature and/or name of each Authorized Signer has been placed on this Business Deposit Account Signature Document or an approved attachment to this Business Deposit Account Signature Document and you will provide the Bank with timely information of any changes to Authorized Signers;
3. Any dispute regarding the Account(s) that cannot be resolved without formal litigation will be resolved in the manner described in the Contract;
4. THAT YOU HAVE THOROUGHLY REVIEWED THIS BUSINESS ACCOUNT SIGNATURE DOCUMENT TO ENSURE ALL PRODUCTS AND SERVICES YOU HAVE CHOSEN ARE INCLUDED AND THAT NO OTHER PRODUCT OR SERVICE WILL BE PROVIDED except to the extent You and the Bank execute other written agreements for other products and/or services; and
5. That you have reviewed and consent to the provisions of the Electronic Banking Product, Business Check Card/ATM/IVR Application, and Web Banking®, Web Bill Pay®, Quicken®, Quicken® with Bill Pay, QuickBooks® or QuickBooks® with Bill Pay receipt(s) if applicable.

**THE NAMES OF THE AUTHORIZED SIGNERS AND/OR AUTHORIZED SIGNATURES OF PEOPLE THAT MAY CONDUCT ACCOUNT TRANSACTIONS (TREASURY MANAGEMENT SERVICES AND TRANSACTIONS ARE COVERED BY SEPARATE WRITTEN AGREEMENT BETWEEN YOU AND THE BANK.)**

### AUTHORIZED SIGNATURES

| Signature | Name | Date | Title | Identification No/Type (as Bank requires) |
|---|---|---|---|---|
| *[signature]* | Jagmeet Virk | 6/2/17 | CEO | ████ Drivers License |

☐  Attachments.  Attach additional names and signatures, including Simulated Signatures.

Dandashly Attachment W-13

**FTC-TRO-0739**

**ELECTRONIC TRANSFER SERVICES:**

I(we) request all of the following:
- Business Check Card
- Web Banking®

Fees: Fees for use of the Card, IVR, Web Banking®, Quicken® and QuickBooks® if any, are contained in the Business Account Services and Charge and Interest Information Brochure for the linked Account.

**ACCEPTANCE OF ABOVE DESCRIBED PRODUCTS/SERVICES AND TERMS AND CONTRACT TERMS**
The undersigned is/are authorized by the Account Owner to enter into this Contract on behalf of the Account Owner:

Second Authorized Agent, if required by Customer

Signature

**Signature**

JAGMEET VIRK

**Name**

**Name**

CEO

**Title**

**Title**

6/2/17

**Date**

**Date**

**Certification of signatures and/or names of Authorized Signers and authorized agents:**

The signatures and/or names of the persons identified above as Authorized Signers and authorized agents are those of the persons identified. Such persons are authorized by the Account Owner to act in the capacity as indicated in the following: (i) the Contract; (ii) this Business Deposit Account Signature Document; and (iii) the Declaration for Deposit Accounts and Treasury Management Services or other resolution, declaration or authorization acceptable to Comerica Bank.

6/2/17        CORP SECRETARY

**Signature**                     **Date**     **Title (Corp Secretary, Partner, LLC Manager/Member or Sole Proprietor)**

**REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION (SUBSTITUTE FORM W-9)** *The IRS does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.*

I have read the detailed instructions concerning backup withholding and taxpayer identification numbers and I CERTIFY UNDER PENALTIES OF PERJURY THAT (1) the number shown on this Business Signature Document is my correct taxpayer identification number and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS notified me that I am no longer subject to backup withholding and (3) I am a U.S. citizen or other U.S. person (including a U.S. resident alien) and (4) I am exempt from FATCA reporting (Foreign Account Tax Compliance Act). (Instructions to signer: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you failed to report all interest and dividends on your tax return.)

Note: Exempt recipients, as described in Section 1.6049(c) of the Federal Tax Regulations, are not subject to backup withholding. Non U.S. persons (nonresident aliens) who are not subject to backup withholding are required to sign the appropriate form W-8 or Substitute W-8BEN Bank form.

| Authorized Agent JAGMEET VIRK | Signature | Date 6/2/17 |
|---|---|---|

Rev. 07.23.2014

Dandashly Attachment W-14

**FTC-TRO-0740**

**Declaration for Deposit Accounts and Treasury Management Services**

Nts It Care Inc

1605 S Main St
Suite 125
Milpitas, CA  95035

**Declaration**

1. This declaration applies to **(check only one):**

(a):

| | Only the following Account Number(s): |
|---|---|
| | |

(b):

| | ALL Accounts opened on or after the date this declaration is given to Comerica Bank except for new Accounts that this entity ("Customer") provides Comerica Bank a different Declaration specifically for the new Account to be opened. |
|---|---|
| ✓ | |

(c):

| | All Accounts in existence (this Declaration replaces prior Declarations) and opened in the future from the date Declaration is given to Comerica Bank except for new Accounts that this entity provides Comerica Bank a different Declaration specifically for the new Account to be opened. |
|---|---|
| | |

**This declaration supersedes all prior Declarations, Resolutions, Authorizations and the like for the Accounts designated above.**

2. Comerica Bank is designated as a depository bank and treasury management service provider.

3. Unless their authority is limited, the persons or titles listed below are individually authorized to do the following for and on behalf of the above named Customer: (a) enter and execute the Business Deposit Account Signature Document or any other Comerica acceptable signature card; (b) designate Authorized Signers on a Business Deposit Account Signature Card or any other Comerica acceptable signature card which means that such Authorized Signers can: (i) execute any agreements or documents for the use of any transfer service and/or non-transfer service offered through telephone, IVR, Comerica Web Banking® or Comerica Web Banking for Small Business® on behalf of and for the Customer; (ii) execute any agreements or documents for the use of any ATM or debit card on behalf of and for the Customer; and (iii) issue payment orders and/or funds transfers as set forth in the Comerica Business and Personal Deposit Account Contract, which include, but are not limited to, in person wires at a banking center and telephone internal funds transfers to or from an account of the Customer; (c) conduct all types of banking transactions available for the accounts that is allowed for Authorized Signers under this Declaration, applicable signature card and the Comerica Business and Personal Deposit Account Contract; and (d) execute contracts/agreements for financial services, including, but not limited to, treasury management agreements. However, if the box "Conduct Account Transactions Only" is checked next to the name or title of the person, then such person can only act in the capacity of an Authorized Signer, which includes doing the actions in (b) of this Paragraph 3.

| NAME OR TITLE | CHECK AS APPLICABLE: LIMITED AUTHORITY | | NAME OR TITLE | CHECK AS APPLICABLE: LIMITED AUTHORITY | |
|---|---|---|---|---|---|
| | Enter Contracts Only | OR Conduct Account Transactions Only | | Enter Contracts Only | OR Conduct Account Transactions Only |
| JAGMEET VIRK | ☑ | ☑ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

**(Attach additional pages if more than 6 authorized signers)**

4. Customers will duly certify as Comerica Bank may require, the names and/or signatures of Authorized Signers and Contract Signers. If Comerica Bank requires new Signature Documents because of changes to Authorized Signers, Customers shall provide new Signature Documents. Customer indemnifies and holds Comerica Bank harmless from all loss and costs incurred as a result of its reliance on Signature Card Documents and certification of signatures and titles provided by Customer to Comerica Bank.

5. Customer agrees to be bound by the terms of the Comerica Bank Business and Personal Deposit Account Contract and Treasury Management contracts. All funds in the Customer's Account with Bank may be paid out, transferred or withdrawn when requested by any Authorized Signer whether creating an overdraft or not, without inquiry as to the circumstance of issue or disposition of the proceeds thereof, whether drawn to the individual order, or tendered in payment of individual obligations, or deposited or transferred to the personal accounts of any Authorized Signer/Authorized Representative.

6. This Declaration and the representations contained herein shall continue in force and effect until written notice of their amendment or cessation is received by Bank. Such notice shall not become effective until Bank has had reasonable time (not less than one business day) to act upon the notice. All agreements or documents previously executed and acts previously done to carry out the purposes of this Declaration are ratified, confirmed and approved as the acts of Customer and will be binding upon the customer.

**FOR BANK USE ONLY**
Date Received by Bank: _6/2/17_    Received by (enter initials): _PS_    Received by (BC #): _866_

Rev. 07.23.2014

Dandashly Attachment W-15

**FTC-TRO-0741**

**COMPLETE APPROPRIATE CERTIFICATE SECTION FOR YOUR ENTITY TYPE**

<u>Corporation / Incorporated Association / Unincorporated Association / Voluntary Association Certificate of Secretary</u>

I certify that the above named Corporation/Association ("Customer") is:
duly organized and existing under the laws of the **STATE OF (check one):** ☐(AZ)☑(CA)☐(FL) ☐(MI) ☐(TX) ☐(OTHER)____
  ▪ that the Declaration above is the result of either: a) the resolution(s) adopted at a meeting of the Customer's Board of Directors, at which a quorum was present and voted; or b) actions taken by the Customer's Board of Directors by unanimous consent in lieu of a meeting in accordance of the Customer's By-Laws.
  ▪ that the persons or titles stated above have been duly appointed to the tasks designated.
This resolution:
  (1)  does not contravene any provisions of the charter or by-laws of the Customer,
  (2)  has been recorded in the minute book, and
  (3)  is now in full force.

In Witness Whereof, I have hereunto affixed my name as Secretary/Assistant Secretary and have caused the corporate seal, if any, to be affixed **this** ____6/2/17____ .
　　　　　　　　　　　**(Date)**

ℵ _____

Secretary/Assistant Secretary
(this signature is **always required**)

☐ Check this box if the Secretary/Assistant Secretary is the **sole officer/shareholder.**

Dandashly Attachment W-16

**FTC-TRO-0742**

# Dandashly Attachment X

FTC-TRO-0743



## Global Investigations

| | |
|---|---|
| **Law Enforcement Officer:** | Schroeder, Sarah |
| **Law Enforcement Agency:** | FTC - San Francisco, CA |
| **Requested On:** | Thu, 05 Sep 2019 19:42 |
| **Evidence Gathered On:** | Wed, 18 Sep 2019 14:16 |
| **Law Enforcement Reference:** | Case793109 |

All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | Jagmeet |
| Middle Name | |
| Last Name | Virk |
| DOB | ██████ |
| CC Statement Name | NTSITCAREIN |
| Email | █████████ |
| *Business Info* | |
| Business Name | Nts It Care Inc. |
| URL | https://www.ntsitcare.com |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | ████████ 6243 |
| Account Type | Business - Verified |
| Time Created | Thu, 26 Dec 2013 1:00:55 |
| *SSN* | |
| SSN | ████ |
| TIN | ████ |
| **Email Addresses** | |

Dandashly Attachment X-1

**FTC-TRO-0744**

| Email Add ess | | | Primary | Confirmed | Active |
|---|---|---|---|---|---|
| ████████████ | | | TRUE | TRUE | TRUE |

| Phone Numbers | | |
|---|---|---|
| **Phone Number** | **Confirmation Status** | **Type** |
| +███████████ | ████████ | ████ |
| +1 4084804083 | Unconfirmed | Business |
| ████████████ | ████████ | ████ |

| Addresses | | |
|---|---|---|
| **Address** | **Use** | **Date Entered** |
| Jagmeet Virk, 1605 S Main St Ste 125, Milpitas, CA, US 95035-3605 | Gift (Hidden) | 06/28/17 |
| Nts It Care Inc., 648 Tramwat Dr , Milpitas, CA, US 95035 | Home Or Work | 05/28/17 |
| Jagmeet Virk, ██████████████████ 95035-3605 | Gift (Hidden) | 03/25/17 |
| Nts It Care Inc., 1605 S Main St Ste125 , Milpitas, CA, US 95035 | Home Or Work | 11/09/16 |
| Nts It Care Inc., 1605 S Main St Ste125 , Milpitas, CA, US 95035 | Home Or Work | 11/09/16 |

## Financial Information

| *Summary* | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 1,880.42 (Primary) |
| Total Amount Received | USD 36,374.53 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 1,079.95 |
| Amount Received Month 2 | USD 3,046.96 |
| Amount Received Month 3 | USD 807.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |

Dandashly Attachment X-2

**FTC-TRO-0745**

| | |
|---|---|
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

| Account # | Status | Name | Bank Info | Routing # |
|---|---|---|---|---|
| ███ 4161 | ACTIVE-Primary | Nts It Care Inc. | | ███ |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | COMERICA BANK CALIFORNIA | Confirmed: Instant | | US |
| **Account #** | **Status** | **Name** | **Bank Info** | **Routing #** |
| ███ 0860 | INACTIVE | Nts It Care Inc. | | ███ |
| **Type** | **Bank Name** | **Confirmed** | | **Country** |
| CHECKING | COMERICA BANK CALIFORNIA | Confirmed: Instant | | US |

## Credit Cards

| Account # | Status | Name | Start Date | Expiration Date |
|---|---|---|---|---|
| ███ 6082 | INACTIVE-Expired | Jagmeet Virk | 26-Dec-13 | 05/2015 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| MASTER_CARD CREDIT | CAPITAL ONE, NATIONAL ASSOCIATION | Unconfirmed | | USD |
| **Account #** | **Status** | **Name** | **Start Date** | **Expiration Date** |
| ███ 6013 | INACTIVE-Expired | Jagmeet Virk | 15-Nov-16 | 06/2019 |
| **Type** | **Issuer** | **Confirmed** | **Issue #** | **Currency** |
| MASTER_CARD CREDIT | U.S. BANK NATIONAL ASSOCIATION | Unconfirmed | | USD |

## Debit Cards

Dandashly Attachment X-3

**FTC-TRO-0746**

| Account # | Status | Req Date | Act Date | Expiration Date |
|---|---|---|---|---|
| ████████5998 | LOSED | 23-Nov-16 | 14 Dec-16 | 10/2019 |
| **ype** | | | **POS Limit** | **ATM Limit** |
| MERCHANT_DEBIT_CARD | | | USD 3000.00 | USD 400.00 |

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

CONFIDENTIALITY NOTICE:

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.